# INDEX OF EXHIBITS

EXHIBITS A&B     The contents of the Exhibits are Detroit City Council Resolutions

EXHIBIT C     Letters of Support for Defendant Spivey

EXHIBIT D     Disparaging Emails and Messages