# EXHIBIT C

Letters of Support for Defendant Spivey

The Honorable Victoria A. Roberts
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd, Room 211
Detroit, MI 48226

Dear Honorable Victoria A. Roberts,

It is with great respect and reverence that I construct this letter of support for

Andre Spivey. Shirley Chisholm once said, "Service is the rent that we pay for our space on Earth."

undoubtedly, Mr. Spivey exemplifies this sentiment.

It has been my profound pleasure to be acquainted with Mr. Spivey for the last 8 years first as a Council,

then as a friend. He has worked tirelessly for the students at Davis Aerospace High School, and the

children of Detroit, Creating and implementing a mentoring and leadership program designed to assist

underserved youth in the community, He sent a student whose parent was incarcerated on a Black College

tour when he found out that student wanted to go to college, ultimately the parent was released from

prison and died of an overdose and the family did not have money for the funeral and in standard Andre

Spivey fashion he called the funeral home and donated the rest of the money to bury the student's mom.

In the time that I have known him, he has been the personification of leadership, hard work, sacrifice, and

stewardship.  I have witness his countless acts of unconditional kindness that have benefited the most

underserved children in our community. He has spent his personal money to purchase uniforms, shoes,

coats, christmas gifts and personal hygiene products for under privileged children who could not afford

their basic needs. He assisted in refurbishing a house for students who lost both their parents in session

and engaged in countless other initiatives to make sure he and the students in his district students were a part of the solution in a city so riddled with problems.

As an educator, I have always admired Andre's unwavering commitment to our children and families. Mr. Spivey was always the first person to call to ask how he could be of service anytime he was made aware that the children and families in any DPSCD school were in need

Mr. Spivey has dedicated his entire life to not only being of service to our children, but also making our community a place where the underserved will have opportunities. His impact on children and adults alike have been profound, thus, I am a better person and educator because of him.  It is because of the stellar character he has exhibited that I write this letter of support and ask for leniency in her sentencing.

Sincerely,

Michelle Davis

To Whom it May Concern:

Andre Spivey is a passionate and fair man, He was my Pastor, Adviser But most of all my Friend. He always was concerned about his congregation family and all the people he loved

I know his mother and father very well before he was born. We all graduated from High School together

Andre is a honest man and he has all of my moral support. Like he always told me, Abe worry about nothing, pray about anything and Thank God for everything

Andre Spivey; God has a blessing with your name on it.

Abraham D. Fields

# *Fifteenth Episcopal District*

## AFRICAN METHODIST EPISCOPAL CHURCH

| *Bishop Silvester S. Beaman* | 39 Kasselsvlei Road | *Mother Renee P. Beaman* |
|---|---|---|
| PRESIDING PRELATE | Bellville South 7530 | EPISCOPAL SUPERVISOR |
| | Cape Town, RSA | |
| | Phone: +27 (021) 9514230 | |

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Victoria Roberts,

I am writing this personal reference to you regarding Rev. Andre Spivey. I have known Rev. Spivey since the late 1990s. Since 2012, our relationship has grown more qualitative. He is a friend whom I respect and hold in esteem. We've talked concerning this current legal matter, for which he's expressed remorse and regret. We have the kind of relationship where we can hold one another accountable. Therefore, I deem his contrition concerning these charges to be genuine and compelling.

Rev. Spivey's contributions as a Pastor and civic leader in the city of Detroit are prodigious. His appointment to historic St. Paul African Methodist Episcopal Church was pivotal for that struggling congregation and blighted community. Once assigned as Pastor, he met the challenges with biblical and theological acuity and acumen. He was a personal shepherd who heartfully embraced his congregation with the common touch. He has a way of making people feel secure and inspired. His tenure at St. Paul is full of milestones and accomplishments. Annually, he provided fiscal accountability and increased the Church's budget substantially allowing them to enhance their ministry, provide scholarships for underprivileged high school students, and the maintenance and upkeep of aging, very large physical plants.

Throughout the African Methodist Episcopal Church, Rev. Spivey is a recognized clergy person for whom the Church still looks and places hope in his future ministry.

His natural acuity, acumen, and sense of empowering people to extend beyond his parish work and propelled him into serving as an elected official for numerous years. As an elected City Councilman, he authored and lead numerous civic initiatives that were transformative and improved the lives of many in the city of Detroit. In his councilmanic district, Rev. Spivey was a primary principle in bringing Starbuck, Chipotle, and ACE Hardware to the 4th District. Accordingly, these businesses provided an economic shift upward for the residence of Rev. Spivey's community. His work as a Councilman was as effective as his stellar work and contributions as a Pastor.

Rev. Spivey is happily married, providing familial leadership for his children as they mature into young adults. He has a lot of living and contributions still to make to society. Therefore, I humbly ask for your Honor's leniency as you adjudicate sentencing. I further believe that you'll discover that by sentencing Rev. Spivey to probation, he will continue to make the city of Detroit better and be available for his family.

# *Fifteenth Episcopal District*

## AFRICAN METHODIST EPISCOPAL CHURCH

*Bishop Silvester S. Beaman*
PRESIDING PRELATE

39 Kasselsvlei Road
Bellville South 7530
Cape Town, RSA
Phone: +27 (021) 9514230

*Mother Renee P. Beaman*
EPISCOPAL SUPERVISOR

I am currently serving as a Bishop in our denomination. One of the Episcopal duties as a Bishop is evaluating the character of Pastors and assigning them to pastor a church. Despite Rev. Spivey's obvious indiscretion, (for which I believe was a momentary lapse of sound judgment) I would readily pass his character and assign him to a church. The reason for such is his genuine sense of remorse and regret for his actions and his forthright pursuit of asking God, family, and those in his community he's served for forgiveness. I am not asking for absolution, but grace and mercy in the sentencing process. I do not doubt in my mind that Rev. Spivey will live up to his renewed commitment to right, integrity, and service to God and his community.

Respectfully,

Bishop Silvester Scott Beaman, BA., M.Div., DMin.
Presiding Prelate of the Fifteenth Episcopal District of the AME Church

Lorenzo Spratling

27515 Franklin Rd.

Southfield, MI 48034


Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


Dear Judge Victoria Roberts,

I am writing to express my true feelings about Mr. Andre Spivey.

I have known Andre and his family for over 20 years. I first met Andre when he became pastor of our church, St. Paul A.M.E. After becoming pastor, myself and several members noticed a positive change within the church. Some of the changes were:

- number of new members increased
- many former members returned
- increased youth activities
- outreach to community surrounding the church and in District 4

I am co – owner of Touch of Class Catering and I really appreciate Andre's support of my business and for recommending my catering services to others within his circle of contacts.

Andre made an unfortunate and regrettable mistake, which I'm sure has and will make him a better man. As such, I hope you will consider the many positive things Andre has done for Detroit and surrounding communities.

If you have additional comments or questions, please contact me.

Thank you very much for taking time to read my letter.

Kind regards,

Lorenzo Spratling

313-318-4322

Dana Michael Bruce, PhD, MPA
306 Wildwood Drive
Park Forest, Illinois 60466

The Honorable Victoria Roberts, Judge
United States District Court
231 West. Lafayette Boulevard
Detroit, Michigan 48226

RE: André L. Spivey: Serious Mistakes, Accountability, A True Champion of Redemption

Thank you for taking the time to read this letter. I write to you as a colleague and friend in faith of the André L. Spivey (Rev. Spivey). In no uncertain terms, Rev. Spivey has made a serious mistake and it is, without question, the Court's responsibility to foster accountability. Indeed, some standard of public expectation has been breached. Nevertheless, I ask that the Court, in rendering judgement upon Rev. Spivey, factor his contributions to society prior to his mistake. I also ask that the Court, in sentencing, help Rev. Spivey reach his full potential to be a true champion of redemption. With advancement of the Detroit community and broader society as the ultimate goal, I respectfully request that the Court factor the following realities, history and yes, opportunities in granting Rev. Spivey sentencing leniency:

**He Has Never Been In Trouble Prior To His Mistake**

In the years prior to his mistake, I have never known Rev. Spivey to be involved in or, subject to serious misjudgments. Furthermore, the majority of his tenure in public life has embodied positive examples of advocacy for people of all walks of life to follow. I've known and continue to know Rev. Spivey as an Ordained Itinerant Elder of the African Methodist Episcopal Church (AME) and as an Alumnus of Morehouse College and Colgate Rochester Divinity School, respectfully. His service and conduct in these capacities, among others, demonstrates that he is not prone to recidivism; and that he can be trusted to personify a prudent measure of Court sentencing leniency.

**If He Was Fake, I Wouldn't Support Him**

Although I cannot be certain, it is entirely conceivable that the Court has previously been subjected to pleas for sentencing leniency from people that are ruled by misguided loyalty or self-interest. In light of this possible reality, I ask the Court to remain cognizant of the fact that I knew Rev. Spivey before his serious mistake and yes, I know him now. Although Rev. Spivey is a proud man motivated by mutual uplift and friendship, I assure you that his contrition isn't fake or a cheap attempt to basically *"get over."* Honestly, if I thought that Rev. Spivey was governed by arrogance, dismissiveness, selfishness and/or unabashed greed; I would not waste the Court's time or, my own time seeking sentencing leniency for him.

In spite of his extensive education and experience communicating in public life, the Rev. Spivey I know is probably struggling right now. To be specific, the Rev. Spivey I know is struggling to convey the true depth of his regret and yes, shame for his mistake. He is not a man of excuses. I ask the Court, in considering sentencing leniency, to view and interpret his apology for what it genuinely is/will be: a real apology.

**The Court Has A Chance To Help Detroit And Society**

In consideration of sentencing leniency, I ask the Court to consider the advantages of sparing Rev. Spivey from incarceration. Although he made a serious mistake, Rev. Spivey is a proven advocate and public servant. Indeed, by not remanding Rev. Spivey to incarceration, the Court would position the Detroit community and broader society to be the beneficiaries of Rev. Spivey's experience and innovation through service beyond elected office. For Real, if there ever was a guy that can facilitate programing, administration, and sheer work ethic as a means of redemption, Rev. Spivey is that guy. In my view, by granting Rev. Spivey sentencing leniency, the Court has the opportunity to ensure accountability for mistakes; while also availing the Detroit community and broader society to an invaluable resource.

**He Has A Support Network**

I am inclined to believe that the Court is cognizant of, but not concerned with individuals and/or entities that delight in Rev. Spivey's predicament. However, in consideration of sentencing leniency, I ask the Court to know that Rev. Spivey has a support network that stands with him beyond sentencing. This network never has and never will want his vote, influence, or resources. The network I'm illustrating before the Court acknowledges his mistakes and respects accountability. However, at the end of the day, this network truly cares about Andre and getting him on the right track, period.

We ask the Court, through sentencing leniency, to help the members of his network to expedite his path to redemption. That path involves, among other things, service-oriented restitution, and faith-based repentance. It also encompasses pursuit of academically based ethics education and ultimately, ethics instruction at the collegiate level. In literal and figurative terms, Rev. Spivey's mistake in public service and his acknowledgement of the mistake; has positioned him to be the consummate purveyor of ethics education.

In closing, I would like the Court to know that the gravity of the decision before it has not escaped me. I also value the Court's position as determinant of accountability and public trust. However, I ask the Court to not view or perceive a grant of sentencing leniency for Rev. Spivey as a compromise of fiduciary responsibility. In spite of arguments and sentiments to the contrary, I remain confident that sentencing leniency, for Rev. Spivey, would strengthen the Court's standing as a catalyst for accountable change. I thank you for your time and consideration.

Dr. Dana Michael Bruce

*ST. PAUL AFRICAN METHODIST EPISCOPAL CHURCH – GROSSE POINTE PARK*

*1385 WAYBURN   GROSSE POINTE PARK, MI.  48230*

*REV. DR. JEFFERY L. BAKER*

*FROM THE DESK OF PASTOR JEFFERY L. BAKER*

*Judge Victoria Roberts*

*United States District Court*

*231 W. Lafayette Blvd.*

*Detroit,  Michigan  48226*

*Dear Judge Victoria Roberts,*

*It's my absolute pleasure to give a letter of recommendation for Rev. (Councilman) Andre L.  Spivey.  I have known and been associated with Andre Spivey over 41 years.  I was a young adult  advisor and support of the Young People Department and the young men In that group.  Since his youth days I have been a close friend, supporter and confidant to him.  I am very proud of his past scholarship in high school, college, seminary, advance studies, and Law School.  I was extremely proud of him when he served as a missionary for about 6 months in Africa.  He was recognized for the awesome work in Africa by the Connectional Women's Missionary Society.*

*Andre has been a great example for African American men as a great husband, father and son.  Andre has been a great help and supporter  to St. Paul – GPP as a councilperson.  Our main property is situated in Grosse Pointe Park, but some of our parking lots is in Detroit where he served as the councilperson and has been an invaluable asset to us and  the City of Detroit.  Our prayer is that Rev. Andre Spivey will not serve jail time.  A jail term will deprive this young man from continuing  the good work that he is doing in our community and the work in our Zion.  It will deprive this young man from continuing to help develop and*

built outstanding young men.  It will deprive this young man from a parent's love, care, and support of his children when they need him the most in their young adult formative years.  Our community is short of strong productive African American men and we will truly miss this young man service and commitment to our community and our Zion.

Thank you, Judge Victoria Roberts for your time in reading this letter and for consideration of leniency of Rev. former councilman Andre Spivey.


If you have any questions of me. You can contact me at any time at revjlbame@aol.com or 313-5153778.

Blessings to you Judge Victoria Roberts



Rev. Dr. Jeffery L. Baker, Senior Pastor

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Victoria Roberts,

We are writing this letter in support of our former Pastor and close friend Rev. Andre Spivey. We have known Andre Speivy for more than 20+ years.  During that time we have been so proud of his accomplishments in our church and community. He is a person that has shown integrity and respect for his congregation, family and community.

He provided excellent leadership in his role.  Under his tenure he started a children church where he taught the kids about the Bible.  He was an excellent teacher and a positive role model for the children.  They looked forward to the lesson and it was a joy to watch them interact with him.  He always showed concern for the members in the congregation especially the sick and shut in.

His leadership grew the church and every one was excited to attend because he preached the word in a way that people could relate to the subject.  He spearheaded a major campaign and fundraiser to purchase a new heating and air conditioning system for the church.  The church was able to pay off this debt in a year.  This was a major accomplishment for such a small church.

We were very sorry to hear that Andre Spivey was involved in this legal situation.  However we are requesting leniency for Andre Spivey.   We have all made mistakes, but based on all the things mentioned in this letter please allow him the opportunity to be with his  family and to continue serving his church. He has accepted responsibility for his actions, apologized and we know that he has asked to be forgiven for his actions.

Please allow him an opportunity to show that he is worthy of a second chance. We wholeheartedly believe that if he is given this opportunity, he will represent your positive decision in fine fashion.   Thank you in advance for your consideration.

Sincerely,

Arnett & Debra Chisholm
35724 Abbey Dr.
Romulus, Michigan 48174
734-595-8181

1

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226


Dear Judge Victoria Robert,


I am writing this letter on behalf of my friend, Mr. Andre Spivey. It has been my pleasure to call him my brother and friend for over 25 years. I met Andre as he was pursuing his heart's desire to serve God's people in the African Methodist Episcopal Church. Andre always stood out as a chosen vessel who was destined for greatness. Over the years, I know Andre has many proud moments in his life including his family, wife Shema, married for 21 years and their two amazingly intelligent and gifted children, Andre II and Kendall Spivey. He has served as a proud Pastor/counselor in ministry to many including mentoring our younger generation. His achievement in helping lift and revitalizing this great City of Detroit with programs and initiatives has given hope to those who need to believe again in the unexpected.

I am aware through public information and the circumstance regarding this letter, a mistake has occurred on Andre's behalf. I also understand there is consequences to every action but I am asking you to consider Andre's character and his public accomplishments to shape your final decision regarding his case. Andre Spivey served as a Pastor with distinction to St. Paul AME Church congregation, which came with enormous fiscal responsibilities (i.e., elimination of church debt within 2 years of pastoring, balancing the church budget, providing yearly scholarship to college students) and serving his membership for 14 years without blemish. Andre has served on several boards to help mentor our young boys to men while assisting the needs of the community to ensure essential services and safety of our seniors and others alike. His career of service is far more that what has been outlined but not short of his compassion to service and distinguishing himself as the difference that makes the difference. Andre Spivey is a dedicated Man of God, family man, proud graduate of Cass Technical High School & Morehouse College. He is a proud member of Omega Psi Phi Fraternity, Inc. Above all that was mentioned, Andre Spivey is a man, who made a mistake but who have redemptive qualities that would far better serve to help others than in a confined community. If he was allowed, he could continue to mentor our younger generation, continue to serve the community by revitalizing reform programs and educational opportunities to enhance vital skills in our young men and women who perhaps have taken a wrong turn in their own life.


Judge Victoria Roberts, I'm asking if you would consider leniency on Andre's sentencing day. He has far more greatness and potential inside of him than his outward mistake.

We all fall short sometimes in our life but if given the chance we can get back up again. Please allow, Mr. Andre Spivey, to get back up again and continue to serve.

Sincerely submitted

Sonya Hubbard

Cleveland & Bonnie Price                    December
13401 Victoria Park Drive N.
Detroit, MI 48215


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, Mi. 48226

Dear Judge Robert:

This letter is in regards to Andre` Spivey.  I have known Andre` since the
age of three.  I have observed him throughout his life. From a young boy
who just wanted to sing and direct the youth choir. During his teenage
years enjoying being in the company of school and church friends. College
years were shared at Morehouse college with my two nephews.

Mr. Spivey then heard and accepted the call to minister to the people,
According to the African Methodist Episcopal tradition he was assigned to
several churches.  Rev. Spivey was assigned to his last church, my church,
and became my Pastor. Pastor Spivey demonstrated great leadership,
caring for the older adults and encouraging the youth.

Where we are now. His journey has lead us to this point. Yet eagerly trying
to reach the people.  When learning a new career mistakes are going to
be made.

A good boy, a good man, a good husband, a good father a good Pastor
a good councilman.


Sincerely

*Cleveland Bonnie Price*
Cleveland & Bonnie Price

 

## COUNTY OF ST. CLAIR

**Office of Homeland Security/Emergency Management**
295 Airport Dr., Kimball, MI 48074
Phone: 810-989-6965    Fax: 810-364-4603
Email: emergencymanagement1@stclaircounty.org

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Judge Robert,

I have known Mr. Andre Spivey for approximately two and a half years and have become very close with both himself and his family. I understand what Mr. Spivey has been charged and plead guilty to. I have always appreciated both his knowledge and experience and believe that this set of circumstances was an unfortunate cascade of simple events that are not indicative of his character. He is a good man whom I would trust in any time of need. He has always been there for my family and me as well as always been truthful to me in every personal interaction.

Currently we see each other at least every other week and when our daughters who play on the same softball team are in season both fall and summer, we see each other and spend time together every weekend for months. We love this family and urge you to be a lenient as the law allows to ensure both the law is carried out and both Mr. Spivey and his family can move on and continue to be the wonderful people we know in their community and in life!

If you have any questions or concerns, please feel free to reach out to me via email at jlwestmiller@gmail.com or via phone at (540) 841-3404. Thank you, your honor and I appreciate the opportunity to speak on behalf of Andre Spivey.

Sincerely,

Justin L. Westmiller
880 Ohio St.
Marysville, MI  48040

To:     Judge Victoria Roberts

        United States District Court

        231 W. Lafayette Blvd.

        Detroit. MI 48226


        Your Honor.


        My name is Janet Nelson. I have known Rev. Andre Spivey for over 15 years. I am

writing this letter to let you know that Rev. Andre Spivey is truly a great person who deserves a

second chance at proving to the people within the city of Detroit that he is a genuine person. I am

well aware of the current charges that Rev. Spivey is currently facing and I am asking you to

please have mercy on Rev. Andre Spivey when sentencing him on January 19th.

Thank you kindly,


Janet Nelson

Robert Brown
5794 Bluehill St.
Detroit, Michigan 48224


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Robert,

I, Robert Brown am writing this letter to you to provide a character reference about Mr. Andre Spivey, who I know as a friend and a pastor for 12 years I provide this reference in full knowledge of Mr. Spivey's charge with a Federal crime of Bribery.

I can say it with total confidence that few men have contribute to a society that Mr. Spivey has. Even though I came into his association as a parishioner at St. Paul AME Church-Downtown as Head Pastor, but I have also known him outside of that as a friend. He is kind, polite and a man of God. I can vouch for the character of Mr. Spivey.


Thanking you

Robert Brown

From:  James Nelson, Member & Steward of St. Paul AME Church

(313) 779-9351

To:     Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, MI 48226

RE: Recommendation Letter for Rev. Andre Spivey

Your Honor,

My family & I have known Pastor Andre Spivey since 2005 when he and his family first embarked on their transition journey when he first came to St. Paul to join the ministry. Since meeting Rev. Spivey, he has helped me in many ways, as becoming a better man, a better husband, and steward in the church. Many times, when I was hospitalized, Rev. Spivey has come to my hospital bedside with many grateful prayers. Rev. Spivey and myself have been on plenty of 6am morning prayer calls praying for people in need, praying for my family as well as the church and the people in the city of Detroit. My family and I have attended and supported many church and community events, organized by Rev. Spivey. Rev. Spivey was also a keynote speaker at my annual 43rd Crenshaw County Alabama Family Reunion in Downtown Detroit in 2013. Rev. Andre Spivey also happens to be a TRUE friend to my family & I, so please have mercy upon him when you are sentencing him and give him leniency.

Thank you in advance.


Mr. James Nelson

Augustine Cox
3108 Woods Circle
Detroit MI 48207
Phone: 313-567-3269
Email: augieharris2@sbcglobal.net

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit MI 48226

Dear Judge Roberts

I am writing this letter in reference to Andre Spivey. I am a Steward at Bethel African Methodist Episcopal Church, located at 5050 St. Antoine Detroit MI 48202. I have known Rev. Spivey and his family for numerous years. Rev. Spivey has been an upstanding Pastor and man of the clothe.
I understand that he has committed an offense and have admitted his transgression. I cannot imagine how shameful he feels before **God** and the world. But, I am asking that if its anyways possible, that you can find it in your heart and **under the law** sentence him to probation.

I believe he has learned his lesson and will be ever so careful to walk the straight and narrow going forward.

Matthew 6:14-15: For if ye forgive men of their trespasses, your Heavenly father will also forgive you: but if ye forgive not men their trespasses, neither will your father forgive your trespasses.

**You are in my prayers. Your job is not easy on your heart and mind.**

**Blessings**

*Augustine Cox*
Augustine Cox

# Sharrice L. Autry
18510 Lumpkin St · Detroit, MI 48234 · sharrice.autry@gmail.com

Judge Victoria Roberta
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert,

My name is Rev. Sharrice L. Autry and I am writing on behalf of André L. Spivey. As a lifelong member of the African Methodist Episcopal Church, I have been familiar with Rev. Spivey for about thirty years. When my mother began to pastor a church on the western end of the state, I began to look for a new church home in the Detroit area. I joined St. Paul AME Church in 2013, where Rev. Spivey was serving as pastor. During my time at St. Paul, we developed a friendship, and he gave me wise counsel when I formally accepted my call to the ministry. Rev. Spivey was very supportive, gave me opportunities to minister (through preaching and teaching Bible study), and served as my practicum ministry supervisor while I was a student at Marygrove College. He demonstrated his concern for the financial state of St. Paul by not accepting a salary at one point; our Bishop, however, insisted that he accept compensation. I now serve on the ministerial staff at Oak Grove AME where Rev. Spivey is the Executive Pastor. Despite the situation he finds himself in presently, I have always found Rev. Spivey to be a caring and competent leader. Whether it is the members of a congregation, or the citizens of Detroit, I do not doubt his concern or sense of duty towards either. In my humble opinion, Rev. Spivey is a Spirit-filled preacher, a stalwart leader, and a loving and dedicated father and husband. I ask that you take these things into consideration when sentencing him. I am sure that Rev. Spivey will continue making a positive impact in our denomination and in the community for years to come.

Thank you for your time and consideration.

Respectfully Submitted,

Rev. Sharrice L. Autry

*Ministry Intern, Oak Grove AME Church*
*M.Div. Candidate, Candler School of Theology at Emory University*

To Judge Victoria Roberts,

My name is Ronald Hunter Griffin, a retired Detroit Police Officer Training instructor.
One of the tools I had to use training recruits, is seeing the potential of someone looking pass their mistakes, granting them a chance to become a police officer.
It is that same gift of discernment that I am asking for leniency for Mr. Spivey.
I believe that, if Mr. Spivey is granted mercy, you will see that he will learn from his mistakes and redeem himself.
I love, and respect Mr. Spivey, and I pray again for mercy in his sentencing.
He is a good man, and I stand by his side, to support him as character witness of good standing for his court date.

Sincerly yours

To the Honorable Judge Victoria Robert

My name is Ronald Haygood, professionally I'm a Parole agent for the Michigan department of corrections for over 24 yrs. I first met Andre Spivey fourteen years ago. We both were volunteering for a Youth mentoring program.  Andre explained, he's a Reverend and Pastor at St Paul AME church in Detroit, a friendship formed. Later Andre tells me he wants to serve the community another fashion by running for City Council, I said great.  As a Parole agent that has supervises offenders in the city of Detroit for many years, I felt man like Andre could service Detroiters well.  I've worked many special law enforcement operations like "Project Safe neighborhood and Project Joshua", and I understood the need for a councilman that cares about the community. I called Andre and said, "you should do it and I will support your campaign".

Doing Andre's tenue as a Councilman, I called upon Andre many times with issues in the city, for explain, in the summer of 2012 there as a rash of shooting in a specific area in Detroit. I called Andre and asked if he could help. I didn't know what he could do but I knew something needed to be done. Andre called me back the next day with a plan of action.  Andre organized a neighborhood call to action, involving a Detroit Police Commander, school principals, neighborhood community volunteers, the Clergy and other community organizations.

Your Honor, Andre as a Pastor and Councilman he done so much good for the community that he loves, and I know he wants to continue to serve in some facet.  Andre may not be able to serve in a governmental compacity, but Andre's presence, leadership, and commitment is so very much needed in the community. I ask that you take the things that I have written about Ander Spivey under consideration during sentencing.

The true character of a man is not seen through his choices but the passion in his heart – Robert Vanleeuwen

Sincerely, Ronald Haygood

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd

Detroit, Michigan 48226

I have known Andre spivey for over 20 years and he has been a close family friend for this entire time.

From my experience, Andre has been a great example for our youth and community. With his work in the church and for the city of DetDetroi

Despite Andre's mistakes, I believe his intentions were always geared towards the right direction and the bigger picture.

I will think of Andre's character as a man with dignity, ambition, and compassion, and any actions Andre may be charged with is simply an aberration of what he truly reprepresent

Hopefully the courts will consider Andre's contributions to the community at large and find leniency towards Andre sentencing.

Sincerely,


Derek Mathis

Honorable Victoria A. Roberts
United States District Court
Eastern District of Michigan

Dear Judge Roberts,

I am Joseph G. Moss, Jr., a resident of Atlanta GA with my domicile Pittsburgh PA. I am writing you personally on behalf of my Friend, Colleague and Fraternity Brother, Mr. Andre Spivey.

I am a very proud Father, Grandfather and Great Grandfather. My early education was within the Pittsburgh Public School system, where, my Family has resided and had a family business in the Hill District for 4 generations.,

My higher education was there in Detroit, graduating from the prestigious University of Detroit, more the 50 years ago.

My Professional career has been in the Professional Engineering and Construction arena. During my tenure in my profession I have been responsible for overseeing more the 1/2 Trillion Dollars of infrastructure build projects around the world. During those 40 years, I served as Senior Executive Vice President with over more the 3,000 professional engineers that served globally under my management.

I share this personal narrative with you as a means to give context to who I am, as I sincerely and prayerfully advocate for the very decent yet humanly fallible man that is Andre Spivey. I write this letter without any hesitation or reservations.

I respectfully ask that you judge Andre as man who is an engaged and loving Father. I respectfully ask that you please choose to judge him as a civic leader whose singular lapse in judgement brings him before this esteemed bar of justice. A judgement lapse that was uncharacteristic of the Pastor, the Community Leader, and the Human Being, which is the true and consistent overall bent of his adult life.

As Andre rightly atones for his disappointing transgression, I respectfully ask that you would allow his imperfect humanity to be met by your exercise of not only judicial retribution, but restoration and humanity. I ask, you to allow Andre to have an opportunity to settle his indiscretions with a reasonable period of probation and community service.

I am confident that the true Andre Spivey will rise from this unfortunate episode. Given the opportunity he will, after serving his sentence, re-enter this Community with dignity. And he will inform and help those who can /will benefit from his triumph over this self-inflicted misfortune.

Your Honor, I simply ask, respectfully, that your judgement would allow Andre the earliest opportunity to again be a productive person to the Detroit community and to resume raising the family that he so loves.

I truly appreciate you taking the time to read my letter of support for my dear friend and Brother, Mr. Andre Spivey. God Bless you in the deportment of the consequential responsibilities demanded of your esteemed office.

Sincerely,
Joseph G. Moss, Jr.

To: Judge Victoria Robert

From: Michael Barnett

Subject: Character Reference Letter for Andre Spivey

Good afternoon, Judge Victoria, my name is Michael Barnett and this letter reference for Andre Spivey is a straight and honest opinion of this gentleman I've known for 30 years.

Andre, who is my stepson, has been a very respectful and obedient young man, he is a man of Christ who will go out of his way to patronize, please and satisfied his family and the people that's close to him to the fullest.

Whenever a person needs prayer or any kind of consultation, Andre will find the necessary time to honor that person's request.

Judge Victoria, I pray that you consider this incident a learning experience for Andre Spivey without any incarceration time, Andre knows that he made a mistake and there are certain consequences for making mistakes.

I'm sure that he has learned from it and would like to continue his life as a faithful United States citizen, and to pass the word to other citizens so that they don't make the same mistake as he did.

I would like to thank you for your time and hopefully justice will be served in a positive manner.

**EDWARD L. KING**
**26380 Ivanhoe**
**Redford, MI   48239**

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd. Detroit, Michigan 48226

Dear Judge Robert:

I had the pleasure of working for and with Andre Spivey for the greater part of the last twelve years. In this capacity, I served as his Senior Policy Analyst. During this time, I grew to know Mr. Spivey as one of the most prepared and engaged of the four Detroit City Council members I served in my over twenty-five-year career in public service.

Mr. Spivey has not only demonstrated his commitment to our community through his actions as a Council member, but also as a spiritual leader in our community. What most people do not see is how he continuously gave of himself to bring comfort to the dying, sick and shut in, and grieving families who lost loved ones. I have witnessed him doing this day in and day out from the time we met in 2009.  When a staff member would come to Spivey troubled or going through life's trials and tribulations, Spivey would and I know he still will, drop everything and lead the prayer.

Mr. Spivey truly has a love for people and can relate to persons from all walks of life. I cannot say that for many of the leaders we have nowadays. He has made a mistake, but in this case his good by far outweighs this indiscretion. Therefore, I ask that you please have leniency on Mr. Spivey.

Sincerely,

Edward L. King JD

# Law Office of JAMES R. HARRIS, PLC

**269 Walker St., Suite 527 Detroit, Michigan 48207**
Phone: 313.586.0001   Fax: 313.221.9631   Email: atty.harris@att.net

Honorable Victoria Roberts,

I respectfully would like to share with this court, my opinion and impression of Mr. Andre Spivey. I live in the 4th district of the City of Detroit, and Councilman Spivey was always responsive and accessible to us.

I did and still do hold him in high regard and know that despite his misstep, he is committed to having a positive impact with his fellow man and citizens.

As a Christian, we are tasked with following the teachings of Jesus, who ask us to love our neighbor and forgive those that trespass against us. I know Mr. Spivey, has breached our public trust, but his taking responsibility for his actions speaks volumes about his character.

As an Officer of the Court, I do not take lightly, his transgressions, but having known him for over 10 years, I have a unique perspective, and I am confident, this unfortunate experience will equip him to be sensitive to others, that may have made mistakes in their past.

In light of Mr. Spivey taking responsibility for his actions, I humbly implore this court, to consider Mr. Spivey's unique skills sets, and consider that in sentencing, incarceration is not necessary, as a community service sentence could utilize his pastoral gifts, and would have a direct positive impact on many young citizens that would be receptive to him speaking authentically from his own experience.

Sincerely,

James R. Harris, Esq.



NEW
*Mount Carmel Tabernacle*
CHURCH OF GOD IN CHRIST

6136 Pennsylvania Avenue
Detroit, Michigan 48213

**RAYMOND A. SCOTT, PASTOR**

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I am writing on behalf of Mr. Andre Spivey. I have known Andre for over 15 years both personaly and professionally. I met Andre while coaching his son (Andre Jr.) baseball team within the Rosedale Park baseball league, Detroit, MI.

On a professional level I have worked with Andre at the city of Detroit, where as a Council Member he was able to implement the Rental ordinance ensuring reforms were instituted to protect renter and landlords that comply with the code. Mr. Spivey sponsored the ordinance.

In addition, Andre was a fellow clergy pastoring St. Paul Church, at Chene and Hunt Street. As colaborers in the ministry, Pastor Spivey not only attended to the needs of his congregation, but neighboring residents as well.

In my time of knowing and working with Andre, I found him to be family oriented, as a loving husband and father; a man of his word; and always contending for those he represented. Andrew is well represpected and considered a pillar of the community.

I ask and petition on Andre's behalf that you show mercy when sentencing. I am certain that Andre is apologic regarding his actions, and that this matter has more than taught him a lesson on integrity, and public trust.

Respectfully,

Raymond A. Scott

*"THE COMMUNITY INVOLVED CHURCH"*

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

Your Honor;

I am writing to urge leniency in the sentencing of my friend, Andre L. Spivey.

I have known Andre L. Spivey for more than 17 years and I became acquainted with him when he was first appointed as the pastor of St. Paul AME church in downtown Detroit in August of 2004. He has shown impressive leadership skills in his role of pastor and quickly befriended those he came into contact with and our congregation has flourished under his guidance. I was nominated as a delegate on two separate occasions to the Michigan Annual AME Conference and considered it a privilege to request the return of Andre as the pastor of our church and was gratified when the request was granted. I was also there when he announced his candidacy for City Council and filed the necessary paperwork and, along with my Husband Raymond, worked on both his campaigns.

I have always been able to count on him not only as my pastor, but as my friend. He has always been there to attend to the needs of others. He blessed my home on the day of the closing and he has always been there to offer comfort to me and my family in the event of the loss of a loved one. He has been someone whom I can rely on and his family has become my own. We have celebrated birthdays, his mother's retirement, his children's accomplishments and other life events together. I consider his lovely wife a very good friend and I feel like a surrogate aunt when it comes to their children as they have literally grown up before my eyes. I am not the only one who has benefited from him in a personal way as in the role of councilman, he has served his district well, and sponsoring community events that would improve the lives of those he served.

I am aware of the circumstances for which I'm writing this character reference and on the day that he entered his plea, I had made up my mind to do whatever I could to assist him and when he asked me to write this letter, I'd informed him that I intended to do so before the request was made and was already composing it in my mind on the day in question. I would just like to say in closing that despite the events that led up to the sentencing, I respectfully request that you take the entirety of Andre Spivey's life into account when determining a fair and just sentence as there can be no purpose served in removing him from the community where he lives and has been such an asset to because when all is said and done, He is a good man, a man of God who is loved by many. He is also a loving son, brother, husband, father, loyal friend and is still an asset to the community; please do not deny us of all he has yet to offer.

Thank you for your time and consideration,

Sincerely,

Karen Walker

Marlon J. Smith
2528 N. Fieldstone St.
Andover, KS 67002
December 8, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Your Honor:

I have been a friend of Andre Spivey for more than 19 years.  In the time that I have known Andre he has proven to be not only been a friend but a trusted spiritual advisor to myself, the community and the congregation of St. Paul and Oak Grove AME Church, among many others.  I have witnessed him dedicate countless hours to the expansion of the church and community development.  While the plea entered to the court is noted, the fact remains that he has been an upstanding pillar in the community for decades.  His children, wife, family, and the community continue to rely on him, not only for his leadership but also his relentless desire to help those in need.  He has always aimed to help all continuously improve mentally, emotionally, and spiritually.

Andre is not, by nature or habit, a wrongdoer.  He is a bright and sincere leader imbued with a desire to serve mankind.  Mr. Spivey has always been committed to uplifting others in times of need.  From a personal standpoint, he was diligent in offering moral, emotional, and spiritual support through many challenges that I have faced with my family.  He was prayerful and available during my wife's' battle with cancer and through the countless days that my only child suffered in neonatal intensive care.  Those prayers were answered, and the words of comfort and faith helped heal my spirit.

I have known Andre for a very long time, and he has helped many persevere through difficult life challenges.  He has always had the passion to inspire and help others achieve goals of becoming more productive and positive influencers in personal and public endeavors. Mr. Spivey has demonstrated a steadfast and resolute demeanor to move forward in a constructive and successful manner.  I hope that you will consider the self-awareness and unselfish courage that Andre has continually embodied throughout his life.  Thank you for your consideration.

Sincerely,

Marlon J. Smith

Judge Victoria Roberts
United States District Court
231 W. Lafayette BLVD
Detroit, Michigan 48226

Reverend Andre Spivey is a selfless man. He cares about the well-being of others.
Reverend Spivey was always the example of excellence. Growing up in Detroit as a young black
man there was not always great examples in my neighborhood where I grew up. So as a young
black man it was important to seek positive male role models. Unfortunately my father who I
love was not able to be in my life due to being locked away in jail for 15 years of my life. So this
was really important to my mother and grandmother that my siblings and I stayed on the right
track and out of trouble. I had the pleasure of attending the Morehouse College Glee Club
concert at Hartford Memorial Baptist Church, which changed my life. That's where I met
Reverend Spivey and learned that not only was he an alum and member of the Glee club but
was the student conductor during his time at Morehouse. Learning that inspired me to start my
college search. Morehouse was definitely a top choice where I wanted to go to study music. I
introduce myself to Reverend Spivey and let him know my aspirations to attend Morehouse.
From that day moving forward Rev Spivey made sure I stayed on track and focused towards my
goals to attend Morehouse College. I am proud to say I am a 2013 graduate of Morehouse
College and had the pleasure of traveling the world with the glee club. I even took my studies
even further with completing my master's degree at Georgia State University. Without the
great example of excellence and selfless act from Reverend Andre Spivey. My story would be a
little different. With all that's going on in the world. The world needs more great role models
who believe in change and that's Reverend Andre Spivey.

Antoine Griggs

Darwin A Curry

5204 3RD St NW Apt 6

Washington, DC 20011

recd

To The Honorable Judge Victoria Roberts,

My name is Darwin Curry. I live in Washington, DC. Previously I lived in Detroit, Michigan for over 25 years.

I have known Andre Spivey all of his life. I attended Sunday School at Ebenezer African Methodist Episcopal Church with his mother Geneva before Andre was born.

I admired his mother for raising Andre to become a fine young man and an outstanding student at Moorehouse College.

I use to see Andre every year at the Black Caucus Weekend in Washington

When I returned to Detroit for a visit, I would always attend service at the St. Paul African Methodist Episcopal Church

He was well loved at St. Paul and I observed how he struggled to rebuild the Church and community.

I would read the Detroit newspapers to keep abrest of how he preformed as a member of the Detroit City Council.

I believe he is remorseful for his misstep and would be an asset to Detroit and his church if he is given probation

Thank you.

Darwin A. Curry

United States District Court
c/o Honorable Judge Victoria Robert
231 W. Lafayette Blvd.
Detroit, MI.  48226

Dear Judge Robert,

My name is Jacqueline Harris. I have known Pastor Andre Spivey for over fifteen years. I met
Pastor Spivey when he was appointed by our Bishop as the pastor of St. Paul AME Church,
located at 2260 Hunt Street, in Detroit, Michigan.

Pastor Spivey, as well as first lady Shema Spivey came to St. Paul AME Church full of energy
ready to do the work that God had ordained him to do. The people in the congregation received
the Spivey's with open arms.  Pastor Spivey's love of the Lord was evident by the way he carried
himself and his willingness to follow the commandments of our Lord and Savior Jesus the Christ.

Pastor Spivey cared for the members and treated us all like family. I remember several occasions
that I personally called on Pastor Spivey and he answered my call. My daughter was having a few
problems with one of her college professors at Siena Heights University. I called Pastor Spivey,
shared the information with him. He called my daughter and actually went to the college to meet
with her. She told me that they talked for a long time. He encouraged her to follow her dreams,
and to never let anyone or anything keep her from achieving her goals in life. My daughter
graduated with honors from Siena Heights University with a bachelor's degree in Criminal Justice.
Pastor Spivey also attended my daughter's senior presentation for college. He always encourages
the youth and has been a mentor for many of them including my daughter. I'm very grateful for the
time he devoted to the youth of our church.

Pastor Spivey worked hard in the community as well. For several years we adopted schools in the
community and provided coats, hats and scarves. He also assisted with feeding the homeless
people in the community by working with the Stewards and Trustees of the church to serve meal
at homeless shelters. We also served at the Capuchin Soup Kitchen, and on many occasions
during the holidays, the membership of the church would visit nursing homes singing Christmas
carols and presenting gifts that were donated by Pastor Spivey, first lady Shema Spivey and the
members of St. Paul.

Although Pastor Spivey had two children during his tenure at St. Paul, he never stopped
supporting the youth of the church. He often took them to basketball games, museums, and to the
movies, as well as other events.

Pastor Spivey is a good father to Andre Jr. and Kendall Spivey, and always spoke highly of his
wife Shema Spivey. His children are very well rounded, achieving good grades in school while
participating in various sports.

While I'm not aware of all of the circumstances surrounding this case, my prayer is that Pastor
Spivey is able to continue to serve in the community, raise his children and be a help mate to his
loving wife Shema Spivey.

I want to thank you for taking the time to read this letter.

Jacqueline E. Harris
Jacqueline E. Harris

P.O. Box 44051
Detroit, MI 48207
December 12, 2021

The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Character reference for Andre Spivey

To the Honorable Judge Victoria Roberts of the United States District Court:

This letter is being written on behalf of Andre Spivey. Having known Andre for over 10 years now, I was taken aback when I heard of the charges against him. Andre has always been a humble, intelligent, thoughtful, and uplifting person that has always carried the love of community in his heart and on his shoulders.

I met Andre, shortly after starting law school. We discussed ways for young professionals to give back, so he encouraged myself and others to get involved with boards and commissions in Michigan. We discussed ways to push and include the next generation of leaders to get involved in efforts of helping improve the lives of others.  Because of this type of discourse, today I'm apart of various boards, including as chairman of the zoning board for the city of Detroit. I've known Andre as a political servant that pressed for resources by ensuring the fire, police, and EMS services were in the neighborhoods and on time.  I've known Andre to clean up neighborhoods and advocate for services for residents, particularly senior citizens and the youth.  I've known Andre to bring people, neighborhoods associations, community partners, faith-based organizations together.  This is the Andre Spivey I've known then, and I know now. The one that has always had a keen interest in doing something for society and always giving back.

I personally can attest that, I have never known Andre to break the law or become part of any unlawful situation. Andre takes pride in himself, keeping the record clean, setting a great example for his kids, and protecting his family. I assure you that he is highly remorseful and will never put himself or his young family in such a position again.  I ask that you please consider the statements above and for leniency during this phase.
If you need any further questions or information regarding Andre's character that would require me to appear in court to verify the information that I have provided here, please feel free to contact me at (336) 209-1430.

Thank you,

Sincerely

*Robert E. Thomas*
Robert E. Thomas, J.D.



Michele Davis
202 Chalmers Detroit Michigan
313.719.9101
Michele.j.davis@gmail.com

Judge Victoria Robert

**United States District Court**

**231 W. Lafayette Blvd.**

**Detroit, Michigan 48226**

Dear Judge Robert,

This letter is to address my relationship and opinion of Andre Spivey. I have known Mr. Spivey nearly 15 years. I became aware of him when my sister Connie Davis was his administrative assistant at St. Paul's church where he was a minister. Connie had great respect for him, and he allowed her to bring my children on occasion to work with her. Not only was my sister fond of him but also my mother. He was very well liked and respected by them both. They are now both deceased. He even spoke at Connie's memorial as well as other members of my family.

As a member of Jack and Jill I worked with his wife and saw him at the children's events. He is a man who is very interested in his children as well as always asking about my children. While he was on City Council, we also asked his advice on issues. I wanted to know what he thought of me purchasing a home in of Jefferson Chalmers his district. He had a very favorable reputation in this district. My neighbors regarded him highly.

Most recently when he went back to law school it was shortly before my daughter started Wayne Law and we were looking forward to them both graduating around the same time.

I have always felt a kinship to Andre Spivey. He knew me as a young widow and took a particular interest in my family and their lives. He knew I raised my children alone with the help of my sister and mother after my husband died and how difficult that was. I have been very successful because of people who cared to ask or pray or show up. Andre has been one of those people.

Warm regards,

Michele J. Davis
GM IT Launch Manager
Factory Zero – Electric Hummer

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

Dear Judge Victoria Robert,

My name is Ron Spears and I am writing this letter of support for my friend and colleague Andre Spivey. I currently serve as the President of the Detroit chapter of the Morehouse Alumni Association and Vice President of the Men's ministry of Hartford Memorial Baptist Church. It is through these two affiliations that I have developed a friendship and deep respect for Andre.

Morehouse has a tradition of grooming its graduates for leadership and service and Andre has proudly worn the crown throughout his professional career. Whenever we have chapter meetings or events for current and future students and alumni from Morehouse and Spelman, we often count on Andre to pray over us and our sacred mission.  I have had the pleasure of watching his son Andre II become a Man of Morehouse and mentor incoming freshmen.

Andre has been a close friend to Hartford Memorial Baptist Church for a long time where he has preached in our pulpit several times each year.  Whenever our Pastor Charles Christian Adams goes on his annual vacation in August and during our Men's month activities every February, Andre is a consistent presence to provide a spirit-filled message to our congregation.

I often receive text messages from Andre when he is inside our church bookstore, the "Spears-Watson Resource Center," about my name being forever embedded in the church. I remind him that the bookstore is named after my father but I am doing my part to build my own legacy of leadership and service.   It is our friendly reminder about the importance of living up to the expectations of those that came before us and those that will come after us.

To that end, I was disappointed to learn that Andre has pled guilty to a Federal crime of bribery. It took a certain level of humility, bravery, and integrity to admit his mistake and accept the consequences that will come from his actions. Although the amount was small, the impact was large as trust among his peers and constituents has been broken. Knowing Andre's character, faith, and drive, I have every bit of confidence he has learned from this painful lesson and will re-dedicate his life to serving his family and community. We all will benefit from the next chapter of Andre's life and ministry. Thank you for letting me share this letter of support for Andre. I hope these reflections are taken into consideration as you determine the next course of action.

Sincerely,

Ron Spears

November 16, 2021

Judge Victoria Roberts

Re: Character Letter for Andre Spivey

Today I am writing this letter of reference for Andre Spivey, an individual I have known for most of his life. Andre was literally a baby when I met him at Ebenezer AME Church almost fifty years ago. As I watched him grow from baby through childhood to teenager and ultimately a college student who always made his family and church very proud, I was impressed with his hard work, humility, and appreciation for others especially his elders, in the church or elsewhere. Andre was a fine youth always featured in church and youth activities/events and especially sharing his immense musical and spiritual talents with others. He thought, taught witnessed, or seemed to always be in touch with the needs of others as I recall and personally observed.

As he matriculated through college, Morehouse, his chosen path, he excelled on campus, working and leading others in issues of diversity, human rights, social justice and equity in the community, church and in his everyday daily living. He always seemed to be on a quest to represent those issues and people less fortunate even though he did not grow up with a silver spoon himself.

As he found his way to pastoring and restoring the life in historic AME churches, first on the westside and ultimately on Detroit's eastside at St. Paul AME on Gratiot, I witnessed Andre being a role model to many young African American men who entered the ministry and sought his mentorship and guidance. I personally knew some of St. Paul and/or his fellow AME church members and visited his church many times to hear his dynamic sermons and witness his outpouring of spirit, wisdom and God's goodness. I also know and/or have met several young men who followed his footsteps and who, still today, remain in challenging but rewarding roles as pastors and ministers across these United States and many faiths. Thank God, they also made it their mission and passion serving others, saving soles and mentoring other Black men and boys.

On a personal note, I for one, am a grateful beneficiary of his wisdom, spirit, gift of forgiveness, love thy neighbor as yourself, and help somebody through their pain thoughtfulness and compassion. He never abandoned me through my times of trouble and because I truly love him and am proud of his many accomplishments through ministry and public service, I certainly and proudly stand by him as a father-figure and friend of his today. Lastly I am fortunate to have gotten to know him even closer and better through his selfless service to the community and students who benefitted from his voice on the Wayne County Community College District's Chancellor Advisory Council for the past several years.

Therefore, I can truly say that I not only know Andre but love him as a proud 'other' father as a man of faith and worthy of forgiveness and compassion himself. Notwithstanding his offences or plea, I ask that you, Judge Roberts, to see beyond the man before you who has admitted his guilt and accepts his fate and awaits his sentence. He has a loving wife and children who look up to him and are grateful for his being their provider, loving husband, and father. Nothing can

erase the stain or pain of his sin, but the blood of Jesus and I know His father in heaven will not only forgive but give him a second chance through His majestic mercy and goodness.

I know you too are a great judge and good person who recognizes these qualities in persons who appear before you.  I humbly ask your every grace and mercy as you consider his sentence and, more importantly, his remorse for his actions.  Andre is truly deserving of this compassion and grace.  I believe God is not through with him yet and that he will be an even greater, more grateful asset to the community if given the opportunity to just simply witness and represent the best of what we can all can become with a second chance.


God bless you as you make this decision


Jim Robinson, Esq.
5817 Majestic Oaks Drive
Commerce Township, Michigan 48382

November 16, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226
　　　　　Re: Character Letter for Andre Spivey

Today I am writing this letter of reference for Andre Spivey, an individual I have known for most of his life. Andre was literally a baby when I met him at Ebenezer AME Church almost fifty years ago. As I watched him grow from baby through childhood to teenager and ultimately a college student who always made his family and church very proud, I was impressed with his hard work, humility, and appreciation for others especially his elders, in the church or elsewhere. Andre was a fine youth always featured in church and youth activities/events and especially sharing his immense musical and spiritual talents with others. He thought, taught witnessed, or seemed to always be in touch with the needs of others as I recall and personally observed.

As he matriculated through college, Morehouse, his chosen path, he excelled on campus, working and leading others in issues of diversity, human rights, social justice and equity in the community, church and in his everyday daily living.  He always seemed to be on a quest to represent those issues and people less fortunate even though he did not grow up with a silver spoon himself.

As he found his way to pastoring and restoring the life in historic AME churches, first on the westside and ultimately on Detroit's eastside at St. Paul AME on Gratiot, I witnessed Andre being a role model to many young African American men who entered the ministry and sought his mentorship and guidance. I personally knew some of St. Paul and/or his fellow AME church members and visited his church many times to hear his dynamic sermons and witness his outpouring of spirit, wisdom and God's goodness. I also know and/or have met several young men who followed his footsteps and who, still today, remain in challenging but rewarding roles as pastors and ministers across these United States and many faiths. Thank God, they also made it their mission and passion serving others, saving soles and mentoring other Black men and boys.

On a personal note, I for one, am a grateful beneficiary of his wisdom, spirit, gift of forgiveness, love thy neighbor as yourself, and help somebody through their pain thoughtfulness and compassion. He never abandoned me through my times of trouble and because I truly love him and am proud of his many accomplishments through ministry and public service, I certainly and proudly stand by him as a father-figure and friend of his today. Lastly I am fortunate to have gotten to know him even closer and better through his selfless service to the community and students who benefitted from his voice on the Wayne County Community College District's Chancellor Advisory Council for the past several years.

Therefore, I can truly say that I not only know Andre but love him as a proud 'other' father as a man of faith and worthy of forgiveness and compassion himself.  Notwithstanding his offences or plea, I ask that you, Judge Roberts, to see beyond the man before you who has admitted his guilt and accepts his fate and awaits his sentence.  He has a loving wife and children who look

November 29, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:    Andre Spivey

Dear Honorable Judge Roberts:

I am writing to you on behalf of Andre Spivey, who as I understand it, has pleaded guilty of violating the public trust by accepting a bribe. As a member of the Detroit City Council, Mr. Spivey has been one of my superiors for the past 12 years, and the Councilman that represented the Council District (4) where I reside. Obviously, by accepting this plea, he's shown a degree of contrition, saved the taxpayers time and money that would have been spent in perfecting his prosecution, and saved us further embarrassment by sparing us detailed nightly descriptions of the trial on the evening news that would have been broadcasted nationally.

So, the question is: how serious should his penalty be? Like former Councilman Mr. Gabe Leland, should leniency be shown? Sometimes good people do things that they regret. No doubt, Mr. Spivey has built a career performing good works in this community and garnering a great deal of respect. As a result of the guilty plea, he has lost his elective office; his standing in the community; and the respect of many in his church community. I am reminded of the Apostle Paul, who wrote more books in the Bible than anyone, yet he referred to himself as chief among all sinners. That's because he persecuted more members of the early church than anyone. There are undeniable contradictions inherent in the character of Mr. Spivey and brother Paul, as there is in all men. Should the good works that Mr. Spivey's done be forgotten for the benefit of immoderate chastisement. I, as one of Mr. Spivey's former constituents, say no because the circumstances presented have already punished him sufficiently. So, as you contemplate a just punishment, please show leniency.

I thank you for the opportunity to write to you on behalf of Mr. Spivey. Please contact me if you have any questions.

Respectfully submitted,

DAVID D. WHITAKER

# LARRY R. DAVIS

## SERGEANT AT ARMS DETROIT CITY COUNCIL

## EXECUTIVE PROTECTION UNIT

November 29, 2021

I am writing this letter of recommendation on behalf of Councilman Andre Spivey.

I am a 23 year veteran of the Detroit Police Department, and I was assigned to the Detroit City Council Unit from 2016-2020, as the Officer in Charge of security for all nine council members.

As I was being introduced to all the council members, what stood out to me right away, was that Mr. Spivey was very personable and seemed to be some that I could trust. When you work in this profession, with people in high positions, it's not often that you're viewed or treated as anything other someone who works for them.

From the first day I arrived at City Council, Mr. Spivey has always treated me and my staff with the upmost respect and appreciation for the work we do. We would have normal conversations about sports, law enforcement, etc. and he would always show general concerns about our wellbeing and inquire about any resources we needed to make our job easier.

As I stated, what most impressed me about Councilman Spivey was his willingness to include me and my staff in functions outside of work.  I really got to know him as just a good honest family man who cared about the City of Detroit, and who was very passionate about coming to work every day and doing what was best for the citizens of Detroit.

In my four year tenure at City Council, I can't recall a single complaint or investigation from Councilman Spivey's Office.

Of all the dignitaries that I have worked for in the past, I can say with all honesty that I believe he is a man of great integrity and strong religious beliefs, and I am honored to have worked for him.



# *Alan C. Young & Associates, P.C.*
### CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS

7310 Woodward Ave, Suite 740
Detroit, MI  48202

(313) 873-7500 (Tel.)
(313) 873-7502 (Fax)
**www.alancyoung.com**

November 29, 2021

Judge Victoria Roberts
U.S. District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re:     Reverend Andre Spivey

Dear Judge Roberts,

We all are in pain, shock and bewilderment how Reverend Spivey could find himself in this situation at this time in his life and in conflict with his spiritual journey but I am reminded of the fact that most, if not all of us, have a chapter in our book that we would rather avoid sharing because of how painful a time or just simply how bad a decision was made that doesn't truly reflect the life we live and/or aspire to live.

As I look on this dark moment for Reverend Spivey, I also reflect that as a Pastor and a member of Detroit City Council for over 9 years, Reverend Spivey has delivered to his congregation and the City of Detroit residents in a multitude of ways. His penchant for giving the underdog and underserved opportunities is well noted. From this perspective, I specifically note the following contributions:

### St. Paul A.M.E. Church

1. Second longest serving pastor in 104-year history
2. Paid off $200,000 in debt within first two years
3. Provided yearly scholarship for college students
4. Housed Head Start Programs
5. Coordinated weekly feeding program

### City of Detroit

1. Authored the Gas Station Ordinance (Precursor to Project Green Light)
2. Authored Detroit Rental Ordinance
3. Worked with other City Officials on language for Proposal N to ensure Detroit residents and Detroit based business had access to demolition and renovation opportunities
4. Raised $80,000 in two days and sent 16 semitrailers to Flint during the water crisis
5. Worked with neighboring municipalities and businesses (Harper Woods and Grosse Pointes) to improve joint business thoroughfares.

Re: Reverend Andre Spivey
November 28, 2021
Page Two

I hope that Reverend Spivey contributions over the years when, compared to this very uncharacteristic behavior, are given consideration as you make the difficult decision to determine his sentence.

Sincerely

Alan C. Young, MST, CPA
Managing Director

ACY/cc

Avery V. Hubbard, MPA/ 6933 Carriage Hills/ Canton, MI 48187

November 29, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Andre Spivey

To the Honorable Judge Victoria Robert,

I have had the pleasure of knowing Andre Spivey for 33 years. We met in the halls of Cass Technical High School. I witnessed his  development from a young man of promise, to a community leader, husband, pastor and devoted father. Most of our peers did not take his selfless path to a  life of service. Andre  chose this path at just the young age of 17, when he gave  his initial sermon to a packed church where I was in attendance. Andre also took the time to aid and comfort me when I lost my mom during our senior year in high school. It  was with the help of his devoted friendship that I did not lose hope during such a  tumultuous year and I matriculated to the prestigious University of Michigan, Ann Arbor.

After college, Andre Spivey chose to return to our native city, unlike many others who did not see hope in the city of Detroit.  He (Andre Spivey) returned to  give his talents and time while forgoing countless opportunities in other cities. He (Mr. Spivey) wanted to "give back" as a payment of gratitude for how he was nurtured here in Detroit during his development. Returning home placed limits on his pastoral assignments, yet he embraced the challenge and invested in our hometown with his outstanding leadership abilities as a pastor and community leader.

I have witnessed Andre Spivey's commitment to being a devoted father not only to his own children, but also in his mentorship of fatherless congregants. He would go the extra mile to support and make his presence felt at his children's events, while simultaneously using his invaluable skills to aid  in the resurgence of the city of Detroit and its neighborhoods.

I have often pondered how difficult it must have been for Andre to always be in humble positions of leadership, yet yielding extraordinary results. I have witnessed Andre's move from high school, to Morehouse College, to Rochester, New York and back to Detroit, MI over the course of 30 years; and one thing is for certain, I do not question why I have been a friend of the servant leader, Andre Spivey.

Sincerely,

Avery V. Hubbard, MPA

November 29, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:    Andre Spivey

Dear Honorable Judge Roberts:

I am writing to you on behalf of Andre Spivey, who as I understand it, has pleaded guilty of violating the public trust by accepting a bribe. As a member of the Detroit City Council, Mr. Spivey has been one of my superiors for the past 12 years, and the Councilman that represented the Council District (4) where I reside. Obviously, by accepting this plea, he's shown a degree of contrition, saved the taxpayers time and money that would have been spent in perfecting his prosecution, and saved us further embarrassment by sparing us detailed nightly descriptions of the trial on the evening news that would have been broadcasted nationally.

So, the question is:  how serious should his penalty be? Like former Councilman Mr. Gabe Leland, should leniency be shown? Sometimes good people do things that they regret.  No doubt, Mr. Spivey has built a career performing good works in this community and garnering a great deal of respect. As a result of the guilty plea, he has lost his elective office; his standing in the community; and the respect of many in his church community.  I am reminded of the Apostle Paul, who wrote more books in the Bible than anyone, yet he referred to himself as chief among all sinners. That's because he persecuted more members of the early church than anyone. There are undeniable contradictions inherent in the character of Mr. Spivey and brother Paul, as there is in all men.  Should the good works that Mr. Spivey's done be forgotten for the benefit of immoderate chastisement.  I, as one of Mr. Spivey's former constituents, say no because the circumstances presented have already punished him sufficiently.  So, as you contemplate a just punishment, please show leniency.

I thank you for the opportunity to write to you on behalf of Mr. Spivey.  Please contact me if you have any questions.

Respectfully submitted,

DAVID D. WHITAKER

November 30, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Robert:

I am writing to speak to the character of the Honorable Andre Spivey. I met him many years ago as the Pastor of St. Paul AME Church and he has always appeared committed; compassionate and accessible for his community.

Pastor Spivey reached out into the community and served the least of thee. Every year he worked closely with my pastor for the men's appreciation at my church and supported many of the causes that were our church's mission.  Feed the hungry, clothe the naked and provide services and resources to the needy.

Later he was elected to the Detroit City Council and happened to represent the precinct in which I live and serve as Precinct Delegate. Spivey is a father; husband, pastor and councilman who I admired for his integrity, honesty, commitment and compassion for his constituents.  I pray that this temporary indiscretion and his decision to plead guilty will be considered.

Respectfully,

# Cecilia Walker

Cecilia Walker
5543 Somerset Avenue
Detroit, Michigan 48224
313/683-6574
Precinct 16

Juliette Okotie-Eboh, PhD
3670 Woodward Avenue, Apt. 307
Detroit, MI  48201

November 30, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI  48226

Re:  Rev. Andre Spivey

I am writing to attest to the character of former Councilperson Rev. Andre Spivey who served as my Councilperson on the east side of Detroit until I moved earlier this year. During the eleven years he was in office, I knew him to be a responsive and diligent representative and servant leader, not only in his church but in local government.  I attended a number of community events that he sponsored on the east side of Detroit that were helpful to residents, providing food, clothing, and other vital services.  Rev. Spivey was particularly attentive to residents' needs during the troublesome floods/sewer back-ups that adversely affected many of our homes and lives.  He formed a special task force to tackle the issue and visited neighbors, making sure that they had all of the assistance available to them for remediation and compensation.

I was proud that he had enrolled in law school to strengthen his career path while still serving on City Council and supporting churches in his denomination.  A proud Morehouse College alum and dedicated father, he worked tirelessly not only for his own family, but for young people and families in his district.

It is unfortunate that he faces criminal sentencing for serious mistakes made while in office.  Poor judgement aside, I believe his core values of decency and willingness to serve others should count for leniency during his sentencing. Rev. Spivey does not pose a physical threat or danger to others, and It is my humble opinion that he be allowed by the Court to atone for his crime with community service or another form of alternative sentencing, rather than jail time.

I trust that this letter provides positive insights about Rev. Spivey from a former constituent.  Thank you for the opportunity to submit this letter of support on his behalf.

Sincerely,

Juliette Okotie-Eboh

December 1, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE: ANDRE SPIVEY SENTENCING

Dear Judge Robert:

I am writing to express my hope, that as you deliberate on the sentencing of Andre Spivey, you will consider his whole person and his whole life and impose a lighter sentence.

I have known Andre for many years, since he took office as a Detroit City Councilman.  Without downplaying the seriousness of his offense, or commenting on his guilt or innocence, I can say that Even when we disagreed on certain policy issues - even when I felt compelled to vehemently tell him that I felt he voted wrong - he always responded respectfully, accepted my opinion, explained his reasoning and his feelings, and expressed a desire to keep communicating.  And we always kept communicating – me, on behalf of the community I serve and he, on behalf of the community he represented.   In my experience, those are the traits of a fundamentally good and mature person, one who understands he has done wrong, one who will not repeat his crime.

Furthermore, in accepting responsibility for his offense, he has, in my opinion, laid the groundwork for his own redemption and rehabilitation.  His potential for (and the likelihood of) his finding other ways to serve honorably, makes me confident that a lighter sentence will not just help him, but help the city that he has been dedicated to.  We need all the goodness we can get.

Respectfully,

Maggie DeSantis
Founder and Former CEO, Eastside Community Network (aka Warren/Conner Development Coalition)
Currently Principal of Community Development Strategies, LLC

# CURIS ENTERPRISES

18633 Mack Avenue
Detroit, MI 48236

(313) 371-5540
FAX (313) 371-8480

December 1, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Andre Spivey

Honorable Judge Victoria Robert:

I have known Andre Spivey for over 10 years. He was the Detroit City Councilmember in District 4, which is where I have numerous businesses and also my corporate office. Andre Spivey is a VERY GOOD person who clearly did something wrong, not a bad person who did a few things right. He is a kind and sensitive leader: of his community, of his family, of his church. He is a terrific family man who cares about the citizens that he represents. We sit on many committees together that are community based. Some are very high level meetings with the hope of breaking down barriers; racial, social and psychological. He is a man of his word.

We are all flawed people; even pastors. I would do almost anything to help this man. If I knew that he needed help, I would have offered what I could. He did something bad, but he is not bad. To this day, I stand with Andre Spivey in any way possible. I am willing to help this good man in whatever way that I can.

Thank you for taking my words into consideration.

Very sincerely yours,

Michael A. Curis

Tina Williams
7745 Poe Street
Detroit, MI 48206
313-492-6007

December 01, 2021

RE: ANDRE SPIVEY CHARACTER LETTER

To The Honorable Victoria Robert,

It is my honor and pleasure to present this letter on behalf of Andre Spivey. I have known Andre for over 15 years. In that time as my Pastor, Andre has also become a dear friend to me and my family. Andre has always been a person of integrity and good character. It is my firm belief that this experience has been humbling and eye-opening; for Andre.

As a friend, I have experienced Andre's kindness and genuine concern for the development of my son, at that time a minor. Andre spoke to my son on several occasions about a challenging situation my son was experiencing. Those words have stuck with my son and helped him evolve into an amazing College graduate and productive young man. I have witnessed Andre, raise his children with the deepest compassion and love. Those same characteristics he has shared with several children in the church and community.

Although this is a blemish on his name, the "Plea of Guilty" does show his ownership and responsibility to the community and Honorable Court. Being human, we are not exempt from having a lapse in judgment. My heart knows that this was one of those lapses of judgments and does not speak to the entire man I know as Andre Spivey to be.

In closing, it is my humble opinion that overall Andre Spivey has displayed a man of integrity, respect, compassion, hardworking and trustworthiness. I am praying that Your Honor uses this letter as a true testament to who Andre Spivey truly is and takes into consideration this letter when sentencing him during these difficult times. I ask the Honorable Court to please consider

the work Andre has done and continues to do for the community.  I am Praying for mercy and blessing from the Honorable Court, as it relates to the sentencing of Andre Spivey.


Sincerely and Respectful,

Tina Williams

Renita B. Clark, M.D.
2939 Iroquois
Detroit, MI 48214

December 1, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Your Honor Victoria Robert:

I write this letter in support of Andre Spivey. I got to know Andre and his family when my husband passed and he opened the doors of his congregation to my family for my husband's funeral. After that, my family began worshiping at his church, St. Paul AME Church, and formed a friendship of mutual respect and admiration for the selfless contributions he was making to the community.

A year later, we continued our family's connection when his children began attending University Liggett School, where I served as the Medical Director. He graced my non-profit's first Debutante Cotillion with a presentation from the Detroit City Council marking the occasion of returning this timeless tradition to the city of Detroit.

Andre has mentored my sons and has been a sounding board as I encountered challenges of being a single parent. He has continuously been a source of inspiration, support and uplift to my entire family. We are eternally grateful.

Thank you for allowing this letter to be submitted on Andre Spivey's behalf.

Respectfully submitted,


Renita B. Clark, M. D., F.A.C.O.G.

William Higginbotham III MD
22250 Providence Drive
Suite 401
Southfield, Michigan 48075
1 December 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226


Judge Roberts:

I am writing this in support of my friend, pastor, and brother Andre Spivey. It has been painful to watch Andre trip and fall from a place where we held him. In such circumstances I know ultimately we must face the consequences of our actions. I would simply ask that within the boundaries of your responsibilities and authority that you grant him enough leniency so that he can get back up again.

Andre is loved and supported by many others and me. I know that this situation has been devastating to him.  He is and has always been an excellent, son, husband, father, and most importantly friend. I believe that he still has much good work to do. I ask that you take this into consideration when determining what he must do for restitution.


Respectfully,

William Higginbotham III MD

December 1, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Victoria Robert,

This letter is submitted to provide a character reference for Mr. Andre Spivey who is to be sentenced in your court on January 19, 2022.  Our families have been connected for many years.

As the intent of this letter is to speak to Mr. Spivey's character, I would like to highlight an example of the kind, loyal friend and excellent family man he is.  Several years ago, my mother was hospitalized for several months and it was amazing that Mr. Spivey reached out to me daily for support.  We were not members of his church but he extended his spiritual guidance during her stay in the hospital.  His willingness to put the time and effort in was unanticipated as we do have respect for the full agenda that council representatives have to manage. That experience gave me sincere appreciation of him being a city dignitary who demonstrated / demonstrates with extra effort concern about someone's well-being.

I believe that for the time that I have known Mr. Spivey – through the life experience and observation of hard work to make a positive difference in the community with unswerving commitment in church and city council work - that my assessment of his character is level.   He is polite, intelligent, cordial, willing to put in extra effort, thinks of others, and his Godly character is evident with the way he interacts with the public.

It is my understanding that he has pleaded guilty to the charges.  It is my earnest hope that the court takes this letter into consideration at the time of sentencing.  With exception of the current case, I believe Andre Spivey to be a valuable member to the community and a good human being who would have a sense of remorse in making such a serious mistake with ability to pay his debt to society with willingness to, once again, be a solid upstanding figure.

Thank you for your time to read this letter as the intent is to be a positive contributing factor when the court considers this matter.

Sincerely,

Rhonda Thomas

Lieutenant Colonel (RET) Leonard D. Rusher
3625 Springbrook Lane
Lansing, Michigan, 48917
313-399-2003
Ldrusher@aol.com
1 December 2021

The Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert,

I am writing on the behalf of the former City Council Member Andrey Spivey. As a former combat commander, I clearly understand the gravity of the duties and responsibilities you have been entrusted with. On many occasions I had to oversee the soldiers that were in violation of the Uniform Code of Military Justice. If guilt was found, I had to determine the level of punishment I had to enforce within my constitutional powers. Now you must carry out your duties in considering punishment for Councilman Spivey.

I have known Andrey for nearly 20 years dedicating his energy to his family, church, community and the city of Detroit. I am requesting leniency from your court. Andrey is remorseful and apologetic about his actions. He has served his community and the city of Detroit tirelessly for 25 plus years, not seeking any rewards. He wanted to make his community and Detroit a better place which he did. He is very devoted husband his wife and father to his two children. While guilt was admitted, he has cooperated with the law enforcement to the fullest degree. I am asking you consider an act leniency.

Your act of leniency does not show weakness, far from it. It demonstrates the fairness and spectrum of our justice system combine with the strength of compassion. Thank you for your service and consideration.

Sincerely,

Leonard D. Rusher
LTC (R) US Army

# Carole Maia Blanding, BS, COA

10319 Crocuslawn; Detroit, MI 48204
(313) 424-0071
CarolemBlanding@gmail.com

December 2, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Robert,

Please accept this correspondence as I speak to Andre Spivey's character. I have known Andre Spivey for over 30 years. We were both members of the African Methodist Episcopal Church District 4 in Detroit. He exuded leadership even then. Andre was among other young men in the AME District 4 area who became leaders of the Young People's Department for the entire District.

Over the years I watched him grow in stature and loyalty. Graduating from Morehouse College and Colgate Rochester Divinity School, and then becoming an ordained minister and Pastor of a historical church in Detroit, Mr. Spivey proved to be a dependable and faithful individual. This among other excellent qualities, helped him in the general and primary election of 2017, winning a seat on the Detroit City Council.

I had the pleasure of working with Mr. Spivey in 2012 with a project. I was tasked with creating a bridge between the students and their families at Denby High School in Detroit to the community resources that were available. Through the dedication and leadership of Mr. Spivey, we were able to bring the State of Michigan Department of Health and Human Services in to the school.

As an active member of the Detroit community, I understand the importance of maintaining a great rapport with other community members and constituents. Mr. Spivey thrives on commitment, excellence and advocating for others, which is why I believe him to be an important asset to the city of Detroit.

Sincerely yours,

Carole M. Blanding

Honorable, Judge Victoria Robert                          December 2, 2021
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

C/O ELLIOTT S. HALL, ESQ. Attorney at Law
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009-5310

Your Honor,

I wish to speak on behalf of Andre Spivey, a friend and colleague whom I have had the pleasure of working with over the years. My experience with Rev. Spivey has been as a preacher, teacher, mentor, and colleague in the African Methodist Episcopal Church. I have known and experienced him as a kind and compassionate man. I came back to live in Michigan in 2002 and became a member of Oak Grove A.M.E Church. The A.M.E church is a connectional church and members of various churches interact at many levels as we strive to serve God. The first time I meet Rev. Spivey I was new to the Michigan Conference and was contemplating where I could best serve the church and fulfill what I perceived to be my purpose. Rev Spivey though an established pastor and connectional level clergy person took time to talk to me, encourage me and to make himself available to support me in any way he could.

Over the years Rev Spivery has preached sermons that inspired me and caused me to examine my walk with the Lord. He has shown me how to interact and collaborate with clergy and lay persons to achieve the mission and accomplish the task God placed on my heart. Because of his leadership in his position as Executive Minister at Oak Grove I have been effective in developing and launching a grief support ministry that has reached over 125 people over the last 18 months. During the pandemic (and the challenges I now know he was facing in his personal life) he has walked alongside me as the new Minister of Pastoral Care and assisted me in meeting the needs of our congregation as they faced the loss of loved ones.

As a minister I am frequently involved with persons who are struggling under the weight and consequences of choices and decisions they regret. I have been so impressed by Rev Spivey's walk during what must be the most difficult time in his life. He has remained kind, compassionate and unwavering in his commitment to supporting the members of Oak Grove and the community we serve. I have seen how his faith has been tested and how he has shown us what to do when you fall. I pray that if I am ever faced with the type of challenges Rev. Spivey is facing, that I will step forward, acknowledge my mistake, and trust God for the grace and mercy that suits my case.

I respectfully ask that the court show Rev. Spivey grace and mercy and that he be given every ounce of leniency the courts and the law will permit. Andre Spivey is a friend and a brother, and I am so honored to speak on behalf of the man I know to be a loving, husband, father, mentor, friend, and man committed to serving our God.

Respectfully,

Rev. Brenda Jones,
Friend and Colleague

December 2, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Victoria Robert,

I am writing in reference to Mr. Andre Spivey who is appearing before your court on January 19, 2022. The objective is to provide reference for the prestige of Mr. Spivey's character that I can attest to through knowing him for more than 12 years.

I had the opportunity to get to know Mr. Spivey personally as an active member on his campaign for City Council. Through that work I met and became involved with his family. His natural kindness and dedication to serve others was exposed even further with experiences that I know of where response to City of Detroit District neighborhood needs were addressed thoroughly with his leadership.

In all the time I have known Mr. Spivey, he has been a reliable, diligent worker and decent person always going out of his way to help others which is an invaluable contribution to the community through his natural amicable personality. Those traits seen in the community were apparent with equal care to his family and friends.

It is my hope that his achievements serving the community are taken into consideration when you make your decision. Given that he has pleaded guilty to charges, there is no doubt that he accepts responsibility for his actions but will be ready to move forward emerging from the experience as a wise man would.

Your time and consideration of my perspective for the value that Mr. Spivey provides to many is appreciated

Respectfully,

Audrey A. Thomas

**Robert A. Bury**
**3 Stratford Place      Grosse Pointe, MI 48230**
rbury0922@gmail.com            **313 719-1999**

December 2, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Robert,

Please accept this letter in support of Andre Spivey, who will come before you. As the past Executive Director and CEO of the Detroit Historical Society, I interacted with Andre on numerous occasions over a period of several years. Our interactions primarily involved support for funding of the Detroit Historical Museums, owned by the taxpayers of the City of Detroit.

During those times, I have found Andre to be professional, honest, well-informed and trustworthy.

Please consider Andre's character and his many positive contributions to Detroit and the broader community as you make decisions about his future.

Sincerely,

Robert A. Bury



December 2, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

It is with heartfelt sincerity that I offer my support for Andre Spivey.

Having known him personally and worked with him during my time in the Mayor's Office for the City of Detroit, I came to know him as a person who was kind, committed and compassionate about serving the residents of this city.

His accessibility and responsiveness were appreciated and further evidence of his public service.

It is no secret that good people sometimes make bad decisions, but if mistakes erased the good in who are and what we've done, then we'd all be back at square one more often than not.

While his lapse in judgment is questioned, the content of his character remains undeniable.

Sincerely,

Karen Dumas
President

*KD:mh*

# George E. Howard, Jr.

**4008 Link Drive, Brighton, MI 48114        810.229.5692        howardgeo@sbcblobal.net**

December 2, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

Re:  Character Reference for Rev. Andre Spivey

I have known Rev. Andre Spivey for more than 20 years. As an investigator and retired manager with the Michigan Occupational Safety and Health Administration (MIOSHA) for 30 years, I recognize exemplary moral character. For many years, I served with Rev. Spivey on the African Methodist Episcopal Church, Michigan Annual Conference, South District Finance Committee. I found him to be a conscientious, compassionate, and intelligent person. He is a Christian-hearted person with a solid protestant work ethic. Whenever I talk with Rev. Spivey or see him, he is always friendly and cordial.

On numerous occasions, I had the opportunity to work with Rev. Spivey over prolonged periods of time. I found him to be a person of high moral character and integrity. When we worked on the South District Finance Committee, it was he who after a long day of meetings, committees and obligations, would work diligently into the night to help me make sure all monies were accounted for and that the books were correctly balanced. It isn't every day that a fellow worker would willingly forego his own duties to assist another, knowing that when he returns to his normal responsibilities, his work will be there waiting for him.

Without reservation, I can state that Rev. Andre Spivey is a dedicated and valued member of society. He cares about people. He is a caring and giving individual who enjoys helping and sharing with others. He is professional in his demeanor and has that rare and unique decorum of "A Distinguished Gentlemen," a quality uncommon in so many today. We can all make mistakes or sometimes have poor judgement; however, I see Rev. Spivey, (his substantive nature) as a very honest and trustworthy individual who has tried to make the world a much better place.

It is my hope and prayer that he be granted substantial leniency so he can readily fulfill what he is destined to accomplish.

If I may be of further assistance, please call me or email me at your convenience.

Respectfully submitted,

*George E. Howard Jr.*

George E. Howard, Jr.

December 2, 2021

The Honorable
Judge Victoria Robert
United States District Court
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Robert:

My name is Beatrice Davis, and I am a dear friend of Andre Spivey.  In spite of the circumstances, it is without hesitation that I share with you what I know about Andre.  Throughout his young life and into adulthood, Andre has displayed qualities of a great son, good friend, devoted husband and a dedicated father.

I observed Andre from somewhat of a distance as a youth in church and high school because he was a good friend to my daughter, Brooke.  Andre was an active leader in the Young People's Department (YPD) of the African Methodist Episcopal (AME) Church as well as Cass Technical High School.

I lost contact with Andre after high school and throughout his college years.  Our association resurfaced when he became a minister at St. Paul AME Church.  When I first heard him speak, I couldn't help thinking, "this young man has worked so hard and accomplished so much."  This dedication is evidenced through the accomplishments of his two children, Andre, Jr., Kendall and his loving wife, Shema.   In the face of his busy schedule, so many times he was present with his wife, Shema, at school, family and community events.

There are many stories to tell, but there is one that stands out with me.  Andre, Jr., and Kendall attended the same high school as my granddaughter, Harisen.  Andre, Jr., played hardball and Kendall and Harisen played soccer.  Dad, Andre, would always be in attendance.  On one occasion, there was a hardball game and a soccer game occurring at the same time, same place.  Dad stood in the middle of the two fields, alone, cheering on both kids.  I smiled.

I believe Andre is remorseful.  I believe Andre can be a responsible, respected member of society again.  Once more, despite his admitted guilt, it is my hope that you will consider a second chance for him.

Sincerely,

Beatrice Davis
13231 E. Outer Drive
Detroit, Michigan 48224

Honorable, Judge Victoria Robert                                    December 2, 2021
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

C/O ELLIOTT S. HALL, ESQ. Attorney at Law
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009-5310

Your Honor,
I wish to speak on behalf of Andre Spivey, a friend and colleague whom I have had the pleasure of
working with over the years. My experience with Rev. Spivey has been as a preacher, teacher, mentor,
and colleague in the African Methodist Episcopal Church. I have known and experienced him as a kind
and compassionate man. I came back to live in Michigan in 2002 and became a member of Oak Grove
A.M.E Church. The A.M.E church is a connectional church and members of various churches interact at
many levels as we strive to serve God. The first time I meet Rev. Spivey I was new to the Michigan
Conference and was contemplating where I could best serve the church and fulfill what I perceived to be
my purpose. Rev Spivey though an established pastor and connectional level clergy person took time to
talk to me, encourage me and to make himself available to support me in any way he could.

Over the years Rev Spivery has preached sermons that inspired me and caused me to examine my walk
with the Lord. He has shown me how to interact and collaborate with clergy and lay persons to achieve
the mission and accomplish the task God placed on my heart. Because of his leadership in his position as
Executive Minister at Oak Grove I have been effective in developing and launching a grief support
ministry that has reached over 125 people over the last 18 months. During the pandemic (and the
challenges I now know he was facing in his personal life) he has walked alongside me as the new
Minister of Pastoral Care and assisted me in meeting the needs of our congregation as they faced the
loss of loved ones.

As a minister I am frequently involved with persons who are struggling under the weight and
consequences of choices and decisions they regret. I have been so impressed by Rev Spivey's walk
during what must be the most difficult time in his life. He has remained kind, compassionate and
unwavering in his commitment to supporting the members of Oak Grove and the community we serve. I
have seen how his faith has been tested and how he has shown us what to do when you fall. I pray that
if I am ever faced with the type of challenges Rev. Spivey is facing, that I will step forward, acknowledge
my mistake, and trust God for the grace and mercy that suits my case.

I respectfully ask that the court show Rev. Spivey grace and mercy and that he be given every ounce of
leniency the courts and the law will permit. Andre Spivey is a friend and a brother, and I am so honored
to speak on behalf of the man I know to be a loving, husband, father, mentor, friend, and man
committed to serving our God.

Respectfully,

Rev. Brenda Jones,
Friend and Colleague

December 5, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Robert,

My heart is filled with gratitude today—a profound expression of my love and faith in GOD and Humans. I give thanks for all my blessings, especially family and friends. I also pause to appreciate an everyday blessing like Andre Spivey. He represents the best of the Detroit community. We tend to take these "everyday blessings" for granted.

I am honored to have this opportunity to share with you the importance of Reverend Andre Spivey to the Community. I met Andre Spivey prior to him becoming a council member. He has always shown his commitment to the community where he lives, the Council District he serves and his Church. His service to these vital pillars has been unquestioned.

He has always been a man of character and integrity. His pledge to the African Methodist Episcopal (AME) Church is a commitment to serve people in need of salvation. As a worker involved in both faith and political spheres, I don't profess to know all the facts about Rev. Spivey's current situation. However, I do know GOD is not done with him yet and he has so much more to give to make Detroit and this world a better place to live.


Yours In Service,

*Beverlyn C. Hilton*

Beverlyn C. Hilton
269 Walker St., Suite 215
Detroit, MI 48207
beverlynhilton@yahoo.com
313-282-3355

To whom it may Concern

I am writing this Letter in
Support of my dear friend Andrea
Spivey, whom I have known for 16 years
I know he pleaded guilty of his
Charges, but I believe he did this
to keep his family safe and out
of the media, I don't believe that
he deserves a harsh Sentence,
he is a Collage Student, husband
father and former pastor, his Skills
would be put to better use in
the Community, I pray that the
Sentencing Judge will give him
a fine and Community Service

IT would be a waste of tax payers money to put This young man in prison, Taking him away from his Family and the people who love and support him Please give him a chance to redeem himself,

Thank you

MS mildred golson

To whom it may concern,

I am writing this letter on behalf of my friend, Andre Spivey. My name is Daryl Shackelford and I am currently employed with the Washtenaw Intermediate School District as a Teacher Consultant. I have been in education since 1994. I first met Andre Spivey in 2003 when he became a member of the Omega Psi Phi Fraternity, Inc., through my chapter, Nu Omega. Since our initial meeting, Andre and I developed a fast friendship, often joking with each other regarding whose college was the better, Morehouse or Hampton. We considered everything square when his son attended my high school alma mater, the University of Detroit Jesuit High School and Academy. Over the years, Andre always made himself available to attend career day events at whatever school I was working at when needed. He extended himself to me at my most sorrowful time of need in 2006 when he eulogized my father. He did such an outstanding job of bringing levity to one of the lowest moments in my life. Andre always made sure the fraternity was involved in supporting the community at all of his community events in which he provided food and entertainment for those within his district. We also sang together in the Omega Chorale which always gave us an opportunity to catch up and further our bond.

I, as an almost 8 year sober recovering alcoholic, know better than most that we all make mistakes and need others to grant us mercy. I am asking that you show favor when it comes to the sentencing of my friend. He made a mistake and admitted to making that mistake, but Andre is NOT a bad person....he is human, and humans make bad decisions. I applaud everything that my friend has done to better the city and I continue to support him in whatever his future may hold.

Sincerely,

Daryl W. Shackelford

December 06, 2021

Rev Kenneth L. Johnson

740 St. Clair St

Detroit, Michigan 48214


Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd

Detroit, Michigam 48226


To: Judge Robert

Re: The upcoming sentencing of The Rev Andre Spivey on January 19, 2022 for Bribery.

I am not familiar with the legalese of the court but I do hold the justice system in high regard. Nor am I a politician but I do gauge the temperature among the governing factions within the branches of government. I have a social consciousness. I am an ordained minister in the African Methodist Episcopal Church denomination with a background also as the first African American licensed to practice both Physical and Occupational Therapy in America (retired). I wanted to begin by putting my request for a favorable decision as regards the scheduled sentencing of The Rev Andre Spivey (January 19, 2022) in context.

1

The Bible teaches that no one is good except God. Our difficulty is that everyone has the potential of being tempted. Yet there is the promise of forgiveness. Yes an error in judgement was commited and confessed to by the Rev Andre Spivey signaling his sincere remorse. The guilt here was one of abuse of power within the scope of bribery by the Councilman Rev Andre Spivey. I submit though that I believe his remorse is genuine. He would certainly have confessed this sin/wrong to God as he has preached to others in numerous sermons which I witnessed. I have served St, Paul AME Church as an associate minister under his pastoral leadership during his entire assignment there as pastor. I was then and remain today independently minded.

I have known Rev Spivey to be a compassionate and forgiving person who will also admit to his own mistakes of judgement. Despite this fall from grace in the eyes of Detroit, he is still a person chosen by God even as he admits to his having faltered. I can truly say that while I had intended to leave St. Paul when he was first assigned there. I saw something genuine in Rev Spivey in that he truly cares about others. That was nearly 17 years ago. That is something in which I too am passionate about as a professiinal and minister focused on tracing the foot steps of Christianity precolonial in Africa. My returning to St. Paul under his leadership as pastor was a major contributing factor to the direction my ministry has taken to address a history of Christianity forgotten/overlooked but potentially impactful upon the Black Church. I am not sure that I would be pursuing this relevant issue of concern had I not remained at St. Paul. My interest was further kindled through discussiins with him and our team/ministerial staff.

So I am writing this letter to you about this man of God who I have come to know and greatly respect. I still periodically reflect upon the many discussiions and his encouragements as I did not pastor a church despite my

2

qualificatioins. I am praying for  and asking you for leniency on his behalf in his sentencing because he is remorseful. I believe that he has asked God for forgiveness and will address the Church and community likewise when this is over. I am asking that you give the Rev Andre Spivey this chance to redeem himself without any periiod of confinement within the prison institution allowing him to fully display his remorse in service to God and the community for all to benefit.


Thank you for reading and considering my thoughts and request on this matter.


Respectful of your decision making process,

Rev. Kenneth L. Johnson

3



Pierce, Monroe & Associates, LLC

December 7, 2021

The Honorable Victoria Roberts
Judge of United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Justice Roberts:

It is indeed my honor and privilege to provide this correspondence in support of Andre Spivey.

I've served as the Managing Member of a financial, management and information technology consulting firm based in Detroit for the past thirty-five years. My experience has included serving as the National President of the National Association of Black Accountants and board member of various companies, civic and cultural organizations. I recently served as the Chairman of the Board of Directors of Chandler Park Conservancy.

I've known Andre Spivey for over ten years. We became better acquainted during my tenure as Chairman of the Board of Directors for Chandler Park Conservancy. Mr. Spivey served as an exemplary member of the Board. He displayed an unyielding commitment to the community and the mission of the organization. Mr. Spivey, in addition to Board and committee meetings, frequently attended fundraising and program activities of the Conservancy. I've observed, over several years Mr. Spivey is especially effective in working with all people regardless of age, race or socioeconomic status.

In summary, Mr. Spivey has been an asset to our community and I wish to give him my highest possible personal and professional endorsement without hesitation or qualification. If I can provide further information or assistance, please feel free to contact me.

Sincerely,

Phillip Pierce
Managing Member

# OAK GROVE

## AFRICAN METHODIST EPISCOPAL CHURCH

December 7, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit. Michigan 48226

Dear Hon. Judge Robert

This letter is submitted on behalf of my friend and co-worker Rev. Andre Spivey.

I have known Rev. Spivey since my employment at Oak Grove AME Church from 2003-2007 as Church Administrator. In 2004 he became the pastor of St. Paul AME Church in Detroit. I have firsthand knowledge on his ability to lead a church with both spiritually and temporally. We interacted at a number of AME 4th District church meetings and conferences. Our friendship continued through the years with me continuing to be an AME member of Oak Grove. Upon my return to employment as Church Administrator at Oak Grove in February 2020, I began to know him even better. When I returned in 2020, Rev. Spivey was and still serves as our Executive Minister. I now have the pleasure of knowing his wife and children personally. During my current tenure as administrator, Rev. Spivey has served in an exemplary manor as Executive Minister.

Rev. Spivey works to direct and facilitate our ministerial team. His compassion is exuded when talking/assisting members, prospective members, and working with us on community projects such as food distribution, community vaccination projects, church outreach projects, and our Worship services. On a personal note, my husband is experiencing health challenges; and about two weeks ago Rev. Spivey offered to come to my home and stay with my husband to give me a break. These are just a few of the ways in which he serves this community.

I am aware of the Rev. Spivey's conviction of Federal Crime of Bribery. However, I still support him and the work he has done and has yet to do. He is a good man who has a lot to give to this community.

I am asking that the court please consider Rev. Spivey's community service, his wife, and children. I ask that the court will show mercy as this case proceeds.

Respectfully submitted,

*Jacqueline D. Lawson*

Jacqueline D. Lawson
23850 Higgins Way
Brownstown, MI 48134
313 655-0220

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


December 7, 2021


Dear Judge Robert,

I have known Andre Spivey since I first came to the Detroit Metropolitan area in 2012. Actually, he introduced himself to me in a local Home Depot. Ever since then, we've come across each other only in business settings. I have come to admire him as a professional and gentle person and he has established himself as one of my favorite people here in the Detroit metro area.

Mr. Spivey has always seemed to be someone who asks nothing of anyone, just seeks to assist when and where he could. That's all I've ever seen him do. When I learned that he plead guilty, I thought there had to be some mistake along the way, that he had to not have known that he was involved in such an act. I cannot see the Andre Spivey I know doing something like that intentionally.

I stand behind Andre Spivey and feel that he deserves as much leniency as you are able to bestow upon him. Please give it much consideration.

Thank you.


Sincerely,

Maxie Jones

Dr. Deborah Hunter-Harvill
2505 W. Chicago Blvd.
Detroit, MI  48206                                    December 7, 2921
Dear Judge Victoria Robert:

I am writing to reflect on the character of a councilman that I consider to be a friend. Mr. Spivey has served in the City of Detroit for at least two terms. In that time, I have come to know him as a solid citizen that believes in his city.

Councilman Spivey and I dialogued at local city affairs a but every year at high school graduation affairs or commencement addresses. We both celebrated honor roll students, those young citizens that had enrolled in the army or navy after graduation and on those that would receive a scholarship to attend a four year college or university.

Councilman Spivey is also an ordained minister who is fierce and bold about the word of God. I heard him preach several times and was filled with hope and given strength to go the extra mile of the way.

As you and other decision makers  share final decisions about Councilman Spivey, please remember that he is a Godly man.  Please remember that he has a wife and two children that will need his guidance, remember that he enrolled in school to complete a law degree and finally, please remember that he deserves leniency for what he has pleaded guilty to; but if given another chance he would not make the same mistake.

 I will remember the good things about him:

            He helped to fight blight on our east side of Detroit

            He spoke to students as a Role Model

            He acquired student scholarships

            He stood boldly for the Citizens of Detroit

            He worked tirelessly for Senior Citizens

            He served as a Pastor and taught the gospel

            He is a good husband and father

I write to ask that consideration be given to Councilman Spivey. He is a fine gentleman that worked hard for our community.

Respectively,
*Deborah Hunter Harvill*
Dr. Deborah Hunter-Harvill
Vice President, Detroit Public Schools Community District
Former Superintendent and Principal

Walter Harvill
Barber and Hair Stylist
2505 W. Chicago Blvd.
Detroit, MI  48206

December 7, 2921

Dear Judge Victoria Robert:

I am writing to speak about my client, Andre Spivey.  I have known him and served as his barber for fifteen years. During that time, he has been a very communicable person with various clients and associates.  He is a part of our Barber Shop family. He answers questions about the city and will recommend names to visit within our city if you have a problem or need assistance.

Councilman Spivey has served as a hard-working councilman and has been a constant friend to senior citizens. He has shown respect to fellow clergy, to congregations and engaged his church within many ministries.

Mr. Spivey helped to fight blight in our east side neighborhood.  After hearings and meetings, the vacant properties were torn down.

The Councilman always gave in neighborhood collections or provided counseling for the less fortunate. I believe that if given another opportunity to prove his honesty and integrity he will stand out as the real man that he is and was trained to become.

I have always been in his corner because he has always shown himself as fair, decent and a gentleman.

I write to ask that consideration be given to Councilman Spivey. He is a fine gentleman that worked hard for our community.

Respectively,

Walter Harvill,
313-779-5467
Walt's Style Center and Harry's II Barber Salons

December 7, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Robert,

I'm writing on behalf of my friend Andre Spivey. I've known Andre for 13 years. In that time, I've spent time around his mom and wife. I've only seen his daughter in person once and I've never seen his son. I make that distinction to highlight the fact that I see him as a deeply protective family man, father and husband. I don't believe he would purposely hurt his family in anyway. I'm aware of the circumstances that's brought him to this point and I can say I was as shocked as many others but its proof that no matter how much we may try none of us are infallible. Andre is not a perfect man but he also not a criminal or a felon.  In spite of this circumstance, I believe him to be a man of high moral character and ethical standing. As a former police officer in the city of Detroit and an avid observer of government I've seen many of all stripes, some who ran afoul of the law.  Like those I'm sure Andre understands the error he made. I also being a follower of the teachings of Christ believe in redemption and second chances. One of my former bosses would always say we must always remember to temper justice with mercy. So therefore, Your Honor I ask that you in sentencing Andre Spivey you temper the need to apply justice with mercy.

Thank You

John K Bennett
Retired Detroit Police Officer

**REGINALD G. DOZIER, ESQ.**
**1880 LINCOLNSHIRE**
**DETROIT, MI. 48203**
**(313)910-5923**

December 7, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI. 48226

Re: Andre Spivey

Judge Roberts:

It is my understanding that Former Councilman, Rev. Andre Spivey is scheduled to be sentenced on January 19, 2022. I understand that he has accepted responsibility for his transgressions. I am forwarding this correspondence to plead for leniency on his behalf.

Sometime good people do things that are not good. That in no way erases the good they have done. Rev. Spivey is a good man. He has been a vigilant leader of the City of Detroit in his position on the City Council. My first interaction with Rev. Spivey was when he as my fraternity brother walked an eastside Detroit neighborhood talking to youth and inviting them to the Fraternity's youth program. He took this activity very seriously and was very effective in his interaction with the young people.

He has been a great Pastor in the African Methodist Episcopal Church, here in Detroit. In that capacity he administered to his congregation and other congregations, of all denominations in the area and country.

Rev. Spivey devoted time and service to Omega Psi Phi Fraternity, Inc. In addition to other activities, he was instrumental in establishing and directing a gospel chorus in Nu Omega Chapter of the Fraternity. Rev. Spivey is a long time husband and a father of young people who are in a sensitive developmental period of their lives. The absence of their father during this time would be damaging during this period of their development.

The good that Rev. Spivey has done clearly outweighs the transgression which brings him before you. He is worthy of any grace, mercy, and leniency the Court can grant. Thank you for your consideration.

Sincerely,

/s/      *Reginald G. Dozier*

Reginald G. Dozier, Esq.

45611 N. Stonewood Road
Canton, Michigan 48187
December 7, 2021

The Honorable Judge Victoria Robert
United States District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Robert:

Thank you for allowing me the opportunity to have input into the sentencing recommendation for Mr. Andre Spivey.  I would appreciate any consideration given my recommendations.

I had the privilege of making the acquaintance of Mr. Spivey roughly eighteen years ago. I found him to be a young man who displayed a strong Christian background, devoted family man, actively involved in the community, and a firm belief in right and wrong in the eyes of God and the law.

I would like The Court to know that I'm not excusing what Mr. Spivey is accused of doing. I would ask please, that The Court consider his entire character before rendering your decision.  Due to the choices made by Mr. Spivey, he has already been punished because; of the damage done to both his reputation and career.

Mr. Spivey possesses a lot of positive attributes that he could contribute to our society. Based on his prior contributions to his congregation and community, please consider giving him a second chance to work in the community as he has done previously.  It would allow him the ability to rectify his mistakes and serve our community in a positive and productive capacity.

My suggestions for sentencing recommendation would be the following:

1.  Restitution to be paid back over time.
2.  Community service to win back the trust of his peers.
3.  Probation only if The Court need reassurance of his remorse.

I feel in certain circumstances sometime a second chance is needed.  I am praying that this is the case in Mr. Spivey's situation.  I think the recommendations I have suggested would allow him the opportunity to once again be a valuable citizen in our society.

Again, I thank The Court for taking the time to consider my sentencing recommendations and for any leniency granted Mr. Spivey in his sentencing.

Sincerely Yours,

Roberta Marie Hill

Betty J. Tuggle
106 Brewer Drive, North #4
Battle Creek, Michigan 49015
Phone* 269-274-9292
Email:bjoetuggle@yahoo.com

December 7, 2021

The Honorable Judge Victoria Robert
United States District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert,

My name is Betty J. Tuggle, and I am writing to you in connection with the sentencing pending before your Honor of Reverend Andre Spivey.

I have known and worked closely with Reverend Andre Spivey as a pastor and good friend for over twenty-five years. I served as the Executive Assistant to the Presiding Elder in the Soaring South of the Michigan Conference African Methodist Episcopal Church, Fourth Episcopal District.

I was both troubled and surprised to hear about his charges of Bribery. I understand the seriousness of this matter, and it is devastating for him and his family. He has been such a model person as a minister, and it is for this reason I write this letter of recommendation for Reverend Andre Spivey regarding this matter. I have found him to be a man of exceptional Christian character. He is a man of truth, honesty, and integrity. He is extremely knowledgeable of the Word of God and is a strong defender of Christian Faith.

Rev. Spivey is deeply kind, compassionate and loving in his treatment and respect of others especially the less fortunate and victims of injustice. It can only be due to his compassion for people and/or lack of adequate anti-corrupt /bribery training that he finds himself in this compromised position. It is definitely inconsistent with the person I know as a man of great faith. I am confident that many other people who would also testify to this same statement.

It is my prayers, and I would ask your Honor that this Court would show leniency and great Mercy on Reverend Spivey's sentencing.

Faithfully,

*Betty J. Tuggle*

Betty J. Tuggle



TIMOTHY A. WILLIAMS, LEAD PASTOR

# NEW BEGINNINGS
## COMMUNITY CHURCH

December 8, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Victoria Robert:

I write to you about Mr. Andre Spivey, the former councilman for District 4 of the City of Detroit. For more than twelve years, he served and collaborated with me in reinvesting in the citizens and the immediate community of the church that I serve as Lead Pastor. I witnessed Mr. Andre Spivey striving to live an authentic lifestyle as a public servant with honesty, loyalty, transparency, and genuineness. During our interactions, he demonstrated that he was an individual who positively impacts and changes the world around us.

In life, serving the public and making life adjustments and decisions can be challenging, and it may feel overwhelming sometimes, but the results are truly worth it.  I believe during his tenure Andre lived each day to do good for the city and, in particular, District 4.  I know that he possesses the quality of "showing up" and being present when life gets complicated. Living an authentic lifestyle does not exempt us from mistakes or lapses of judgment but gives us the freedom, boldness, and tenacity to live life to the fullest--with accountability. The character and quality of the man that I know as Mr. Andre Spivey is not trying to avoid responsibility for his actions but would seek mercy from your Honor.  Considering who Andre is, I ask for mercy from your Honor on his behalf, as I consider the man over his mistake. If you want additional information about Mr. Andre Spivey, you can telephone me at (313) 598-0224.

Sincerely,

*Timothy A. Williams*

Dr. Timothy A. Williams

12/8/2021

To: Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

Thank you for taking the time to read this letter.  I've known Andre' Lamarr Spivey, Sr.  for 45 years, I grew up with him, and at his core, Andre is:

A debater

A practical joker

A son of the church

A protector

Professional

Dependable

Generous

A leader

I've never known him to deal dishonestly with others.  Even as kids and young adults, Andre' was always involved with positive activities, like sports, debate, and church, and stayed out of trouble.  Him and his wife, Rasheemash, of over 20 years are the oldest of my generation of cousins, and Andre' has been a great example.

Judge Robert, ma'am, respectfully, what Andre' is in need of is mercy, like we all get every morning the good Lord wakes us up, despite our imperfections.  He admitted he made a wrong choice, he's gone through the public embarrassment of that, which is already a great reprimand for him, a preacher, law student, Morehouse alumni, Cass Technical Highschool alumni and community activist.  Please consider a lighter resolution.  Thank you for your consideration. God bless you and yours, and happy holidays.

Sincerely,

LaShonda Spivey

| | |
|---|---|
| **From:** | Janet Simpson |
| **To:** | Zaida Hernandez |
| **Subject:** | Andre L. Spivey |
| **Date:** | Wednesday, December 8, 2021 10:17:45 PM |

Janet Simpson
20550 Fenmore
Detroit, MI 48235

December 9, 2021

Re: Andre L. Spivey, Sr.

Honorable Judge Victoria Roberts,

I met Andre L. Spivey when he was nine years old. His mother and I worked for the Department of Corrections. He was very studious, respectful, responsible, pleasant, sociable, compassionate, and mild mannered. Most of all, he well behaved and very mature. During his youth, he always helped the seniors and those less fortunate than him. I participated in a program for young, unwed mothers that he was involved with. I know his immediate family members. His family members are all trustworthy and caring people. He was raised in a very loving, religious, and disciplined household. There was a lot of emphasis put on his education. While attending Moorehouse College, he excelled in his studies and met many new friends. He travelled to Rusia with Moorehouse Glee Club. Also, he went to Geneva, Switzerland as a member of the World Council of Churches. I actually observe his mother sacrifice many things to ensure he had a proper education. I watched him grow up being actively involved in church, school, and basketball. Now, he is raising his children in the same manner. He was raised up as opposed to being dragged up.

I was startle and astonished to see him in the media for the current case. However, I know he is remorseful to the public and his family. Despite the current case, I still believe Andre L. Spivey is a decent person. Furthermore, he is ready to accept responsibility for his actions. He has morals and values in life. This is a family-oriented man. I will vouch for him.

Sincerely,

Janet Simpson

---

**Total Control Panel**                                                                                   Login

To:                                          Message Score: 30                    High (60): Pass
zhernandez@morganrothlaw.com                 My Spam Blocking Level: Medium       Medium (75): Pass
From: shaquille7455@aol.com                                                       Low (90): Pass

                                             Block this sender
                                             Block aol.com

*This message was delivered because the content filter score did not exceed your filter level.*

December 10, 2021

Honorable Victoria A. Roberts
United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts:

It is an honor for me to write this character reference on behalf of Andre Spivey who has been charged with a Federal crime of Bribery and has entered a plea of guilty.

As a personal reference, I was the Federal Administrative Manager for Judge Damon J. Keith and was blessed to have both a professional and warm personal relationship with him from 1997 until his death in 2018. It was an honor to work with Judge Keith and I treasured the relationship we shared. Judge Keith was indeed a *Crusader for Justice* and courageously defended the Constitutional rights of individuals, municipalities, and corporations all the way up to the Supreme Court. His legacy and service on the Federal Bench is honored at Wayne State University Law School's Damon J. Keith Center for Civil Rights and Wayne Law which proudly offer the Damon J. Keith Scholarship to deserving students who meet the qualifications. Mr. Spivey graduated from Morehouse College, Cass Tech High School, and was a resident of Detroit, Michigan. He met the qualifications and was awarded the Damon J. Keith Scholarship on his own merit.

I am certain that if Judge Keith was still living the code of Judicial Conduct would prevent him from communicating with you on behalf of Mr. Spivey. However, I know without a doubt he would applaud me for writing to you. He and I had a lot in common. We both believed that everyone deserves a second chance, and his favorite quote was "all that the Lord required of me (Judge Keith) was to do justly, to love mercy, and walk humbly with God." Often people came to Judge asking for advice because of unconscionable acts that they had committed. He never turned anyone away. His advice was usually the same. He would say, "confess, don't try and justify your mistakes, ask for forgiveness and make a change in your future choices." Mr. Spivey stood humbly before the Oak Grove AME Church congregation not long ago and did all of that. He was not the pastor but had ministerial duties which he resigned from. Neither the pastor nor the congregation wanted him to step down. He continues to attend church with his family; wife Shema, daughter Kendall, and son Andre, II who is an honor student at Morehouse.

I have known Mr. Spivey more than 20 years as a man of unquestionable integrity who is highly respected among his peers and laypersons as a spiritual leader with a vision. In addition, I know him on a very personal level as a friend and a man of God. Judge Roberts, I believe that there is no one among us who does not have something in their life that they would not want to see on the evening news or the front page of the *Free Press*. All of us have made choices we regret at one time or another. To err is human. Mr. Spivey is human. Mr. Spivey has repented not only before God, but the people he served as an elected official and a spiritual leader. Mr. Spivey did not make excuses for his actions and has demonstrated that he walks humbly with God. I believe you will rule justly. I ask that you please show mercy in your ruling.

Sincerely,

*Mae E. Doss*

Mae E. Doss
30333 Hunters Drive - #4
Farmington Hills, MI 48334
Mae_doss@yahoo.com
313-516-4706

Reverend Keeley Lucas
Local Elder, Oak Grove African Methodist Episcopal Church
23115 Wildwood | Oak Park, MI 48237
(313) 903-4808 | Keeley.Ministry@gmail.com

December 10, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts,

As an Associate Minister within the AME Church for 10 years, and a member of the denomination for twenty years, I have known Andre' Spivey for such time. For the past 3 years, he has served as the Executive Minister in which I serve under and report to for matters regarding ministerial duties, spiritual direction, training, and leadership support. Prior to this, I witnessed Reverend Spivey operate in the role of a pastor as not only one who preached the Word of God but poured into the lives of the those who were seeking God. He was a part of my ordination ceremony where the hands of 7 elders were placed upon me, allowing him to serve as one who would impart wisdom for my own spiritual journey.

On behalf of Reverend Spivey, understanding and respecting the plea and the matter that is before him at this time, I'd like to speak of his character and the ways in which he has served in my presence. I know him to be a man of integrity, accountability, and valor. He, alongside his wife and children, have modeled what it means to carry out responsibilities in the midst of difficult circumstances. Since the publicizing of his situation, not one of his duties have fallen through the cracks. He has stood up and spoken up with dignity, acknowledging the position he's in and how important it is for him to move forward with what he has been called and positioned to do. His leadership has remained exemplary. To serve in both, a public and church setting while remaining positive and committed has further spoken to his character. He has remained very present, reachable, and accessible to not only me, but to an entire ministerial team, congregation, and a pastor who serves a congregation of over 3000 members. I have watched his faith in God and his trust in the prevailing of righteousness grow amidst matters that are unacceptable and deemed unforgiveable. He has been an inspiration to me and with all that could be said about him, his aforementioned actions speak louder.

I would like to thank the court for taking the time to hear from someone outside of this case as I imagine there is much to process. I ask that what is being submitted would be consideration for an opportunity for Reverend Spivey to prove himself not only to the court, but to the city and constituents he's been positioned to serve, just as he had done so with the church. I am available to confirm the facts in this letter as necessary by way of either of the contact options above.

Respectfully,

Reverend Keeley Lucas

# ALBERT TAYLOR NELSON, JR., PLC
### ATTORNEY AT LAW

ALBERT TAYLOR NELSON, JR.
EMAIL: anelson@gmhlaw.com
CELL: (248) 670-4859

OF COUNSEL TO:
GIARMARCO, MULLINS & HORTON, P.C.
TENTH FLOOR COLUMBIA CENTER
101 WEST BIG BEAVER ROAD
TROY, MI 48084 - 5280
FACSIMILE: (248) 404-6326
OFFICE: (248) 457-7170

MICHAEL J. MASON, Of Counsel
EMAIL: michael.j.mason.plc@gmail.com
CELL: (248) 765-0735

December 10, 2021

victoria_roberts@mied.uscourts.gov

Judge Victoria Roberts
231 W. Lafayette Blvd
Detroit, MI 48226-2700

Re: Andre Spivey

Dear Judge Roberts,

Faye and I have known Andre Spivey for over a decade, and he has always shown exemplary behavior. In all of our interactions, public and private, we know him as a gentleman, family man, husband, and public servant. Andre's wrongdoing does not symbolize his character, morals, or comportment. There are no perfect people, and if anyone is deserving of grace, it is Andre. He has been humiliated, and his sterling reputation has taken a sizeable hit. A clergyman, and a long-time example to others, Andre is already suffering and continues to seek redemption. Serving overly restrictive parole or a prison sentence does not protect anyone and takes him away from his societal responsibilities that have now become even sharper. Our respect and trust for Andre have not wavered, and we expect great things from him going forward.

Thanks for this opportunity to express our support for Andre and his family. We also appreciate your service to our community.

Very truly yours,

Albert Taylor Nelson, Jr

# OAK GROVE
## AFRICAN METHODIST EPISCOPAL CHURCH

December 10, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

First, let me thank you for taking the time to read this correspondence. I am Rev. Cindy Rudolph, Senior Pastor of Oak Grove AME Church in Detroit. I would like to offer my reflection and perspective regarding Rev. André Spivey.

For two years now, Rev. Spivey has served as the Executive Minister (Assistant Pastor) at Oak Grove, a position in which he has functioned with the utmost excellence. I hired him shortly after I became Pastor, a little over two years ago. Prior to that, I knew him as a colleague in the ministry, as we both served other congregations. I was thrilled when he initially accepted the position because I knew he would bring a wealth of knowledge and specialized expertise to the position. From the day Rev. Spivey began, he exceeded the high expectations I had for him.

My heart was deeply saddened when I learned about the charges against him. I realize the seriousness of his legal challenges but I also realize that these circumstances in no way speak to the totality of who he is as a man. Rev. Spivey is a loving husband, an outstanding father, a devoted son, a caring sibling, a supportive friend, and yes, a faithful servant of the Lord. He and his wife Shema have done a remarkable job raising two of the most impressive children you will find anywhere. Both of their children are scholar athletes who have distinguished themselves as brilliant and gifted young leaders. The entire family has always been actively involved in church, serving in a myriad of ways.

With regard to his work ethic at Oak Grove, as well as the churches he has pastored over the years, Rev. Spivey is very conscientious, highly capable, compassionate, hardworking, forward-thinking and always willing to go above and beyond the call of duty. His love for God is evident in everything from his preaching to his administrative work. In spite of his current challenges, I can attest to the fact that the officers, members and ministerial staff of Oak Grove are tremendously supportive of Rev. Spivey; their love for him is unwavering. They remember how he has prayed for them, preached an encouraging word to them, guided them, labored alongside them and offered them support in numerous ways. There have been countless instances where



# OAK GROVE
## AFRICAN METHODIST EPISCOPAL CHURCH

everyone from clergy to lay people, from all over the country, have thanked me for supporting him, because they know him to be a good and kind person.

As his pastor, I have had many conversations with Rev. Spivey about the matters at hand. Because of his deep and abiding love and concern for the Church, he insisted on stepping down as Executive Minister. I reluctantly accepted his resignation, but asked him to remain as a member of the ministerial and Church staff. Since then, Rev. Spivey has continued to add tremendous value to the Oak Grove staff. His insight, thoughtfulness, ability to work well with others and commitment to the Lord have all aided him in offering exceptional ministry and work.

Rev. Spivey is not a person of questionable moral character; he is simply a man who stands in need of mercy. I have seen his spirit of commitment firsthand and I am confident that he still has a bright future ahead. I have no doubt that Rev. Spivey will recover from this as a productive citizen, a devoted family man and a faithful servant of the Lord.

Again, I wish to thank you for taking the time to review this missive, feel free to contact me with any questions you may have.

Regards,


Rev. Cindy Rudolph
Senior Pastor



**LITIGATION** ASSOCIATES PLLC

Bertram L. Marks, Esq.

December 10, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Andre Spivey

Your Honor:

    I have known Andre Spivey for nearly 15 years. Andre has always impressed me as a dedicated man of faith, loving husband, and committed father. I cannot recall a conversation with Andre that did not include him sharing positive thoughts about his wife and or children. The feelings expressed by his family about him are absolutely mutual. The charges to which Andre has pled are completely out of character for him. Unlike some, Andre is incredibly remorseful for his activities. He is aware that his actions were disappointing to his family, his constituents, and his friends. Andre has never spoken excuses, instead he has owned his wrong and pledged never to exercise such poor judgment again. I believe Andre is sincere in his remorse and repentance from his prior actions. He has lost his position as a Detroit City Councilman, suffered rebuke from the community of faith, and most importantly, stumbled before his children, for whom he has always been a superb role model. Andre being separated from his family by a prison sentence will be a nearly impossible burden for his children to bear. They have grown so accustomed to his guiding, loving, and steady presence.

    I trust this court considers the many accomplishments of Andre Spivey when rendering your decision on sentencing. His record up to this incident has been flawless. The number of struggling citizens he has helped through his policies and personal actions as a Minister and City Councilman is incalculable. Andre Spivey made a major mistake. Our justice system requires he be held accountable. My hope in writing this letter is that the justice administered by this Honorable Court will be tempered with mercy. A sentence of probation with dedicated community service is warranted. Jail time will not serve the interests of society in this matter. It is clear from the swift acknowledgement by Andre of his wrongdoing that he has been sufficiently deterred from this



activity. The loss of his position and standing in the community coupled with the shame he has endured with his family are incredible punishing hardships. Imposing a sentence that requires he serve jail time would be an unimaginably burdensome punishment. Andre Spivey can, will and has been redeemed.

*MIDTOWN DETROIT*

7375 Woodward Avenue
Suite 2000
Detroit, MI 48202
248.737.4444 phone
248.932.6365 fax
www.LitigationAssociatesPLLC.com

By this incident, Andre has been knocked down. I hope and pray that this Honorable Court can see a path to helping him get back up. Thank you for your time and attention to my genuine and heartfelt recommendation for leniency in the sentencing of Andre Spivey.

Very truly yours,

**LITIGATION ASSOCIATES, PLLC**

Bertram L. Marks, Esq.
Attorney at Law

Judge Victoria Roberts                December 10, 2021
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Andre Spivey

Judge Roberts:

Please allow to express some thoughts regarding Andre Spivey.

I worked at Quicken Loans (now called "Rocket Mortgage") from 1991 until my retirement in 2016. Over the years I was involved with a variety of initiatives--including the company's government relations efforts, its relocation to the City of Detroit and various Detroit initiatives. From roughly 2008 through 2016, much of my time was spent on matters related to Detroit.

During that time, I worked with several City officials and City Council members, including Andre Spivey. I met with Mr. Spivey and his staff several times to discuss things that Quicken Loans was planning, and to discuss the City of Detroit in general. I also attended many City Council meetings during that time period.

In all of my encounters with Mr. Spivey, I found him to be intelligent, well-prepared, professional and honest. I was impressed with the way he conducted himself, and I never had any reason to doubt his integrity or commitment to the city of Detroit.

Thank for your time.

David Carroll

December 10, 2021
28456 Venice Circle
Farmington Hills, MI

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Victoria Robert,

I am writing to you on behalf of Mr. Andre Spivey who will be appearing before you. It is my hope this information will provide you additional insight into the character of this special man.

I have known Andre Spivey since he was a young child growing up in Ebenezer African Methodist Episcopal Church. I know the family across generations and the values they share. I had the privilege of being his director for the Youth Choir at Ebenezer AMEC. This opportunity provided an insight to the character of a person as they are faced with decision making, connecting with peers, and their attempt at grasping the realities of life. Even as a young man, he was a role model to his peers and those younger than him.

Andre has always strived to be the best in all his efforts. He graduated from Cass Technical High School and matriculated to Morehouse College in Atlanta, GA. I believe he also served as President of the historic Morehouse Glee Club. He was quite successful as a student engaging himself in his major and extracurricular activities. When the decision came for him to go into ministry, he was very specific about the university that would give him the best preparation, Colgate Divinity School in Rochester, NY. He was, again, successful in meeting and exceeding the expectations set before him. In being assigned as a pastor in the AME Church, he has successfully met the challenges and opportunities at each of his assigned churches.

I had the privilege of playing for his wedding to his wife, Shema. I have watched him as a husband and a father. I know the importance of family to him, and his understanding of the care and support needed to maintain both a marriage and a family. His choices for his children and providing a platform for them to be engaged in multiple activities is more than commendable. Most importantly, he has always had the support of his family in his endeavors.

In closing, I think an important characteristic of Mr. Spivey is his humility. He is quietly unassuming, taking seriously the responsibilities given to him. He is a deep thinker and refrains from making capricious decisions. I have seen this in many facets in his life over time.

I am hopeful he will have the uninterrupted opportunity to continue the work that has been designed specifically for him. It is with deep sincerity that I can speak on his behalf through this brief letter.

Best Regards,

*Sylvia S. Hollifield, Ph.D.*

Sylvia T. Hollifield, Ph.D.

*Linda A. Martin*
*4471 Middleton Drive*
*West Bloomfield, MI 48323*

December 10, 2021

Hon. Victoria Roberts
USDC, SDMI
231 W. Lafayette Blvd.
Detroit, MI 48226

I have had the pleasure of knowing Andre Spivey for approximately twenty years. We met as a result of his purchase of his and his wife, Rasheema's first house. I also represented them when they purchased their current home. In all negotiations, Andre was always considerate of all parties in the transaction. Andre has never requested that I accept any undue funds from him, nor have I ever accepted such. Indeed, all of my interactions with Andre and his family have been completely transparent and lawful. He is not only one of my favorite clients, but as a result of our interactions, I happily call him a friend.

Throughout the course of my time knowing Andre, I have been able to observe him as a young pastor at Saint Paul's AME Church. He treated the congregation as extended family. He organized Sunday dinners, special occasion celebrations and walking events to promote the health of parishioners. To my knowledge, he engaged in these activities out of the goodness of his heart and his religious beliefs, not because he expected anything of value in return.

As a father, he is supportive of his children's academic and extracurricular activities. He attends sporting events, concerts and is an otherwise an attentive and caring father.

Through my experience with Andre Spivey, I have always seen him as someone extending himself for the benefit of the community and therefore I encourage leniency in his sentencing. This incident has been devastating to Mr. Spivey both professionally and personally. I have no doubt that very public tarnishing of his reputation and the ancillary effects of such are more than sufficient to deter him from ever even considering the actions of which he has been accused. Indeed, nothing excuses the behavior or the crimes that Andre has admittedly committed. However, I believe that the forthright and truthful manner in which he has conducted himself both publicly and before this Court is a testament to his true character, which heretofore has been beyond reproach.

I do not and have not extended support to individuals accused of crimes such as these and my eagerness to do so for Andre speaks to my belief in him as a good person who has the ability to rectify the wrongs he has committed, learn from his mistakes, hold himself accountable, and never repeat these legal transgressions again.

I wholeheartedly support Andre and respectfully request that the Court consider the Andre Spivey that I know: loving father, avid community supporter, compassionate pastor and champion for the city of Detroit and its residents. He should not be judged solely by the thoughtless and reckless crime(s) of which he is accused. Respectfully, this Court has the opportunity to minimize the damage on Mr. Spivey's family, congregation, and constituents. I ask that you use the power vested in you to exercise leniency because it is that exercise of leniency that is in the best interest of all those involved, including the citizens of Detroit.

Sincerely,

*Linda Martin*

Linda A. Martin

December 10, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts

I am writing this letter on behalf of my dear friend Mr. Andre Spivey. I have known Mr. Spivey for over 10 years and during this time I have seen Mr. Spivey do many great things for the City of Detroit, his church, and the community at large.

Mr. Spivey and I share a common bond as not only members of the clergy but we both share a brotherhood where Mr. Spivey has helped me through some of the most difficult moments in my personal life from battling my health to going through a divorce. Through each situation I have encountered, Mr. Spivey has been one of the first people I could depend on to pray for me, encourage me and most of all support me through my own mistakes in life.

Mr. Spivey is a human being who always strives to help others from mentoring youth or young man like myself. He has devoted his life to helping families find resources from affordable housing to food resources especially during the holidays as he has coordinated coat drives, food drives and toy drives. Mr. Spivey is someone I know firsthand that he is a person of good character and high morals despite his recent lapse in judgment, we all make mistakes in life but should be given another chance.

Therefore, I ask you as you consider sentencing Mr. Spivey that you look at his entire body of work as I know that without a brother like Andre Spivey in my life I wouldn't be here today. After coming back from my first deployment in the military and battling my own mental health, Mr. Spivey has been one of a handful of nonfamily members that I could always depend me to offer me a guiding word of faith, encouragement, and deliverance to help me see brighter days.

Mr. Spivey is a Godfearing man with a strong work ethic and believes in helping the least even while dealing with his own personal matters. He is a committed to service, God, and community. My brother and friend Andre Spivey is a husband, a father, a friend, and brother who I recommend be given not only a second chance but another chance at life. Consider Matthew 3:8 as you make your decision about sentencing which states Matthew 3:8 "Bear fruit in keeping with repentance." We all deserve forgiveness and I ask that you lenient in making your decision pertaining to my friend and brother Mr. Andre Spivey.

Sincerely,

*Hodari Brown*

Minister Hodari Brown
Triumph Church
14084 Shamrock Drive
Redford, MI 48239
(313) 580-2089
hodariptbrown@hotmail.com

December 11, 2021

John H. Tipton II
3336 Heritage Parkway
Dearborn, MI 48124
Home: (313) 377-2901


Hon. Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48226
Re: Andre Spivey

Dear Honorable Judge Victoria Robert;

I am humbly writing this letter of support on behalf of Andre Spivey, whom you are scheduled to sentence on January 19, 2022.

I have known Andre for approximately 18 years. During this time of friendship, we have seen each other through the ups/downs and highs/lows of navigating friendships, marriage, parenthood and personal business aspirations.  Despite challenges along the way, I have seen him grow as a husband, father, minister and politician.  I sincerely believe that Andre values his family and is dedicated/committed to improving conditions in his community. I am asking you for leniency in sentencing as you decide on the appropriate course correction for Andre.  I am certain that Andre will emerge from this situation refocused, humbled and re-dedicated to his community as he has previously done. I appreciate your time and consideration.

If you need to reach me for further information, please feel free to contact me at (313) 377-2901, if I am not available, please leave a detailed message and I will return your call promptly.

Thank you for your time and consideration. I look forward to hearing from you.


Respectfully,

John H. Tipton II

December 11, 2021

John H. Tipton II
3336 Heritage Parkway
Dearborn, MI 48124
Home: (313) 377-2901


Hon. Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48226
Re: Andre Spivey

Dear Honorable Judge Victoria Robert;

I am humbly writing this letter of support on behalf of Andre Spivey, whom you are scheduled to sentence on January 19, 2022.

I have known Andre for approximately 18 years. During this time of friendship, we have seen each other through the ups/downs and highs/lows of navigating friendships, marriage, parenthood and personal business aspirations.  Despite challenges along the way, I have seen him grow as a husband, father, minister and politician.  I sincerely believe that Andre values his family and is dedicated/committed to improving conditions in his community. I am asking you for leniency in sentencing as you decide on the appropriate course correction for Andre.  I am certain that Andre will emerge from this situation refocused, humbled and re-dedicated to his community as he has previously done. I appreciate your time and consideration.

If you need to reach me for further information, please feel free to contact me at (313) 377-2901, if I am not available, please leave a detailed message and I will return your call promptly.

Thank you for your time and consideration. I look forward to hearing from you.


Respectfully,

John H. Tipton II

December 11, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Victoria Robert,

My name is Brian Caldwell, and it is an honor to write this reference letter on behalf of Andre Spivey.

I have known Andre Spivey for approximately 10 years or more as a community advocate, minister, as well as friend.  It is my belief that I can speak to Andre's moral character; with the intent that you will take this into account when deciding the outcome of his court case.

Regardless of the current scrutiny pertaining to Andre, he possesses a great deal of integrity and is dedicated to the well-being of others.  Although he has received many public accolades regarding his community efforts; he is even more dedicated with the omission of the public spotlight.  For many years, Andre has been diligent in his efforts to bring about community change thru his ongoing food drives, assisting the homeless, as well as ensuring the residents of impoverish neighborhoods have a voice within the city.

On a more personal level, I have witnessed Andre's love and commitment to his wife and children.  While our sons have played sports together for many years, Andre has always remained an active parent. Regardless of his professional responsibilities, Andre ensured that he was present both physically and emotionally.  While continuing his familial support, Andre also mentored adolescent males that did not have a male presence in their household.  His mentorship consisted of, but not limited to, life skills, education, as well as peer relationships.  Fathers, like mothers, are pillars in the development of a child's emotional well-being and thru his continuous love and support, his children and others have been able to demonstrate positive outcomes.

To attest further to Andre Spivey's character, he remains a good role model that has continued to take responsibility for his own actions.  As you determine his future court outcome, I humble request that you would refer to the depiction of his character as expressed in this letter.  Please feel free to contact me at (313) 445-1879 if additional information is needed.

Sincerely,

Brian Caldwell

Marshiki Huggins, LPC, NCC
Itinerant Elder, African Methodist Episcopal Church
28437 Franklin Road, #359 | Southfield, Michigan 48034
313.550.9665 | lottahugs@gmail.com

December 11, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

I currently serve as the Director of Christian Education at Oak Grove African Methodist Episcopal Church where Andre Spivey serves as Executive Minister. Andre and I were passing acquaintances in elementary school but in the last 10 years have become more personally acquainted when I entered the ministry.

I am writing this letter in support of Andre as the person whom I know. Andre has been of benefit to me throughout my formative years in ministry and more specifically in the last three years in his role as Executive Minister. His willingness to use his years of experience to counsel and guide me as I navigated my role as Director of Christian Education and in dealing with the development of programs and the appointment of administrative personnel have been invaluable to me. It would be difficult for me to think of a time when I have gone to him for advice and he did not provide prudent counsel. His ability to see beyond the needs of the moment to lay a groundwork for the future is a notable quality and one I continuously seek to develop within myself.

I thank you Judge Robert for your time in this matter. I understand that you have a duty to perform in carrying out sentencing to enforce consequences for crimes which Andre has been charged. It is my request that his passion to serve the community as well as his desire to help others be a factor for your consideration.

If you have any further questions or concerns, I am available by my contact information above.

Best Regards,

Marshiki Huggins, LPC, NCC
Itinerant Elder, African Methodist Episcopal Church

Dr. Charles A. Bowman
4101 Na Ah Tee Trail
Snellville, GA 30039

December 11, 2021

To the Honorable Judge Victoria Robert
United States District Court
231 W.Lafayette Blvd.
Detroit, Michigan 48226

My name is Dr. Charles A. Bowman and I are writing  you a favorable character
reference for Andre Spivey concerning his guilty plea to the felony charge of bribery. I
am writing this letter to impress on you what I know of his character with hopes that
you will afford him due leniency in your adjudication of this matter.

I have known Andre for  more than twenty years. We are Morehouse Brothers,
graduating together in the Olympic Class of 1996. We sang together in the Glee Club and
are fraternity brothers in the professional music fraternity, Phi Mu Alpha Sinfonia. We
have shared space and time in brotherly fellowship and I admire the man that he is.
Andre has persevered through an array of life's vicissitudes; fatherlessness, dubious
community to yet achieve a great many things; college graduate, civic leader, pastor,
father, husband. No one realizes great success without  experiencing grave temptation
and  seemingly insurmountable challenge. And the truth of the matter is that no one of
us passes every test. Still Andre has continued to thrive as a husband, a father, as a
pastor and my friend. What makes Andre so  exceptional to me is that through his flaws
he is able to demonstrate resilience to be better and do better. I witnessed it in his
studies, in his relationships, and his career. When discussing the matter Andre has
expressed deep contrition and remorse for this lapse in judgment. This is not at all
indicative of the sound character I know him to possess and portray.

A letter in no way serves to sufficiently encapsulate the genuine and honest character I
have seen Andre show in all the years I have known him. I do hope that you offer him
leniency in your sentencing in this matter. Please feel gree to rhea out to me directly
should you have want to follow-up on what I have shared here. I can be reached at
404-226-5538 or by email at cabow74@bellosuth.net

Sincerely,

Dr. Charles A Bowman



December 12, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan, 48226

Dear Judge Roberts

Please find this missive as my recommendation for Reverend Andre Spivey. I have known Rev. Spivey for more than twenty (20) years. I have watched him grow and mature into a fine young man and as a committed minister. I know him be involved in the community and the church. He is courteous, respectful and easy to communicate with.

In light of the unfortunate event that has placed him into the hands of the court, I beg leave and implore you to extend to Rev.Spivey an opportunity to fulfill his potential as a productive and viable citizen within the community. He has a strong and supportive family and church family, with their faith in him. I am sure he will not disappoint this village.

Rev. Spivey's future is important to me personally, therefore, I would ask that all due consideration be shown to him. I pray you will find in your judicial deliberations a way to show compassion and leniency to this young man.

Sincerely,

Dr. Robert Brumfield
Presiding Elder
Chicago District

Postal Box 603, Southfield, Michigan 48037 | (313) 215-0092 - Phone

THE RT. REV. JOHN F. WHITE
Presiding Bishop

DR. ROBERT BRUMFIELD
Presiding Elder

Angela Scott
P.O. Box 13922
Detroit, Michigan 48213


December 12, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

To The Honorable Judge Robert,

My name is Angela Scott, I am writing this letter on behalf of Rev. Andre Spivey. I am
aware that he has been charged with a Federal crime of Bribery for which he has
entered a plea of guilty.

I have known Rev. Spivey for over 20 years. We grew up in church together as youths
and he later became my pastor. During his time as my pastor (roughly 15 years) I
worked closely with him as a Community Engagement Liaison, Youth Director and
Missionary. We worked together on programs to elevate and strengthen the members of
our congregation as well as the church's surrounding community. Together, we have
worked tirelessly to provide resources, and other support to members of our underserved
population. Whether planting community gardens, hosting resource fairs or college
nights, Rev. Spivey led us in a direction of change. He always encouraged us to be
better, not to be hindered by our past hurts or mistakes.

I know Rev. Spivey to be a loving husband, father and mentor to many. I have watched
the care and attention he's given to even strangers.  I consider him to be my brother and
a true friend. It is my sincere hope that the court takes this letter into consideration during
the sentencing process.  Without reservation, I consider Rev. Andre Spivey to be a
valuable member of this community and an asset to this society as a whole in spite of
any mistakes that he has made resulting in this current case.

Respectfully,

Ms. Angela Scott

# Jenita M Moore

101 E. Jolly Rd., Apt B3
Lansing, MI 48910
Jenita9@comcast.net

December 12, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I am writing this letter in support of Andre Spivey who is presently before you for sentencing where he has plead guilty to bribery. I am Jenita Moore, and I was parishioner of Rev Spivey when he pastored Saunders Memorial AME and St. Paul AME Church-Downtown. I have known him since August of 2003. Not only was he my pastor but he was also a good family friend. In full transparency we have grown up together from youth in the AME Church although I would consider myself his Big Sister in Christ as I am slightly older than he.

He and I are both aware of the gravity of the crime he has plead to, but I would like to give you a perspective that shows that he is more than the sum of this actions that he will be sentenced for. Rev. Spivey, as I call him even when he wants me to call him Andre, has always been there for me and my family. My grandmother had adopted him as her son when he pastored our church Saunders Memorial AME.

Rev Spivey has never met a stranger. He is a kindhearted, humble, and compassionate man who has always gone beyond the call of duty to serve the needs of people. He is truly a spiritual leader with a servant's heart. When my grandmother passed away in 2008, I couldn't have found a more supportive person to me and my family. I felt like this was a personal loss for him as well. He made himself available no matter the day or the hour to our family during our time of grief. He didn't miss a beat when my mother passed away in 2009.

Rev Spivey is a man of good moral character, honest, loyal, extremely dedicated to his wife, and a great father to his children. He comes from a strong family that believed in hard work, integrity, and goodwill toward others and placing God first in all that they do. He and his family embraced me as a member of their family, and I have participated in family activities in the past as well as currently. He has always been supportive of me in my career endeavors as I began my work in public

service in Lansing. In turn I was supportive of him when he decided to enter into a political career and run for city council. I worked on his campaign because I believe the City of Detroit needed a leader who actually cared about the needs of their constituency.

I understand the distressing circumstances that Andre Spivey faces.  He has expressed his deep regret about what has happen particularly its grave repercussions on his family and career. As you know this is Andre Spivey's first ever offense.  Given his otherwise clean record I strong believe that leniency is most appropriate in this situation.

I wish for him the best possible outcome on this case, and I shall continue to support him as a Pastor and Friend.


Sincerely,

*Jenita M. Moore*

Jenita M. Moore

December 13, 2021

From:

Roderick Spratling

578 Fletcher St.

Wixom, MI 48393 - 2248


To:

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


Dear Judge Victoria Roberts,

I am writing this letter on behalf of family friend, Mr. Andre Spivey.

I have known Andre and his family for close to 25 years, including his mother and father, Geneva Spivey - Barnett and Keith Dickerson, wife, Shema, and his children, son Andre II and daughter Kendall. During those years, I also played on softball teams with and against Keith. Andre's children also played sports in their respective high schools, and I was able to attend some of their games.

Mr. Spivey is a proud Morehouse College 1996 graduate (BA, Music Education) and Morehouse is one of the premier institutions under the Historically Black Colleges & Universities (HBCU's) umbrella. Andre is a 1992 graduate of Cass Tech.

I worked at Xerox Corporation in Rochester, NY from 1976 - 2016 and it was during 1997 – 2000 when I initially became aware of Andre while he was an Assistant Pastor at Baber A.M.E. (African Methodist Episcopal) Church. Mr. Spivey was active in several community organizations while in Rochester, including Rochester NAACP and Rochester Urban League to name a few. Although my interactions with Mr. Spivey were initially limited while he was in Rochester, after my Detroit family told me he was also from Detroit, our friendship blossomed and remains strong today.

Mr. Spivey has always been a strong advocate for families, youth, and neighborhood development. After returning to Detroit and then becoming Pastor at St. Paul A.M.E. Church from 2004 – 2018, he spearheaded several projects to benefit not only the church and surrounding area, but also after becoming a Detroit City Council member, he expanded his reach to District 4.

While at St. Paul A.M.E., some of Andre's major accomplishments included: the second longest serving pastor; wiped out a $200K debt within his first two years and provided a balanced budget during 14 year tenure; yearly college scholarships; head start and weekly feeding programs; youth basketball team; and

hosted important guests such as former U.S. Secretary of Transportation Rodney Slater, former U.S. Surgeon General Jocelyn Elders; Congress persons Maxine Waters and Hank Johnson; and current NYC Mayor Bill de Blasio.

As a Detroit council member, Andre took on even more responsibilities, and remained committed to improving and expanding services in District 4 and throughout Detroit. Some of the major projects supported include: securing funds for expansion of Fiat Chrysler plant; District 4 saw addition of ACE Hardware, Chipotle and Starbucks; 30 new businesses; raised $80K in two days to provide water and other necessities to Flint residents via 16 semi – trailers during lead water crisis; $1.5 million renovation and technology upgrade of City Council Chambers; launch of Wayne County Community College District (WCCCD) Regional Training Center within District 4; hosting over 5,000 youngsters at District 4's Annual Family Fun Day and Community Health Fair. Additionally, Andre served on these city council committees: chair of Internal Relations and Rules; and Neighborhood and Community Service; Budget and Finance. Lastly, Andre chaired or co – chaired these Task Force Assignments: Workforce and Economic Inclusion, 2010 City Council Census, Black Male Engagement, Immigration and Returning Citizens.

As alluded to earlier, Andre and his family are more than just friends to me and my family; in reality, we consider them members of our family and they are always invited to family functions. Additionally, Andre has eulogized my mother, an aunt, a niece, and many other friends and on December 6, 2021, he provided soothing and encouraging words during funeral for 97-year young Matriarch of the Spratling family, Helen Spratling Dayley.

Andre and I are both members of Black fraternities, Omega Psi Phi and Alpha Phi Alpha, respectively; and as such, we also use those bonds to uplift young Black men and boys through various programs such as talent hunts, mentoring, voting rights, fatherhood and supporting and raising funds for United Negro College Fund (UNCF), HBCU's and health programs such as March of Dimes and St. Jude Hospital.

Throughout all the positive things Andre has done, sadly, he made a major mistake, which I know he truly regrets. He has embarrassed himself, family, and friends. However, one mistake should not define Andre's life going forward. I am confident Andre has learned from this mistake and will be a better person and a law-abiding citizen. And he remains a role model and respected citizen of Detroit. I hope this letter gives a broader view of Mr. Andre Spivey, as a person who has supported the Detroit area community in many positive ways as highlighted throughout this letter. I respectfully ask for leniency on his behalf.

With sincere and kind regards,

Roderick Spratling

12/15/2021 WED 14:28 FAX 3135966943 City of Detroit (P39)

December 13, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

My name is Faith Gary and I have had the privilege to be friends with Mr. Andre Spivey for well over 25 years. We met while we were still young people within the church organization. I have watched him grow and develop into an enthusiastic and helpful individual. He is a wonderful person and friend to so many people including myself. His involvement within the local community and church provides an excellent display of his commitment and dedication.

Andre is the type of man everyone should want as a friend. He is loyal and hard working. Whenever family or friends called upon Dre, he immediately was there in an instance. Within, the years of friendship, I have watched Andre reach his goals from education, marriage, family, pastoral leadership and city council. He is a genuine leader and has a pure heart.

Judge Robert, I know you have to make hard decisions in your business, but sentencing Andre for several years will not serve anyone justice. I know Andre has learned from whatever wrong he has committed and he is in pure hell for that misjudgment. Please be merciful in your ruling on behave of his family, friends and the community that loves and support him unconditionally.

Sincerely,

Faith Gary

# ARESE L. ROBINSON

22319 La Seine #301 ♦ Southfield, Michigan 48207
313.506.8912 ♦ ALR19086@yahoo.com

December 13, 2021

**RE: Andre Spivey**

To the Honorable Judge Victoria Robert,

I have known Andre Spivey as a clergyman, colleague, and friend for over fifteen years. I was both troubled and surprised to hear about this case as he has always been a solid and reliable person. It is for this reason I am happy to write a letter of character reference for Mr. Spivey regarding this matter. I understand the seriousness of this matter, however, hope the court will show some leniency.

Andre Spivey has always been an upright and honorable character in the community. In our friendship, he has really been there for me, especially when I was exploring career opportunities. He made it a point to be encouraging and show a significant amount of support during this arduous job search. It was Mr. Spivey that was a source of camaraderie and a champion for me. He has truly been a good friend over the years.

In addition to our friendship, he has been an upstanding member of the community providing resources and support to the underserved. While it is unfortunate that due to some bad decisions, thus resulting in this case, it is my belief that he still remains a man of good character. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions and atone. I believe that as he moves forward, he will emerge a better person. In short, Andre Spivey has expressed a deep sense of remorse in making such a serious mistake and I believe in his ability to provide restoration to community and those impacted by his mistake.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Andre Spivey to be an honorable individual, a valuable member of my community, and a good human being!

Should you require additional information, please contact me directly.

Sincerely,

*Arese L. Robinson*

Arese L. Robinson

December 13, 2021

From:

Roderick Spratling

578 Fletcher St.

Wixom, MI 48393 - 2248


To:

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


Dear Judge Victoria Roberts,

I am writing this letter on behalf of family friend, Mr. Andre Spivey.

I have known Andre and his family for close to 25 years, including his mother and father, Geneva Spivey - Barnett and Keith Dickerson, wife, Shema, and his children, son Andre II and daughter Kendall. During those years, I also played on softball teams with and against Keith. Andre's children also played sports in their respective high schools, and I was able to attend some of their games.

Mr. Spivey is a proud Morehouse College 1996 graduate (BA, Music Education) and Morehouse is one of the premier institutions under the Historically Black Colleges & Universities (HBCU's) umbrella. Andre is a 1992 graduate of Cass Tech.

I worked at Xerox Corporation in Rochester, NY from 1976 - 2016 and it was during 1997 – 2000 when I initially became aware of Andre while he was an Assistant Pastor at Baber A.M.E. (African Methodist Episcopal) Church. Mr. Spivey was active in several community organizations while in Rochester, including Rochester NAACP and Rochester Urban League to name a few. Although my interactions with Mr. Spivey were initially limited while he was in Rochester, after my Detroit family told me he was also from Detroit, our friendship blossomed and remains strong today.

Mr. Spivey has always been a strong advocate for families, youth, and neighborhood development. After returning to Detroit and then becoming Pastor at St. Paul A.M.E. Church from 2004 – 2018, he spearheaded several projects to benefit not only the church and surrounding area, but also after becoming a Detroit City Council member, he expanded his reach to District 4.

While at St. Paul A.M.E., some of Andre's major accomplishments included: the second longest serving pastor; wiped out a $200K debt within his first two years and provided a balanced budget during 14 year tenure; yearly college scholarships; head start and weekly feeding programs; youth basketball team; and

hosted important guests such as former U.S. Secretary of Transportation Rodney Slater, former U.S. Surgeon General Jocelyn Elders; Congress persons Maxine Waters and Hank Johnson; and current NYC Mayor Bill de Blasio.

As a Detroit council member, Andre took on even more responsibilities, and remained committed to improving and expanding services in District 4 and throughout Detroit. Some of the major projects supported include: securing funds for expansion of Fiat Chrysler plant; District 4 saw addition of ACE Hardware, Chipotle and Starbucks; 30 new businesses; raised $80K in two days to provide water and other necessities to Flint residents via 16 semi – trailers during lead water crisis; $1.5 million renovation and technology upgrade of City Council Chambers; launch of Wayne County Community College District (WCCCD) Regional Training Center within District 4; hosting over 5,000 youngsters at District 4's Annual Family Fun Day and Community Health Fair.  Additionally, Andre served on these city council committees: chair of Internal Relations and Rules; and Neighborhood and Community Service; Budget and Finance. Lastly, Andre chaired or co – chaired these Task Force Assignments: Workforce and Economic Inclusion, 2010 City Council Census, Black Male Engagement, Immigration and Returning Citizens.

As alluded to earlier, Andre and his family are more than just friends to me and my family; in reality, we consider them members of our family and they are always invited to family functions. Additionally, Andre has eulogized my mother, an aunt, a niece, and many other friends and on December 6, 2021, he provided soothing and encouraging words during funeral for 97-year young Matriarch of the Spratling family, Helen Spratling Dayley.

Andre and I are both members of Black fraternities, Omega Psi Phi and Alpha Phi Alpha, respectively; and as such, we also use those bonds to uplift young Black men and boys through various programs such as talent hunts, mentoring, voting rights, fatherhood and supporting and raising funds for United Negro College Fund (UNCF), HBCU's and health programs such as March of Dimes and St. Jude Hospital.

Throughout all the positive things Andre has done, sadly, he made a major mistake, which I know he truly regrets. He has embarrassed himself, family, and friends. However, one mistake should not define Andre's life going forward. I am confident Andre has learned from this mistake and will be a better person and a law-abiding citizen. And he remains a role model and respected citizen of Detroit. I hope this letter gives a broader view of Mr. Andre Spivey, as a person who has supported the Detroit area community in many positive ways as highlighted throughout this letter. I respectfully ask for leniency on his behalf.

With sincere and kind regards,

*Roderick Spratling*

Roderick Spratling

Robert D. Brown
46558 Darwood Ct. Plymouth, MI 48170 (313) 204-5984 rd-bert@comcast.net

December 13, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert, my name is Robert Brown.  I am a retired automotive
executive.  I am writing to you on behalf of Rev. Andre Spivey whom I've known
for approximately 20 years.  I understand Rev. Spivey has entered a plea of
guilty to a Federal crime of Bribery.  However, I believe it is important to share
with you a couple of my life experiences with Rev. Spivey.  It is my hope that
these shared experiences provides you with additional insight into his overall
character, which if considered by you could impact resultant sentencing.

Over the past 20 years I've known Rev. Spivey both as a spiritual advisor and as
a family and personal friend.  In November 2008, our family experienced the loss
of a patriarch who was a long-standing officer of Rev. Spivey's church, St. Paul
African Methodist Episcopal Church (AME-C) in Detroit Michigan and of the
broader AME connectional church.  Rev. Spivey made himself available 24/7
during our mourning period.  He performed pastoral duties for our entire
extended family as well as others who were having a hard time with the observed
suffering and expected upcoming loss.  Moreover, Rev. Spivey became both a
family and personal friend as he continued to reach out to me and my family long
after our loss.

In fact, Rev. Spivey seemed to speak directly to me through a number of his
sermons.  One in particular was shared on the last Sunday of 2018 at my home
Church, Bethel AME in Ann Arbor Michigan.  The subject of the sermon was
Trust in God with scripture reference Proverbs 3: 5-6.  The main theme "Listen
for God's voice in everything you do.  At times we will all listen to the wrong
voices. When we do go astray, don't try to figure it out on our own. Listen for
God's voice and He will put you back on track."  I believe during his current
challenge Rev. Spivey is listening to God's voice.

In summary, I believe Rev Spivey to be a man of God who loves and cares for
others and even in trying times maintains a strong faith in God.  This faith results
in personal accountability. As such, I respectfully request that you consider these
character traits when determining the appropriate sentencing for this specific
transgression.

Thank you for your kind consideration,

Robert Brown
Robert Brown



**REV. MAYNARD M. GOLDEN**
ASSISTANT MINISTER

**REV. DR. MAYOWA L. REYNOLDS**
ASSISTANT MINISTER

**REV. DR. CONSTANCE B. SIMON**
MINISTER, CHRISTIAN EDUCATION

**JOHN E. JOHNSON, JR., ESQ.**
CHAIRMAN, TRUSTEE BOARD

**JOHN HUFF**
CHAIRMAN EMERITUS

December 13, 2021

The Honorable Victoria A. Roberts
Judge, U.S. District Court
231 W. Lafayette Blvd
Detroit, MI 48226

Dear Judge Roberts,

May this letter find you and your family in the best of health in this most blessed of seasons. I write in support and in prayers for Mr. Andre Spivey, charged with the federal crime of bribery. I believe he is scheduled to appear before your court on January 19, 2022, for sentencing. I write with all sincerity and concern for an individual that I have known for several years. I do not seek to excuse any misbehavior, violation of the law, or any wrongdoing. This letter is written in support of a man who I believe has made a significant mistake but is certainly worthy of redemption and every consideration that your wisdom and the law will provide.

As a pastor, Rev. Spivey was always a giving and supporting individual in this community. He has been a strong advocate for people who are in need and his church has been a noted center for community assistance and stability. I believe that Rev. Spivey must have had some very serious issues that led to this situation. As a pastor, I know he has over the years counseled, preached, and prayed for individuals in similar circumstances. Some may say it makes it even more difficult to believe that such a situation would occur in his own life. But I am reminded that none of us are perfect and *"there, but by the grace of God, go you or I."* I have learned over the years to expect the unexpected and that the unexpected can always be expected to occur. Rev. Spivey is not a threat to our community. I believe he is and can be a positive example for our community. I am certain that he has learned from this mistake. I believe he will continue to be a positive voice for people who are troubled or conflicted, and in need of a word of reassurance.

In this season of faith, hope, and love, I urge you to consider all three. Yet I know that you are aware that love is the greatest of all. You have demonstrated over the years your love of justice, fairness, and understanding. I pray that for Rev. Andre Spivey that you will provide that same love, fairness, and understanding as he awaits sentencing on January 19. As you retire from the bench (in which we all shall feel the void), I know that your sense of justice and mercy will not be retired.

Thank you for your consideration of my letter. If I can provide any further information concerning my support of Rev. Spivey, I am only too happy to provide the same. I may be reached at revwendellanthony@gmail.com or (313) 347-2820.

Yours for the Blessing of the Season,

Rev. Dr. Wendell Anthony

December 13, 2021


Judge Victoria Robert
United States District Court
231 Lafayette Blvd.
Detroit, Michigan 48226

The Honorable Judge Victoria Robert,

I am a member of the Historic Ebenezer African Methodist Episcopal Church in Detroit and have been for about fifty years. I am a trustee at the church and serve as Vice President of several non-profits affiliated with the church. I am a retired corporate executive of the owner of a small business.

All of Andre Spivey's family members are faithful and dedicated members of Ebenezer and he was raised in the church. I have known him all of his life and have served as a mentor for him. We provided financial assistance for him when he matriculated to college and graduate school and are very proud of his educational achievements.  He has always been one of the most committed, serious, respectable and conscientious young men I have ever known.  We are very proud of his many accomplishments and the contributions he continues to make to the community and the AME church family.

He was a beloved shepherd to his congregation when he served as the senior pastor of St. Paul A.M.E. Church. He always had time for the "least of these" and never failed to be respectable to everyone he encountered.  As a council member, he always provided assistance whenever and wherever he could. Whenever I reached out to him for assistance he was always there.

I am saddened about the situation he presently faces but he has my wholehearted and unequivocal support. I know that he still has a lot to offer the city and community and pray that he will be provided and opportunity to redeem himself.

Sincerely

Heyward Dortch
CEO
The Diversa Group, Inc.

December 13, 2021

Judge Victoria Robert

 United States District Court

231 W. Lafayette Blvd. Detroit, Michigan 4822

Dear Madam,

 I am writing in reference to Andre Spivey who is appearing before your court who has been charged with a Federal crime of Bribery.

 I have known Andre Spivey since 2006.  I met him and his family when became pastor at St Paul AME. Andre Spivey is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless.   Although he has gone through political ups and downs, but all the while he is a respectful and polite person.

 He is a hardworking man as well as a religious and community leader.   Andre Spivey most definitely is an amazing family man.  He is a dedicated husband and always involved with his children's education, activities and life journey so they can have a better future.  He has served the community throughout the neighborhoods by coming out to the neighborhood to address blight, safety issues and revitalizing the forgotten neighborhoods.

I am sure Andre Spivey regret the mistakes he made is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible.  But to do that he needs you to give him an opportunity to get a second chance.

 I just hope you will recognize the positive things he has accomplished in his life and how much his family needs him.   With this said regarding the future of Andre Spivey please consider these things  in your decision.

Thank you,

Diane Humphries

# Resurrection Christian Center



**Rev. Dr. Tony Curtis Henderson**
**Senior Pastor**

**Mr. Cleophas Dickerson**
**Chair, Deacons Ministry**

**Ms. Cynthia Kate King**
**Secretary, Trustees Ministry**

**Mrs. Chevon S. Kay**
**Director, Christian Education Ministry**

*Mailing Address*
*18215 Greenfield Rd, Detroit, MI 48235*

"A disciple-making church of Jesus Christ that feels like a healthy family"

Monday, December 13, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I am grateful to have the opportunity to write a letter in support of my friend, colleague and former mentee, The Rev. Andre Spivey. I have known him for more than 17 years as a pastor in the African Methodist Episcopal Church, as a mentee in the Sustaining Pastoral Excellence Program of Ecumenical Theological Seminary, as a member of the Detroit City Council, and as a friend of longstanding. He has been a positive presence and leader in the communities where he and his family have lived, worked, and worshipped.

He has given his life in service to his family, the church, and the community as a spiritual leader, father, husband, and servant. He has used resources to help the working poor, to revitalize various areas of the City of Detroit, and has been dependable as a friend. He works well with his constituents and others. Please temper justice with mercy as you prepare to sentence him. I hope and pray that you look at the total man. Aside from this disappointing legal infraction and its overwhelming embarrassment, Rev. Spivey has been an outstanding loyal leader and a contributing member of our city and state. I am standing with him because he has been, and continues to be my friend through good and bad times. I strongly believe that he still has redeeming qualities and has learned lessons from this situation. I humbly ask that you consider the things that I have shared as you decide his future. Thank you for reading my letter of support.

Sincerely,

Rev. Tony C. Henderson, BA, MDiv, DMin, Senior Pastor, Resurrection Christian Center & Associate Professor of Practical Theology, Ecumenical Theological Seminary

Telephone: (313)-397-2954 or (313)-802-8669 / Email: newhen.tp@sbcglobal.net
Website: www.resurrectioncc.org
Memberships: NAACP Life Member

# OAK GROVE
## AFRICAN METHODIST EPISCOPAL CHURCH



December 13, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Hon. Judge Robert

This letter is submitted on behalf of my friend and co-worker Rev. Andre Spivey.

I have known Rev. Spivey since my employment at Oak Grove AME Church from 2003-2007 as Church Administrator. In 2004 he became the pastor of St. Paul AME Church in Detroit. I have firsthand knowledge on his ability to lead a church with both spiritually and temporally. We interacted at a number of AME 4th District church meetings and conferences. Our friendship continued through the years with me continuing to be an AME member of Oak Grove. Upon my return to employment as Church Administrator at Oak Grove in February 2020, I began to know him even better. When I returned in 2020, Rev. Spivey was on staff. I now have the pleasure of knowing his wife and children personally. During my current tenure as administrator, Rev. Spivey has served in an exemplary manor as Executive Minister and now as a part of the ministerial team. He resigned his Executive Minister title earlier this year.

Rev. Spivey works to direct and facilitate our ministerial team. His compassion is exuded when talking/assisting members, prospective members, and working with us on community projects such as food distribution, community vaccination projects, church outreach projects, and our Worship services. On a personal note, my husband is experiencing health challenges; and about two weeks ago Rev. Spivey offered to come to my home and stay with my husband to give me a break. These are just a few of the ways in which he serves this community.

I am aware of the Rev. Spivey's conviction of Federal Crime of Bribery. However, I still support him and the work he has done and has yet to do. He is a good man who has a lot to give to this community.

I am asking that the court please consider Rev. Spivey's community service, his wife, and children. I ask that the court will show mercy as this case proceeds.

Respectfully submitted,

Jacqueline D. Lawson
23850 Higgins Way
Brownstown, MI 48134
313 655-0220

3018 Linda Vista Court
Indian Land, SC 29707
December 13, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE: Character Letter for Mr. Andre Spivey

Dear Judge Roberts:

I have known the Spivey family since I was a student in high school in the Detroit Public School
District. I attended high school with Andre's mother, Mrs. Geneva Spivey-Barnett, and his uncle,
Mr. Willie Spivey. They are a great family and Andre's mother has done a great job raising her
son as a single parent.

I met Andre while he was attending graduate school at the Rochester Divinity School.
Andre did his ministry internship and graduate training at our church, Baber AME Church,
Rochester N.Y. under Pastor Dr. Norvel Goff, Sr.  After Andre was introduced to the church, I
quickly realized I knew his family. We became close friends due to the family acquaintance and
our  home town connections.  Also, Andre met his wife, Shema, at the same church.

Andre and his wife have done an amazing job raising two wonderful children. Andre II is a
Junior at Morehouse College in Atlanta, Ga. under an academic and an athletic scholarship with
a 3.5 GPA. Their daughter, Kendall, is a senior at Mercy High School in Detroit and has been on
high honor roll all four years. She is a member of the National Honor Society. Kendall is
planning to attend Villanova University the fall 2022 under an academic and an athletic
scholarship.

I have followed Andre's career both in his ministry and in the Detroit political arena. I have been
a big of supporter of Andre in his career via donating to his church and to his City Council
campaigns. Please reference the attached list of accomplishments in both career assignments.

I admire Andre's connection to the Detroit community—often going out of his way to take care
of his church members and political constituents. He is a God fearing man, great Father and great
husband.  He has always been about improving himself, which is reflected in his educational
achievements, including: graduating from Morehouse College and Rochester Divinity School
and currently working on his law degree at Wayne State University.

Andre realizes he has made a big mistake which has resulted in his current legal challenges. His
actions substantially damaged his and his family's reputation in the community. I am not sure

what conditions drove Andre to make such a grave mistake, but I know he is fully remorseful of his actions. Further, I know he is ready to deal with the consequence of this actions.   This experience has made Andre   a better person. I am confident Andre will fulfill his legal obligations as   a result of his actions   and will aggressively take actions to put his and his family's life back together.

Judge Roberts, as you deliberate on Andre's sentencing, please consider all the great things he has done with his young life and the many people he has helped. Andre needs an opportunity to resume a productive life. I am confident that Andre has learned his lesson from this experience and he will never be caught in this situation again.

Thank you for your time in advance as I make an appeal for leniency on behave of a good man who made a grave mistake.


Any questions, please feel free to contact me.


Sincerely,

Herbert Wilson III
(585) 957-2573

**<u>St. Paul A.M.E. Church</u> (2004-2018)**

1. Second longest serving pastor in 104-year history
2. Paid off $200,000 in debt within first two years
3. Balanced budget all 14 years
4. Provided yearly scholarship for college students
5. Renovated sanctuary and offices
6. Land acquisition around church
7. Housed Head Start Program
8. Weekly feeding program
9. Hosted numerous community meetings
10. Sponsored youth basketball team
11. Hosting numerous speaking guests including:
    * Former U.S. Secretary of Transportation Rodney Slater
    * Former U.S. Surgeon General Joycelyn Elders
    * Congresswoman Maxine Waters and Congressman Hank Johnson
    * Former NYC Mayor Bill de Blasio

**<u>City of Detroit</u> (2010-2021)**

1. Elected for three terms (2009 – At-Large, 2013 and 2017 – District 4)
2. Authored Gas Station Ordinance (Precursor to Project Green Light)
3. Authored Detroit Rental Ordinance
4. Authored Garage Sale Requirements Ordinance
5. Amended Property Maintenance Code
6. Partnered with the Administration to secure the FCA plant expansion
7. Brought Starbucks, Chipotle and ACE Hardware to District 4
8. Brought over 30 new businesses citywide
9. Worked with the Administration to streamline the process to get smaller vendors paid within 14 days
10. Led the change in the Wrecking Commission rules to give access to smaller demolition companies
11. Worked with Administration on language for Proposal N to ensure Detroit residents and Detroit based business had access to demolition and renovation opportunities
12. Raised $80,000 in two days and sent 16 semitrailers to Flint during the water crisis
13. Served on the following City Council Committees
    * Internal Relations Committee (Chair)
    * Rules Committee (Chair)
    * Neighborhood and Community Service Committee
    * Budget, Finance and Audit Committee
14. Chaired the following Taskforce Assignments
    * Workforce and Economic Inclusion Taskforce
    * 2010 City Council Census Taskforce
    * Black Male Engagement Taskforce (Co-Chair)
    * Immigration Taskforce (Co-Chair)
    * Returning Citizens Taskforce (Co-Chair)
15. Led the $1.5 million renovation of the City Council Chambers and technology overhaul
16. Partnered with Wayne County Community College District (WCCCD) to launch the WCCCD Regional Training Center with District 4
    * First class included 100 graduates earning their CDL Class A Certification
17. Partnered with Procurement Department to increase access to Detroit based businesses to obtain city contracts
18. Worked with neighboring municipalities and businesses (Harper Woods and Grosse Pointes) to improve joint business thoroughfares
19. Represented City on the Detroit Zoological Society Board
20. Hosted over 5000 young people at the Annual District 4 Family Fun Day and Community Health Fair

# Resurrection Christian Center

**Rev. Dr. Tony Curtis Henderson**
Senior Pastor

**Mr. Cleophas Dickerson**
Chair, Deacons Ministry



**Ms. Cynthia Kate King**
Secretary, Trustees Ministry

**Mrs. Chevon S. Kay**
Director, Christian Education Ministry

*Mailing Address*
*18215 Greenfield Rd, Detroit, MI 48235*

---

"A disciple-making church of Jesus Christ that feels like a healthy family"

Monday, December 13, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I am grateful to have the opportunity to write a letter in support of my friend, colleague and former mentee, The Rev. Andre Spivey. I have known him for more than 17 years as a pastor in the African Methodist Episcopal Church, as a mentee in the Sustaining Pastoral Excellence Program of Ecumenical Theological Seminary, as a member of the Detroit City Council, and as a friend of longstanding. He has been a positive presence and leader in the communities where he and his family have lived, worked, and worshipped.

He has given his life in service to his family, the church, and the community as a spiritual leader, father, husband, and servant. He has used resources to help the working poor, to revitalize various areas of the City of Detroit, and has been dependable as a friend. He works well with his constituents and others. Please temper justice with mercy as you prepare to sentence him. I hope and pray that you look at the total man. Aside from this disappointing legal infraction and its overwhelming embarrassment, Rev. Spivey has been an outstanding loyal leader and a contributing member of our city and state. I am standing with him because he has been, and continues to be my friend through good and bad times. I strongly believe that he still has redeeming qualities and has learned lessons from this situation. I humbly ask that you consider the things that I have shared as you decide his future. Thank you for reading my letter of support.

Sincerely,

Rev. Tony C. Henderson, BA, MDiv, DMin, Senior Pastor, Resurrection Christian Center & Associate Professor of Practical Theology, Ecumenical Theological Seminary

Telephone: (313)-397-2954 or (313)-802-8669 / Email: newhen.tp@sbcglobal.net
Website: www.resurrectioncc.org
Memberships: NAACP Life Member

# ST. STEPHEN AME CHURCH

### *Rev. Darryl R. Williams, Pastor*

6000 John E. Hunter Drive | Detroit, Michigan 48210
313-895-4800 | Fax: 313-895-4812 | www. StStephenAME.org



December 13, 2021


The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Boulevard
Detroit, MI 48226

Dear Judge Roberts,

This letter comes to you regarding Andre Spivey who is
to be sentenced by you on January 19, 2022.

I have known Andre for more than twenty (20) years. He
has always been an outstanding and giving person who
looked to serve people. Sometimes the pressures of life
can get a hold of us, and we end up doing things that
are not a part of our character. This is what occurred
with Andre.

The crime for which he is being charged and has plead
guilty is an aberration and does not in any way reflect
the man I have known for over twenty years. Therefore,
I am pleading with you that you be lenient and merciful
when sentencing.

Sincerely,

Dr. Darryl R. Williams

Dr. Darryl R. Williams
Pastor

December 14, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

My name is Walsezetta Bennett
and proud to offer my
recommendation of Andre Spire,
whom I have personally know (
20+ years as my son-in-law).

During life ups and downs, I
have been with him. His ability
to put on a cheerful face even
during difficut times is what
I appreciate about Dre. A
dedicated husband and a
father to my grand kids.
Dre is a intelligent, polite
person who is willing to
help everyone.

ore realize how muche he put into jeopardy all the hard work and achievements that took him years to obtain. I really hope that you give him the chances to prove to you what a trustworthy person I know him to be.

Sincerely

Ms. Walsetta Bennett
2636 Churchill Ln #3
Saginaw Mi. 48603

Edsel Jenkins
461 S. Piper Ct
Detroit, Michigan 48215
313-204-0276
edseljenkins@yahoo.com

December 14, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Victoria Roberts,

Re: Sentencing of Andre Spivey; who has been charged with a Federal crime of Bribery.
He has entered a plea of guilty and is scheduled to be sentenced on January 19, 2022.

Dear Judge Roberts,

My name is Edsel Jenkins, a retired Executive Fire Commissioner from the City of
Detroit. I am writing on behalf of former City of Detroit Council Member Spivey to say
that he is a man who has served the people of Detroit faithfully for years and was and
continues to be a great supporter of the men and women of the Detroit Fire Department
and Council District #4 where he served and where I and my wife live. Regretfully, he
made a serious mistake but has taken responsibility for his transgression. I respectfully
ask that you take into consideration Mr. Spivey's past service and dedication to the
people of the City of Detroit when he is sentenced.

Respectfully,

Edsel Jenkins



# The Historic
# Ebenezer African Methodist
# Episcopal Church

5151 W Chicago Boulevard                    Detroit, Michigan 48204
Church Office (313) 933-6943                 Church Fax (313) 933-4532
Email: ebename@yahoo.com
Website: www.historicebenezeramedetroit.org

The Rev. Mickarl D. Thomas, Sr., Pastor, D.Min., MPA
The Rev. Larry J. Bell, Presiding Elder
The Rt. Rev. John F. White, Presiding Prelate

"Hitherto Hath the Lord Helped Us"  1 Samuel 7:12

December 14, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I am writing this letter on behalf of Mr. Andre Spivey who is to appear before you on January 19th for your determination as to his punishment for pleading guilty to a bribery charge.  I have known Andre all of his life.  His family (mother, step-father, aunts and uncle) are members of Ebenezer AME Church of which I have the privilege of serving as their pastor since 2014.  Before Andre was born, I was the Youth Pastor at Ebenezer from 1969 to 1972, during which time his maternal grandmother was the musician for one of the choirs.

My heart was saddened when I was informed about the serious mistake and misjudgment on the part of Andre.  However, I truly believe he made a mistake because I have known Andre as a productive pastor and a man of true integrity.  Andre being a young man who is aggressive, ambitious and a tremendous family man allowed the economic pressures of society and the desire to be the best husband and father possible to cause him to employ poor judgment.  I understand public officials are held to a higher standard just as clergy should be as well.  These factors being true do not eliminate a common factor and that is all persons are human.

Judge Roberts, I have the utmost confidence in your judicial sagaciousness and your professional integrity.  I am asking you to please show as much compassion and sensitivity to Mr. Andre Spivey as possible before rendering your final determination.  Thank you for your time and consideration.

Sincerely,

Mickarl D. Thomas, Sr.

Brian Hendrix
440 Kinross Ave
Clawson, MI 48017

December 14, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert,

I am writing this letter of support on behalf of Andre Spivey.

First of all, I have known Andre Spivey for over 30 years. I first met Andre in grade school where we became close friends on the track team. He was a mentor to me at that young age and I looked up to him. He was a model athlete as well as academic student. Later, in 2003, we pledged and became fraternity brothers. It was clear that he had not changed, and he still exemplified those great character traits years later relating to kindness, trustworthiness, friendship, and integrity.

I consider Andre a very good friend that I trust. I can remember him taking the time out of his schedule to maintain fraternal and spiritual commitments that we agreed upon. He is a man of his word. He has been very helpful as a friend as well as a spiritual counselor that has translated into me making successful decisions and maintaining a positive life for myself and family.

I consider Andre a great brother and friend who I respect.

Best regards,

Brian Hendrix

December 14, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan   48226


Your honor, my name is Etrulia N Lake.  I am a life long resident of Detroit Michigan.  My employer is DMC—Harper Hospital, where I work as a Registered Nurse.  I serve as a Trustee at St. Paul AME Church.

I respectfully submit this letter in regards to the character of Andre L. Spivey.  Hopefully it will be favorable in recommending a lighter sentence.  I met ( Rev.) Andre Spivey 12 years ago while visiting St. Paul AME Church during this time he was Pastor. I admired his Christianity, ability to teach /preach God's Word and his overall character.  I joined the church shortly afterwards.  I've known him to be a respectable dedicated, caring person.  He is family oriented and a true man of God.

As a City Councilman, in the district which I reside, he served his community with dedication and dignity.  I admire his desire to further his education to attend Law school with acceptance to Wayne State University.  I truly believe his act of bribery was a bad decision/mistake he truly regrets. Knowing him, he will accept his punishment.  He has been and will continue to be an asset to society.


Sincerely,

Etrulia N. Lake RN

**Amber Easton**
300 Riverfront Drive, Unit 23D
Detroit, MI  48226
Phone:  (313) 450-5153
Email:  Alynneaston@gmail.com

December 14, 2021

**Judge Victoria Robert**
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:      <u>**Character Reference for Mr. Andre Spivey**</u>

Dear Judge Robert,

My name is Amber Easton and I am writing this letter to provide you with a character reference for Mr. Andre Spivey.  I have known Mr. Spivey as a friend for the last six (6) years.  He is one of the most selfless, honest, and trustworthy people I have ever had the honor of knowing.

As his friend, Mr. Spivey expressed to me that he is aware gravity of the offense he is convicted of and expressed his deepest remorse for any and all wrongdoing.  He also expressed his intent on taking fully responsibility for his actions.

I cannot adequately express how much this incident is very much out of character for Mr. Spivey.  Very few men have contributed to society in a way that he has.  He has been committed to selfless service nearly his entire life.  The last thing he ever imagined in his life would be sitting before a judge on a criminal matter.  Mr. Spivey is a dedicated husband and father with two children who all love and need him very much.  He is a very loving and giving man who spent every moment possible being present for his family and his community.  He has also been a strong and loving friend and confidant to so many people who leaned on him for his compassion, understanding, and guidance.  Mr. Spivey's entire life was focused on helping other others – his family, his community, and his congregation.  He has always been an outstanding respected citizen who activity took part in improving and enhancing the lives of others.  I can say for certain that Mr. Spivey deeply regrets any decisions that demonstrated anything outside of his true character.

Mr. Spivey was always committed to leading a positive impactful lifestyle and always maintained focused on becoming better person.  Despite not having a father in his life, being born into poverty and growing up in an environment where statistics and societal odds were against him, he persevered. He pursued an education, got married, had a family, and led a life full of service to others.  That is the person Mr. Spivey really is.

I am confident that Mr. Spivey will not re-offend and will continue to make a positive difference in people's lives and his community.  Should you need to verify any of my statements above, please feel free to call me at the number below.

Sincerely,

*Amber Easton*

Amber Easton
313-450-5153

21461 Buttercrest
Southfield, MI 48075

December 14, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Andre Spivey

Dear Judge Roberts

It has been our privilege to know Rev. Andre Spivey for over 40 years. We met him and his family when we became members of Ebenezer A.M.E. Church in Detroit.

We have known him to be kind, respectful, considerate and an inspiration to the youth of our church. He was, and is, a natural leader in the church and the community.  He strived to set a good example and always had words of sincere encouragement to everyone he came in contact.

Rev. Spivey was instrumental in motivating and encouraging our sons to pursue higher education, culminating in one of our sons becoming a cardiac surgeon and the other in becoming an engineer and a patent attorney.

Andre Spivey has so much to offer the community and the city.  Thank you for any favorable consideration.

Sincerely,

Ronald L. Spurlock

Dianne C. Spurlock

21461 Buttercrest
Southfield, MI  48075
(248) 353-1872

December 14, 2021

Elliott S. Hall, Esq.
344 North Old Woodward Avenue
Suite 200
Birmingham, MI  48009-5310

Dear Attorney Hall

Enclosed please find our letter of recommendation to Judge Roberts on behalf of Andre Spivey. It was an honor and a privilege to lend our support  for such a fine man.

Please let us know if we can be of further assistance.  Thank you for contacting us.

Sincerely,

Ronald and Dianne Spurlock

**Presiding Elder Norman V. Osborne ret. of the South District**
30156 Sparkleberry
Southfield, Mi 48076

December 14, 2021

**Judge Victoria Roberts**
United States District Court
231 W. Lafayette Blvd.
Detroit, Mi. 48226

Dear Judge Roberts

    I have known Andre Spivey for most of his life. As a matter of fact, he was one of the altar boys during my tenure as the assistant pastor at Ebenezer A.M.E. Church here in Detroit. I have known his family through the years. I have worked in his ministerial training on the Michigan Conference Board of Examiners. Andre has been a gifted leader in the Michigan Conference serving under me as one of the pastors of the South District.  He is a family man and served as a mentor to those who followed him.

    I understand the gravity of the charges, nevertheless, I trust that you will give him every consideration. It is my prayer that he will press forward and i will continue to believe that he will be an asset to our society. If you have any further questions please, please, contact me and I will be more than happy to address them. I thank you in advance.

Sincerely,

*[signature: Norman Osborne]*

**Presiding Elder Norman V. Osborne ret.**

**REV. BARBARA J. ANTHONY, LMSW, M.DIV, MTH**
**19142 Nadol Drive**
**Southfield, MI**
**248-355-4686 H**
**248-910-1203 C**

December 14, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

      I am a colleague and long time friend of the Rev. Andre Spivey.  I am writing you on his behalf regarding the charge, the crime of federal bribery. It is my honest opinion that Rev. Spivey did not knowingly commit this crime based upon my knowledge of his character and family values.  I don't believe he acted with malice in his heart, but in a moment of indiscretion he perhaps made a wrong decision. I am a Retired  Pastor of the African Methodist Episcopal Church,  having served in ministry over 50 years, I watched Rev. Spivey mature with great potential.  Perhaps this criminal act was planned to destroy what could be greatness.

      I know Rev. Spivey to be a beloved father, husband, and family man of a beautiful family and man of God, holding his standards of integrity and truth very high.  I plead on his behalf to consider the possibility of entrapment as the culprit and Rev. Spivey as the victim.

Sincerely,

*Rev. Barbara J. Anthony*

Rev. Barbara J. Anthony

 

*St. Paul African Methodist Episcopal Church, Detroit*
*2260 Hunt St., Detroit, MI 48207 (313) 567-9643 Phone*
*Rev. Tammy-Harris-Banks, Pastor*

December 14, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit MI 48226

Dear Judge Robert,

This letter comes as a request for leniency in your sentencing of Mr. Andre Spivey.

Despite his missteps, I believe in the foundational goodness of this man.

I met Andre 22 years ago at the Michigan Annual Conference of the African Methodist Episcopal Church.

He was pastor at St. Paul's upon my return to Detroit in 2005 after retiring from the United States Air Force. At that time, I became his assistant and he and I forged a bond and worked together for 13 years addressing the needs of a changing congregation and a challenging community. I found him to possess a passion for people within and without the walls of the church as a clergyman and an equally caring human being as a brother beloved. He demonstrated a steady hand during times of crises and made himself available to anyone in need.

Andre is a loving husband to his wife Reeshemash and a committed father. I personally watched his son and daughter grow from infancy to young-adulthood and both have grown to become well-rounded individuals. His son, Andre II is a sophomore at Morehouse College and his daughter Kendall will attend Villanova in the upcoming fall semester. The success of their academic and athletic endeavors are due in part to his consistent and steadfast involvement in their lives. At present, both are at a critical juncture in their overall development and Andre's ongoing availability is imperative.

Judge Robert, I ask that leniency in the form of probation be granted to Mr. Andre Spivey.

Sincerely,

Rev. Dr. Bruce Wayne Jones
Chaplain, Major, United States Air Force, Retired
Assistant Pastor

*Rev. Tammy Harris-Banks, Pastor*
2260 Hunt St., Detroit, MI 48207 (313) 567-9643 Phone

December 14, 2021

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

Dear Honorable Judge Roberts,

My name is Rev. Pamela Whitesell, Associate Minister at Oak Grove African Methodist Episcopal Church (A.M.E.), Detroit Michigan. I am writing this letter of recommendation on behalf of Rev. Andre Spivey, former Councilman, who pleaded guilty to a bribery and conspiracy charge, while serving the 4th District of the City of Detroit. Understanding that Rev. Spivey faces a sentencing range of between 37-46 months imprisonment and a maximum fine of up to $250,000, I am praying that as justice is served, you will show leniency or a pardon in his sentencing. There is a tremendous amount of work that he can do in the Detroit and surrounding communities, as well as the kingdom of God, which he has so faithfully served.

I met Rev. Spivey in 2012 as part the team of pastors interviewing candidates for entry into the Board of Examiners, the educational process to become an ordained reverend in the A.M.E. Church. My subsequent interactions were yearly during our church 4th District and the Michigan Annual Conferences of the A.M.E. Church, during worship services at respective churches within the 4th District, and at ordination.

In 2018 Rev. Spivey and his family began worshiping at Oak Grove. Upon arrival Rev. Spivey was actively involved in and with the Ministerial team under the leadership of Senior Pastor Rev. Dr. Robert Brumfield. During this time, we did not currently have an Executive Minister. However, Rev. Spivey did not hesitate to make himself available and was very supportive to the ministers, ministries, and organizations. Shortly thereafter our new Pastor, Rev. Cindy Rudolph appointed him as the Executive Minister. It is in this role where I got to directly witness his character and values as he provided leadership, direction, and support to me as a minister and as the Coordinator of the Ministry to Women (MTW) at Oak Grove.

Rev. Spivey recognizes and communicates the importance of family. I travel a lot to see my toddler grandchildren and at times serve as caregiver for my sister. When Rev. Spivey distributes the pulpit assignments, he is very flexible with making changes and obtains the necessary substitutions that allow me as well as others to be with our families. He reminds me that family is important. Rev. Spivey is also very supportive to me as the MTW Coordinator. He consistently ensures that we have the requested calendar dates and necessary resources to facilitate the work of the ministry. He always has a smile and an encouraging word that helps to give me

confidence as a preacher, Bible study teacher, and ministry leader.   I am grateful to have him as the Executive Minister and one who I consider a friend and colleague in ministry.

There are many responsibilities and a huge time commitment associated with being an Executive Minister, a councilman, and a student in law school.  However, these have not prevented Rev. Spivey from being a devoted husband and father, keeping family a priority.  Rev. Spivey travels to Morehouse where his son Andre II attends college and is present in and out-of-state at his daughter Kendall's high school baseball games.  He has a great sense of humor as we laugh about how he, my husband and most husbands complain about their wives watching the Hallmark channel.

If Rev. Spivey is incarcerated, it will significantly affect him and his family, his role as husband, father, and have an influence on his family's spiritual formation. Additionally, incarceration will affect Rev. Spivey's ability to work and contribute to the family earnings, all of which will be disruptive to their family unit.

Based upon my knowledge of Rev. Spivey I sincerely believe he is remorseful, has learned from this and there will not be a repeat of his lapse of judgement.  He has not tried to cover up or make excuses.  It is my understanding that he has willingly cooperated with investigators for the past year.  It is also my understanding that Rev. Spivey did not vote on the issue with which he pled guilty.  During the investigation, process leading up to the indictment, and while Rev. Spivey has been awaiting sentencing, he is still serving humbly, which demonstrates a true servant's heart.

Honorable Judge Roberts, I appeal to you for grace and mercy, and that you will consider the important work Rev. Spivey has done prior to sentencing.   Rev.  Spivey is an asset to our church and community. He will be sorely missed if he is not present to fulfill his ministry call and service.

Please feel free to contact me if you have any questions about the content in this letter.  Thank you for your consideration.

Respectfully,

Pamela Whitesell

Rev. Pamela Whitesell

34104 Barrington Dr., #34-104

Commerce Township, MI 48390-2476

(313) 407-7322

December 14, 2021


Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


Dear Honorable Judge Roberts,


My name is Rev. Pamela Whitesell, Associate Minister at Oak Grove African
Methodist Episcopal Church (A.M.E.), Detroit Michigan.  I am writing this letter of
recommendation on behalf of Rev. Andre Spivey, former Councilman, who pleaded
guilty to a bribery and conspiracy charge, while serving the 4th District of the City of
Detroit.  Understanding that Rev. Spivey faces a sentencing range of between 37-46
months imprisonment and a maximum fine of up to $250,000, I am praying that as
justice is served, you will show leniency or a pardon in his sentencing.   There is a
tremendous amount of work that he can do in the Detroit and surrounding
communities, as well as the kingdom of God, which he has so faithfully served.

I met Rev. Spivey in 2012 as part the team of pastors interviewing candidates for
entry into the Board of Examiners, the educational process to become an ordained
reverend in the A.M.E. Church.    My subsequent interactions were yearly during our
church 4th District and the Michigan Annual Conferences of the A.M.E. Church,
during worship services at respective churches within the 4th District, and at
ordination.

In 2018 Rev. Spivey and his family began worshiping at Oak Grove.  Upon arrival
Rev. Spivey was actively involved in and with the Ministerial team under the
leadership of Senior Pastor Rev. Dr. Robert Brumfield.  During this time, we did not
currently have an Executive Minister.  However, Rev. Spivey did not hesitate to
make himself available and was very supportive to the ministers, ministries, and
organizations.    Shortly thereafter our new Pastor, Rev. Cindy Rudolph appointed
him as the Executive Minister.  It is in this role where I got to directly witness his
character and values as he provided leadership, direction, and support to me as a
minister and as the Coordinator of the Ministry to Women (MTW) at Oak Grove.

Rev. Spivey recognizes and communicates the importance of family.   I travel a lot to
see my toddler grandchildren and at times serve as caregiver for my sister. When
Rev. Spivey distributes the pulpit assignments, he is very flexible with making
changes and obtains the necessary substitutions that allow me as well as others to
be with our families. He reminds me that family is important.  Rev. Spivey is also
very supportive to me as the MTW Coordinator.  He consistently ensures that we
have the requested calendar dates and necessary resources to facilitate the work of
the ministry.  He always has a smile and an encouraging word that helps to give me

confidence as a preacher, Bible study teacher, and ministry leader.  I am grateful to have him as the Executive Minister and one who I consider a friend and colleague in ministry.

There are many responsibilities and a huge time commitment associated with being an Executive Minister, a councilman, and a student in law school.  However, these have not prevented Rev. Spivey from being a devoted husband and father, keeping family a priority.  Rev. Spivey travels to Morehouse where his son Andre II attends college and is present in and out-of-state at his daughter Kendall's high school baseball games.  He has a great sense of humor as we laugh about how he, my husband and most husbands complain about their wives watching the Hallmark channel.

If Rev. Spivey is incarcerated, it will significantly affect him and his family, his role as husband, father, and have an influence on his family's spiritual formation. Additionally, incarceration will affect Rev. Spivey's ability to work and contribute to the family earnings, all of which will be disruptive to their family unit.

Based upon my knowledge of Rev. Spivey I sincerely believe he is remorseful, has learned from this and there will not be a repeat of his lapse of judgement.  He has not tried to cover up or make excuses.  It is my understanding that he has willingly cooperated with investigators for the past year. It is also my understanding that Rev. Spivey did not vote on the issue with which he pled guilty.  During the investigation, process leading up to the indictment, and while Rev. Spivey has been awaiting sentencing, he is still serving humbly, which demonstrates a true servant's heart.

Honorable Judge Roberts, I appeal to you for grace and mercy, and that you will consider the important work Rev. Spivey has done prior to sentencing.   Rev.  Spivey is an asset to our church and community. He will be sorely missed if he is not present to fulfill his ministry call and service.

Please feel free to contact me if you have any questions about the content in this letter.  Thank you for your consideration.

Respectfully,

*Pamela Whitesell*

Rev. Pamela Whitesell

34104 Barrington Dr., #34-104

Commerce Township, MI 48390-2476

(313) 407-7322



**Greater Grace Temple**
(City *of* David)

Bishop Charles H. Ellis, III
*Senior Pastor*

**BOARD OF DIRECTORS:**

Charles H. Ellis III, *President*

Martin H. Hardy, *Secretary*

Charles H. Ellis IV, *Treasurer*

Crisette M. Ellis

Katreah Bey

Carl Johnson

Herbert Nimmons

December 14, 2021

The Honorable Vitoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts:

I am writing of behalf of Reverend Andre Spivey who has been a great friend for well over two decades. My congregation have had the pleasure of receiving his ministerial gifts on occasion as well as witnessing God's presence upon his life.

While I am well aware of Rev. Spivey's very public legal woes, I am also encouraged to see him own his failures and truly begin the process of atonement and restoration. I remember a friend who aspired for elected office and set out to improve the lives of those who were willing to give him their trust. I'm disappointed that my friend lost his way during that journey but I am confident that his strong moral upbringing and faith will reconcile him back to that place of integrity and honor.

It is my understanding that his case will be adjudicated by your most honorable court and for that cause, I am appealing to your mercy in passing judgment upon his actions. Thank you for entertaining my request that he might receive your favorable consideration. Should you have any questions, please do not hesitate to contact me. Blessings and may you remain safe during this pandemic season.

Sincerely,

Bishop Charles H. Ellis III
Senior Pastor

CHE3/ykf

23500 W. Seven Mile
Detroit, Michigan 48219
Phone: (313) 543-6000
Fax: (313) 543-6052
www.greatergrace.org

Reeshemash Spivey
4303 Yorkshire Road
Detroit, MI  48224

December 14, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan  48226

To: The Honorable Judge Victoria Roberts,

My name is Reeshemash Spivey and I writing this missive on behalf of my husband Andre Spivey.  I met
Andre in 1997 and we have been married for 21 years.  We are the proud parents of two beautiful and
gifted children.  Our son is a sophomore at Morehouse College and our daughter is a senior at Mercy
High School and will be attending Villanova University next fall.  I am pleased to write this letter of
reference regarding this matter.  I am aware of the severity of the offense and the pending sentence.
Honestly, it is still very hard for me to wrap my head around this very public and embarrassing situation
for Andre and our entire family but we have persevered and supported each other.

I have loved and experienced a man who is God fearing, lovable, determined, confident, dependable,
hard-working and unselfish.  Even though he is not the eldest male in the family, he is viewed as the
patriarch and our home is where the majority of holidays are spent for our extended family.  He is
always there for family members and comes to the rescue from the smallest to greatest of issues.

As a father, he has been a wonderful example to our children.   They have been involved in numerous
extra-curricular activities and we have made it a point to not only be in attendance to all events but be
an encouragement.  He has always gone above and beyond in ensuring our children have had an
opportunity to be exposed to things that he and I did not experience.

As a minister he has always had a special place in his heart for seniors and young people.  He always
brought special attention to the accomplishments of the young people and provided opportunities for
them to speak in front of the congregation as part of the Sunday program.   The seniors all loved him as
a son or grandson because he took the time to show they were all important.

Andre balanced much that while serving as pastor of St. Paul AME Church for 14 years, serving on the
Detroit City Council for 12 years and most of it simultaneously, he never neglected his first priority of
being a husband and father.

Andre is not perfect and he made some bad choices which he has owned.  We have had extensive
conversations about his case which included prayers, tears, laughter and with a hope that a second
chance is possible.  The last few months have been some of the most challenging for him as he has seen
his reputation scarred and character called into question.  However, I still believe Andre is a great man
of strong morals and principles.  I do not want this offense to outweigh his character nor overshadow his
life of service and numerous accomplishments.  I am requesting leniency is this situation.

It is my prayer, as with our son, that together we would be able to see and experience our daughter graduate from high School in May of 2022 and see her off to college, witness our son graduate from college in a couple of years and for Andre to complete is his law degree.

I do thank you for taking time to read my letter and I do hope you will look at Andre's complete record and extending leniency in his sentencing.

Kind regards,
Reeshemash Spivey

Kendall Spivey
4303 Yorkshire Rd
Detroit, MI 48224

December 14, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan

I am writing this letter on behalf of my father, Andre Spivey. My dad has never done anything for himself, he is always in the business of helping others. The reason my dad is in this legal battle is because he wanted to help my family succeed because he believed in us. He always wanted more for us than what he had growing up because he wanted us to understand the value of hardwork.

It is hard for my dad to ask for help, so I know that if he asked for help he really needed it. Ever since a young age he had always been the man of the house and his need to care for others had always been extremely strong. My dad only did what he thought was right, I can guarantee he never meant to hurt anyone or to be dishonest.

As a young lady who wants to pursue law in her future I understand justice has to be served, even though my dad never had any ill intentions. My dad has received enough punishment as is with the public embarrassment he has faced. From the first time he told me of his legal situation he has been nothing but honest and transparent. I hope the punishment you seek fit for my dad is one that still allows him to be apart of his community and family

I would love for my dad at my softball senior night, my graduation, my last travel softball game, my grad party and my first day of college. I want my dad to be at all of my future major milestones. I want to accept my diploma and hug my parents right after I graduate. I want to see my dad cry when he drops his only daughter off at college. My dad has sacrificed so much to get me to where I am today and I want him to know how much I appreciate all of his hard work.

I hope this letter and the other letters written on my dad's behalf, help you see he has always been a man more than others even to his own fault sometimes. I understand the severity of his crime but I know my dad never had any wrong intentions, he only did what he thought was right to help his family. If nothing in my letter or any other letter sticks out please know that my dad, Andre Spivey, is a vital asset to his community, to his family and someone I need in my life.

Sincerely,
Kendall Spivey

Kendall Spivey
4303 Yorkshire Rd
Detroit, MI 48224

## *Sharon M. Simpson*

December 14, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Robert,

I have known Andre Spivey for over twenty (20) years. I initially met Rev Spivey at a District Conference held by the African Methodist Church where he received his first pastoral appointment to Pleasant Valley African Methodist Church. I found him to be inspiring, diligent, and with a humble heart to serve his congregation and their community.

As the years progressed, Andre's diligence and compassion for his ministry provided him opportunities to serve and be appointed to larger churches in the Detroit metropolitan area. With ministry as his main focus, Andre always had a desire to better his parishioner's lives through providing direct resources to support their needs. This passion drove his pursuit to run for Detroit City Council.

While serving as a Pastor and a City Council Representative he continued to devote time to his family. As loving and proud parents, Andre and his wife Shema, support and encourage their son, Andre II, as he puruses a dual major of Business Administration and Chinese at Morehouse College and their daughter Kendall as she will further her academics at Villanova University in the fall. Andre has always encouraged and taught his children the true meaning of work ethic, setting goals and valuing self in an era whereby social media drives young people to lose their sense of respect and responsibility.

I was saddened to hear about Andre's case, and I was more than willing to write a character reference. I have spoken with Andre and he accepts his responsibilities and regrets the immature choices. I encourage leniency in your decision. Andre regrets his choices and is ready to move forward in a more positive direction for himself and his family. I believe Andre Spivey is a valuable individual with a zeal to make a difference at home, with his church family and community.

Respectfully yours,

Sharon M. Simpson

Phillip Syphax
560 Parkview Dr. Apt 105
Detroit, MI 48214


December 15, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226


To The Honorable Judge Robert,


This letter is on the behalf of Rev. Andre Spivey, who has pled guilty to a Federal charge of Bribery.

During Rev. Spivey's 14 years as my Pastor, he played a major role in my Faith journey. Personally, he has demonstrated what it looks like to be a man. I've witnessed what a good family man is supposed to look like.

Though I don't know the full details of his case, I do know that Rev. Spivey is a man who will learn from his mistakes. I definitely consider him to be a person of substance who will continue to be a blessing to his family and those around him. Please take this brief letter into consideration when processing his sentence.


Sincerely,

Phillip Syphax

103 Oak Farm Court
Loganville, Georgia 30052
December 15, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan

Dear Judge Robert,

I am Dorothy Walton Tyler, a retired educator of the Detroit Public School System and a former member of St. Paul for fifty-one years. I served faithfully as an officer and on many auxiliaries in the church the entire time. In 2017, I relocated to Georgia where I continue to serve in the African Methodist Episcopal Church.

Today, I take immense pleasure in introducing you to Andre' L. Spivey. It is my belief that it was God's divine providence at work in October of 2004 when Rev. Andre' L. Spivey, the youngest pastor in St. Paul's long illustrious history, was appointed the pastor of St. Paul African Methodist Episcopal Church in Downtown Detroit. He was energetic, full of innovative ideas, had a love for people, and very conscience of the community needs as we sought to be the "Church Beyond the Walls."  Under the direction of Rev. Spivey, we embarked on the mission, "To uplift the name of our Lord Jesus Christ and to promote spiritual growth in His Church!" In 2017, the church was saddened when Rev. Spivey's tenure ended at St. Paul. We truly thank him for his service. He is loved and missed!

We welcomed Rev. Spivey and his young family; Shema, Andre' II, and Kendall along with his mother and aunties. He and Shema were hands-on parents as they accompanied their children to various educational affairs and sporting events. That same love of children was shared with the children of St. Paul! I think his favorite program may have been, "Camp St. Paul." It was designed to provide a safe, educational, and fun environment for children during spring break while their parents were at work from 7AM until 6PM the entire week.

On a personal note, I am forever grateful to Rev. Spivey and his family for enduring one of the worst snowstorms in Detroit's history in 2007, on a Sunday morning, to baptize my grandchildren! He loves his people and did what was necessary to care for them!

Should you require additional information, please contact me at 313 477 2465.

Sincerely yours,

Dorothy Walton Tyler
Dorothy Walton Tyler

December 15, 2021


Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226


Dear Judge Roberts,

I submit this letter on behalf of Andre Spivey. I do so under great distress at the guilty plea he is entering on the charge of a Federal crime of Bribery. Other than what has been presented via media, I do not know any details about this case. I do know Rev. Spivey. I would estimate that our initial introduction took place twenty-five years ago. Over the course of that time, we have shared moments in public service and worship as well as personal time of fellowship and prayer. I know my brother to be a man of integrity, commitment, friendship, love, and a deep abiding faith. I realize the irony of my words in the light of a guilty plea, but such is the nature of life. I have heard casual comments by people who state that Rev. Spivey has hoodwinked and bamboozled the citizens of Detroit, but I stand firm in my characterization.

Along with my distress is alarm at the resulting sentencing/penalties that await him. I would plea for the full extent of leniency possible in this matter. I pray that he will do whatever is needed to restore public trust. This will not be necessary as far as I am individually concerned. *"Love is patient; love is kind; love is not envious or boastful or arrogant or rude. It does not insist on its own way; it is not irritable or resentful; it does not rejoice in wrongdoing, but rejoices in the truth. It bears all things, believes all things, hopes all things, endures all things. Love never ends…"* (I Corinthians 13:4-8a).

If, in truth, Rev. Spivey is guilty; **that truth** does not tarnish my love for him… Thank you for considering these words!


*Sincerely,*

*Rev. Kevin R. Johnson, Honorably Retired*

16728 Glastonbury Road

Detroit, MI. 48219

Judge Victoria Robert,
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

December 15, 2021

Dear Judge Robert,
I am writing you on behalf of Andre' L. Spivey, Sr
who is appearing before you to be sentenced as a result
of his guilty plea to the charge of Bribery.
I have known Mr. Spivey since 2004, both as
my Pastor and close family friend. He has been
there for me and my sons through the hardships
we faced following the death of my husband and
other close family members, along with being a
source of inspiration for my granddaughter Briana
who was born on her grandDad's birthday two
years after his death.
I witnessed the sacrifices he made while Senior
Pastor of our church to keep it afloat. I understand,
as a retired law enforcement officer, the charge
that he faces is very serious as it violates the
public trust. However, I believe that this one
lapse in judgement does not define him or should
erase how he has represented this city.

-2-

He is a devoted son, father and husband, this
I have also had the pleasure of witnessing.
On behalf of my sons, LaMont and Theo, along
with my grand daughter, Briann, I respectfully request
that you consider a sentence of probation!


Sincerely,
Mrs. Fredia Y. Harris
Mr. LaMont C. Harris
Mr. Theo O. Harris
Ms. Briann L. Choice-Harris

**ST. PAUL AME CHURCH**

101 N. MERRITT MILL RD.
CHAPEL HILL, NC 27516

DR. MICHAEL A. COUSIN, SR.
PASTOR

December 15, 2021

The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Leniency for Rev. Andre Spivey

Dear Judge Roberts:

I write this letter for leniency on behalf of Rev. Andre Spivey, a person I have known and worked with for over 15 years.  Over the course of our friendship, Rev. Spivey would become more as a brother than a friend. I have admired his work within the church and community.

I was excited for the City of Detroit after Rev. Spivey's election to serve on the City Council. Being a native Detroiter, he possessed a natural, innate love for his city.  Conversely, I was saddened by the news of his involvement of the sordid politics played within the walls of City Hall.  His crime tarnished not only the gleam of his bright political star but also tarnished the gleam of future to be unfulfilled.

To lose one's integrity and community's trust is quite a price to pay; however, it says a great deal about this man for owning up to his crime and accepting the consequences of his actions. It speaks further upon his character by his cooperating with the authorities and assisting in their uncovering of further political wrongdoing. Unfortunately, Rev. Spivey will have to live with his transgression before his family, church, and community.

I ask that the court be lenient in its sentence. I will forever consider Rev. Andre Spivey as a brother beloved.

Respectfully,

Dr. Michael A. Cousin, Sr.

(919) 967-3961 PHONE

STPAULAMECHURCH25@BELLSOUTH.NET EMAIL

WWW.STPAULAMECHAPELHILL.ORG WEB

December 15, 2021


The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Subject:  Letter of Reference for Pastor Andre Spivey

Dear Judge Roberts:

As a Former Member of St. Paul A.M.E. Church, I work with Pastor Andre Spivey.  I was on
the Trustee Board and Head of Security for the Church for approximately three (3) years.

During that time, the church, under his leadership were doing some amazing things in the
surrounding community, such as fee ding the homeless, clothing drives and community
cleanups.  Something that was near and dear to me was the engagement as he called it
"seasoned citizens".  The church always had special activities and celebrating birthdays,
anniversaries and making our seniors feel loved and special.

I have known Andre Spivey and his family for years and watched his children grow up in the
church.  I can only offer you this person as an Honorable Pastor, family man and a person that
loves his community.

Shirley A. Berger
Former Member, St. Paul AME Church

December 15, 2021


Shirley Wilson Johnson
4650 Kiftsgate Bend
Bloomfield Hills, Mi.48302


Honorable Judge Julia Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226


Re: Andre Spivey


Dear Judge Roberts,

May this correspondence serve as recommendation for leniency for Andre Spivey.  I have observed
Andre grow from a skinny teenager at Ebenezer AME Church into a devoted Christian Minister, loving
family man and friend.  Andre was a different kind of teenager.  He exhibited a caring spirit early on,
always looking out for others and showing compassion and respect for everyone.
In his professional career, I have often seen Andre go far beyond the call of duty to solve problems
of constituents and members of our congregation needing help.

My faith in has not been shaken in Andre. I understand that he has made mistakes, but I also believe
that if given a chance he will be redeemed and he will make great strides in making the lives of others
more comfortable.

Sincerely,

Shirley Wilson Johnson
4650 Kiftsgate Bend
Bloomfield Hills, Mi.48302

 **LGC GLOBAL** 

December 15, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE: Andre Spivy

Honorable Judge Victoria Robert,

I am writing this letter in support of Andre Spivey. Over the last 10 years that I have been acquainted with the previous council member Andre Spivey, I can clearly state he has been a true advocate for community and business improvement in district four. He has helped businesses with difficult city departments, provided leadership for the youth in the city, collaborated with community leaders in gaining better services for their community, and fought for demolition of abandoned homes in our community. Andre Spivey has been a stand-up professional for a long as I have known him. He was intricately involved with the expansion of the FCA facility on Connor, just north of Jefferson. Where community residents obtained jobs, home repair grants, and training for those who had low skill levels. That project was over two billion dollars. It saved the city of Detroit thousands of lost jobs, dilapidated houses, and unsafe communities.

Andre Spivey has been a fighter for as long as I have known him. I cannot speak to the issue at hand, but the Andre Spivey I have known for the last 10 years is someone who I have been glad to be associated with. It is my hope and desire that you will look favorable on his sentencing based on what he has contributed to the community over the last 10 years and not this one incident.

As a resident of Clairpointe Woods in district four, I can attest to the fact that our housing values have increased since Andrey Spivey has been in office. Our services have been better since Andre Spivey has been in office. Our community is more robust since Andrey Spivey has been in office. Lastly, please look at the good he has done over the last 10 years, and not just this one misstep.

Respectfully,

**LGC GLOBAL**

**Thomas E Hardiman Sr**

Executive Vice President

7310 Woodward, suite 500
Detroit Michigan 48202
313 989-4141 office   313 887-5773 direct   313 215-1086 cell
Thomas.hardiman@lgccorp.com





**MartinEvers**
*Missionary Baptist Church*

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**Re: Andre Spivey**

December 15, 2021

Dear Honorable Judge Victoria Robert:

I am writing this letter on behalf of a good community partner, fellow clergyman, and friend.  I have known Mr. Spivey for over 10 years and we have worked together to bring resources and information to our eastside community for many of those years.  We have worked together in capacities that span from food distribution all the way to praying for the families of fallen police officers.  As long as I have known Mr. Spivey, he has always been an individual who seeks to help others improve their lives and create pathways to the American Dream for those who are disenfranchised and overlooked.  As it pertains to the gospel, we sought to be living examples of God's mercy and forgiveness to those who have made some misguided decisions in their lives and Mr. Spivey spoke and prayed for people in my programs such as returning citizens and teen moms.  As clergy, we understand the power of redemption and we preached it to those we encountered so that they would know that one mistake should not define the totality of their existence and that they should keep striving to leave a positive mark on society.  Because of this approach, we have helped dozens of families improve their lives in spite of the barriers they faced. Presently, Mr. Spivey is in need of someone to believe in him the way he believed in others and to encourage him that God has more great work for him to do and to not give up hope.  With this letter, I hope to encourage him  and I pray that all of the good he has in him and all the good he has done will not be diminished because of this present circumstance.  Mr. Spivey has taken full responsibility for his actions and he is seeking redemption and forgiveness and I pray that Your Honor would be merciful to him and his family.  Thank you very much for your time and consideration and if I can be of any service please do not hesitate to contact me.  God Bless You.

Sincerely,

Alonzo Bell
Senior Pastor

  313.423.6939
1.833.REV.BELL (738.2355)

December 15, 2021

Judge Victoria Roberts
United States District Court
231 W Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

We understand that Andre Spivey has entered a guilty plea of a Federal crime and is scheduled to be sentenced in January 2022. It is a pleasure to have an opportunity to say a word about a friend and colleague in ministry. We have known Andre since he was a teenager who was active in most of the youth ministries at our home church, Ebenezer African Methodist Episcopal Church.

As Andre grew and matured, went off to college and returned, we saw his transformation into a man with many gifts and talents. And so, like many Ebenezer members, we were not surprised when he accepted his call and became an ordained minister. We continued to see him grow in responsibility as a Pastor and as a husband and father. We were excited for him, when he offered himself for public service on the Detroit City Council. At all times, we have known him to be a person that exhibited a high level of integrity.

We have been supportive of Andre Spivey at the various stages of his life, and we absolutely support him now. It is our prayer that his committed service to God through ministry, his years of positive service as a Councilman, as well as the truly responsible man that he is will make a positive impact when he is sentenced.

Sincerely,

Roderick Donaldson

Rev. Elaine Donaldson



December 15, 2021

**The Honorable Victoria Roberts**
**United States District Court**
**231 W. Lafayette Boulevard**
**Detroit, MI 48226**

**Re: Appeal of Andre Spivey**

Greetings in the matchless name of our Creator.

It grieves me deeply to write this letter of appeal on behalf of one that I consider one of my sons in the ministry. I have known the Reverend Andre Spivey since his pre-teens and have always held him in high esteem and admiration.

He has always shown willingness to grow by been involved in the various ministries, programs and projects in our Church such as:

*Youth Program(s)*
*Church School*
*Young People Division of the Missionary Society*
*Worship Leader for Youth Camp & Retreats*
*Youth Usher Board*
*Young Officer of the Young People Division*

You probably can imagine, your honor, how proud I was of him and thankful to GOD when he shared with me during one of our camping retreat that he was going into the Christian Ministry. I witnessed his matriculation through seminary and to my delight; he followed me at one of my pastorates at

Appeal of Audre Spivey
Page 2

Andre did not stop there in making me proud when he informed me again, that he was running for Common Council and later became President of the Common Council.  I started calling him Mr. Mayor. Could this be another Barrack Obama; I would ask myself?  My Lord, "What went wrong?".

Then, I remembered David.  The scripture says he was after GOD's own heart and yet something happened; David fell out of grace.   But even with GOD's disappointment, GOD forgave.

Judge Roberts, I'm not saying you should forget there has been an infraction, a mistake and very poor judgement on his part, but, through my tears, I am praying for leniency with as much mercy as you can humanly give.

Yes, he dishonored his office, disappointed the public, broke the heart of many who loved and believed in him, but, your honor, I still love and believe in him. I believe with your help, Andre can and will turn this around and present a rehabilitating story that will amaze us all, but, he only can start today, with your help your honor.

In Your Service

Ernest J. Ni'A
Pastor

December 15, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Greetings Judge Victoria Roberts,

We are writing this letter on behalf of our friend, Andre Spivey and grateful to do so for a time such as this.

We first met Rev. Spivey at St. Paul AME Church in 2004, as he was my family's pastor. We often visited this church, as we enjoyed the preaching, teaching, music and the various fellowship activities to help the church grow.

As we continued to visit the church more, we became more acquainted with his wife, Shema, their two children, his mother, Geneva and other family members. We also know his father, Keith Dickerson, who is a long-time friend of the family.

In 2013, we made the decision to become members of the St. Paul church family. It felt like home and most of our family was serving the Lord at this great church. Having said that, Rev. Spivey and his family welcomed us to the church. Under his pastorage, we joined the following ministries – Music, Usher Board, Class Leaders and Security. We were being spiritually fed, learning more about God's word and participating in community outreach activities to help win souls for Christ.

Our relationship with Rev. Spivey and his family grew beyond the church walls rather quickly. They were like family and thus, attended our annual Labor Day BBQ – every year!! They fit right in and enjoyed the fellowship of family and friends.

They have always been there for us – no matter the circumstances. That's what family is and that's what family does. A few weeks ago, my mother passed at 97 years of age. She was the matriarch of our great family. There was no hesitation to ask Andre nor was there any hesitation for him to respond to our request for support. He provided loving, compassionate and heartfelt remarks about his former church member at her homegoing celebration. He also affectionately called her "Aunt Helen." After all, he had been her shepherd for 14 years and had been there for her during the loss of her sister and other family members.

We are reminded of Rev. Spivey's biblical teachings - Romans 3:23 reads "All of us have sinned and fallen short of God's glory." The Bible also reads in John 1:9 "If we confess our sins, he is faithful and just and will forgive us our sins and purify us from all unrighteousness." We have all made mistakes as we journey through life. And we are most certain it has been a difficult time for Andre and we are confident that he has asked God for His forgiveness. We also know that his wife, children, family members and friends like us are hurt and saddened by this situation.

We pray that the good work that he has done will not be overshadowed by his mistake in judgement. We respectfully ask that you consider our letter while reviewing his case for sentencing. We ask that this husband, father, son, friend, good man, a productive citizen and this man of God be given a chance to redeem himself.

Thank you again for allowing us to share our perspective of our dear friend, Andre Spivey.


Respectfully submitted,

*Bruce & Cynthia Spencer*

Bruce and Cynthia Spencer

December 15, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:    Andre Spivey

Dear Honorable Judge Roberts:

I am writing to you in support of Andre Spivey as a person and professional.

As a person, I always found Mr. Spivey to be respectful, kind, engaging, polite, a good
family man, and professional.

As a professional and Council Member, I always found Mr. Spivey to be smart,
knowledgeable, inquisitive, sensible, and level-headed.

As a Christian, I know what it means to make mistakes. God knows none of us is perfect,
even as Christians. That is why I John 1:9 says, "If we confess our sins, he is faithful and
just to forgive us our sins, and to cleanse us from all unrighteousness."

I believe Mr. Spivey displayed humility, contrition, and penitence with his guilty
confession. I can only just imagine how remorseful he is after making the mistake that led
to a guilty plea.

I pray, your Honorable Judge Roberts, that you would show leniency when rendering a
verdict for Mr. Spivey regarding his case.

It would also be great if Mr. Spivey could receive similar leniency as received by former
Council Member Gabe Leland after his guilty plea.

Thank you for your consideration!

Sincerely,


Irvin Corley, Jr.
Executive Policy Manager of the City Council Legislative Policy Division

December 2021

To: Judge Victoria Roberts

I've known Andre Spivey for quite sometime. He was only 30 yrs old when he become the pastor of the historic St. Paul AME church with his wife and 2 children. He knew his congregation by name and their families always available to listen. He never forgot the sick & shut-in and the seniors who could not longer service of attend church services.

He worked with my family through sickness, health issues and death. At the times of my Mom death at that time she was the oldest living Senior at 101 yrs.

Carolyn Smith

  

December 15, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE: Andre Spivy

Honorable Judge Victoria Robert,

I am writing this letter in support of Andre Spivey. Over the last 10 years that I have been
acquainted with the previous council member Andre Spivey, I can clearly state he has been a
true advocate for community and business improvement in district four. He has helped
businesses with difficult city departments, provided leadership for the youth in the city,
collaborated with community leaders in gaining better services for their community, and fought
for demolition of abandoned homes in our community. Andre Spivey has been a stand-up
professional for a long as I have known him. He was intricately involved with the expansion of
the FCA facility on Connor, just north of Jefferson. Where community residents obtained jobs,
home repair grants, and training for those who had low skill levels. That project was over two
billion dollars. It saved the city of Detroit thousands of lost jobs, dilapidated houses, and unsafe
communities.

Andre Spivey has been a fighter for as long as I have known him. I cannot speak to the issue at
hand, but the Andre Spivey I have known for the last 10 years is someone who I have been glad
to be associated with. It is my hope and desire that you will look favorable on his sentencing
based on what he has contributed to the community over the last 10 years and not this one
incident.

As a resident of Clairpointe Woods in district four, I can attest to the fact that our housing values have increased since Andrey Spivey has been in office. Our services have been better since Andre Spivey has been in office. Our community is more robust since Andrey Spivey has been in office. Lastly, please look at the good he has done over the last 10 years, and not just this one misstep.

Respectfully,



**LGC GLOBAL**

**Thomas E Hardiman Sr**
Executive Vice President

7310 Woodward, suite 500
Detroit Michigan 48202
313 989-4141 office   313 887-5773 direct   313 215-1086 cell
Thomas.hardiman@lgccorp.com



*Greater Christ*
B · A · P · T · I · S · T  C · H · U · R · C · H

Reverend James C. Perkins, D. Min., Pastor



3544 Iroquois • Detroit, MI 48214-1887 • 313-924-6900, fax 313-924-7311

email: greaterchrist@ameritech.net
www.greaterchristchurch.org

December 15, 2021

The Honorable Victoria Roberts
United States District Court
211 W Lafayette Blvd
Detroit, MI  48226

Dear Judge Roberts:

I write to you on behalf of Reverend Andre Spivey.

It has been my privilege to know Reverend Spivey for the past twenty years. He and I are colleagues in ministry and our parishes are located in generally the same vicinity.

When he served as pastor of the St. Paul AME Church, we worked together on several community related projects such as youth recreation programs and weekly feeding programs.

His passion for community advocacy was demonstrated during his time as a member of the Detroit City Council. He spearheaded efforts to bring new businesses to the city. Specifically, he led the effort to bring Starbucks, Chipotle, ACE Hardware stores to his district. These are just a few examples of the hard work and effort he has put forth to build up our city.

Over the course of my acquaintance with him, I found Reverend Spivey to be a man of character with and intense desire to serve people. I believe that at his core, Reverend Spivey is a man of integrity and with the opportunity, he has a lot more positive contributions to make to society.

I understand the seriousness of this situation, but I hope you will take this letter into consideration and extend leniency to him. I believe in Reverend Spivey. I believe that he is essentially a person of good character who tries to live his life around a core set of Christ-centered values. Given the chance, I believe he will continue to build on his legacy of helping people.

Thank you for the opportunity to share this letter with you.

Sincerely,

Dr. James C. Perkins, Pastor
The Greater Christ Baptist Church



December 15, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd., Room 124
Detroit, MI 48226

Dear Honorable Judge Robert,

I am writing to support Mr. Andre Spivey on his current legal matter before your court. I have known Mr. Spivey for over ten years. We first met while serving as mentors for the Midnight Golf Program, and since that time I have witnessed first hand his dedication to his family, church and community; always displaying a genuine, unwavering support of others.

Mr. Spivey's leadership in the community as Pastor of St. Paul Church buoyed his congregation during personal tragedies and tough economic times. He served as a beacon of light for many residents on the lower eastside of Detroit. I'm personally aware of several instances where he made personal and financial sacrifices to help others in need. He is a man of GOD.

As an elected member of the Detroit City Council, Mr. Spivey served with honor and distinction for many years. He sponsored and supported several initiatives to move the city forward. His work provided jobs, housing and opportunities for residents. The level of professionalism and leadership he displayed was phenomenal.

His current legal issues are troubling but don't represent his character and lifelong work. Andre Spivey is honest, humble and kind. I believe his lapse in judgment is unfortunate but it does not outweigh the good he has and will continue to do if given the opportunity.

I am personally requesting leniency as you decide this matter and hope his overall record will weigh heavily on your decision. If you require additional information regarding Mr. Spivey's character, please contact me at (313) 220-9600.

Sincerely,

Charlie Grant, Jr.
President/CEO

December 15-2021


Wayne Wheeler
30455 Stonegate Drive
Franklin, MI  48025

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Judge Roberts,

I am writing this character witness letter on behalf of Andre Spivey.

I first met Mr. Spivey when he was elected to the Detroit City Council in 2008.  As a business
owner in the City of Detroit, my interactions with Mr. Spivey were always professional,
appropriate and above board.  Certainly, I was taken aback by the bribery charges assigned to
Mr. Spivey.  Yet his decision to immediately plead guilty, I believe, says a lot about his
character.  He did not take the court through an expensive trial.  No, he  admitted his lapse in
judgment and today he finds himself awaiting sentencing.

I hope this reference letter will lend some insight into Mr. Spivey's character as you reach a
decision regarding his sentencing, I ask that you consider his remorse, the many contributions he
has made to better the city of Detroit and most of all his wife, mother, grandmother and 2
children.

Please consider this request as Mr. Spivey comes before you.

Sincerely,

Wayne Wheeler



**Martin Evers**
*Missionary Baptist Church*

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**Re: Andre Spivey**

December 15, 2021

Dear Honorable Judge Victoria Robert:

I am writing this letter on behalf of a good community partner, fellow clergyman, and friend. I have known Mr. Spivey for over 10 years and we have worked together to bring resources and information to our eastside community for many of those years. We have worked together in capacities that span from food distribution all the way to praying for the families of fallen police officers. As long as I have known Mr. Spivey, he has always been an individual who seeks to help others improve their lives and create pathways to the American Dream for those who are disenfranchised and overlooked. As it pertains to the gospel, we sought to be living examples of God's mercy and forgiveness to those who have made some misguided decisions in their lives and Mr. Spivey spoke and prayed for people in my programs such as returning citizens and teen moms. As clergy, we understand the power of redemption and we preached it to those we encountered so that they would know that one mistake should not define the totality of their existence and that they should keep striving to leave a positive mark on society. Because of this approach, we have helped dozens of families improve their lives in spite of the barriers they faced. Presently, Mr. Spivey is in need of someone to believe in him the way he believed in others and to encourage him that God has more great work for him to do and to not give up hope. With this letter, I hope to encourage him and I pray that all of the good he has in him and all the good he has done will not be diminished because of this present circumstance. Mr. Spivey has taken full responsibility for his actions and he is seeking redemption and forgiveness and I pray that Your Honor would be merciful to him and his family. Thank you very much for your time and consideration and if I can be of any service please do not hesitate to contact me. God Bless You.

Sincerely,

Alonzo Bell
Senior Pastor

11111 Whittier Avenue
Detroit, MI 48224, USA

  

313.423.6939
1.833.REV.BELL (738.2355)

info@martineversmbc.org   www.martineversmbc.org

 

December 15, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE: Andre Spivy

Honorable Judge Victoria Robert,

I am writing this letter in support of Andre Spivey. Over the last 10 years that I have been acquainted with the previous council member Andre Spivey, I can clearly state he has been a true advocate for community and business improvement in district four. He has helped businesses with difficult city departments, provided leadership for the youth in the city, collaborated with community leaders in gaining better services for their community, and fought for demolition of abandoned homes in our community. Andre Spivey has been a stand-up professional for a long as I have known him. He was intricately involved with the expansion of the FCA facility on Connor, just north of Jefferson. Where community residents obtained jobs, home repair grants, and training for those who had low skill levels. That project was over two billion dollars. It saved the city of Detroit thousands of lost jobs, dilapidated houses, and unsafe communities.

Andre Spivey has been a fighter for as long as I have known him. I cannot speak to the issue at hand, but the Andre Spivey I have known for the last 10 years is someone who I have been glad to be associated with. It is my hope and desire that you will look favorable on his sentencing based on what he has contributed to the community over the last 10 years and not this one incident.

As a resident of Clairpointe Woods in district four, I can attest to the fact that our housing values have increased since Andrey Spivey has been in office. Our services have been better since Andre Spivey has been in office. Our community is more robust since Andrey Spivey has been in office. Lastly, please look at the good he has done over the last 10 years, and not just this one misstep.

Respectfully,



**Thomas E Hardiman Sr**
Executive Vice President

7310 Woodward, suite 500
Detroit Michigan 48202
313 989-4141 office   313 887-5773 direct   313 215-1086 cell
Thomas.hardiman@lgccorp.com



December 15, 2021


Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan, 48226

Dear Judge Robert,


I, Veronica R. Murff, am writing this letter to you to provide a character reference about Rev. Andre Spivey, whom I have known as a pastor and a friend for 17 years. I provide this reference in full knowledge that Rev. Spivey entered a guilty plea to a Federal crime of Bribery.

I can say with total confidence that few men have contributed to the Detroit community in a way that Rev Spivey has. Even though I came into his association through the church, I have also known him outside of the church.

Our family has a long history with St. Paul AME Church for over 70 years. When announced that Rev. Spivey would become St. Paul's Pastor, we wondered how this young man could lead the church. We soon learned that this kind, intelligent man had what it would take to be a great leader at St. Paul. We quickly fell in love with him when he was invited and attended a family bar-be-que. Rev. Spivey did not only attend one but most family gatherings.

Rev. Spivey recently had an active role in my 97-year-old aunt's funeral earlier this month. I called on Rev. Spivey to have a role in my husband's funeral in 2010 at another Church home, and he came without hesitation. Rev. Spivey was always approachable and always greeted me with a warm, sincere smile.

I believe Rev. Spivey is sorrowful and repentant of his wrongdoings. Accordingly, when sentencing him, I pray that the Court will extend him grace and will also consider the years of good works he has provided to the Detroit community.


Sincerely,

Veronica Murff
Retired State Farm Agency Owner



*Greater Christ*
B·A·P·T·I·S·T   C·H·U·R·C·H

**GC**
**BC**

3544 Iroquois • Detroit, MI 48214-1887 • 313-924-6900, fax 313-924-7311

Reverend James C. Perkins, D. Min., Pastor

email: greaterchrist@ameritech.net
www.greaterchristchurch.org

December 15, 2021

The Honorable Victoria Roberts
United States District Court
211 W Lafayette Blvd
Detroit, MI   48226

Dear Judge Roberts:

I write to you on behalf of Reverend Andre Spivey.

It has been my privilege to know Reverend Spivey for the past twenty years. He and I are colleagues in ministry and our parishes are located in generally the same vicinity.

When he served as pastor of the St. Paul AME Church, we worked together on several community related projects such as youth recreation programs and weekly feeding programs.

His passion for community advocacy was demonstrated during his time as a member of the Detroit City Council. He spearheaded efforts to bring new businesses to the city. Specifically, he led the effort to bring Starbucks, Chipotle, ACE Hardware stores to his district. These are just a few examples of the hard work and effort he has put forth to build up our city.

Over the course of my acquaintance with him, I found Reverend Spivey to be a man of character with and intense desire to serve people. I believe that at his core, Reverend Spivey is a man of integrity and with the opportunity, he has a lot more positive contributions to make to society.

I understand the seriousness of this situation, but I hope you will take this letter into consideration and extend leniency to him. I believe in Reverend Spivey. I believe that he is essentially a person of good character who tries to live his life around a core set of Christ-centered values. Given the chance, I believe he will continue to build on his legacy of helping people.

Thank you for the opportunity to share this letter with you.

Sincerely,

Dr. James C. Perkins, Pastor
The Greater Christ Baptist Church



AMBASSADOR BRIDGE

DETROIT INTERNATIONAL BRIDGE COMPANY

P.O. BOX 32666 *Detroit, Michigan* 48232

December 16, 2021

The Hon. Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 38226

Dear Judge Roberts,

Re: Andre Spivey Sentencing

I have known Andre Spivey throughout his time on Detroit City Council and consider him a friend. Over the years, he has conducted business professionally and has served his constituency with integrity and warmth.

The Ambassador Bridge team has collaborated with Andre on several community events, from turkey giveaways to supporting youth sports teams in the city. It has always been apparent that service and advocacy for his community are truly the motivations behind Andre's decision to pursue a career in public service.

From media reports, I understand that Andre has admitted guilt and has been cooperating throughout the investigative process. This exemplifies Andre's integrity and remorse for his wrongdoings and aligns with the man I know Andre to be: an honorable individual, a present and devoted father, and a valuable member of the community. I hope the court will consider this letter at the time of sentencing.

Sincerely,

Dan Stamper

President, Detroit International Bridge Company

Cc: Elliott S. Hall, ESQ

Carolyn McKissic

1408 Nicolet

Detroit, MI 48207

December 16, 2021

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, MI 48226

Dear Judge Roberts,

Although I am truly sorry for the reason for this letter, I am pleased however to offer my recommendation on behalf of Andre Spivey.

I have known Andre Spivey for nearly 20 years—first as the former principal of Howe Elementary School in Detroit where he volunteered and supported our programs.  Most importantly as an AME (African Methodist Episcopal) Church member, I knew him to be an outstanding pastor, husband, father, friend, and community activist.

I do not understand how or why this situation has happened to the Andre Spivey I know, but I do sincerely hope and pray that grace and mercy will be extended to him.  He has been a special blessing to many.  He is a good person.

Sincerely yours,

Carolyn McKissic



# THE PARADE COMPANY

December 16, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

Please accept this letter of recommendation on behalf of Andre Spivey.  Mr. Spivey has admitted to a wrong doing which I commend him for taking that path of honesty.  I have known him for quite a while as he was a member of City Council dealing with Parade Company items.  He has always handled himself with the utmost class and respect and I wanted to share that with you.  He has obviously done something wrong and that cannot be forgot, but I know the man who has also done a lot of good in our community and ask that he be given the best chance possible to recover and get on the right track.  Thank you for listening!!

Tony Michaels

**Tony Michaels**
President & CEO
The Parade Company
9500 Mt. Elliott
Studio A
Detroit, MI 48211
Mobile: 248-882-9177



# Rock Church International
## Pastor Terry Caldwell

December 16, 2021

To Judge Victoria Roberts,

My name is Dr. Terrance Caldwell and I serve as senior pastor of the Rock Church International in Detroit Michigan. I am writing this letter in regards to the character of Mr. Andre Spivey.

I have had the pleasure of knowing Mr. Spivey for several years now. Rock Church is located in the district where Mr. Spivey served as City Council Representative. From my understanding, Mr. Spivey has been charged with a Federal crime of Bribery. I also understand that he has entered a plea of guilty. I can not speak on the incident, but I can tell you about who Andre Spivey has been to Rock Church.

I am not just a pastor, but I am looked at as a community leader. With that being said, Mr. Spivey has not hid behind his desk, but he has helped our community in so many different ways. He has connected us with resources to feed our community through food givaways, he has marched with us in  Detroit concerning the Black Lives Matter issues, and he even came out to our community leaders meeting to speak with the pastors and business owners concerning what can be done to better our community.

At Rock Church, we have a community rally, called Rock The Block, where we give out free food, free school supplies, there are bouncys for the children, etc… the detroit police departement, fire department, and DTE are involved as well. Mr. Spivey does not send a letter to be read to the community, but he shows up and speaks to our community which really impacts our community (btw, Mr. Spivey has a commnity rally that he does that is similar).

We have all made mistakes in life and I admire that Mr. Andre Spivey has taken responsibilty for his error in judgement. I believe that one of the qualities of manhood is taken responsibility for your actions. Mr. Spivey has done a lot of good for the city of Detroit, and I'm asking that his error in judgement does not signify who Andre Spivey really is. I know he has learned from his error and I personally feel that he deserves a second chance. After all, that's one of the reasons that Jesus died on the cross for us all; and that was to give us another chance.

Rock Church International
10330 Whittier St.  Detroit, MI  48224
Phone:  313-881-3470
blesscaldwell@aol.com

Hopefully this letter has given you insight on who I and the Rock Church family know as Mr. Andre Spivey. If there are any further questions or concerns, then feel free to reach me at Terrycaldwell3@yahoo.com or (313)477-4131. Thank you for your consideration.


Sincerely,

Dr. Terrance Caldwell

Dr. Terrance Caldwell





**BISHOP JOHN R. BRYANT**
Retired Bishop in the African Methodist Episcopal Church
250 S. President Street, Suite 1107
**Baltimore, Maryland 21202**
Telephone: 1-312-543-7949.    Email: bishopjohn4th@aol.com

December 16, 2021

Judge Victoria Roberts
*United States District Court*
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Andre Spivey

Dear Judge Roberts,

My name is John Richard Bryant, I am a retired bishop in the African Methodist Episcopal Church and currently residing in the state of Maryland. I am writing on behalf of Andre Spivey. I've known him for years. He first came to my attention when he served as a missionary in South Africa. I was his Bishop and he served as one of my pastors for eight years. Countless people were helped and saved as he diligently strived to minister and provide assistance to numerous families and the community. I watched him as he went into political service. I've known him as a dedicated family man, a warm and bright human being.

I am aware of his offense, but I'm sure that he is remorseful and feels that he has let his constituents and those who had faith in him down. However, I'm praying that Mr. Spivey will be given the opportunity to rise from this fall and get a second chance to make a valuable contribution to others.

If you should need further information, please feel free to contact me. Thank you for all that you do.

Respectfully,

*John R. Bryant*

Bishop John R. Bryant  (Retired)

Ryan R. Brown
17324 Annott
Detroit, Michigan 48205-3104

December 16, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48221

RE:  CHARACTER REFERENCE FOR ANDRE SPIVEY

Your Honor,

The intent of this letter is to speak of the good character of Andre Spivey.   I have known Andre for the last 15 years as a pastor, mentor and friend. I can personally say he is personable, confident, considerate, efficient and dedicated to the well-being of others.  Andre played a significant impact in my life with the struggles I had after the loss of my father at the age of 13 being there for me whenever I called upon him. He is well respected in the African Methodist (A.M.E.) Church Community as well as throughout the city of Detroit as a City Council member serving the 3rd District in which I live.

I am aware that he has pleaded guilty to a Federal Crime of Bribery in the U.S. District Court.  However, this crime/charge is not fitting to the Andre I know on all levels of my life.

He has expressed his sensitivity and embarrassment to this act and charges and cannot be more remorseful for having any involvement in this situation.

I hope this brief letter will give you an idea of his good character and you will take into consideration when deciding his fate in this unusual occurrence.

Thank You for taking your time to read this letter.

Sincerely,

RYAN R. BROWN

December 16, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Roberts:

As a former education consultant for U.S. Department of Labor, U.S. State Department, Republic of China, and Taiwan, several Workforce Development Agencies of twelve large cities within the U.S. Conference of Mayors, I have met with and assisted Mayors and their staff regarding employee training, program development, audit resolutions, social and personal responsibilities to those we serve. This exposure, including biblical and religion interaction with other nations and military assignments in Africa and Germany, has greatly increased my understanding of individuals' and individual nations' actions.

I sincerely request and support Mr. Andre Spivey for consideration of forgiveness.  I have known Mr. Spivey since his early years as a child in Sunday School and as an adult in numerous church activities and programs. He has shown tremendous potential by spearheading an extensive number of programs and initiatives for youth.  As a result of his consistent fresh ideas and high enthusiasm, many youths and adults have achieved goals beyond their original expectations. To my own observations, Andre is a reliable person who goes to great lengths to accomplish any task to improve relations and service to the community.  He does not hesitate to take on extra roles which are beyond his scope of responsibility. He is a tremendous asset to our community.

Mr. Spivey 's ability to relate, counsel and encourage others truly deserves my support for consideration. His dedication and ability to relate to and to service others is only surpassed by his loyalty to those most in need of services.

Sincerely.

Willie Walker

Willie Walker, President
A.T. Walker & Associates

**Andel Therapeutic Solutions, LLC**
15754 Ashton Rd.
Detroit, MI 48223

December 16, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Roberts:

I, Edna Todd Walker, am a Licensed Clinical Social Worker in the State of Michigan. My professional experience includes over 40 years providing clinical social work services in both the public and private sector. My experience includes working with persons with a range of presenting problems, which includes individuals and families involved with the Criminal Justice System. I have worked in the Child and Adult Protective Service and Mental Health systems where I have had the responsibility for investigating complaints of neglect and abuse to children, domestic violence and providing direct service to strengthen and preserve families. I have served as the administrator of programs in the areas of Child Welfare and Mental Health, providing services on behalf of children, families and adults with a range of environmental, social and emotional problems. Currently, I serve as President of Andel Therapeutic Solutions, LLC, a Private Counseling Service and as Executive Director for the Ebenezer Community and Cultural Center, a nonprofit, faith based human service organization in Detroit.

I write to you today on behalf of Mr. Andre Spivey who has been charged with a Federal crime of Bribery. I offer my sincere support on behalf of Mr. Spivey and humbly ask the court for forgiveness on his behalf. I have known Andre since he was a small child. He was a student in my Sunday School Class at the Ebenezer A.M.E. Church. I have been privileged to watch him grow and develop into a capable young man and a loving and responsible husband and father. He has always exhibited a deep commitment to helping others and, along with his family, he has always supported projects to better the lives of others.

As a proponent of Restorative Justice, I believe that accountability should also seek ways to strengthen individuals, families, and the community without causing further harm. It is my belief that harsh or undue punishment for Mr. Spivey would cause further harm, not only to Mr. Spivey and his family but also the community that Mr. Spivey has faithfully served over the years. The service that Mr. Spivey has provided in the community over the years has been enormous. I believe that he still has much to give.

I am therefore pleading for forgiveness for Mr. Spivey by the court system with opportunities for restoration in the community that will strengthen Mr. Spivey, his family, and the community.

Sincerely,

Edna JWalker

Edna Todd Walker, LMSW, ACSW

December 16, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

   I am writing this letter in support of Andre Spivey who I have known and work with for a number of years. In my position as Chief of Police at Wayne State University I have hosted numerous meeting for the group that he chairs, Black Male Engagement. This is a community base group composed of exemplary members of the community who goal is to provide mentorship for young black males. A role model base initiative to provide positive direction for youth in the community.

While hosting and observing this group I could not help but be impressed with the dedication and commitment that Andre Spivey was providing. In my association with Andre Spivey he has never hesitated to responded to my request for his participation in my bi Weekly CompStat meeting. He has participated in my hosting of community meeting to foster improved relations between my department and the community.

I have never observed anything other than commitment, dedication and honesty in my association with Andre Spivey.


Anthony Holt

Associate Vice President/Chief of Police
Wayne State University Police Department

# City of Detroit

## CITY COUNCIL

### COUNCIL PRESIDENT BRENDA JONES

December 16, 2021



Honorable Judge Victoria A. Roberts
U.S. District Court, Eastern District of Michigan
231 West Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts,

Twelve years ago, a young man I knew of in the community desired to join me in public service in the City of Detroit. When he decided to submit his name for consideration by the voters, I was encouraged to give him my support. I had known this young man prior to his entry into elective office. We both were alumni of Cass Technical High School, albeit at different times, and both were extremely spiritual -- he, as a member of the African Methodist Episcopal faith, and me as a member of the Church of Christ. The young man I'm speaking of is Mr. Andre L. Spivey.

As I got to know this young man better, I was impressed by his warm smile, sensitive personality and willingness to serve our constituents. Since he was new to the political world, I began to give him the benefit of my brief experience, having run successfully for the same seat just four years prior.

We grew as colleagues and friends. Although there were times we didn't agree politically, we always managed to maintain a civil and warm relationship. Then one day, I became aware that my friend was experiencing some personal challenges and he made some decisions I know he regrets. Did this make me love him less? No. Did this make me shun him? Again, no. He is still my friend and I love him. Now, that doesn't mean I support bad decisions, but from what I know about Andre, his own conscience has to be working him over everyday.

Andre is a family man who loves his wife and children very much. He is loved by his church and the religious community of Detroit. He is loved by many of his colleagues and the City Council staffers he has interacted with over the years of service. I know because many of them have contacted me to express love, support and concern for his future. He has provided many hours of service to a variety of Detroiters in his roles as Councilman and as a pastor.

In closing, there is nothing that can erase the result of his poor decisions. However, I can see no benefit in remanding him to jail or prison either. Andre is not a threat to the community. Actually, with the test he is going through, he now has a testimony that could be helpful to others. So, I am requesting, Judge Roberts, that you redirect his "punishment" into a positive space by assigning him however many hours of community service you feel he should do, based on his conviction. Please give my friend, Andre, a chance to "work off" his debt by serving our community -- one that needs to see a man work to redeem himself and regain his dignity among us.

I thank you so much for taking the time to read my thoughts and my plea for leniency for Andre. Thanks again for your fairness, patience and attention to this matter!

Sincerely,

*Brenda Jones*

**Brenda Jones**, Council President
City of Detroit

REV. V. LONNIE PEEK, JR.

19360 Stratford Rd.
Detroit, Michigan 48221
lonniepeek@aol.com
313 719 2450

To: Judge Victoria Roberts
      United States District Court
      231 W. Lafayette Blvd
      Detroit, Michigan 48226

December 16, 2021

Please accept this correspondence as one of character refence support for Rev Andre Spivey. I have known him for more than thirty (30 years.) Understand that the illegal activity that he was involved in **is not the core of his persona**. He made a big mistake; one he will regret the rest of his life. I have talked to him; he is more than remorseful.

Any consideration you might give towards leniency at his sentencing would be greatly appreciated. His "plea of guilty" speaks to his willingness to admit his wrong doing. He is a relatively young man; he still has some good productive years in front of him. Please allow him to spend that time being productive in community work.

Thank you for your consideration!

V. Lonnie Peek Jr.

 

# Renaissance Baptist Church

1045 E. Grand Boulevard
Detroit, Michigan 48207
(313)922-7287office
(313) 922-1520fax

**Rev. Dr. Edwin H. Holmes, Pastor**
Rev. Dale Weathers, Associate Pastor

*Kevin Bryant*
*Chairperson, Deacon Board*

*Tamara Connelly*
*Chairperson, Trustee Board*

*Christopher Liner*
*Church Treasurer*

*Evelyn Kennedy*
*Church Clerk*

*Valerie Hillery*
*Office Manager*

December 16, 2021

Judge Victoria Roberts United States District Court

231 W. Lafayette Blvd. Detroit, Michigan 48226

To Whom It May Concern:

I have known Andre Spivey for over 15 years in the faith-based community. He grew up in Detroit, attended Cass Technical High School, and received a bachelor's degree from Morehouse College. Andre has a true passion for religious education and earned a Masters of Divinity from Colgate Rochester Divinity School. He is a well-rounded person and has utilized his education to serve people in a compassionate manner.

Andre has demonstrated his love for God through his selfless service to others. He has always taken the church to the community by reaching out to assist others irrespective of the individual's position in life. As a Councilman for District 4, Andre was an avid public safety supporter. He tirelessly fought to secure resources for Police, Fire and EMS in order to adequately meet the needs of the community. Andre's personal agenda has always been to assist neighborhoods by keeping them clean and advocating for city services that are critical to the quality of life for seniors, youth, and underserved populations.

Andre has been a viable force and voice for the City of Detroit for over ten years. Whenever the City was faced with a serious challenge, Andre was there to fearlessly address the issue. Andre's Leadership has allowed him to bring neighborhoods, community groups, schools, faith-based organizations and the business community together for positive advancement. I have had the privilege of participating with Andre and his congregation in multiple ecumenical services. Andre's message was engaging, encouraging and energizing to those who needed to be lifted out of despair. He has truly touched the lives of many people through his words and deeds.

Andre Spivey is a kind, humble and giving person who loves his family and who cares about equality and social justice for all. Andre has been a blessing to me and my family and I support him as he faces this season of his life.

Please contact me should you desire any additional information.

Sincerely,

*Edwin H. Holmes*

Edwin H. Holmes

*"The Church Where Everybody Needs God And Each Other"*

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

December 17, 2021

Dear Judge Victoria Robert,

I can confirm that I have known Andre Spivey for over seventeen years.

Andre and I became acquainted at St. Paul AME Methodist Church when he was appointed as the Pastor. During that time, I realized that he had honesty and integrity that most people strive for in this life. A hard worker, and a good family man. I never saw him stray from his path of his responsibilities to his family, community, or his church.

As a member of the city council, Andre has served as a professional. He has been a hard worker and committed to doing an exemplary job. Personally, to his family, he is equally devoted. His allegiance to both is unwavering.

Regardless of a prior act of misjudgment, I strongly believe Andre is a man of honor. I would ask that you do not judge him for the incident that has gotten him in this predicament, but for the person he is.

Sincerely,

*Keith McLain*

Keith McLain

313-575-2749

Keith.mclain.yahoo.com

December 17, 2021

Elliott S. Hall, ESQ.

Attorney at Law

344 North Old Woodward Ave, Suite 200

Birmingham, MI. 48009-5310

RE: Andre Spivey

Mr. Hall,

I am writing this letter to offer insight and a fuller picture of who Andre Spivey is. I have known Andre all of his life and have watched him grow and become the young man he is today. I find him to be honest, competent and a dedicated young man which speaks of his character in the ministry and as a Pastor and with leadership abilities on the Detroit City Council for several years.

Andre is compassionate and very personable as in evident of how he shovel his elderly neighbors snow in the winter or cut their grass in the summer. This young man along with his son does these tasks with a smile on his face and expects and receive nothing in return. Responsibility and accountability was instill in Andre at an early age by his single mother who raised him to be respectful, and made sure he had a balance in his life. He had male mentors who taught him how to be respectful of all people no matter the race or color and to treat all people equal. This young man consistently raises the bar in raising his family and being there for them while his children plays sports and he attends their games to cheer them on regardless of his busy schedule.

It has been an absolute pleasure watching him grow, staying humble, respectful and being accountable for his actions. I respect that he plead guilty to a crime and I know he is remorseful for what he has plead guilty too. I am praying the judge allow him leniency to this crime.

Please feel free to contact me with any additional questions or concerns.

Sincerely,

Pinkey Brown

313- 478-1261

F. Thomas Lewand
ftlewand@gmail.com
313-378-2266

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette
Detroit, Michigan 48226

Re: Andre Spivey

Dear Judge Roberts:

In my 51 year legal career, it has been my privilege to work closely as a counselor to many elected officials and as Special Master to a number of Federal Judges. With the exception of Kwame Kilpatrick, all have valued their integrity and been proud to serve the American citizens.

I believe Andre Spivey to be in that category: an excellent public servant who faithfully executed his oath of office for years. He also served people as a Pastor with extraordinary care and impeccable reputation.

In dealing with Andre Spivey for nearly 12 years, he never asked for anything. He always listened carefully to whatever issue we discussed. Sometimes he offered sage advice, always based on making the proposal better for his constituents.

Obviously he made a huge mistake. But he owned up and admitted it. And I truly believe it was a one time transgression, not an indication of systemic corruption.

He is young and still has so much to offer as a caring, giving person – perhaps even more now that he has experienced the full weight of his mistake.

I hope this reference is helpful to the Court in making its decision.

Very Truly Yours,

F. Thomas Lewand

Law Offices Of

# REID & REID, P.C.

*Attorneys at Law*

550 HORTON STREET / DETROIT, MI 48202
(313) 874-2200 / FAX (313) 874-5298

ARLOND N. REID, JR. (1951-1989)
DANIEL J. REID

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re:    Rev. Andre Spivey
         Character Reference

Dear Judge Roberts,

Please accept this character reference letter on behalf of Rev. Andre Spivey.

I have known Andre and his family for over thirty years. I have known him as a Pastor in A.M.E. church for many years. I have found Andre to be an excellent spiritual leader and person of high moral turpitude. I always felt that one day he would be a Bishop in the A.M.E. Church. Additionally, I consider Andre a good friend. Whenever I needed guidance, reassurance or a listening ear, I could always count on him. They say an apple never falls far from the tree. His mother is a person whom I adore and respect and have always complemented her on how she raised her son. It saddened me to find him in this particular situation but I am reminded that no one is perfect and that we all sometimes fall short of what is expected of us by others.

I have great love for this Honorable Court and the leadership that you have brought to the bench over the years. I have seen you make very tough decisions but they have always been tempered with compassion and understanding. I am praying that you will extend to Mr. Spivey that same compassion and judicial wisdom that I have witnessed you apply faithfully in your courtroom throughout the years. I believe in my heart Mr. Spivey would be worthy of probation and am confident that he would live up to all of the requirements placed upon him by this Court. I understand there are sentencing guidelines which the Court must take into account; but somehow those guidelines never seem to encompass nor truly reflect an individual's ability or likelihood of being an asset to our community and to society. Mr. Spivey has lost so much because of the choices he made and I know that he is very remorseful and saddened by the consequences of his actions.

If it would help, I would fall on my knees and beg this court to have mercy on this fine young man who has fallen to the temptations that prod us all as we go through life. I conclude by asking you to please give this young man an opportunity to return to his family and to resurrect his life as best he can. Thank you for reading this letter and hopefully hearing my cry.

Respectfully Submitted,

Rev. Daniel J. Reid, Esq.



**Dr. H. Michael Lemmons**
Presiding Elder

**The Right Reverend John F. White**
Presiding Bishop

**4TH EPISCOPAL DISTRICT**
AFRICAN METHODIST EPISCOPAL CHURCH

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Boulevard
Detroit, Michigan 48226

Dear Judge Roberts,

This is a letter of support and a plea for leniency as you consider the sentencing of the Reverend Andre Spivey who is before your court having pled guilty to the federal crime of bribery.

I have known Andre Spivey for much of his life, well over 40 years or more. Although I am twenty plus years older than he, we were both raised in the same local church in Detroit.  In 1997, after living for many years in other parts of the country, I returned to Detroit and became the pastor of that local church, Ebenezer AME Church. While Reverend Spivey was away in school during many of the years in which I served as pastor of Ebenezer (1997- 2008), I was in fact his pastor as well as pastor to other members of his immediate and extended family. Reverend Spivey's mother, his brother, aunts as well as his grandmother and other family members belonged or had belonged while living to this local church.

There are a good many things I could say about the high regard, admiration and good will Andre Spivey enjoyed as a young man growing up at Ebenezer however the main thing, I would like to offer is something you perhaps well know. Which is to say, it is abundantly clear to me at this point in my life that there are no perfect human beings anywhere in God's creation. Every human being, if they live long enough, will at one time or another have made a rather serious error in judgment. Will have made a regrettable mistake. One which, if they had it to do over again, they would not make.

And while I completely understand that because Reverend Spivey held a position of public trust as a councilman in the city of Detroit that the misdeed to which he has pled guilty cannot totally be ignored by the court, I simply ask that as much leniency and grace be extended to him and his family as possible. Here's the truth of the matter from my perspective, he has already been penalized in public perception, public opinion and in the loss of an honored position of service.  He has already suffered greatly for this lapse in judgment and in the error of his ways.  While the legal system may need to do

what is mandated in this instance, please be aware and note that as his former pastor and current presiding elder (supervisor of 26 AME pastors and local churches in Michigan) I sincerely believe that he has learned his lesson and has suffered tremendously for what he has done.

As a young minister and subsequently as a pastor in the African Methodist Episcopal Church, he once had a very bright future.  By his own actions he has done grievous damage to that future. Yet hopefully and prayerfully, as a minister of the gospel, I do not accept that he is beyond some measure of repair.  I am asking in his behalf that a measure of grace be extended to Reverend Spivey, as well as to his wife and his children as you consider the appropriate action of the court in his case. I sincerely appreciate your taking the time to read this recommendation and I will be praying that the God we all seek to serve will grant you great wisdom and as much latitude as possible as you decide what is best and appropriate for all concerned in this case.

I am praying for you as well as for Reverend Spivey and his family as you make these decisions regarding his immediate future.  May God bless you as you undertake this responsibility.

Sincerely Yours,

Reverend H. Michael Lemmons
Presiding Elder
African Methodist Episcopal Church

# Calvary Baptist Church of Detroit
## Established 1919

**1000 Robert Bradby Drive - Lawrence T. Foster, Senior Pastor**
Detroit, MI 48207 (313) 567-4575 Fax (313) 567-5834
Web Site: www.thecalvarybaptistchurch.org
Email: calvarybaptist10@yahoo.com
*"Church of the Open Door: Nothing Is Impossible with God" -- Revelation 3.8; Luke 1.37*



December 17, 2021

Judge Victoria Roberts
United States District Court
231 West Lafayette Boulevard
Detroit, Michigan 48226

Judge Roberts,

I am writing you on behalf of Reverend Andre Spivey who is before your court. I have known Reverend Mr. Spivey for over twenty years as a colleague in ministry and as a friend. Saint Paul A.M.E. Church of Detroit and Calvary Church have enjoyed a wonderful relationship, and Pastor Spivey has been responsible for nurturing our fellowship. He helped to spearhead and host a major literacy initiative for our City while at Saint Paul, where we featured the world renowned "Three Mo' Tenors" and other artists in concert. We were able to seed the Detroit Literacy Project with significant funds for their ongoing work.

Andre is a wonderful person who has done a tremendous amount of good for many people. Even in this difficult time in his life, he has stepped up, and taken responsibility for the actions that claim your attention, Judge Roberts, and is willing to abide by the decision you will make. I am asking that you consider not merely the issues that bring him before the bench, but the spectrum of his contributions to his family, the City and beyond. I am asking that you temper justice with mercy on his behalf. You will not regret it.

Sincerely,

Lawrence T. Foster, Senior Pastor



14901 East Warren
Detroit, MI 48224
Tel: (313) 640-1100
Fax: (313) 640-1112
www.usnapbac.org

December 17, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Victoria Roberts,

It's an honor to write this letter of recommendation for Andre Spivey. I have known Mr. Spivey for approximately 10 years or more as the District 4 Councilman for the City of Detroit.

As the Executive Director of U SNAP BAC Inc, which is in District 4, Andre Spivey and I have collaborated on several community improvement endeavors. My relationship with Andre Spivey has always been one of integrity, commitment, and compassion. Over the years, Andre Spivey has sponsored several community activities that have assisted the residents in the District 4; such as, providing back to school supplies, free food give away, senior luncheons, and ribbon cuttings for new housing. Additionally, one of the most impactful community activities was *A Day in the Park with your Councilman* where Andre Spivey was the keynote speaker. This project allowed residents to ask questions of the Councilman as well as feel a part of the community revitalization efforts. Rather Andre Spivey was spearheading the community projects or an attendee, his commitment to improving the blight of low-income families and the City of Detroit was unwavering.

Mr. Spivey is one of many present and past City Council members who understands that they are servants of the community. As a result of his servitude and advocacy, many city residents have been able to personally enhance their living conditions while feeling heard and supported.

Sincerely,

Linda Smith
Executive Director USNAP BAC, Inc.

December 17, 2021

The Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert,

It is my honor to write to you in support of my friend and spiritual brother, Andre Spivey. While the circumstances under which I submit this letter are disappointing, I still consider it a privilege to share the Andre that I know and respect. There are three specific things that I am most proud of and will detail below.

**Our shared academic background.** Andre and I share educational backgrounds as graduates of Cass Technical High School and historically black colleges in Atlanta, Georgia. I attended Spelman College and Andre is a graduate of Morehouse College, and I have always known him to be a very smart and focused young man (he is younger than me) who embodied the legendary "Morehouse Man" spirit. He was respected by his peers and highly regarded by all of us who matriculated with him. We knew that whatever he chose to dedicate his life to would be done with a prominent level of excellence.

**Our shared commitment to service.** As an esteemed pastor, Andre always was available to assist me with the fundraising duties from the church community when I served as the Michigan Director of the United Negro College Fund. I cannot recall a request that he did not honor in my nine-year tenure.

**Our shared commitment to family.** For us, family means not only blood, but also by relationship. I truly consider Andre my "little brother" and as such, while I may be disappointed in his choices, I have not lost sight of his value to Shema and their kids, our shared black Greek letter organizations, our Morehouse and Spelman family, our black church family, friends and the Detroit community.

In closing, first let me thank you for taking the time to read this letter and weigh its contents. I humbly ask for your compassion when sentencing Andre who I believe has already learned some particularly important lessons which led him to confess his guilt. If there is any possibility for probation, I prayerfully ask that you give it your highest consideration. My respect and love for him as my brother is unconditional, and regardless of the outcome I confirm on behalf of his village that we will always be here to help him rebuild his life, earn everyone's trust and redeem his reputation. I welcome any opportunity to come before you and testify to everything shared in this letter.

Respectfully,

*Leslie Graham Andrews*

Leslie Graham Andrews
313 595-5226
leslie@daisyventuresllc.com

December 17, 2021

Dr. David J. Porter, Sr.
19414 Gloucester Drive
Detroit, Michigan, 48203-1483

The Honorable Victoria Roberts
Judge of the United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan, 48226

Dear Honorable Judge Victoria Roberts:

I am David J. Porter, Sr. a retired Detroit Public Schools Assistant
Superintendent. This letter is written to offer a broader picture of who Reverend
Spivey is, from my vantage point.  I have known Andre Spivey for more than ten
years as pastor of the A.M.E. Church Conference, Pastor of St. Paul
A.M.E. Church, and a Detroit Public Schools Transition Team member.

**COMMUNITY LEADER:**
During Reverend Spivey's tenure as a transition team member we often had in-
depth dialogue regarding Detroit Public Schools students, teachers and staff.

**PASTOR AND FRIEND:**
My fondest memory of Reverend Spivey is from a church anniversary when he
delivered a message entitled, "But Wait, There's More"! His sermon revealed to the
congregation that we had so much more to look forward to, even in times of
crisis; our trust in the Lord will see us through. (I am a better person and
Christian through my friendship with Reverend Spivey.) I understand that he has
been charged with bribery and pled guilty. Still, these charges are so out of
character with the Reverend Spivey that many others and I know. I humbly
request that you consider leniency, in light of Reverend Spivey's favorable
history, and the abundance of good he has contributed to the community.  I
believe there is so much more that God has for him to do in the Detroit
community.

Thank you Honorable Judge Roberts for taking the time to read my letter. I am
available to confirm the facts in this letter as necessary.

Sincerely Yours,

David J. Porter, Sr.

December 17, 2021

Dear Judge Roberts,

I am writing this letter with a heavy heart on behalf of Mr. Andre Spivey. I am not aware of the total background that has led to the happenstance which ultimately created the extenuating circumstances of this moment, but I do know the content of the character of the man standing in front of you awaiting judgement and Your Honor I can only be describe it as honorable.

I have known Andre as a brother and friend for eighteen years and in that time I watched him proudly and respectfully wear the earned title of servant leader. I have seen him stand as a reverend in the pulpit and deliver the word of God with a fervor that healed the spiritually wounded. More importantly, I watched him live his creed as a man of God who was willing to accept and meet people where they were and to never judge those who were still trying to find their way.

I have watched him comfort strangers by taking the time to sit by the bed side of the ill to exude care towards the sick and to comfort the terminally ill as they prepared to transition home to glory.

As a family man, I have watched him stand as father and loving husband with his wife and children unwavering in his faith and living as the epitome of manhood.

As an elected city councilman, despite what the current circumstances may reflect, I watched him work effortlessly on behalf of the community he served. As a proud Detroiter and true native son to our city's legacy, I have known known him to always look to make sound decisions for his constituents and to serve with the best interest of city in mind.

I can only speculate, Your Honor, how your thoughts are pondering on despite all of his many eclipsing attributes, yet here I sit writing this letter asking you to find mercy in your judgement. To that I can only attest to the truth in the man, friend, brother, husband, servant, and leader, I have witnessed him to be. Whereby, I may not know or understand all of the background that has led to this point, I do know the man standing before you is worthy and deserving of your mercy. In choosing to do so, I'm sure he will make you proud for choosing to weigh the massive goodness of his heart and deeds against what I can only deem as a temporary minute lapse in judgement. I pray he is given that opportunity.

In closing, thank you for allowing me an opportunity to serve as a character witness for my dear friend and if you should have any further questions, please feel free to contact me.


Sincerely,

Dr. Wilsando Seegars

Larry and Ellen Bowen

3916 Longbrook Road

Columbia, South Carolina 29206

December 17, 2021

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd

Detroit, Michigan 48226

Honorable Judge Victoria Roberts,

We are writing this letter of recommendation on behalf of Rev. Andre Spivey. We met Rev. Spivey twenty years ago when he was assigned to pastor our church in Sumpter Township, Michigan. We were impressed with his passion for service.

It has been said that you may forget what someone says, but you don't forget what they do for you or how they make you feel. Rev. Spivey made our family feel cared for. He was very dedicated to the young people in our congregation, including my two teenage sons. Rev. Spivey and Mrs. Spivey would take our sons on outings to introduce them to cultural events. They would support our sons' school activities by showing up at their athletic and academic events. He helped them to secure college scholarships by mentoring them and writing recommendations.

Rev. Spivey served the community with numerous initiatives such as spearheading the collection of clean water during the Flint, Michigan water crisis. He served the citizens of Detroit from the senior citizens to the children and everyone in between. We are very proud of Rev. Spivey, his lovely wife, Shema, and their children for their accomplishments and dedication to each other.

Inasmuch as Rev. Spivey has expressed deep remorse and pled guilty to the offense, please consider all the good he has done for the community, we ask that Your Honor would consider this when you sentence him. This is his first offense and his service to the community speak volumes regarding his character. He could do much more for the community by providing community service.

Your Honor we are asking that you show mercy on Rev. Andre Spivey.

Sincerely,

Larry and Ellen Bowen

Minnie Autry

Retired Pastor

18510 Lumpkin
Detroit, Michigan 48234

313.319.0788
313.366.9881
minnieautry@att.net

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Judge Roberts:

This letter comes on behalf of Andre Spivey, whom I have known for at least 25 years. I have watched him mature in the faith and become an upstanding young man with integrity. He has a supported family, a devoted mother, church, and community. As a husband, father, pastor, and City Council member, Andre worked meticulously to show a Godly example to his children and those he served.

Until a few years ago Andre pastored a church in the city of Detroit, he stepped down to pursue another dream. Andre elected not to take a salary from the church because his City Council position paid him sufficiently, and with a two-family income they were in good shape financially. However, at our Annual Conference four or five years ago where all the churches in this state gathered, the African Methodist Episcopal Church (AMEC), to report the works of the church, Andre reported he was not taking a salary. The Right Rev. White, our current Bishop informed him he needed to take a salary because it would make it difficult for the next pastor. Following the advice of the Bishop, Andre began receiving a salary.

Andre has worked throughout the various ministries of the church always with the forethought and knowledge of his position in God's Church, in the community, and most especially his family.

I simply ask you, Judge Roberts to consider the works Andre did in the community as a pastor and City Council member (re: clothing drives, food giveaways, picnic/fun days, etc.). He worked hard at and for the positions he held in the community and church, I pray that you will take this into consideration when it comes to sentencing.

Sincerely,

Minnie Autry

*Position*
Retired Pastor

Cheryl D. White, Ed.D.
25143 Greenbrooke Dr.
Southfield, MI  48033

December 17, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

This correspondence is in support of Andre' L. Spivey who will appear in your court for
sentencing on January 19, 2022. Following are attributes that I feel should be considered in his
sentencing.

I have known Andre' L. Spivey and his family since he was in his early 20s. I always found him
to be a man of good character and concerned for others. When my children, who are now in their
30s, were young, he was their instructor in Vacation Bible School. He thought enough and did
not hesitate when asked to travel to Nashville, TN, to officiate the wedding ceremony for my son
and daughter-in-law in May 2018.

As pastor of St. Paul African Methodist Episcopal Church, Rev. Spivey was dedicated to his
congregation. When my mother's health compromised her ability to attend church service, he
regularly visited her and other shut-in members. He showed the utmost compassion upon my
mother's passing in January 2011.

Mr. Spivey is dedicated to his family. He was always supportive of his wife's endeavors. Also,
as both of his children are active in sports, he often traveled to support them no matter the
distance.

I ask that you please consider these attributes in your sentencing decision.


Sincerely,

Cheryl D. White

Cheryl D. White, Ed.D.



**Rev. Patrick O. Lindsey**
*Senior Pastor*

December 17, 2021

The Honorable Victoria Roberts
Judge, US District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Your Honor,

My name is Patrick O. Lindsey. I currently serve as senior pastor of the Greater Bibleway
Missionary Baptist Church and as vice president of Government and Community Affairs for
Wayne State University, both located in Detroit, MI. I humbly submit this letter on behalf of Rev.
Andre Spivey to request leniency on his behalf with respect to the sentencing he faces before
the Court.

I have known Rev. Spivey for over fifteen years, and watched him faithfully serve the Detroit
community, first as pastor to his congregation at St. Paul AME Church, then as a member of the
Detroit City Council.  In both of these roles, he has made numerous and significant contributions
for the betterment of his congregants and the citizens of our city. His efforts positively touched
the lives of many.

Unfortunately, Rev. Spivey experienced a serious lapse in judgment and committed an
egregious offense.  Rev. Spivey is well aware of his imprudent and ultimately inexcusable
actions in the incident that brings him before the Court.  He has acknowledged his wrongdoing,
having entered a plea of guilty.  I can personally attest to the fact that Rev. Spivey is deeply
remorseful for and sincerely repentant of his actions.

I humbly request leniency in his sentencing so that Rev. Spivey can expeditiously work to
strengthen his relationship with his family, restore his credibility to the city's citizens, and
resume his life of service to the community in whatever capacity God choses for his future.

As a fellow member of clergy and a community leader, I am committed to working closely with
Rev. Spivey to support him in his restoration efforts.  If you have need of additional information
from me in this matter, I can be reached at (313) 570-4797 or revpolindz@aol.com.

Respectfully Submitted,

*1525 Townsend, Detroit, MI  48214*
*Phone: (313) 923-2680      Email:  revpolindz@aol.com*



First Community AME Church
500 James Ave SE
Grand Rapids, MI 49503
Rev. Dr. Willie A. Gholston II, Pastor
First Things First: Faith, Family & Favor

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Judge Roberts:

In as much as  I have known Mr. Andre Spivey for more than twenty-five years growing up as
fellow youth in the African Methodist Episcopal Church and then as colleagues in the pastoral
ministry within our episcopal district region. Andre has always been an ambitious and productive
leader.

While none of us are perfect, Andre has earnestly admitted his guilt in this capacity of bribery.  It
is my fervent hope and belief that you will use your just wisdom, knowledge and discernment
pertaining to a sense of leniency regarding his sentence. While I am extremely disappointed in
this encounter, I still have a fond respect for this beloved family man, husband, father, brother
and friend. I know that Andre has more than learned from this life altering experience yet will
use it as a stepping stone to help others especially African American males to turn their lives
around through their decision making.

Therefore,  I thank you for your consideration in this judgment. If I may of any assistance please
do not hesitate to contact me via phone at 317.490.5142 or email at revwag2@gmail.com. .

For My People I Remain,

Rev. Dr. Willie A. Gholston, Pastor
First Community AME Church- Grand Rapids, MI



# METROPOLITAN
## NEW TESTAMENT MISSION BAPTIST CHURCH
### EXALT JESUS ✠ EQUIP PEOPLE ✠ ENGAGE COMMUNITY
REVEREND DR. DAMONE PAUL JOHNSON, SENIOR PASTOR
Charlie R. Harvey, Chair of Deacons  •  Brenda Peoples-Jones, Chair of Trustees

**105 Second Street**
**Albany, New York 12210-2516**
Church: (518) 465-9375
Pastor's Study: (518) 465-9969

December 17, 2021

The Honorable Victoria A. Roberts
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Boulevard
Detroit, MI 48226

Your Honor,

My name is Damone Paul Johnson and I am the Senior Pastor of the Metropolitan New Testament Mission Baptist Church in Albany, New York. I am writing this letter to ask for leniency for my friend, Andre Spivey. Andre and I met over 20 years ago at the prestigious Colgate Rochester School of Divinity in Rochester, New York, where we developed a friendship and mutual respect. I know Andre to be a man of great faith, devoted to God in his life and service. He is well known in the faith community, having pastored several churches in the African Methodist Episcopal Denomination in the City of Detroit over a number of years.

It is increasingly challenging to navigate children through to adulthood in these violent times in our cities. However, through faith in God and commitment to family, Andre and his wife, Shema, have successfully raised a son and daughter. Mr. Spivey's dedication to his community is evident in the over 11 years he served as a councilman in the Detroit City Council, having been re-elected twice during that time.

Considering his sentence in the matter before you, I am requesting that you temper justice with mercy. Let Andre's record of successes far outweigh his current circumstance. Mercy always gives us what we don't deserve.

I appreciate your consideration,

Reverend Damone Paul Johnson, D.Min., D.D.
Moderator, Central Hudson Baptist Association
Vice President-at-Large, Empire Baptist Congress of Christian Education

www.MetroBaptistAlbany.com                                    ✉ Admin@MetroBaptistAlbany.com

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan  48226

Honorable Judge Roberts,

I am writing this letter on behalf of my minister and friend, Mr. Andre L. Spivey.  I have known Reverend Spivey since the year 2000 when he was assigned as Pastor to Pleasant Valley African Methodist Episcopal Church in Belleville, Michigan, where my mother, Mrs. Inola Singleton was a faithful and dedicated member.  As I often visited the church, I was able to interact and engage with Rev. Spivey and his family on a spiritual and personal level.  My mother and the other members of Pleasant Valley AME Church benefited greatly from Rev. Spivey's personable and spiritual guidance and direction.

I had the pleasure of again engaging with Rev. Spivey when he was later assigned to St. Paul African Methodist Church, downtown Detroit and later when he became the Executive Minister to the Pastor of Oak Grove African Methodist Episcopal Church, in Detroit, where my late husband, myself and our children are life-long members. I have always had the utmost respect for Rev. Spivey and his family.  He is a caring, responsible, and trustworthy minister and I consider him to be a part of my family.

Sincerely,

Mrs. Sedalia Bonarge
3415 W. Outer Drive
Detroit, MI  48221
313-864-6107

F. Thomas Lewand
ftlewand@gmail.com
313-378-2266

December 17, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette
Detroit, Michigan 48226

Re: Andre Spivey

Dear Judge Roberts:

In my 51 year legal career, it has been my privilege to work closely as a counselor to many elected officials and as Special Master to a number of Federal Judges. With the exception of Kwame Kilpatrick, all have valued their integrity and been proud to serve the American citizens.

I believe Andre Spivey to be in that category: an excellent public servant who faithfully executed his oath of office for years. He also served people as a Pastor with extraordinary care and impeccable reputation.

In dealing with Andre Spivey for nearly 12 years, he never asked for anything. He always listened carefully to whatever issue we discussed. Sometimes he offered sage advice, always based on making the proposal better for his constituents.

Obviously he made a huge mistake. But he owned up and admitted it. And I truly believe it was a one time transgression, not an indication of systemic corruption.

He is young and still has so much to offer as a caring, giving person – perhaps even more now that he has experienced the full weight of his mistake.

I hope this reference is helpful to the Court in making its decision.

Very Truly Yours,

F. Thomas Lewand

Raymond McMillan

314 Newport Street

 Detroit, MI 48215-3171

December 17, 2021

RE: Andre Spivey- Defendant

To The Honorable Judge Presiding:

I am writing and submitting this letter on behalf of Mr. Andre Spivey.  I have known Mr.  Spivey his entire life.   Our families are members of Ebenezer African Methodist Episcopal Church, in Detroit Michigan.  Over this span of time, he has proven to be a young man of fine and responsible character.  In general, Mr. Sprivey is a man of God, known for being a dedicated member of the church and community.  I watched him graduate from Morehouse College, studied to become a theologian, and a leader amongst his peers and constituents. As a committed public servant, Mr. Spivey's current offense was quite unexpected.

I believe that Mr. Spivey had a short laps of sound judgement and feels remorse and a strong desire to rectify his offenses moving forward in his life. I believe Mr. Sprivey has every intention to seek the necessary spiritual counseling to stay in alignment and on a righteous path.  I have no doubt that Andre would be more than willing to volunteer for community service as he desires to do the work of an upstanding figure in the community.

Mr. Spivey has a strong support system, he is educated and able.  It is my hope this letter regarding Andre Spivey's strong character will act as a strong contributing factor when the court considers this manner.

Sincerely,

Raymond McMillan

Christine E. Goldsmith
26590 North River Park Dr.
Inkster, MI 48141

December 17, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48226

RE: Rev. Andre' Spivey

Dear Judge Robert

I have known Rev. Andre' Spivey for 20 plus years as pastor and friend. I was surpised and very shocked to hear of his recent case against him as he has always exhibited being an very honest and trustworthy leader. It is for this reason that I am happy to write a letter of recommendation for Rev. Andre' Spivey regarding this matter. I understand the seriousness of this matter however, I pray that the court will show some grace and mercy towards him.

Rev, Spivey has always been a great example of a man that I could refer my son to be like as he matured over the years. I attended a church where he was pastor – Pleasant Valley AME Church, Belleville, MI. It was actually his first charge as a pastor. It's a small congregation at this time, but at the time of his pastoral assignment it was a full and growing congregation. Rev. Spivey brought energy and fresh ideas to this church. He started ministries that continued until well after his appointed time. He was a pastor that you could connect with and go to if you had a need to talk.

Rev. Spivey is usually a very upstanding person. While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of these dealings, it comes as no surprise that he is ready to accept his responsibility for his actions. I believe he will emerge a much better person after he has served his time.

It is my sincere hope and prayer the court takes this letter into consideration at the time of his sentencing. Despite the current case, I believe Rev. Spivey to be an honorable person and a valuable member of my family and community and a great human being.


Sincerely

Christine E. Goldsmith

December 17, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan.  48226

RE:  Andre L. Spivey

I am Andre L. Spivey's aunt and have known him all his life.  Andre' has always been a good person. He has been well mannered, and well respected all the days that I've known him.  He has always been a well-mannered and respectful person, from childhood to adulthood.

Andre has always exemplified a positive spirit and energy in what he does. In his many leadership roles, he would not send anyone to a place without first going himself.  He has never had any legal issues, up to now and always works to stay on the right side of truth justice.

Andre is a respectful man and gives respect to those he comes in contact with.  He has been a mentor and guiding light to many persons who have worked to stay on a positive life path.  He continues to exhibit positive leadership roles. Andre has been a strong source of encouragement, for me, when I was going through some personal issues.  He would pray with me and provide comforting words.  I have seen his diligence to be there for those who needed him in difficult times.

Society wants to look on minorities and say that we are bad in the eyes of the world, but no matter what the sentence is, the truth will eventually come out.  Andre' exemplify the beauty, warmth and peace of a Godly man, a great family man and a humble man.  I know that Andre would never do anything intentional wrong or inappropriate that would jeopardize his integrity.

I believe that no matter the circumstances, Andre will rise above what society dictates in this case. He continues to be the man that God wants him to be.  I stand in continued support of Andre L. Spivey and pray that he will rise from this horrific situation.

Thank you,

/s/ *Deborah D. Webb*

Deborah D. Webb,
Aunt of Andre L. Spivey

Catherine Flake
22327 LaGaronne, Apt. 612
Southfield, MI  48075

December 17, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

I believe that Rev. Andre' L. Spivey is a God fearing, stalwart man. His devotion to God and
country is to be commended. I consider Rev. Andre' L. Spivey to be a community-minded
person. To foster togetherness, strength, affection, and interest in his neighborhood, he was
instrumental in promoting community events such as movie nights, picnics, and breakfasts. As a
father of two children, Rev. Spivey displays strong traits of family cohesion and exhibits the
attributes of a family man in the true sense of the word. He makes time to attend his children's
school programs and sporting events. As a devoted husband, he set aside time to schedule date
nights with his wife.

I am asking the court to consider the positive things that Rev. Andre' L. Spivey has done for the
city of Detroit and his district.

Thank you,

Catherine Flake

Keith D. Bowman
18530 Mack Ave
Suite #482
Grosse Pointe Farms, MI 48236

December 18, 2021

Judge Victoria Roberts
United States District Court
231 West Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts,

I am writing to you on behalf of Andre L. Spivey and would like to offer my personal knowledge of his character. I have known Mr. Spivey for over twelve years on many levels. I have worked with him on various community service projects which centered around mentoring young men, our sons attended the same school, and most importantly he introduced me to my wife, his former classmate from high school, and he also officiated our wedding.

Mr. Spivey has strong spiritual roots. His mother who has served the State of Michigan for many years, raised him to be a very honest and conscientious man. Over these years I have come to witness this firsthand as I have spent a lot of time with him and his loving family.

Through my years of knowing Andre, he has been more than a stand-up gentleman who has always been there for anyone he encounters. He is a man of integrity and high morals and in my view is incapable of knowingly doing anything other than what's right. When Andre first ran for City Council, I vividly recall him vowing to uphold his seat on the Council and refusing to fall victim to any political corruption. I truly believe his sentiments were sincere then and still hold those words to be true now. Andre Spivey is a good and honest man.

Your honor I beg you to examine Andre's true character and recommend that his flawless background as well as the countless good deeds he has done for so many in our community weigh heavily in his favor against these unfathomable actions.

Sincerely,

Keith D. Bowman

# William H. Morris, CPA
1303 Penobscot Building
645 Griswold Street
Detroit, MI 48226

December 18, 2021

Honorable Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 4822

Dear Judge Roberts:

My name is William H. Morris. I am a Certified Public Accountant (CPA). I have been a CPA since 1986.

Andre Spivey has been a friend and supporter of me and my family for 15 years. I know him to be an industrious hardworking family man who is community-minded and serves others. He has worked diligently in his church.

He knows he has made a mistake. He will learn from this experience. Society will not benefit from his incarceration.

I respectfully request that you be as lenient as possible in his sentencing. His record is clean but for this incident. I strongly believe that a lesser sentence is most appropriate in this instance.

Thank you for your consideration.

Sincerely,

William H. Morris, CPA

# **Applewood Builders LLC**

Builders License#: 2102218989

7009 Elmhurst• Detroit, Michigan  48204 • (313) 933-3309 (Office)

December 18, 2021

Hon. Victoria Roberts
Judge, United States District Court for the Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI  48226

RE:  Rev. Andre Spivey

Dear Judge Roberts:

My name is Silas Williams, owner and president of Applewood Builders LLC which is a remodeling
company in Detroit existing for over 25 years.

I am writing this letter on behalf of my friend, Rev. Andre Spivey, whom I have known for many years to
be an upright Godly man, loving to his family and community.  Rev. Spivey has always gone out of his
way to be of assistance and service to anyone in need.  He has been a strong leader in the AME Church
and throughout community.  He has always been a person of integrity with a strong belief in God.  He has
always been a person to offer grace and mercy whenever needed.  I believe in this life there will always
be ups and downs, mountain tops and valleys.

At this time, Rev. Spivey is having a valley experience.  I hope and pray the courts will have mercy on
my friend, Rev. Spivey and help him to continue his work in the community.

Thank you for your time.

Sincerely,

Silas Williams

December 18, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

C/O : Elliott S. Hall, Esq.
Attorney at Law
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009-5310

Dear Honorable  Judge Robert,

My name is Rev. Romona Irvin, I am a friend of Rev. Andre Spivey.  At the request of his Attorney, Elliott S. Hall, I am submitting my letter of recommendation and support for him.  I am humbled for this opportunity.

I first meet Rev. Spivey in 2001.  At an African Methodist Episcopal Church, AMEC, Conference in Battle Creek, MI.  I attended this Conference along with members of, Oak Grove AMEC, my home church.   Rev. Spivey was actively involved at this Conference.   I was impressed that this young Minister was working directly with the leadership of the AMEC, where he displayed his God given talents.   Since then, as I've worked with him, I've observed his success first as a Pastor, and then as an Assistant Pastor.

In view of all he's done in ministry, I don't believe the charges against him define him as a person.  I am still very proud of him and am tremendously blessed to know him as a colleague, as a  husband with a beautiful, loving supportive wife, as a father of two wonderful, well behaved children, as a community leader,  and  spiritual leader.

In closing, when I heard about the pending charges against Rev. Spivey, I was very sadden, and prayed earnestly for him and his family.  I trust that you would consider favorably what I have shared with you about my positive experiences with  Rev. Spivey.  Given the charges against him, my hope is that he will receive the best possible outcome at his sentencing.  I can be reached at 313-895-1648.

Respectfully Submitted,
*Rev. Romona Irvin*
 Rev. Romona Irvin
4115 W. Philadelphia St.
Detroit, MI 48204-2499



December 18, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Victoria Robert:

Thank you for the opportunity to review my letter in regards to Andre Spivey's (Spivey in the letter) Bribery case. I understands the facts of the situation are no longer to debate however below I would like to testify of Mr. Spivey's character

Spivey has always been a very responsible person doing great things in our community. Even though Spivey and I graduated from the same high school, he is slightly older, I was there a year after he graduated however we met spring 2003 when we both entered Omega Psi Phi Fraternity Nu Omega Chapter. At the time Spivey was ministering at a small AME church in Belleville MI. He was always a supporter of his parishioners as they typically would reach out to him as concerns would occur which still occurred as he moved to larger assignments. He sacrificed an abundance by servicing others, assisting me during difficult family times as well when I was fearful. I watch the fruits of his family grow into great members of society which is a testament of his virtues.

Spivey is a special person whom obviously had a limited error in judgement. So much has been lost and sacrificed thus far and as a Detroit Resident, I am requesting leniency. I appreciate your consideration.

Sincerely,

Jason A. Allen MBA
Regional Claim Manager
18635 Birchcrest
Detroit MI 48221
P: (313) 629-5965
F: (888) 321-4622
jqallen@acg.aaa.com

MEMBERSHIP · INSURANCE · TRAVEL · BANKING

Dennis Bradley
10231 E. Canfield
Southfield, MI 48214

December 18, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Robert:

This letter is in support of Andre L. Spivey.

I worked for Andre' L. Spivey for nine years when he was the pastor at St. Paul A.M.E. Church
in Detroit, MI. During that time, I found him to be a very fair and respectable person.

Mr. Spivey treated me as a friend and like a brother. Since I do not have any family in Detroit, he
invited me to his home several times to share holidays such as Thanksgiving and Christmas.

Please consider the above in your decision.

Sincerely,

Dennis Bradley

# Eric R. Sabree

17401 Pontchartrain Drive
Detroit, Michigan 48203
313-587-3618

December 19, 2021

Honorable Judge Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

**Re: Mr. Andre Spivey**

Dear Judge Roberts:

I am writing this letter in support of Mr. Andre Spivey, who is awaiting sentencing after being charged and pleading guilty to the federal crime of bribery. I have known Andre Spivey for a little more than 21 years and I have known him to be an upstanding and caring person in the Detroit community. In fact, he has been a role model for so many of the youth whom he mentored in the city as well as at the church that he pastored. He has committed a serious violation of the law and the public trust, and I realize that he has to pay a penalty for that. This, however, does not change my opinion of him as a person.

Mr. Spivey has demonstrated repeatedly that he is caring man who gave of himself to help others and asked for nothing in return. I recall that in 2015, when my late mother-in law Daisy Elliott was hospitalized and facing death, Mr. Spivey intervened at the hospital to resolve a problem so that she would receive the best care possible. He has always been respectful to me and to other members of our family. As Wayne County Treasurer, I often received calls from Mr. Spivey on behalf of Detroit residents who were facing property tax foreclosure, to determine what could be done to help them. He never asked for special privileges. He was always excited to help a family stay in their home.

Your honor, I know that you have a job to do and that you have sentencing guidelines to consider. I ask that you take into consideration the many positive things that Andre Spivey has done with his life and the positive impact that he has had on so many individuals. I ask that you are as lenient as possible in your sentencing. I appreciate your consideration of my request.

Sincerely,

Eric R. Sabree

December 19, 2021

United States District Court
Eastern District of Michigan
c/o Hon. Victoria A. Roberts
231 W. Lafayette
Detroit, Michigan 48226

Re:     *United States of America v. Andre Spivey* – Letter of Support

Dear Hon. Roberts:

I am writing this letter on behalf of a father, a husband, a son, a man of God and a friend. It is with heavy heart that I recognize that many see him, now, as a man who let his community down, a pastor who failed his flock, or, quite simply, a broken man. Not to be placid with platitudes and clichés, but his story is truly a road to Damascus. It just is not happening in the short fall from a horse and a momentary period of blindness.

It goes without saying that Mr. Spivey is a friend and someone whom I hold close and trust in most any aspect of my life. I must start my story in my junior year at Morehouse College. At the same time, my friend is a freshman at Cass Technical High School, my alma mater. We met when he visited Morehouse on a Black College Tour. I made a promise to be there for him and be a guide for him as he navigated high school and decided on a college. Secretly, as I saw him as a quality young man, it was always my intent to steer him to Morehouse. When he announced to his family and friends that he would be going to my then college alma mater, I was as proud as his parents. But, as the story will go, he attained much greater educational heights than I.

After his graduation from Morehouse, he went to Colgate Divinity School, and we lost our regular contact. As we know, in true relationships, just because you're out of contact does not mean you are not connected. In fact, when he returned to the City (my only way of describing the city that I love), we became "fast friends". Not only did our renewed relationship affirm and confirm the "trueness" of our relationship, it was reset as colleagues and compadres, far exceeding the mentor-mentee monikers that we once proclaimed.

Being the older in this relationship, I like to think that I was a mentor to begin, a helpmate and then a friend. The lament is heavy in that I continue to think that my friend needed me, and I was not there. While this in no way suggest that my friend has stated this, it is only how I feel. You are moved to feel this way in relationships where the one who needs you now is someone who has put so much equity, prayer and love into the collective. Make no mistake, my brother owns his behavior, claims possession of his actions and acknowledges his lapses in judgment.

We have used our positions and blessings to bestow good works on others, as those before us have shown us the way. Through his ministry, he has touched many lives and saved many

relationships. He has served his community, and, but for this current series of embarrassing and calamitous, both for him and our community, events, he has done so without pause. He has done so with the intent and desire to serve, but in the process, he failed. He knows atonement and is placing himself in the cross-hairs of what is to follow from his choices.

He did his best to keep up the façade. He tried to offer his children better opportunities. He tried to be a better supporter and one whom his family and his community could rely. Yet, through it all, when the bell tolled, he is seen as a failure. He is seen as crooked. He carries the albatross of this pain and humiliation throughout his daily walk. He offers his sincere apologies, makes no excuses, but gives clear explanations and a pathway for others to heed temptation and be more learned in sacrifice. He may be a broken man, but he will rebuild himself.

He still wants to serve his family and community, if the will let him. He intends to do so no matter what his fate may be. Imagine the relief. He is now truly able to serve. He has bared his soul and all its imperfections. He is now free, but he knows that he must face the scrutiny, the punishment and the reckoning of justice. And, he is ready to do that.

As a man of God, he knows that God will not forsake him. He knows that his family still loves him. His wife, his children, are going nowhere. His blood is their blood. And, I am here, if I can be so bold as to describe myself as a community man, to say that the community loves him. And, we will all support him. Inasmuch as we know that he must be punished, we pray that you will see this as a moment to not simply check those boxes on the various documents and apply the guidelines as stated in those mammoth books. We know you are not that type of Judge.

It is quite poetic that Andre would find himself in the gallows with Judge Roberts as his jurist. She, being a Detroiter, a product of Detroit area, St. Martin de Porress, a person who knows what it's like to challenge the status quo, will have her way with him, and she knows, given all that she has done in the community and the love that she has for this city, that no one will question her decision in this case. Her body of work is one of compassion, understanding, yet tempered with the stern hand of one who is entrusted with the administration of justice.

As faithful as she is to all things Detroit, she will be equally faithful to justice, all the while able to assuage the behavior, the acts with the total person that comprise Andre Spivey. We have seen her do this time and again. We pray that you will do this here. We pray that you may configure a sentence that allows him to demonstrate his remorse through continued community service and to take note that, as an act of contrition, he stepped down from his elected position, without fanfare. He did not hold that as a "bargaining chip" in the sense we have seen many others do. We pray that his penalty does not require incarceration.

Whatever the terms of your judicial reckoning in this matter, I want all the eyes and ears to this letter, this impassioned plea to know that I love my brother, I am here for my brother, I will hold him up when he cannot do that for himself. This is simply what friends are supposed to do, but, when you have a person who is truly committed to "righting the wrongs" as Andre is, it makes it that much easier to help, console and uplift.

Thank you, Judge Roberts.

Humbly, Appreciatively and Supportively Yours,

/s/ Nathan K. Ford, Friend and Brother

**Tandra L. Williams**

**42088 Echo Forest Dr**

**Canton, MI   48188**

**Cell:  734.657.5205**

**Office:  734-485-7050**

December 19, 2021

Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, MI   48226

Honorable Judge Victoria Roberts,

It is with great honor, and respect, that I write this letter of favor for Andre Spivey!

I first met Andre Spivey in 2001 as his musician at one of his first assignments as Pastor to the AME Church.  There, I was able to witness his sincere passion for people, families, and the community.  I was able to see up close and personal his devotion to his wife, children and to his mother.  The demands of being a Pastor, as well as a community leader, has never defaulted.

Fast forward to 20+ years later, and his character has not changed.  As a business owner of 40+ years, I understand the demands of upholding a position in the community can put on a person.  And for Mr. Spivey, he always held it together, always showing up for the good of man.

I really could go on & on about the admiration the church and community have for Mr. Spivey.  I can say with confidence that Andre Spivey is a man of integrity, honesty and sincerity, with a commitment to his community and family.

Feel free to contact me if you have any questions that I can help with.  My contact information is at the top of this letter.

Respectfully,

Tandra L. Williams



**A. Oveta Fuller, PhD**
Department of Microbiology and Immunology
5618 Medical Sciences II
1150 West Catherine Drive
Ann Arbor, Michigan 48109-5620
(734) 647-3830   fullerao@umich.edu

**University of Michigan
Medical School**

December 19, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Roberts,

I write regarding **Andre Spivey** and the sentencing for the Federal crime of Bribery that is scheduled for January 19, 2022.

Rev. Andre Spivey, as I best know him, and I were in the same ministry class during four years of preparation for Itinerant Elder ordination in the Michigan Conference of the African Methodist Episcopal Church (AMEC). We kept in touch as Andre met and married Shema and over time their son and daughter arrived. While each of us were annually appointed as pastors in the same district, our families crossed paths several times a year at required meetings and Clergy Family activities. When our eldest son and Andre's younger brother were team mates on a travel basketball team, I became friends with Andre's mother Geneva Spivey.

During interactions with Andre and his family since meeting him in 1995, I have found him to be a man of integrity with unconditional love for family and friends and great concern for people and community.

I do not know Detroit city management or the politics that occur in management of any city. I know that daily each person must make choices that they believe, or hope is the right decision. If decisions prove not to be the best choices, it takes courage, humility and integrity to admit that we were wrong and we could have, or should have, done differently--better.

Andre Spivey, I believe, has reckoned with his decisions associated with accepting bribes as a Detroit City Councilman—an elected office of public trust. He admits that he made a mistake and should have made different choices. I know he is a wiser person and I believe and trust that he will use this life experience to better shape service to others and to meet a deep need to honor family and community. I ask that you take this into consideration for the January 2022 sentencing.

While holding him (and any others) accountable for consequences of the past unwise, unlawful actions that led to Rev. Spivey's guilty plea to bribery, consider how can the gifts, experiences and graces of this well-prepared person be harnessed for much needed service.

We want that each person learns to apply experiences for making wise decisions forward in seeking to serve and carry out our unique callings. For this colleague, and for his family, your sentencing decision is pivotal.

I ask that you consider what would be best for use of the preparation and experiences of Andre Spivey. What would be best for people of the city and state? Andre is well-aware of the instruction in Micah 6:8, "What does the Lord require of you? To act justly, and to love mercy and walk humbly with your God."

This mandate to seek and love justice, mercy and humility is for each person who wants, hears and follows divine guidance. Thank you for considerations and wise deliberation and decisions on this matter.


Sincerely yours,

A. Oveta Full

A. Oveta Fuller, PhD
Associate Professor
University of Michigan Medical School

Itinerant Elder and Science Officer
North District, Michigan Annual Conference
Fourth Episcopal District of the AME Church

Andre Spivey
4303 Yorkshire Road
Detroit, MI 48224

December 19, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Victoria Robert:

      I am Andre Spivey II, son of Andre Spivey, and I would like to share my thoughts and perspectives on my father. In our family, we are called the Fab Four. A sophomore at Morehouse College, I play football, am on the Dean's List, and am an advocate for community service. My 16 year old sister who is headed to play softball at Villanova University, is a National Honors Scholar and is a math tutor in her community. I would not be who I am today without my mother's love, support, and knowledge. Lastly my father, the orchestrator of it all. He is our Captain America.

Andre Spivey is a dedicated husband, a proud father, a supportive friend, and a faithful servant of the Lord. He is full of confidence, determination, respect, and love. André Spivey is simply the hardest-working man I have ever met. Due to his admirable character and loving nature, he has made many acquaintances and connections. Every single one I have met, and I have met a lot, has had nothing but uplifting and positive remarks about him. He is a man who is very loved by almost everyone and is very dependable which has gotten him far. He is a man who has been called to service by the Lord. His love for God is evident as he served as a pastor for 18 years preaching the word and helping thousands of people on their spiritual journeys. Andre Spivey worked tirelessly while assigned to District 4 as well as the city at large to make a positive impact on his community, which he did.

On a family vacation about a year ago today, I first learned about the situation. Little did I know that a year later, I'd be writing you this letter. Throughout my life, I have witnessed him suffer physical pain, struggle financially, and lose family friends. However, this was my first time

seeing him cry. When he explained the icing of the situation, he broke down. Even to this day, I can see the embarrassment in his eyes whenever we speak.

The fact that he broke the law and deserved a punishment cannot be denied. Like all humans, he makes mistakes. Nevertheless, he has already suffered the consequences of his failure. In the face of all eyes on him, he had to step down from a prominent leadership position he loved. After watching him deal with this for about a year, and as his whole story spread across the nation, he suffers from public embarrassment as well as a widespread dislike of personal dignity.

All in all, no one can question or challenge the character of Andre Spivey. Mercy is needed for him as he will have to suffer for the rest of his life. This is especially true under the intense light of disgrace put upon him. Please allow my father to rise on his feet again with confidence through a period of public service and any other requirements the court may impose. My father poses no threat to the community. The impact André Spivey has on his community and on others around him is nothing short of positive. This has been demonstrated through his work in office and his service to the Lord. Incarnation will not benefit my father or the community. I am confident he will recover from this experience and come out a better man for himself, his community, and the Lord.

I appreciate you taking the time to review my thoughts and perspectives.

Andre Spivey II

Valerie Mathis
9330 West Outer Drive
Detroit, Michigan 48219

December 19, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Roberts,

I am writing this letter on behalf of Andre' Spivey, whom I initially met in 2004 when he became the youngest Pastor to serve at the historical St. Paul A.M.E. Church Downtown.   It was soon thereafter, our relationship blossomed spiritually, professionally and personally.

Under his pastoral at St. Paul, Andre' was instrumental in balancing the church budget, upgrading fiscal operations, and the growth of membership, both numerically and spiritually. We celebrated the church 90th and 100th anniversary under his leadership.  Andre' took a special interest in the youth of the church and could relate to them, despite their age difference.  He would listen to them, provide words of encouragement and be stern, when needed.  I can recall when two young boys around 10 years of age at the urging of Andre's son had a fight in the youth activity room.  Andre' listened attentively as I lectured to them. Afterwards, he took all of them to his home and had to knock on neighbors' doors to offer leaf raking services at no cost.

On a professional level, I worked on the executive team when Andre' elected to run for City Council citywide.  Andre' told me that it was his vision to make Detroit better and he was physically, mentally and spiritually ready for the challenge.  We spent tireless hours traveling throughout The City of Detroit, including attending numerous churches services on any given Sunday for residents to hear his platform.  Upon being elected to the City Council, Andre' provided great leadership, and representation for Detroit residents as well as continued to provide spiritual growth and guidance to his church members.   Based on his passion, energy and endeavors, I was elated to support and work for his reelection.

On a personal level, Andre' and I have laughed, cried, debated and prayed together.   We have often been coined as Big Sister – Little Brother.   A relationship that I treasure and would never take for granted.   Professionally, he has never been too busy to personally provide a word of prayer, encouragement, support or even a hug.  Throughout the years, I have experienced so many joys with Andre' accomplishments and his aspiration to pursue his law degree.  He has worn many hats simultaneously, as a devoted husband, father, son, minister, City Councilman, student, friend and role model.  But most importantly, he is human, deserving of a second chance and should therefore be granted leniency.

Respectfully,

Valerie Mathis

``````\]]]]\]\\\\\\\\\\]\]

Christine Long Davis
26600 Berg Road. Apt. 1503
Southfield, MI 48033
December 19, 2021

The Hon. Victoria Roberts
United States District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts,

I am writing on behalf of Andre Spivey who is scheduled to appear before your court for sentencing on January 19, 2022 for the federal crime of bribery.

I am a retired educator and have known Andre Spivey for more than 25 years.  He grew up at Ebenezer AME church in Detroit under my leadership in the Christian Education department. I became one his mentors.  I watched him become the intelligent, ambitious achiever he is today as he matriculated through elementary, middle, high school and college.

 Andre is reverent, loving and caring. He has a sweet spirit and is very concerned about uplifting his community. He has excellent leadership skills and loves people.  This is why he chose to become an ordained minister, public servant and a law student.

Andre Spivey truly loves the Lord and has expressed sincere remorse for the mistake in judgment which has brought him before the court.  He is a caring and compassionate son, husband and father. He has no history of criminal behavior and has strong family & community ties and support.  I am certain that he has recognized the error of his ways and will never again engage in any type of illegal activity.

This criminal conviction is totally inconsistent with the character and integrity I have observed during my long acquaintance with Andre Spivey.  I strongly believe and hope you will concur that a lesser sentence is most appropriate in this situation. I trust in him and am willing to assist in any way I can with his rehabilitation.

Thank you very much for your review and consideration of this character reference,

*Christine Long Davis*

**Christine Long Davis**

December 19, 2021

United States District Court
Eastern District of Michigan
c/o Hon. Victoria A. Roberts
231 W. Lafayette
Detroit, Michigan 48226

Re:      *United States of America v. Andre Spivey* – Letter of Support

Dear Hon. Roberts:

I am writing this letter on behalf of a father, a husband, a son, a man of God and a friend. It is
with heavy heart that I recognize that many see him, now, as a man who let his community
down, a pastor who failed his flock, or, quite simply, a broken man. Not to be placid with
platitudes and clichés, but his story is truly a road to Damascus. It just is not happening in the
short fall from a horse and a momentary period of blindness.

It goes without saying that Mr. Spivey is a friend and someone whom I hold close and trust in
most any aspect of my life. I must start my story in my junior year at Morehouse College. At the
same time, my friend is a freshman at Cass Technical High School, my alma mater. We met
when he visited Morehouse on a Black College Tour. I made a promise to be there for him and
be a guide for him as he navigated high school and decided on a college. Secretly, as I saw him
as a quality young man, it was always my intent to steer him to Morehouse. When he
announced to his family and friends that he would be going to my then college alma mater, I
was as proud as his parents. But, as the story will go, he attained much greater educational
heights than I.

After his graduation from Morehouse, he went to Colgate Divinity School, and we lost our
regular contact. As we know, in true relationships, just because you're out of contact does not
mean you are not connected. In fact, when he returned to the City (my only way of describing
the city that I love), we became "fast friends". Not only did our renewed relationship affirm and
confirm the "trueness" of our relationship, it was reset as colleagues and compadres, far
exceeding the mentor-mentee monikers that we once proclaimed.

Being the older in this relationship, I like to think that I was a mentor to begin, a helpmate and
then a friend. The lament is heavy in that I continue to think that my friend needed me, and I
was not there. While this in no way suggest that my friend has stated this, it is only how I feel.
You are moved to feel this way in relationships where the one who needs you now is someone
who has put so much equity, prayer and love into the collective. Make no mistake, my brother
owns his behavior, claims possession of his actions and acknowledges his lapses in judgment.

We have used our positions and blessings to bestow good works on others, as those before us
have shown us the way. Through his ministry, he has touched many lives and saved many

relationships. He has served his community, and, but for this current series of embarrassing and calamitous, both for him and our community, events, he has done so without pause. He has done so with the intent and desire to serve, but in the process, he failed. He knows atonement and is placing himself in the cross-hairs of what is to follow from his choices.

He did his best to keep up the façade. He tried to offer his children better opportunities. He tried to be a better supporter and one whom his family and his community could rely. Yet, through it all, when the bell tolled, he is seen as a failure. He is seen as crooked. He carries the albatross of this pain and humiliation throughout his daily walk. He offers his sincere apologies, makes no excuses, but gives clear explanations and a pathway for others to heed temptation and be more learned in sacrifice. He may be a broken man, but he will rebuild himself.

He still wants to serve his family and community, if the will let him. He intends to do so no matter what his fate may be. Imagine the relief. He is now truly able to serve. He has bared his soul and all its imperfections. He is now free, but he knows that he must face the scrutiny, the punishment and the reckoning of justice. And, he is ready to do that.

As a man of God, he knows that God will not forsake him. He knows that his family still loves him. His wife, his children, are going nowhere. His blood is their blood. And, I am here, if I can be so bold as to describe myself as a community man, to say that the community loves him. And, we will all support him. Inasmuch as we know that he must be punished, we pray that you will see this as a moment to not simply check those boxes on the various documents and apply the guidelines as stated in those mammoth books. We know you are not that type of Judge.

It is quite poetic that Andre would find himself in the gallows with Judge Roberts as his jurist. She, being a Detroiter, a product of Detroit Public Schools, a person who knows what it's like to challenge the status quo, will have her way with him, and she knows, given all that she has done in the community and the love that she has for this city, that no one will question her decision in this case. Her body of work is one of compassion, understanding, yet tempered with the stern hand of one who is entrusted with the administration of justice.

As faithful as she is to all things Detroit, she will be equally faithful to justice, all the while able to assuage the behavior, the acts with the total person that comprise Andre Spivey. We have seen her do this time and again. We pray that you will do this here. We pray that you may configure a sentence that allows him to demonstrate his remorse through continued community service and to take note that, as an act of contrition, he stepped down from his elected position, without fanfare. He did not hold that as a "bargaining chip" in the sense we have seen many others do. We pray that his penalty does not require incarceration.

Whatever the terms of your judicial reckoning in this matter, I want all the eyes and ears to this letter, this impassioned plea to know that I love my brother, I am here for my brother, I will hold him up when he cannot do that for himself. This is simply what friends are supposed to do, but, when you have a person who is truly committed to "righting the wrongs" as Andre is, it makes it that much easier to help, console and uplift.

Thank you, Judge Roberts.

Humbly, Appreciatively and Supportively Yours,

/s/ Nathan K. Ford, Friend and Brother



**Greenfield Park Apartments, LLC**
**17301Livernois Ave, Suite #411**
**Detroit, MI 48221**
**greatnewapt@gmail.com**
**313-307-8822 Office**

December 19, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I am writing this letter to request leniency for my dear friend Rev. Andre Spivey. Andre has been a valued member of the community and my inner circle for decades. I can't provide an explanation or insight into the financial pressures or lapse of judgment that took place, but I can attest to Andre's quality character and unselfish friendship he has exuded over the years.

Andre and I were both raised in Detroit and attended Morehouse College in Atlanta, Georgia. A couple years his senior, the Detroit students always provided mentorship to the younger Detroit students coming down to Atlanta. As you can imagine it was a major culture shock getting acclimated that far away from home. That is where our friendship blossomed and continued throughout our college matriculation. Just as I mentored Andre enrolling into Morehouse, he mentored other students enrolling into Morehouse behind him. Andre has always been uplifting to his peers and mentees.

We both decided to bring our skills and talents back to the City of Detroit to do our part in shaping its future. I went into business and entrepreneurship while Andre followed his Pastoral calling and later into Politics. As a local businessman I have always been active in the community and supported thoughtful leaders such as Andre Spivey. Andre is an active member of our Fraternity, Omega Psi Phi Fraternity, Inc and consistently supports our community projects, which are the lifeblood of our organization. "Lifting as we climb" is one of our Fraternities motto's that embodies the spirit of what Andre Spivey brings to our community!

Your Honor, I ask that you take into consideration Andre Spivey's history of unselfish service to the community and the value he brings. He has taken

responsibility for his missteps.  It is my hope that you show Andre mercy and leniency and allow him to reinvigorate his passion for serving the community to atone.

Sincerely,

Chad Rhodes

Business owner, Friend and Brother

# *Eric R. Sabree*

17401 Pontchartrain Drive
Detroit, Michigan 48203
313-587-3618

December 19, 2021

Honorable Judge Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

**Re:  Mr. Andre Spivey**

Dear Judge Roberts:

I am writing this letter in support of Mr. Andre Spivey, who is awaiting sentencing after being charged and pleading guilty to the federal crime of bribery. I have known Andre Spivey for a little more than 21 years and I have known him to be an upstanding and caring person in the Detroit community. In fact, he has been a role model for so many of the youth whom he mentored in the city as well as at the church that he pastored. He has committed a serious violation of the law and the public trust, and I realize that he has to pay a penalty for that. This, however, does not change my opinion of him as a person.

Mr. Spivey has demonstrated repeatedly that he is caring man who gave of himself to help others and asked for nothing in return. I recall that in 2015, when my late mother-in law Daisy Elliott was hospitalized and facing death, Mr. Spivey intervened at the hospital to resolve a problem so that she would receive the best care possible. He has always been respectful to me and to other members of our family. As Wayne County Treasurer, I often received calls from Mr. Spivey on behalf of Detroit residents who were facing property tax foreclosure, to determine what could be done to help them. He never asked for special privileges. He was always excited to help a family stay in their home.

Your honor, I know that you have a job to do and that you have sentencing guidelines to consider. I ask that you take into consideration the many positive things that Andre Spivey has done with his life and the positive impact that he has had on so many individuals. I ask that you are as lenient as possible in your sentencing. I appreciate your consideration of my request.

Sincerely,

Eric R. Sabree

December 19, 2021

From: Gloria Stinson

   8895 Appleton

   Redford, Mi 48239

To:   Judge Victoria Roberts

   United States District Court

   231 W. Lafayette Blvd.

   Detroit, Michigan 48226

Dear Judge Victoria Roberts,

I am writing on behalf of Andre Spivey.

I have known Andre for 20 or more years. He was the Pastor at St Paul AME Downtown Detroit from 2004 – 2018. During those years, he has always been supportive of all the events that we had at our church. He was very encouraging whenever we want to have an event at the church or outside. We started a bike/walk to encourage exercising and social gathering.

Andre's mother and I always participate in a marathon, and he was always our greatest supporter waiting patiently to cheer for us at the finish line.

Andre being a Morehouse College graduated always inspired the younger and older generation to do your best and making you feel like you can accomplish whatever goals you set.

During the time of my mother illness and passing, he was there to help us through the hard times even though he just met her. Also, doing the passing of my aunt and cousin he was very uplifting.

He is still a good person and always supportive of others.  I hope that Andre is granted leniency.

Respectfully,

Gloria Stinson

**From:** Elliott Hall
**To:** Zaida Hernandez
**Subject:** Fw: Andre" Spivey
**Date:** Tuesday, December 21, 2021 10:23:32 AM

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, December 19, 2021, 8:31 PM, Marion Gates <marion.gates47@gmail.com> wrote:

Dear Judge Victoria Roberts,

I joined St. Paul A.M.E. Church under the leadership of Pastor Andre' L.Spivey, June, 2007. One year later, I was appointed to serve on the Official Board as a Steward ( Spiritual Advisor) to the members, including outreach ministry to the community.

Under his leadership, other ministries were established. Prior to Sunday morning worship, a member of The Steward Board was assigned to answer the phone if a call came in requesting prayer, or a concern that needed his attention. "Officer of the Day" was created to assist the needs of the ministry. Wednesday midday bible study was also an initiative created under his leadership.

During the Holiday Season, the choir went Christmas Caroling at 3 nursing facilities. St. Paul sponsored a youth day Christmas shopping spree at Walmart for the youth to purchase gifts for loved ones. His passion was mentoring young people and sharing inspiration to the seniors.

There are several other attributes that I can share with you about Andre'. He carried himself in a manner that illuminated what GOD required of him. He gave much respect and honor to his members as well as visitors! Never a harsh word to anyone!

As my Pastor, there was never a time where he was not approachable. After every service, he stayed to greet all of the members along with any visitor present. He always made everyone feel welcome and had a sincere heart for the members and friends of St. Paul and the community.

If I could say anything else about his character, I would say......

Andre' L. Spivey served the Lord with gladness!

Sincerely,

Ms. Marion Gates

**Total Control Panel**                                                                    Login

To:                              Message Score: 50                High (60): Pass
zhernandez@morganrothlaw.com     My Spam Blocking Level: Medium   Medium (75): Pass
From: elliotthall19@yahoo.com                                     Low (90): Pass

                                 Block this sender
                                 Block yahoo.com

*This message was delivered because the content filter score did not exceed your filter level.*

Lucille Pasha
18225 Oak Drive
December 19, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226
Re: Andre Spivey

Dear Judge Robert

My name is Lucille Pasha, and I am a Professional Administrative Analyst with Great Lakes Water Authority in Detroit, Michigan. I am writing on behalf of Andre Spivey to request that you extend the grace of a reduced sentence or make the decision that he serve no time at all.  I have known Andre Spivey for over 20 years.  I met Mr. Spivey and his loving family when he became the new Pastor of the St. Paul AME Church. Newer Pastors are held under a high level of scrutiny by their congregations. In those 20 years I have known him in his particular position of power, I have learned him to be a man of honor and integrity. In all interactions with him, his genuine smile, his respect for others, his generosity, and his commitment to community can be observed.  Mr. Spivey always appeared conscious of his influence and always acted in a manner that considered that he has been a true role model for many.

Moreover, Mr. Spivey is a great father and husband.  I admire and respect how he treats his family. Even more admirable is that he treats all humans with this level of positivity. His devotion to other humans is astonishing.  His children should take pride in knowing that their father has instilled in them how to work hard, follow their dreams, and be decent human beings.

Respectfully,

Lucille Pasha

December 19, 2021

Loretta Moore
22147 Brehmer Ct.
Brownstown Twp., MI 48183
lmoore286@comcast.net

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I am writing this letter in support of Andre Spivey who is presently before you for sentencing where he has plead guilty to bribery.  I am Loretta Moore and I attended both Saunders Memorial A.M.E. Church and St. Paul A.M.E. Church where I served a member under the pastoral leadership of Rev. Andre Spivey.

I met Rev. Spivey approximately eighteen years ago when he became Pastor of Saunders Memorial A.M.E. Church.  When I first encountered him, he not only welcomed me as a parishioner in the church, but into his family and home as well and trust me with his children.   He was a tremendous help to me as a spiritual guide in my growth as a Christian.

Rev. Spivey has always supported me when I have presented ideas and programs that I thought we should be initiated at the church and in the community.  What I have been most impressed with is his compassion for the needs of people and his quest to constantly help others. Not only does he extend the right hand of fellowship to become a part of the church family, but Rev. Spivey treats you like family.  He is a compassionate, humble, and empathetic man who considers most people he meets a friend.

Rev. Spivey has personally assisted me with resources when I was having issues with my neighbors who were playing extremely loud music, hanging out in front of my home with their cars and friends all night preventing me from resting as I struggle to go to work without incident.  He and his wife have even open their home for me to stay if needed in fear for my safety and to provide me with peace of mind.  Finally, I could not have found greater support from Rev. Spivey and his family the illness and loss of both my mother and sister.

I understand the troubling circumstances that Andre Spivey faces.  He has expressed his deep remorse about what has happen and repercussions it will have on his mother, brother, wife, children and career.  As a clinician/therapist for almost 33 years I have learned in my profession that one thing is true "to error is human, but to, repent, forgive and move on is healing and divine".  As many of my clients and patients have shown me as well as Rev. Spivey, we are all vulnerable at some point, but we must remember all the kindness, moral and spiritual support that he has given and shown others in the community. I say all of this to say when we review a person character let's not view only the errors but the whole person who has provided and touch so many lives.   I am confident that he will not re-offend and he will continue to be a valuable and productive member of society. I wish for him the best possible outcome on this case and I shall continue to support him as a Pastor and Friend.

Sincerely,

*Loretta E. Moore*

Loretta E. Moore

| | |
|---|---|
| **From:** | Elliott Hall |
| **To:** | Zaida Hernandez |
| **Subject:** | Fw: Letter of Recommendation For Andre Spivey |
| **Date:** | Tuesday, December 21, 2021 10:25:20 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, December 19, 2021, 9:17 PM, Joyce Hayes Giles <joycehayesgiles@gmail.com> wrote:

Hello Elliott,

I have been out of town and am going through piled up mail.  The letter from you
indicates the need for my letter of recommendation by tomorrow, December 20. I
hope this email will be just as effective.  It follows:

LETTER TO JUDGE VICTORIA ROBERTS


Joyce Hayes Giles
19535 Afton Rd
Detroit, MI 48203

The Honorable Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

RE: Character Recommendation For Andre Spivey

Dear Judge Roberts:

I have known Andre Spivey for over fifteen years. I interacted with him in my
various roles as an active member in the Detroit community, as a former elected
official in my capacity of VP of the Detroit School Board, and as a senior
corporate executive(now retired) of a major corporation headquartered in Detroit.

I was always impressed with Mr. Spivey's no nonsense approach to doing
business. He exhibited a sincere commitment to our city and doing what's right
for the citizens of Detroit. Needless to say, I was shocked to learn of the case of
bribery charges against him.

What I'm not surprised at is his owning responsibility for his actions. In pleading
guilty he shows remorse and I have no doubt that he recognizes the mistake he
made and will never be on the wrong side of the law again.

I ask that you consider my letter of support for Mr. Spivey, his past contributions

to the community and future opportunities he should have to again be an outstanding member of our community. I believe he deserves another chance to restore our faith in the good person he is.

Sincerely,

Joyce Hayes Giles

---

**Total Control Panel**                                                            <u>Login</u>

To:                              Message Score: 30              High (60): Pass
<u>zhernandez@morganrothlaw.com</u>   My Spam Blocking Level: Medium   Medium (75): Pass
From: elliotthall19@yahoo.com                                    Low (90): Pass

                                 <u>Block</u> this sender
                                 <u>Block</u> yahoo.com

*This message was delivered because the content filter score did not exceed your filter level.*



# WOODLAWN AFRICAN METHODIST EPISCOPAL CHURCH
6456 South Evans Avenue – Chicago, Illinois 60637
Office: (773) 667-14400 ~ Church Email: wamec@sbcglobal.net

| Rt. Rev. John F. White | **Rev. Dwayne A. Gary** | Rev. Walter R. Bauldrick, Sr. |
|---|---|---|
| Presiding Prelate, 4th District | **Pastor** | Presiding Elder, North District |

December 20, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Victoria Robert,

This letter of favorable recommendation is provided at the request of Mr. Elliott S. Hall, Esq., who represents Mr. Andre L. Spivey who has been charged with a Federal crime of Bribery. It is my understanding that Mr. Spivey has entered a plea of guilty and is scheduled to be sentenced on January 19, 2022.

It was over 40 years ago when I had the "distinct" privilege of meeting Andre Spivey. We grew up at Ebenezer African Methodist Episcopal (A.M.E.) Church, in Detroit, Michigan. Our families were close prior to our births and I count him as my brother and friend.

I refer to our connection as "distinct" because growing up alongside him, I came to know Andre both personally and professionally. I witnessed his leadership, passion for people, constant pursuit of academic advancement and excellence.  I had the pleasure of watching Andre lead his family, raise his children, provide spiritual formation to his congregations, strengthen a community, and manage a successful career. It seemed so natural to him. All of his accomplishments are approached cheerfully and with a smile.

Andre not only inspires but he is driven. He is someone you can trust.  He earns your trust and doesn't expect it simply based on position and authority.  He has a way of building good relationships and getting things done because he is "trustworthy".

Proverbs 18:24 declares, *"A man who has friends must show himself friendly."* André and I are life-long friends who spent lots of time over many years engaged in discussion around our personal lives, ministry, and professional pathways to excellence. I respected Andre with every fiber of my being. Though I'm older and taller, I look up to him. I view Andre as a wise man as he is thoughtful and provides tremendous insight no matter the subject or circumstances at hand. Thus, the reason he is my son's God-father.

I know that Andre is remorseful for what has happened.  He has expressed great sorrow for his actions and for the pain he caused the community and his family.  As you deliberate, I pray you render a favorable decision. Andre L. Spivey comes from a good family and is a good person.  I would like to see him return to society as soon as possible to continue to lead his family. My prayers are with you, Andre Spivey, his family, and the community.

Sincerely,

Rev. Dwayne A. Gary



# GREATER NEW MOUNT MORIAH
## MISSIONARY BAPTIST CHURCH

REV. KENNETH JAMES
FLOWERS SENIOR PASTOR

REV. LEON MOREHEAD
EXECUTIVE MINISTER

KENNETH J. FLOWERS
CHAIRMAN, THE JOINT BOARD

HARRY L. MONT
CHAIRMAN, DEACON MINISTRY

JOHNNIE JACKSON
CHAIR OF TRUSTEES

VINCENT L. FIELDS
ASST. FINANCIAL SECRETARY

HERBERT WRIGHT
TREASURER

GWENDOLYN HATCHETT
CHURCH CLERK

*:*:*:*:*:*:*:*:

IN MEMORIAM
REV. BENJAMIN L. HOOKS
PASTOR (1964-1994)

December 20, 2021

The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: The Reverend Andre Spivey Sentencing

Dear Judge Roberts:

I am writing this letter in behalf of The Reverend Andre Spivey, who will be sentenced by you on January 19, 2022 on a Federal crime of Bribery.

I met Reverend Spivey when he was a student at Cass Technical High School. My former High School Counselor, Ms. Ethel Clay, wanted me to meet a very fine young man who she said, "reminds me of you!!! He wants to go to Morehouse College, like you!!!" She asked if I could get to know him and then write a Letter of Recommendation for him for Morehouse.

As I got to know him, I found Andre Spivey to be a smart and intelligent young man, who was destined to do well in life. His morals, ethics and values were impeccable and he "adopted" me as his "Big Brother/Mentor." I wrote a Letter of Recommendation for him to get into Morehouse and to my humble surprise, during his Senior year there, he asked me to write another Letter of Recommendation, this time for my Alma mater, Colgate Rochester Divinity School. He told me, "I want to follow in your footsteps by going to Cass Tech, Morehouse College and Colgate Rochester Divinity School." I was deeply honored and humbled.

Needless to say, Reverend Spivey excelled at Cass Tech, Morehouse College and Colgate Rochester Divinity School. I watched him become Pastor of St. Paul A.M.E. Church and ultimately, a Detroit City Councilman. I was extremely proud and happy to see my "Lil' Brother and Mentee" do so well in his professional and spiritual life.

However, none of us are perfect and we all make mistakes that we ultimately regret. Reverend Spivey has pleaded Guilty to the Federal crime of Bribery. I called him immediately when I learned of his moral failing and his legal issues. He immediately showed remorse and contrition and asked me to pray for him and his family. I prayed for him and told him that God would forgive him and show mercy upon him.

It is against this backdrop that I humbly ask The Court to show mercy upon The Reverend Andre Spivey when you Sentence him on January 19, 2022. He is a fine young man who had a lapse in moral judgment. Please accept my unqualified endorsement. If I can be of any further assistance, please do not hesitate to contact at (313) 595-9513 (Cell) or via email at RevKJFlowers@aol.com.

Sincerely Yours,

The Reverend Kenneth James Flowers, Pastor
Senior Pastor

KJF/rw

586 OWEN AVENUE, DETROIT, MICHIGAN 48202. OFFICE: (313) 871-8025. FAX (313) 871-7039. WWW.GREATERNEWMTMORIAH.ORG

# REV. FRANK W. JACKSON IV

9531 MINOCK STREET
DETROIT, MI 48228

December 20, 2021

Honorable Victoria A. Roberts
United States District Court, Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts:

I am reaching out to you on behalf of my friend and colleague, Reverend Andre Spivey, who entered a guilty plea to conspiracy to commit bribery before your Honor on September 28, 2021. I have known Andre for more than 15 years. Our paths have crossed on numerous occasions, as we both serve as pastors and community leaders in the City of Detroit.

At the outset, I would like you to know that I have a tremendous amount of respect for the manner in which you have presided over this matter. We understand that this is but one in a long list of matters comprising your docket. Despite that, I believe that I can speak for Andre, his family, and myself in stating that at every turn, you have handled him with consideration, fairness, and respect, which we appreciate.

Andre has done a great deal of good for the City of Detroit and its residents. When my grandmother, Jesse Hubbard, was no longer able to attend evening Bible Study, Andre secured transportation for her and all other similarly situated senior citizens. He would accept no renumeration beyond the gratification when he saw the smile on my grandmother's face. I have also witnessed firsthand as Andre has worked to feed the hungry, clothe those in need, and ensure that our children have the tools required to be academically successful.

I know that Andre carries tremendous regret for his actions. While I know that you will, as required, be guided by the sentencing guidelines and your duty impose a sentence that recognizes the significance of his misconduct and harm to the community, I ask that you also consider those whom he will not be able to help if a custodial sentence is imposed. People like my grandmother. People who have already suffered the disproportionate consequences of the isolation that has stemmed from the pandemic. I firmly believe that he has a depth of knowledge and skill that he can and will put to positive use for the people of Detroit. He should make reparations to the Motor City by serving the people of the Motor City. Accordingly, I request that you consider placing him on an extended probationary term to include at least 5200 hours of community service over the next 5 years. I would be pleased to supervise his community service should that be required.

Thank you for your time, Judge Roberts. Should you need any additional information, please let me know, as I stand ready to provide any details that might be helpful as you make your decision in this matter.

Best Regards,
/s/
Rev. Frank Jackson

**Derrick L Register**
StockX - Vice President of Global Operations
52 Michaux Court
Grosse Pointe Shores, MI 48236
(313) 215-1443
derrick@stockx.om

December 20, 2021

**Judge Victoria Robert**
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Victoria Robert,

I have known Andre Spivey for 36-years. We first met at Ebenezer African Methodist Episcoble Church as youths, with him being three years my senior. We participated in numerous church related activities: choir, International YPD of the Women's Missionary Society, mentorship programs, food drives, voters registration programs, blood drives, and debutante balls.

Andre set a positive example of being a man of faith for both the youth and elders. He demonstrated acumen in academics, music, sports, leadership, and mentorship. The examples that he provided (devoted family man, head of clergy, public service, higher education) inspired youth to be individuals of character and aspire for greater heights. His compassion and love for his community have helped make a tremendous impact for many.

Andre has personally helped me overcome numerous obstacles throughout my life by challenging me to always strive for excellence while staying grounded in my faith. Being raised by my mother in a single parent environment, church and the brotherhood helped keep me on the path of productivity instead of gravitating towards a path of destruction. My high school and initial college selection were both influenced by the blueprint outlined by Mr. Spivey, including my membership to the Omega Psi Phi Fraternity, Inc. I even thought that having a career in the ministry was a possibility but later realized that I would take a different path in my life and career. He provided invaluable consultation when I experienced academic challenges in college, making career and life decisions. He has always set the gold standard while being a beacon of showing what is possible. I am honored to call Andre a friend, brother, and mentor.

Andre Spivey has contributed a tremendous amount of positivity to his community and has a lot more to offer. Please take into consideration his character and total body of work during sentencing, as I believe his future contributions to society will be positive.

Sincerely,

Derrick L. Register



**Judge Victoria Robert**
**United States District Court**
**231 W. Lafayette Blvd.**
**Detroit, Michigan 48226**

**December 20, 2021**

**The Honorable Judge Victoria Robert,**

The National Business League (NBL) is the oldest and largest trade association for Black businesses in the United States, representing 120,000 members nationwide, 49,000 Black-owned businesses in the city of Detroit, more than 125 Fortune 500 corporate partners, and 360 local chapters throughout all 50 states and internationally. On behalf of the NBL, we offer a letter in support of Mr. Andre Spivey before his arraignment to take place on January 19, 2022.

The NBL was founded by the iconic, legendary Booker T. Washington on August 23, 1900 to improve the economic conditions of Black people post-slavery by empowering entrepreneurial and commerce-driven activity within communities of African descent.

As a member of the Detroit City Council, Mr. Andre Spivey has worked effortlessly to continue Booker T. Washington's legacy as a staunch advocate for Black communities following their entrepreneurial dreams. Detroit, which is more than 80% Black in population, also has a Black business community that comprises of 80% of the 62,000 businesses in the city of Detroit (2019 Census), ranked 4th in the country behind New York, Los Angeles, Chicago, and Houston. Mr. Andre Spivey's policies, commitment to the community, and advocacy for Black businesses are beyond reproach. Mr. Andre Spivey is seen as an inspiration, always lifting the underserved and providing a way for those who may have been marginalized, isolated, disenfranchised, discriminated against, or completely locked out of Detroit's economic mainstream.

Therefore, the NBL is asking the court for leniency when sentencing a man who may have made a few costly mistakes; his service within the community and commitment to the people should not go unacknowledged. Mr. Andre Spivey is a man of faith and a devoted husband, father, and community servant; he shall grow from this lesson, especially if given another chance by the court during sentencing. On behalf of Black businesses, the NBL humbly thanks you in advance for the potential consideration to return Mr. Spivey to the community and family to which he has been of service his entire adult life.

Entrepreneurially,

**Dr. Kenneth L. Harris, Ph.D.**
**President/CEO**
**The National Business League**

1001 Woodward, Suite 910 | Detroit, Michigan | 48226 | 313-818-3018
www.nationalbusinessleague.org

To: +12488644001                    Page: 2 of 2                    2021-12-31 20:42:24 GMT                    13138009205                    From: Frank Jackson

# REV. FRANK W. JACKSON IV

9531 MINOCK STREET
DETROIT, MI 48228

December 20, 2021

Honorable Victoria A. Roberts
United States District Court, Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts:

I am reaching out to you on behalf of my friend and colleague, Reverend Andre Spivey, who entered a guilty plea to conspiracy to commit bribery before your Honor on September 28, 2021. I have known Andre for more than 15 years. Our paths have crossed on numerous occasions, as we both serve as pastors and community leaders in the City of Detroit.

At the outset, I would like you to know that I have a tremendous amount of respect for the manner in which you have presided over this matter. We understand that this is but one in a long list of matters comprising your docket. Despite that, I believe that I can speak for Andre, his family, and myself in stating that at every turn, you have handled him with consideration, fairness, and respect, which we appreciate.

Andre has done a great deal of good for the City of Detroit and its residents. When my grandmother, Jesse Hubbard, was no longer able to attend evening Bible Study, Andre secured transportation for her and all other similarly situated senior citizens. He would accept no renumeration beyond the gratification when he saw the smile on my grandmother's face. I have also witnessed firsthand as Andre has worked to feed the hungry, clothe those in need, and ensure that our children have the tools required to be academically successful.

I know that Andre carries tremendous regret for his actions. While I know that you will, as required, be guided by the sentencing guidelines and your duty impose a sentence that recognizes the significance of his misconduct and harm to the community, I ask that you also consider those whom he will not be able to help if a custodial sentence is imposed. People like my grandmother. People who have already suffered the disproportionate consequences of the isolation that has stemmed from the pandemic. I firmly believe that he has a depth of knowledge and skill that he can and will put to positive use for the people of Detroit. He should make reparations to the Motor City by serving the people of the Motor City. Accordingly, I request that you consider placing him on an extended probationary term to include at least 5200 hours of community service over the next 5 years. I would be pleased to supervise his community service should that be required.

Thank you for your time, Judge Roberts. Should you need any additional information, please let me know, as I stand ready to provide any details that might be helpful as you make your decision in this matter.

Best Regards,
/s/
Rev. Frank Jackson



*Rose of Sharon Church of God in Christ*
*Administrative Assistant, Ronald L. Griffin, Pastor*

*1799 East State Fair • Detroit, MI 48203 • 313-378-3971*

December 20, 2021

Honorable Judge Victoria Roberts
United States District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

This letter is written on behalf of Mr. Andre Spivey whom I have known for over twenty (20) years.

I have worked with him throughout his ministry and political life as an activist concerned about all of God's people.

I have experienced the acts of compassion and concern Andre has shown to so many individuals and groups for a great deal of years. So, that being said, I along with everyone that knows him "up close and personal" we're absolutely devastated regarding the decisions he made that has resulted in his facing the consequences of those decisions

As a Man of God and Pastor for over thirty (30) years, there is no excuse, no justification and no reason for a person like Andre with the intelligence, skills and talent he has been blessed with to be in the hands of our judicial system.

What I am seeking (asking for) is for the courts to show him Mercy in the sentencing that you will render.

There must be a way for him to "repay society" using his vast experiences for the benefit of the community he has served. Some type of work release program(s) that could not only help people, but, be a reminder that while we "choose to make decisions in life; there are consequences for which we cannot decide the outcome.

In my experiences as a Pastor, I've witnessed the transformation of the lives of those who came to realize the gravity of their decisions and the affects they have on family, friends and countless others whose confidence was in some cases destroyed.

Page 2.
The Honorable Judge Victoria Roberts
Subject:  Andre Spivey

In closing, In your decision Judge Roberts, I pray that you are guided by wisdom and compassion to arrive at your decision as to how Andre can best serve humanity and demonstrate how sorry he is for what he has done.

Finally, thank you for your consideration in this matter.

Reverend Ronald L. Griffin, Pastor
Rose of Sharon Church of God in Christ



## Trinity Health
### Of New England

December 20, 2021

To: The Honorable Judge Victoria Roberts

Re: Andre Spivey

I have known Andre Spivey as both a good friend, fraternity brother and community service partner for over 20 years. I was astonished to hear about his recent case as he has always been a very spiritual, uplifting and selfless person. It is because of this character that he has always demonstrated that I am honored to write a letter of reference for Mr. Andre Spivey regarding his charge with a Federal Crime of Bribery. As a physician and community leader, I don't underestimate the seriousness of this matter and pray that the court will show him some leniency.

In addition to our friendship, he has also served as a community religious leader that provided me the platform to speak to groups about community, health and wellbeing. Together, we saved lives. Andre has always preached to us all about the importance of repenting when about one's wrongdoing or sin. With that, I am not surprised that he entered a plea of guilty. I believe that if provided some leniency, he will publicly take responsibility and commit himself to ensuring that other men are provided the guidance needed to not interact with the judicial system.

It is my sincere hope that the court takes this letter in consideration at the time of sentencing. Despite the current case, I wholeheartedly believe that Andre Spivey remains the Godfearing, honorable and valuable member of our community.

Sincerely,

Reginald J. Eadie, M.D., M.B.A.
Southington, CT 06489

December 20, 2021

The Honorable Victoria Roberts
Judge
United State District Court
231 W. Lafayette Blvd.
Detroit, MI. 48226

RE:  Andre Spivey

Let me start by saying how disappointed and saddened I was upon hearing the charges against Andre Spivey and even more shocked upon his pleading guilty to the Federal crime of bribery.

I have known Andre for the past 20+ years and was most troubled and surprised with this type of behavior.

Long before I knew Andre, I was well acquainted with his maternal grandmother, Etta Mae Spivey; his (2) aunts Loretta and Deborah; his uncle Willie and his mother Geneva, who lived directly across the street from us at 1817 Fischer, Detroit, MI. 48214 in a four-unit apartment building in the first-floor south apartment.  Our address was 1802 Fischer, Detroit, MI. 48214.

Ms. Etta Mae Spivey did an outstanding job as a single mother raising her four children, all qualities and characteristics that were instilled in her daughter Geneva, the mother of Andre Spivey.

While I'm not sure what outside pressures or forces made him take these actions, I certainly know without a doubt, this is not the way he was raised!

Also, while it is unfortunate that he has made some bad decisions, thus resulting in this case, it comes as no surprise that he is ready to accept responsibility for his actions.  I believe that as we move forward, he will emerge a much better person.

It is my sincere hope the court takes this letter into consideration at the time of his sentencing

Sincerely,

Robert Jones

**Apostle Diane Chappelle**
3500 E. Jefferson Ave, Apt 101
Detroit, MI 48207
(313) 407-7109
ApostleDi@icloud.com


20 December 2021

**Judge Victoria Roberts**
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226


Dear Judge Roberts,

My name is Diane Chappelle. I serve as the founding Apostle of Visions of Hope Fellowship Worldwide, Detroit. I am a longtime friend and colleague of Mr. Andre Spivey. It has been suggested that I might want to send an appeal on his behalf prior to his sentencing on 19 January 2022. This is a step that I am gladly taking hoping that it will be beneficial to Mr. Spivey, as well as, being in alignment with the protocol of the Court.

My initial introduction to Mr. Spivey was through our fellowship in the A.M.E. Church, which began over thirty (30) years ago. The initial encounters led to many years of contact as we moved through the processes of ministerial preparation for the fulfillment of our particular callings. I am a few years older than Andre, so my observations of him would be different from those of his peers. I watched, from a distance, as a young man moved forward to fulfill his aspirations of becoming a Pastor, that would eventually lead to his seeking political office, and later, his seeking entry into the field of Law. I was blessed on the day that he asked me to serve as his spiritual advisor as he entered the political arena.

As I pen this letter, I cannot escape the surreal feeling that I am experiencing. I ask myself, how does one, that has always exhibited respect, integrity, kindness and other characteristics of a *gentle-man,* step off course? How does one, who has received and made investments of so many qualities to so many, fall from grace? I do not have an answer. My only resolve is to pray that the same grace investment that Andre Spivey has made in others will be considered as he stands before the wise counsel of the Court on 19 January 2022.


Sincerely,

*Apostle Diane Chappelle*
Apostle Diane Chappelle

December 20, 2021

Judge Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48236

Honorable Judge Roberts,

I am writing this letter on behalf of Andre L. Spivey regarding his upcoming sentencing before you on January 19th, 2022. I understand Mr. Spivey has pleaded guilty to Federal Bribery. Your Honor, I humbly ask for lenience in your sentencing. I have known Mr. Spivey since the first day we both walked into the 4th grade at St. Mary's of Redford Elementary School in Detroit over thirty-eight years ago. As one of his closest friends, I have witnessed up close and personal his maturation, generosity and spiritual growth throughout these years. In fact, every year on his birthday Mr. Spivey has given back to organizations which support Historically Black Colleges and Universities, spouses of fallen officers and mentorship of Detroit students, just to name a few. Mr. Spivey is an outstanding husband, father and faith-based leader in our community. He sadly erred in judgement and made a mistake which he and his friends, family and loved ones have all been impacted by. I know Mr. Spivey has great remorse for this wrongdoing and wants nothing more than to move forward in his life and continue to help others as he has his entire life.

Your Honor, I pray you find compassion and forgiveness in Mr. Spivey's heart and choose to show leniency in your sentencing.

Thank you for taking the time to read this letter.

Sincerely,

Alex P. Hurley

December 20, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I am writing on behalf of Andre Spivey who has been charged in a federal bribery case. I would request leniency and mercy for Mr. Spivey in his upcoming sentencing. I've known Mr. Spivey for 15 years and he has always been an outstanding Father, Husband, Pastor and Leader in his community. He has consistently displayed kindness, forgiveness and mercy to others while doing everything he can to help those in need. We all know and experience life as a complex journey. Our journey encompasses many ups and downs which are often unexpected. In these situations, we can only be courageous and face our circumstances with truth and integrity. I'm certain Mr. Spivey will do everything he can to make this circumstance right in truth and with integrity. Everyone deserves forgiveness and a second chance. I know Mr. Spivey has atoned from this mistake and it would be wonderful if the court considers his past acts of services and leadership in balance with the current circumstances.

Sincerely,

Jahmal and Kimberly Dokes

# Hawa A. Hoff, DNP, MSN, FNP-BC

Hawa A. Hoff, DNP
9331 W. Outer Dr.
Detroit, MI 48219

December 20, 2021

Judge Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Re: Andre Spivey (Bribery Conspiracy)

Dear Judge Roberts,

My name is Hawa Hoff, a Family Nurse Practitioner and proud resident of the city of Detroit. I have known Mr. Spivey since freshman year (1998) at Cass Technical High School. He and I have remained friends and professional colleagues since graduating in 1992. I fervently call Andre a personal friend.

I am writing this letter in representation of my personal encounters and experiences with his good character. During our friendship, Andre and I have coordinated and supported high school (reunion) events, election/reelection volunteering, community, and social gatherings. I am quite aware of his guilty plea regarding bribery-conspiracy charges. However, I know a side of "Spivey (which our/his close classmates affectionately call him)", that is not currently portrayed in the public's eye.

I can personally attest to his exemplary professional, personal, spiritual, and compassionate care, which he extends to all he encounters. Professionally, I have seen the integrity displayed during his election campaigns, while simultaneously engaging the citizens of Detroit. Spiritually, as an ordained minister, Andre, volunteered to lead and officiate a prayer breakfast for classmates who have passed. During the service, he memorialized them through spiritual compassion, exemplified through his message. Classmates and (memorialized) family members were spiritually and emotionally moved. And finally, personally, Spivey, is a well-regarded, respected, and trusted friend; having never done anything to question our friendship of greater than 30 years. I trust him. His wife and I are sorority members (different times of initiation) of Delta Sigma Theta Sorority, Inc. Andre is a member of Omega Psi Phi Fraternity, Inc. Both organizations engage in community service within and surrounding suburbs of Detroit. I've been witness to his contributions (above and beyond his elected official duties) to members of society in need of greater (in and outside of his former district).

This is an unfortunate situation. I personally know the sorrow, discontent, and pain this is causing. However, I'm requesting that you take his "true character" into judicial consideration with the sentencing for his guilty plea. Thank you for your time and consideration.

Sincerely,

Dr. Hawa A. Hoff



BRUCE SIMPSON
CITY OF DETROIT
OFFICE OF THE OMBUDSMAN

COLEMAN A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVENUE, SUITE 114
DETROIT, MICHIGAN 48226-3437
PHONE 313•224•6000 TTY:311
FAX 313•224•1911
OMBUDSMAN@DETROITMI.GOV

December 20, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Judge Roberts:

I have known Andre Spivey in a variety of professional capacities for several years, within my role as the City of Detroit Ombudsman. Mr. Spivey has served as the vice chairman of the Public Health and Safety Committee and as a member of the Internal Operations Budget, Finance and Audit Committee.

In addition to the committees that he has served, Spivey served as a chair on City Council Census Task Force; the Returning Citizens/Second Chance Task Forces; the Belle Isle Task Force; and the M.O.O.V.E. Task Force which deals with childhood obesity. Additionally, he represented the City Council on the SEMCOG, the Detroit Zoological Society Board of Directors and the Eastern Market Corporation Governing Board.

Councilman Spivey was appointed by Governor Jennifer Granholm, and served on the Detroit School Board Transition Team and by Wayne County Executive Robert Ficano to serve on the Brownfield Redevelopment Authority and the Wayne County Economic Development Corporation.

More important than his many titles and positions held, Andre Spivey has always encouraged and supported my development as a young man. For this, I am appreciative. This is also something I know he has done for so many others.

If you need to speak with me regarding the character or working relationship with Mr. Andre Spivey, I am available at 313-224-6000 or by email at bsimpson@detroitmi.gov.

Sincerely,

Bruce Simpson
City Ombudsman

*"Improving Your Quality of Life On a Daily Basis"*

214

From:

Angela McPherson

30015 Ravenscroft

Farmington Hills, Mi,48331

To:

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Mi, 48226

December 20, 2021

To the Honorable Judge Victoria Robert,

I am writing this letter on behalf of Rev. Andre Spivey. I have had the pleasure of knowing Rev. Spivey for over 10 years now. In the beginning, I only knew him as a very well respected Minister in the African Methodist Episcopal Church. Within the last few years, I have come to personally work with him in various Ministries and organizations at our Church, Oak Grove AME and with community outreach.

He is an honorable man who leads with integrity, compassion and the well being of others is always at the forefront of everything he does. In spite of the grave situation he finds himself in, he has not stopped working to continue to make a difference in the lives of the members and friends of our Congregation. Just recently I advised him that a young man, who is not a member of the Church, finds himself in a bad way and desperately needs someone to speak with. Without hesitation, Rev. Spivey asked for his phone # and gave him a call. I was later told by the young man, that the conversation was very effective and appreciated.

I understand the seriousness of the situation at hand, and it is with sincerity that I express my heartfelt gratitude of your consideration of my letter when it comes to your fair decision regarding Rev. Spivey.

Respectfully,

Angela McPherson

# LESLEY C. FAIRROW

•    (313) 204-5554    •    lesleycc@hotmail.com    •

December 20, 2021

Hon. Victoria A. Roberts
231 W. Lafayette Blvd., Room 1023
Detroit, MI 48226

Dear Judge Roberts,

Please accept this letter on behalf of Andre Spivey.  I am a Senior Attorney with the Michigan Department of Attorney General and have been an active member of the State Bar for 16 years.  The opinions contained herein are my own.

I live in the City of Detroit and met Andre Spivey when I was Chair of the City's Planning Commission.  Although we have known each other for more than 10 years, our interactions increased when he joined, Oak Grove AME, where I have been a member for 30+ years and serve on various committees including the Board of Trustees.  Rev. Spivey immediately began leading Sunday worship and community activities when he joined.  Because he is approachable and well-respected, he has also been an integral part of the administrative staff by solving problems and mediating disagreements.  He has shown empathy, a willingness to serve, and an ability to multi-task.

After entering his plea in the criminal matter that is on your docket, Rev. Spivey addressed the Oak Grove congregation in a closed door meeting.  He apologized to us for any negativity his actions have had on our church, and expressed his intention not to re-offend.  His words seemed sincere, and they were well-received by the congregation.  Rev. Spivey has not been absent in the months since then, but instead is the active servant-leader that he has always shown himself to be.

Our community would not be served to have Andre Spivey removed from it.  Thank you for your time and consideration.

Very Truly Yours,

/s/ *Lesley C. Fairrow*

Lesley Carr Fairrow P68873

Date: December 20, 2021

To:     Judge Victoria Roberts

        United States District Court

        231 W. Lafayette Blvd.

        Detroit, Michigan 48226

Dear Judge Victoria Roberts,

I am writing this letter given the guilty plea entered by my dear friend Andre Spivey who has been charged with a Federal crime of Bribery. I have known Andre for the past four to five years through our church, Oak Grove A.M.E. Church. Our friendship developed through our work in the Covenant Ministry and the Board of Trustees. I want to state that Andre is a God-fearing man who is truly sorry for the wrongful decision that he made.

Andre is a good-natured person who has been a blessing to our church in the role of Executive Minister. He has been weather-vane guide to my wife and I as we presented and executed ideas for our Covenant Ministry. Andre is a mentoring figure to our men's ministry, Master's Men. African American churches need more men like Andre, who have the courage to admit his sin in front of the congregation. And throughout our friendship, I have witnessed the loving, doting husband and father he is to his family.

I would request that you consider this character letter before passing any judgements.

Thank you.

Yours sincerely,

Robert C. Brooks III

## St. Andrew African Methodist Episcopal Church

*Bishop John F. White, Presiding Prelate*

*Mrs. Penny Hartsfield-White, Episcopal Supervisor*

*Rev. Dr. H. Michael Lemmons, Presiding Elder*

*Rev. Flinnoia Hall III, Pastor*



*December 20, 2021*

Greetings to the Honorable Victoria Roberts,

I am writing and submitting this letter of character reference on the behalf of Reverend Andre Spivey. Reverend Spivey and I relationship dates back over two decades. Before becoming Spiritual colleagues ordained in the African Methodist Episcopal Church, Reverend Spivey and I did community services in our respectful communities in Detroit. Through those community service projects I observed the genuine love and adoration Andre has for our city. Dozens of adjectives cannot describe the talent and passion that he possesses. Andrea is more than a high academic achiever, former athlete, and community server. Above all, Reverend Andre Spivey is a worker in GOD's vineyard. Exemplifying this with his ability to work with churches & members throughout Detroit, the entire state of Michigan, 4th Episcopal District, and all church congregations.

As Pastors/colleagues in the ministry, we have worked on a variety of committees for the AME Church in the 4th District. During these times, Andre has always been an upstanding person with lots to positive contributes to whatever task we were given. He is a joy to be around, and I'm in hopes to have more opportunities to work with him.

Also, its clear that in recent days Andre has made some bad decisions, however I still believe in him and the spirit of redemption. I feel that he should not be thrown away by his fellow clergymen, community, and city that he loves and has dedicated his life to. We are in prayer with Andre regarding his fate and praying God's grace and mercy be with him.

Should you have any questions regarding my submission of this letter please don't hesitate to contact me.

In His Service,

*Flinnoia Hall III*

(313) 820-1352

flinnoia.hall@comcast.net

St. Andrew A.M.E. Church   12517 Linwood   Detroit, MI 48206

(313) 868-3156

| | |
|---|---|
| **From:** | maestrofredverno@aol.com |
| **To:** | Zaida Hernandez |
| **Subject:** | Friend of Andre Spivey |
| **Date:** | Monday, December 20, 2021 8:12:08 AM |

To: Judge Victoria Robert
    United States District Court
    231 W. Lafayette Blvd.
    Detroit, Michigan   48226

December 20, 2021

Dear Judge Robert:

My name is Fred V. Butler IV., and for the past thirty-one-plus years, I have
served as minister of music at St. Paul African Methodist Episcopal Church,
on Detroit's east side; formerly pastored by Andre L. Spivey.  Co-laboring
with him, in Christian ministry, ours was a harmonious relationship, as we
worshipped and invited others to do the same.

I, along with members of the congregation, were thrilled that we had a young
pastor, with a beautiful wife, son and daughter.  I was with a cadre of individ-
uals, who joined him and his family, when he handed his petition to run for
Detroit's City Council, in, to the Clerk's Office.  What a proud moment it was,
not only for him, but, for each of us in attendance.

I own a decorating business(paint and wallpaper) and whenever I would
share with my clients that I am also a church organist, I would name-drop
that Andre Spivey pastored the congregation where I serve.  Even recent-
ly, one of my clients, a sitting-judge in downtown Detroit, with whom I had
the same "aforementioned" conversation, their response was, "Spivey is
a good guy, he just got caught up."   Those, whom I know, that are friends,
colleagues of Andre Spivey, can't believe the predicament that our friend
finds himself in and we will not recant, as echoed, previously, "Spivey is
a good guy."

I will say this, Judge Robert:  please let your sentencing reflect equity and
fairness for the charge leveled against Andre Spivey.  Many of the January
6 insurrectionists, have not been justly sentenced(in Federal Court) for their
role(s) and participation in seeking to overthrow the democracy of these
United States; an effort that was condoned by former President, Donald J.
Trump.  We're still waiting for The Department of Justice to litigate charges
brought against Steve Bannon and Mark Meadows as they have adamantly
refused to co-operate with a Congressional Committee, based on Trump's
erroneous assertion of executive-privilege.

Thank you for your time.  God bless you.

Fred V. Butler IV.

Cass Technical High School, Class of 1973
University of Michigan, Ann Arbor, MI  B.S. 1977

maestrofredverno@aol.com

---

**Total Control Panel**                                                              Login

To:                                    Message Score: 1                High (60): Pass
zhernandez@morganrothlaw.com           My Spam Blocking Level: Medium  Medium (75): Pass
From:                                                                  Low (90): Pass
maestrofredverno@aol.com
                                       Block this sender
                                       Block aol.com

*This message was delivered because the content filter score did not exceed your filter level.*



# The Center for Urban Youth & Family Development

313-340-3101

15827 Indiana Street

Detroit, MI 48238

Board of Directors

Marsialle Arbuckle, Sr.
Chairman

Darnell Jackson
V.P. Morgan Stanley
Vice Chairman

Dr. Connie Mitchell
M.D.
Secretary

Rev. Charles C. Adams
Hartford Memorial
Baptist Church
Treasurer

Jerome Morgan
Morgan Development

Barbara Arbuckle
Lincoln Behavioral
Services

Terrell Turner
Community

Marsialle Arbuckle
15827 Indiana Street
Detroit, MI., 48238

December 20, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI. 48226

RE: Character Reference for Andre Spivey

Your Honor,

The aim of this letter is to present the good character of Andre Spivey. I have known Andre for over 25 years as a friend, husband, father, religious leader, community leader, and Fraternity Brother.
I can confirm that he is considerate, kind and dedicated to the well-being of others.
He has received several honors for his dedication to his work and continues to educate himself to provide for the well-being of his wife and children.
He is well-regarded among all that know him  as a person of high integrity and honesty. We have been together in numerous meetings, workshops and events and he has always conducted himself with common sense and compassion.
I am aware that he has pleaded guilty to the charges of federal bribery. However, I wish to express that he is extremely remorseful, and this unfortunate situation will haunt him for the remainder of his life. He sincerely regrets the impact that his actions have had on the community and the citizens of the city.
He has expressed to me many times that he is extremely sensitive to his transgression and is sorry for it. I ask that you temper justice with mercy.
I hope this letter will give you an idea of Andre's good character and help him get a second chance to prove this was an unusual occurrence.

Thank you for taking the time to read this letter.

Sincerely,


Marsialle Arbuckle,
Executive Director
The Center For Urban Youth & Family Development

Mrs. Louise Jones
200 Riverfront Dr. #12D
Detroit, MI 48226
(313) 617-2543

December 20, 2021

Honorable Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:    Andre L. Spivey

Dear Judge Robert,

My name is Mrs. Louise Jones and I am a Supervisor at the City Clerk's Office with the City of Detroit. I am proud to offer my recommendation on behalf of Mr. Andre L. Spivey to whom I have personally known for over 20 years as my former Pastor, colleague and friend. I'm requesting that you reduce his sentence or make the decision that he serves no time at all.

During my relationship with Mr. Andre L. Spivey, I have experienced an individual who stand by your side in the time of need, works hard, and carries themselves in a polite and respectable manner. In addition, Mr. Andre L. Spivey is a Man of God and a family person who has always presented themselves with levelheadedness and grace. He has been a great friend to me and my family and we love him dearly.

Please do not hesitate to contact me if you should require any further information.

Best,

*Louise Jones*

Mrs. Louise Jones



**CLAY LAW, PLC**
**269 Walker Street Ste 504**
**Detroit Michigan 48207**
**313.288.9469**
www.claylawplc.com
ponce@claylawplc.com

**December 20, 2021**

**Judge Victoria Roberts**
**United States District Court**
**231 W. Lafayette Blvd.**
**Detroit, Michigan 48226**

                    **Re:    Rev Andre Spivey**

**Dear Judge Roberts,**

        My name is Ponce D. Clay and I have known Andre Spivey for over 25 years.

I know Andre personally, socially, and professionally. We are fellow Cass Technicians, Morehouse College classmates, members of Omega Psi Phi Fraternity and most recently he is my Executive Pastor at Oak Grove AME Church.

In fact, it was Rev Spivey that nominated me to fill a vacant position on the Detroit Ethics Board; where I eventually rose to Chairman of the Board.

Throughout the years as our friendship has grown and I have come to know Andre to be a conscientious, thought leading and morally centered man. He espouses the principles that are highly valued in the ethos of our academic and spiritual training.

        I am aware of the seriousness of the charges and the magnitude of the potential punishment Andre faces. He is very embarrassed and ashamed about the position he finds himself. I can say without a doubt he is remorseful as well.

I have learned that the ability to express remorse is a sincere first step in accepting responsibility for one's actions. While Andre has made an egregious mistake, I truly believe that it was never his intention to purposefully violate the law.

I respectfully ask the court *not to sentence Andre to be incarcerated*; rather incorporate a sentence that allows him to provide ethics training to other public officials such that future public servants may avoid similar circumstances.

In this way he can repay his debt to society and the taxpayers while at the same time being a beacon of preventing others from committing similar violations.

I ask that the Court please be lenient when fashioning a sentence in this matter and to take into consideration Andre's remorse, acceptance of responsibility and family obligations. It takes a person of character to admit their mistakes and to face the consequences of such, even in the face of adversity, before the Court.

Respectfully Submitted ,

*Ponce D. Clay , ESQ*

Ponce D Clay, Esq.

20 DEC 2021

2

**CHRISTOPHER T. JACKSON**
**3800 WOODWARD APT., 706**
**DETROIT, MI 48201**

December 20, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I have known Mr. Andre Spivey for several years. I first met Mr. Spivey prior to his seeking public office. Mr. Spivey was a young minister who was very concerned about the issues that impacted the City of Detroit. When Mr. Spivey and I met, we learned we had much in common. We were both born and raised in Detroit, attended Cass Technical High School and had been privileged to attend historically black schools of higher learning. Years later, as a Board Member of the Palmer Woods Neighborhood Association I had the opportunity to engage with then Councilman Spivey as he was always very attentive and supportive of the needs of our community. Mr. Spivey was full of energy, had exhibited community activism and had several innovative strategies for making Detroit a better City.

Mr. Spivey and I have developed a great friendship over the last 15 years. Andre and I support each other as we both were very active as fathers raising our children. We shared with each other the joys of fatherhood. It was often that Andre and I would be at our son's baseball games together, both of us making time to not miss a special moment. Although Mr. Spivey was a public servant, he always found time to make it to his kid's school and athletic activities. Not only did I run into Andre often at a ball game with the kids, but at parent teacher's conference, tree planting activities at Belle Isle and Balduck Park or at my neighborhood community meeting. I can attest to the character Mr. Spivey has exhibited over the years. He is a family man, a committed community activist and a true proponent of the City of Detroit.

Additionally, I had opportunity to work with Mr. Spivey professionally. In my capacity as a real estate developer, Mr. Spivey, and his office has always been very professional and always provided access. I worked with Mr. Spivey and his office to bring to his district several businesses that converted vacant, abandoned properties into businesses that created jobs. Mr. Spivey's only expectation of me was to "do right by the community". He always asked that we create job opportunities for people in the community and that we followed through with our commitments to the community.

In conclusion, Mr. Spivey always shared with me his love for his alma mater Morehouse College. It was Mr. Spivey's support and guidance that led my son to Morehouse. His mentorship has made an invaluable positive impact on my son's academic and personal life. Please accept my sincere words for support as you review consider Mr. Spivey's file.

Regards,

Christopher T. Jackson

Takiyah Tabb Booker
4340 W. Crystal St.
Chicago, IL  60651
(313) 575-5911
takiyahbooker4@gmail.com

December 20, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Andre Spivey

Dear Honorable Judge Victoria Robert,

My name is Takiyah Booker and I am honored to provide a letter of recommendation for my longtime friend, Andre Spivey.  I have known Andre Spivey for over 30 years. We attended and graduated from Cass Technical High School together.  I serve as the Vice President of our Class of 1992 High School Reunion committee in which we have worked very closely in planning our 10 and 20-year class reunion, as well as other various events.

I understand Andre has pled guilty to a crime and I am writing this letter to give a fuller picture as to who he is as a person. In the 30 plus years that I have known him, he has been a very good and dependable friend.  Anytime I have called Andre, he has answered. He has always been willing to assist or point me in the right direction.   In planning our class reunions, he was pleasant, fair and helpful. Andre was only one of two males on our 20-year committee, and at the end of our main event, he surprised each committee member with beautiful flowers.  This was a gesture that showed his thoughtfulness and appreciation for all of our efforts. Andre is a true leader that I not only consider Andre a friend, but as a brother as well.

In conclusion, I thank you for taking the time to read this letter and I hope that leniency is shown for his sentencing.  Please feel free to contact me if you have any questions.

Sincerely,

Takiyah Tabb Booker

Takiyah Tabb Booker
4340 W. Crystal St.
Chicago, IL  60651
(313) 575-5911
takiyahbooker4@gmail.com

December 20, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: Andre Spivey

Dear Honorable Judge Victoria Robert,

My name is Takiyah Booker and I am honored to provide a letter of recommendation for my longtime friend, Andre Spivey.  I have known Andre Spivey for over 30 years. We attended and graduated from Cass Technical High School together.  I serve as the Vice President of our Class of 1992 High School Reunion committee in which we have worked very closely in planning our 10 and 20-year class reunion, as well as other various events.

I understand Andre has pled guilty to a crime and I am writing this letter to give a fuller picture as to who he is as a person. In the 30 plus years that I have known him, he has been a very good and dependable friend.  Anytime I have called Andre, he has answered. He has always been willing to assist or point me in the right direction.   In planning our class reunions, he was pleasant, fair and helpful. Andre was only one of two males on our 20-year committee, and at the end of our main event, he surprised each committee member with beautiful flowers.  This was a gesture that showed his thoughtfulness and appreciation for all of our efforts. Andre is a true leader that I not only consider Andre a friend, but as a brother as well.

In conclusion, I thank you for taking the time to read this letter and I hope that leniency is shown for his sentencing.  Please feel free to contact me if you have any questions.

Sincerely,

Takiyah Tabb Booker

December 20, 2021

Honorable Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

RE: Andre Spivey

Dear Judge Victoria Roberts:

I met Andre over 50 years age. We attended Ebenezer A.M.E. Church where we grow up as children. I know him to be a man of integrity who has strong relationships with family, friends, and the community. He is a person who has helped and worked with my organizations over the years. Andre has provided space for our annual children's Christmas party, along with Foster and Adoptive parents award events. Andre has been our guest speaker for families and children along with providing support to staff. In addition, he is always helpful and encouraging to the less fortunate.

Andre and I have spoken about the charges in question, and he understands and fully accepts responsibility for his actions. He is utterly despondent in the knowledge of the deleterious impact which a conviction poses to his ability to be able to support himself and continue to help others. I believe that, if given the opportunity, Andre will move forward in a positive and productive matter. I don't believe that it is likely that he will ever appear before the court again.

I hope you will look at my letter, and others you may receive, and understand that Andre Spivey is kind of person that people believe in and support. I hope that her will be allowed to continue to make a positive contribution to society.

Thank you for your consideration and please do not hesitate to contact me with questions for additional information.

Sincerely,

Cheryl Jackson, LBSW

To: Judge Victoria Robert

On Behalf of Andre Spivey

As a friend or brother of Andre Spivey
I had the benefit of the Lord's grace
by becoming a member of the church
he pastored. During that time
Andre showed great character
and leadership
He showed all of us the value of
family. As a officer in the chruch
I may have been closer than most.
I surely call Andre my fiend
When I needed him Andre was
there. I can truly say I love
Andre as my brother. I would
not where I'am today or my life
would not be the same had Andre
not been there for may life. I'm
living by God's amazing grace.
I pray for the same grace to be
given to Andre by the people
of the state as it would by Our
Lord & Savier.    Thank you
Nath......

Mrs Cynthia Barnett
2808 Autumn Lake Lane
Decatur, GA 30034

December 20, 2021

Re  Andre' L. Spivey

Honorable Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI  48226

My name is Cynthia Barnett and I am writing in this letter in reference to Andre' L.
Spivey  I have known Andre' since he was 18 years old.  He is my nephew as his
mother is married to my brother-in-law

While attending Morehouse College, Andre' visited our home on numerous occasions
He was always very respectful.  I was with Andre' and his mom when he preached his
first sermon in Georgia in February 2003

Andre' is a loving person and genuinely cares about others.  Over the years I have seen
Andre' interact as a husband, son, brother, nephew and Pastor.  He is and has always
been kind, compassionate and polite

When my husband and I visited Detroit and attended St. Paul AME Church where he
formerly pastored, Andre' always thanked us publicly for opening our home to him
Andre' has also welcomed us into his home

Andre' has acknowledged he used poor judgement and I believe he is a good individual
and is an asset to his family, friends, the community and society.

Sincerely,

Cynthia Barnett

Cynthia Barnett

Dec 21 2021 3:08pm    Home                                    13133420083                2

December 20, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

I'm writing on behalf of Andre Spivey. My name is Rev. Amani Henry and I've know
Andre all of my life. I've looked to him as one of my big brothers. He has given me wise counsel
over the years both in and outside of ministry. He was also one of my instructors at a music camp
early on in my youth.

I don't know any of the specific details regarding his charges because I wasn't present at
any of the events in question. I can only speak to the man that I know. Andre has always been a
stand up gentleman. He is a shining example of what it is to be a man, a husband, a father, a
pastor and certainly a leader in our community. I remember a time when I considered pledging in
a Greek fraternity and he gave me immeasurable support and guidance. While I never pledged, I
can still take his advice and use it to this day. I have seen him lead congregations and
simultaneously lead his family. That is no easy task. I've seen him transition to politics and still
lead his family all while never leaving the church. Again, that is no easy task. He is definitely a
man that I've looked to as a mentor and love him dearly as big brother.

In your decision making for his sentence, I ask that you consider that nobody is perfect
and we all make mistakes. Our denomination that we are apart of, the African Methodist
Episcopal Church, as well as our justice system, I believe is extending of grace and mercy by
way of forgiveness. May his good deeds, thoughts, and actions, outweigh the negatives that have
been brought before you.

I stand with my brother, my mentor, Andre Spivey. Thank you for considering my words
as well as the words of others who have reached out to you.

Sincerely,

Rev. Amani K. Henry
St. Stephen AME Church, Director of Music
4th Episcopal District AME Church, MCAM Director



## MARVIN L. WINANS ACADEMY OF PERFORMING ARTS

December 20, 2021

Dear Judge Victoria Roberts,

This Correspondence comes to you on behalf of my dear friend, Andre Spievy, in whom I have been knowing for over twenty years.

Me and him Pastored Churches throughout Michigan together and travelled across the world attending Church Conferences that was sponsored by the African Methodist Episcopal Church.

Our children and spouses bonded together in church and in various levels of all of are careers and educational endeavors.

I believe he is remorseful and regret the decision that he made that shamed his family and the City of Detroit. I ask, that if it's in the guidelines, that he be sentenced to probation without any jail/prison time.

If you have any questions feel free to contact me via cell 313-333-9337 or email penson19761@gmail.com.


God Bless


Rev Dr. Darren K Penson
Dean of Culture and Climate

Reverend Sylvia S. Jones
4250 Woodbridge Road
Tallahassee, Florida   32303


December 20, 2021


The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226


Dear Judge Roberts,

Thank you for allowing me to speak on behalf of Andre Spivey, who has pleaded guilty to a charge of bribery. I understand the seriousness of this matter; however, I hope the court will show leniency.

I have known Mr. Spivey as a friend and colleague for almost 15 years. In that time, I have seen many aspects of his personality. I have always found him to be extremely kind, dependable, and well regarded among his peers. As my family's Pastor, he has shown and demonstrated his support in a multitude of situations especially during the extreme illnesses and deaths of family members.

He has a heart for his community, as evidenced by his work on behalf of the underserved, giving a voice to youth, seniors, and others who might otherwise go unheard.

He is a loving husband and father.

It is my sincere hope the court take this letter into consideration at the time of sentencing. Despite the current case, I still believe Andre Spivey to be an honorable individual, a valuable member of the community, and a good human being.

Sincerely,

*Rev Sylvia S. Jones*

Reverend Sylvia S. Jones

GREATER NEW MOUNT MORIAH
MISSIONARY BAPTIST CHURCH

REV. KENNETH JAMES
FLOWERS SENIOR PASTOR

REV. LEON MOREHEAD
EXECUTIVE MINISTER

KENNETH J. FLOWERS
CHAIRMAN, THE JOINT BOARD

HARRY L. MONT
CHAIRMAN, DEACON MINISTRY

JOHNNIE JACKSON
CHAIR OF TRUSTEES

VINCENT L. FIELDS
ASST. FINANCIAL SECRETARY

HERBERT WRIGHT
TREASURER

GWENDOLYN HATCHETT
CHURCH CLERK

IN MEMORIAM
REV. BENJAMIN L. HOOKS
PASTOR (1964-1994)

December 20, 2021

The Honorable Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Re: The Reverend Andre Spivey Sentencing

Dear Judge Roberts:

I am writing this letter in behalf of The Reverend Andre Spivey, who will be sentenced by you on January 19, 2022 on a Federal crime of Bribery.

I met Reverend Spivey when he was a student at Cass Technical High School. My former High School Counselor, Ms. Ethel Clay, wanted me to meet a very fine young man who she said, "reminds me of you!!! He wants to go to Morehouse College, like you!!!" She asked if I could get to know him and then write a Letter of Recommendation for him for Morehouse.

As I got to know him, I found Andre Spivey to be a smart and intelligent young man, who was destined to do well in life. His morals, ethics and values were impeccable and he "adopted" me as his "Big Brother/Mentor." I wrote a Letter of Recommendation for him to get into Morehouse and to my humble surprise, during his Senior year there, he asked me to write another Letter of Recommendation, this time for my Alma mater, Colgate Rochester Divinity School. He told me, "I want to follow in your footsteps by going to Cass Tech, Morehouse College and Colgate Rochester Divinity School." I was deeply honored and humbled.

Needless to say, Reverend Spivey excelled at Cass Tech, Morehouse College and Colgate Rochester Divinity School. I watched him become Pastor of St. Paul A.M.E. Church and ultimately, a Detroit City Councilman. I was extremely proud and happy to see my "Lil' Brother and Mentee" do so well in his professional and spiritual life.

However, none of us are perfect and we all make mistakes that we ultimately regret. Reverend Spivey has pleaded Guilty to the Federal crime of Bribery. I called him immediately when I learned of his moral failing and his legal issues. He immediately showed remorse and contrition and asked me to pray for him and his family. I prayed for him and told him that God would forgive him and show mercy upon him.

It is against this backdrop that I humbly ask The Court to show mercy upon The Reverend Andre Spivey when you Sentence him on January 19, 2022. He is a fine young man who had a lapse in moral judgment. Please accept my unqualified endorsement. If I can be of any further assistance, please do not hesitate to contact at (313) 595-9513 (Cell) or via email at RevKJFlowers@aol.com.

Sincerely Yours,

The Reverend Kenneth James Flowers, Pastor
Senior Pastor

KJF/rw

 

Monday, December 20, 2021

Judge Victoria Robert
United States District Court
231 W Lafayette Blvd
Detroit, Michigan 48226

Re: Spivey Letter of Support

Dear Hon. Robert,

My name is Curtis Lipscomb and I am the Executive Director of LGBT Detroit. LGBT Detroit, founded in 1994, commits to furthering its mission, increasing the prominence and visibility of Detroit's LGBT culture, and building a strong, healthy and vibrant community, with a focus on Economic and Racial Justice, Health Care Disparities, Global Sexual Freedoms and Expressions, and Anti-Discrimination Policies. LGBT Detroit envisions a Michigan in which all of its citizens are treated fairly and equitably under the law and activate, amplify, and sustain LGBT+ culture, education, advocacy, and human rights.

City of Detroit Councilmember Spivey has been a support to our mission. In 2013, Spivey notably spoke at our annual pride event Hotter Than July" https://pridesource.com/article/61542-2/

*"Tuesday: The traditional candlelight vigil and opening ceremony took place in Palmer Park, near the blue spruce memorial tree, which HTJ organizers planted during the event's first year in 1996. About 60 people attended this year's vigil, which was chaired by Cierra Burks, marking the first time a transgender individual has chaired an HTJ event. Burks invited her cousin, Detroit City Councilman Rev. Andre Spivey, to speak. "We serve a God who is love, and God loves all who are here," he told those gathered."*

Hotter Than July provides LGBT and allied residents and guests an exciting, entertaining and educational experiences in select spaces Created in 1995, it has since evolved into a social justice rally that captured and articulated culture, spirituality, and education in its programming.

On behalf of the Board of Directors, I hope Spivey's brave support impacts a favorable outcome.

Curtis Lipscomb

BOARD OF DIRECTORS:
Antonio Johnson-Seals, MBA HRM President | Alfrédo Smith, Secretary
M. Terrence Samson, Treasurer | Victor D. Harrell, MSW-Clinical, MS, PA-C
Posthumously Emeriti Montrice Bellamy | Posthumously Emeriti Billy Herrod

Staff:
Curtis Lipscomb BFA, Executive Director
Jerron Totten, Social Outreach Coordinator/ Legislative Advocacy Specialist
Luis Gutierrez, Executive Assistant/ Bookkeeper | Dionta Brown, Program Coordinator
Evan Killingsworth, Project Coordinator/ Volunteer Engagement Specialist
Deidre Smith, Community and Crisis Intervention Advocate | Anthony Martinez, Digital Content Coodinator

DocuSign Envelope ID: DE9773A4-D0E4-458F-A514-8F69C837AB8A

December 20, 2021

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48236

Dear Judge Robert:

    I am writing this letter for favorable consideration in the impending sentencing against Andre Spivey for felony to commit bribery.  Andre has been a little brother, beloved friend, and family member since our meeting as children growing up in Ebenezer African Methodist Episcopal Church as young boys.  Our parents believed that a man of valor is one whose life is firmly rooted in biblical scripture with traditions that align with God's will for us to serve God, family, and the community justly and with impartiality for all humankind.  To adequately do so, training began in his life at birth and has continued throughout his life as he remained actively involved in the church as a member of the Young People's Division, a ministry dedicated to mission work; choir member, youth leader, and ordained clergyman in the African Methodist Episcopal Church tradition as a Pastor for more than twenty years.  He is an advocate for justice and a voice for the marginalized and oppressed of all ages, race, and socio-economic classes.

    However, Andre is much more than a man of the cloth, he is a beloved husband and father that continuously puts the needs of his family first without compromise because he knows the value of presence, unconditional love, forgiveness, and support that helps strengthen future generations beginning at home first. He possesses the true Sankofa spirit because he recognizes the importance of the historical past that keeps firm the foundation for the hopes, dreams, and experiences of the ancestors so his children and the lives of all children may continue to prosper and affect the quality of life for all people.  Being a young leader carries many challenges, but the success of all of his efforts to impact and change is because he is a humble, charismatic leader who listens closely and carefully to others and has always been a man of integrity and moral aptitude.

    I firmly believe the character of a man can be easily recognized by the legacy and imprint he leaves wherever he goes.  Andre is an active member of Omega Psi Phi Fraternity, Inc. which is a service organization that brands its beliefs by living up to the cardinal principles of Manhood, Scholarship, Perseverance and Uplift. At such a young age, Andre has embodied these principles and continues still today as he has held himself accountable for his actions publicly and privately.  He continues to pursue scholarship and education in pursuit of a Juris - doctorate, and he remains faithful to serving the community in ministry and service organizations.

    Judge Robert, I am asking you to give careful reflection and consideration to the life and greater impact that Andre has and still strives to improve upon not only publicly in our communities, but also in the Christian faith as a religious leader, as a father to his children and so many other children he has influenced, to his wife and family, and all he has stood honorably and transparently before acknowledging his faults and failures and sought their forgiveness, which included me as well.  Thank you for your time and may God's wisdom and discernment guide your decision justly and impartially always.

Sincerely,

*LaShawn D. Gary*

    9BD7FFCA637140A...

LaShawn D. Gary

From the Desk of
**DONALD BOYNTON JR.**

13237 Dover Ct.
Van Buren Twp. MI 48111

December 20 ,2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

**Dear Judge Roberts:**

Every person walking the face of this great Earth has a flaw. Not one of us is so good that
we can fully resist those temptations. From an outside perspective, we can see that it
didn't matter where we were from, what we had done, who we used to be; Jesus used all
people for the good of his will.

Some examples:

Elijah – was suicidal
Job – went bankrupt
Samson – was a womanizer
Rahab – was a prostitute

David – lusted after Bathsheba and was a murder
Moses – murder a man and had a speech problem
Noah – was a drunk
Zacchaeus – was small and money hungry

"And we know that in all things God works for the good of those who love him, who have
been called according to his purpose." Romans 8:28

Remember that Jesus used a bunch of flawed people to share Hope to a flawed world. In
HIM we find renewal and mending. Jesus didn't call the equipped, He equipped the called.

Andre Spivey is a great man and will live on to do a great many things in this life. I am
PROUD to be his brother-in-life!

Sincerely,

*Honorable Donald Boynton Jr.*

Graig Donnelly
1220 Lakepointe Street
Grosse Pointe Park, MI 48230

December 20, 2021

Judge Victoria Roberts
United States District Court
231 West Lafayette Boulevard
Detroit, MI 48226

Care of:
Elliott S. Hall, Esq. Attorney at Law
344 North Old Woodward Avenue #200
Birmingham, MI 48009-5310

RE: Andre Spivey Sentencing

Dear Judge Roberts,

I write you today in support of my neighbor, Andre Spivey, who I have known for about 8 years since shortly after my wife and I moved to Grosse Pointe Park in 2013. The Park borders the City of Detroit Council District #4 that Spivey represented, and I came to know him as I began to advocate for a better relationship between the two cities. Several times over the years, I have called on him to speak truth to power on behalf of residents on both sides of the infamously racist border between our cities – and he showed up to support us every time. That is important.

I know very little about Andre Spivey's alleged crime, but I know quite a lot about the value of taking responsibility for one's actions. I have a strong conviction that we all make mistakes, and that what we do after those mistakes matters as much as the mistake itself. The fact that Andre Spivey has pled guilty to his alleged crime, to me, speaks volumes about his own commitments and values.

Kind Regards,

Graig Donnelly

| | |
|---|---|
| **From:** | Broughton, Chanell (MSL) |
| **To:** | Moore, John (MSL) |
| **Subject:** | Andre Spivey Letter |
| **Date:** | Monday, December 20, 2021 1:04:45 PM |

Judge Victoria Robert
United States District Court
231 W Lafayette Blvd
Detroit, MI 48226

Dear Honorable Judge Robert:

I hope this letter finds you in good health and well. I am John Moore, Regional Manager for the State of Michigan.
I am writing this letter regarding Andre Spivey. I have known Andre for over 20 years.

I have worked with Mr. Spivey on several community projects, mostly dealing with youth.
I was immediately impressed that he is a concern passionate person when it comes to this community.
He is a family man, intelligent and caring person. Mr. Spivey process may good skills and gifts.
He has an amazingly positive attitude.

I am confident that Andre Spivey can and will be a productive young man in our community.
Therefore, I am requesting the court to show mercy to Mr. Spivey.

If you need more information, you may contact me at 313-433-5174 or my E-mail -
Moorej17@Michigan.gov.

Sincerely,
John Moore

*Chanell Broughton*

State of Michigan- Bureau of State Lottery
Region 7, Claim Center
33231 Plymouth Road
Livonia, MI 48150
Phone: 734- 266-3769
Fax #: 734- 266-3778

26522 Primary Dr.
Southfield, MI 48034


December 20, 2021


Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, MI 48226

Dear Judge Roberts

Please accept this letter of recommendation on behalf of Mr. Andre Spivey.

I have been friends with Mr. Spivey for over 18 years and hold him in high regard.  Mr. Spivey has always shown himself to be trustworthy and of high moral character.   Our relationship has grown over the years through our fraternal bond as members of Omega Psi Phi Fraternity, Inc. as well as our religious affiliation through the African Methodist Episcopal Church.  Mr. Spivey is a servant leader and consistently shows a sincere concern for others.

Please give full consideration of this letter on Mr. Spivey's behalf.


Thank You,


Lawrence Price Jr.

| From: | Elliott Hall |
|---|---|
| To: | Zaida Hernandez |
| Subject: | Fw: Letter of Recommendation for Rev. Andre Spivey |
| Date: | Tuesday, December 21, 2021 11:11:39 AM |

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, December 20, 2021, 6:47 PM, llarde@comcast.net wrote:

Attorney Hall,

Due to the snail pace of our mail, I just got this letter on Saturday.  It is needed
today so I am going to try and e-mail/letter of recommendation for Rev.
Andre Spivey.  Please let me know if this is acceptable.

Thanks Much!

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Honorable Judge Roberts

I am Leatha Larde, a resident in the city of Detroit for over 50 years.
I am sending this letter on behalf of Rev. Andre Spivey who I've known for
over 18 years and worked with him on the Detroit City Council.

During the time that I've known, been a friend to and an advocate for, I've
found
him to be an exceptional person.  He is compassionate, giving and always
available
to help when and where needed. He lives in his house by the side of the

road
and is a friend to man.

In his role as pastor and councilman, his compassion was with the people.
A christian leader and an exceptional community leader, he gave his best
to
the people who depended on him for service.  Never to busy to help
anyone
who stopped him on the street or called his office at  City Council or
church.

I've spoken with Rev. Spivey several times since his last court
appearance.
He shows remorse and is pained by this unfortunate situation that he finds
himself in.  As a member of the Detroit community the AME Zion Church
and a friend, I am asking for leniency in his sentencing.

Rev. Spivey is still respected in the church, community and among friends.
Again, I ask for leniency.  His actions in this unfortunate situation is not
the
sum total of the man.

Respectfully Submitted,

Leatha Larde, Director,
Political & Economic Empowerment
Detroit District of the AME Zion Churches

---

| Total Control Panel | | Login |
|---|---|---|
| To:<br>zhernandez@morganrothlaw.com<br>From: elliotthall19@yahoo.com | Message Score: 13<br>My Spam Blocking Level: Medium | High (60): Pass<br>Medium (75): Pass<br>Low (90): Pass |
| | Block this sender<br>Block yahoo.com | |

*This message was delivered because the content filter score did not exceed your filter level.*

Rev. Dr. Joseph N. Cousin, Sr
Allen Temple African Methodist
Episcopal Church
232 Arnold Mill Road
Woodstock, GA 30188
**jncousin@aol.com**

December 20, 2021

# HONORABLE JUDGE VICTORIA ROBERTS

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVE.
DETROIT, MICHIGAN 48226

RE: SENTENCING OF ANDRE SPIVEY

Dear Judge Roberts,

My name is Dr. Joseph N. Cousin, Sr, and I am writing this letter on behalf of Rev. Andre Spivey seeking leniency regarding his sentencing. I have had the pleasure of knowing Rev. Spivey for over 20 years, and I have found him to be both a friend and a brother. I have witnessed Rev. Spivey being a committed Pastor, father, and husband, as well as an esteemed community leader. I was saddened to hear of his transgressions, while I was also encouraged at Rev. Spivey's willingness to admit his own part in the matter. I am writing to ask that you would please consider leniency regarding his sentencing. Rev. Spivey still has much to contribute to the fabric of the city of Detroit, and I am certain that he will continue to be a beacon of hope in the community. I thank you so much for your consideration regarding this matter.

SINCERELY,

REV. DR. JOSEPH N. COUSIN, SR.

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dec. 20, 2021

To Judge Victoria Roberts,

My family and I have been close personal friends with Andre and his family for over 8 years.  I met Andre
when we first offered his daughter, Kendall, a chance to play on our travel softball team.  This was an
extraordinary team with amazing talent and we were fortunate enough to travel around watching our
children grow up playing softball together.  This was a huge time commitment for the families on the team
and Andre and his family seldom missed one of Kendall's games.

After a short period of time, we became very fond of the Spivey's and we considered them very close
personal friends.  We would sit together during the games and frequently spent time with one another
before and after games.  Over the past eight years my wife and I have gone to various social events and
dinner with Andre and Shema on numerous occasions.  We always felt blessed to have them as our
friends and to have them be a part of our daughter's lives.

The Spivey's are terrific parents and outstanding members of the community and were always willing to
lend a helping hand to anyone in need.   Andre is an amazing individual who is an enthusiastic leader with
a charismatic personality and big heart.

I know that Andre is a terrific friend who is dependable, responsible, generous, kind and courteous....I
witnessed this first hand.  He has always been dedicated to his beloved city of Detroit and was very
involved with the community, his friends and the sports teams that his children were a part of.  Most
importantly, Andre is a loving husband and adoring father to his two chidren, Kendall and Andre Jr.

I hope this better helps explain the extraordinary person, Andre Spivey is and what he means to me and
my family.

Please do not hesitate to call me if you would like to discuss my letter of recommendation further.

Sincerely,

Robert Ross
COO Best Apps LLC.
1-248-854-4004

 **Trinity Health** Of New England

December 20, 2021

To: The Honorable Judge Victoria Roberts

Re: Andre Spivey

I have known Andre Spivey as both a good friend, fraternity brother and community service partner for over 20 years. I was astonished to hear about his recent case as he has always been a very spiritual, uplifting and selfless person. It is because of this character that he has always demonstrated that I am honored to write a letter of reference for Mr. Andre Spivey regarding his charge with a Federal Crime of Bribery. As a physician and community leader, I don't underestimate the seriousness of this matter and pray that the court will show him some leniency.

In addition to our friendship, he has also served as a community religious leader that provided me the platform to speak to groups about community, health and wellbeing. Together, we saved lives. Andre has always preached to us all about the importance of repenting when about one's wrongdoing or sin. With that, I am not surprised that he entered a plea of guilty. I believe that if provided some leniency, he will publicly take responsibility and commit himself to ensuring that other men are provided the guidance needed to not interact with the judicial system.

It is my sincere hope that the court takes this letter in consideration at the time of sentencing. Despite the current case, I wholeheartedly believe that Andre Spivey remains the Godfearing, honorable and valuable member of our community.

Sincerely,

Reginald J. Eadle, M.D., M.B.A.
Southington, CT 06489

December 20, 2021

10055 Brady St

Redford, MI 48239

313-970-4534

Honorable Judge Victoria Robert

United States District Court

231 W Lafayette Blvd.

Detroit, Michigan 48226

Dear Honorable Judge Robert,

I'm writing you on behalf of Andre L Spivey who is being charged with a Federal crime of Bribery.

I have known Andre L Spivey since 2006 and never have I heard, witness, experienced, encountered, or received any negative thing said about this son of God.

He administered grief counseling during the loss of my sibling, Andre was also mentor to my son who needed a male figure, someone he was able to reach out to during his college endeavors and confide in as being his minster and friend. Andre always brings out the best in yourself and made you feel good about it.

I've walked with Andre L Spivey during his campaign, I've walked with Andre L Spivey during his ministries at St Paul AME Church, and I'll walk with Andre L Spivey during this trail.

Andre L Spivey has a motto:

**Worry about nothing,**

**Pray about anything,**

**Thank God for everything!!**

This is how I live my life, and how he has encouraged the people around him, if we do these simple things life would be great.

Andre L Spivey is a child of God put on this earth to do God's will, is he perfect? No, Is he without Sin? No, but that doesn't disqualify him we all have been miss lead, blindsided, tricked, to do something that may have not been rightly correct, but where we convicted of a crime?

The only crime Andre L Spivey may have committed was trusting in people that he perceived to be good men and having a heart of gold, always with a smile.

Therefore, Judge I ask you to be lenient and allow this man, father, husband, son, and friend to make the right the wrong that was done. Prison is not the place for this minister.

Sincerely

Sandra Mullen

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

December 20, 2021

Dear Honorable Judge Roberts,

I am writing this letter on behalf of Andre Spivey a whom I have known for a long time.  So long, in fact, that I consider him part of my family.

Andre has always treated other with respect no matter their background.  He has always been there for me to give advice or just to have a conversation.  He would be there for you without hesitation just as he has done for me on many occasions.  I recall a time when I was working at a school and we needed a guest speaker, on short notice, to speak at our career day.  I called and he was there.  At a time when boys can only sit and listen for five minutes, Andre was able to capture their attention for over thirty minutes.  I feel that Andre Spivey would better help our community, especially our young men, serving probation and doing community service helping our youth.

Thank you for your time.

Sincerely,

*Terry L. Mathis*

Terry L. Mathis

# NEW  GREATER CHRIST BAPTIST CHURCH

Rev. William O. Thompson, Pastor
13031 Charlevoix @ Lenox
Detroit, Michigan  48215
Church (313) 331-2386

December 21, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

My name is Dr. William O. Thompson, and I am the Pastor of New Greater Christ Baptist Church, located in the 4th district of the eastside in Detroit, Michigan. I am writing this letter in support of former Council Member, Andre Spivey.

I have known Andre for many years, and we have developed an inspiring relationship. Let me just say that I do not condone the actions of Andre, however, I do believe that the choices he made is not a total look into who he is as a person. I beseech you to look at his time spent serving his community as an elected official, look at his time spent spiritually serving the members of his congregation, and look at his time of being a friend, brother and confidant to me.
I ask the court to show mercy and allow Andre a chance to show how he may redeem himself to the community in which he served. Romans 8:23 of the King James Version of the Bible reminds us that all have sinned and come short of the glory of God.

In closing, I would just like to say that a wise man may fall down but a just man gets back up. Sometimes we need a little help in rising. I am proud of Andre for admitting to his faults and accepting responsibility for his actions. If you have any questions or need additional information, please contact my administrative assistant, Minister Danielle Bolton at (313) 978-8146 or myself at (313) 460-4003.

Respectfully,

Minister Danielle Bolton, Administrative Assistant

Dr. William O. Thompson, Pastor



*"A church where Everybody is Somebody"*
*(Galatians 3:26)*

Dec 21, 2021

To Whom it May Concern

My name is Carolyn Miller,
I am writing this letter on Andre
Spivey. I have been a member
of St. Paul A.M.E. Church for
20 yrs. In being a church member
for years. We had gone through
a lot of Preachers. When Pastor
Andre Came to the Church. It was
in financial ruins. We were
behind on all bills. The Pastor
before had stolen church in-
cluding land owned by the Church.
Pastor Spivey Came in. He did
not take a salary for yrs.
We sold the church to use money.
to pay off bills. He did not credit
cards and other privilege other
Pastor had. He helped church by
the selling of the church home
and not salary would help the
church get Back on its feet
and could survive. He was
available when a Church.
Member needed. Pastor Spivey
and his wife. Did serve

Church. I hope my letter
has given you a look at
how loving and Pastor Spivey
is. and gives him a second
Chance at life).

Carolyn Miller

1235 Corbett

Detroit Mich 48213

**THE RIGHT REVEREND GREGORY G.M. INGRAM**
*118th Elected and Consecrated Bishop*
**AFRICAN METHODIST EPISCOPAL CHURCH**

December 22, 2021

Honorable Judge Victoria Roberts
United States District Court
231 W, Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I have known Rev. Andre Spivey well over thirty-four years and, in that time, have found him to be very respectful, passionate and conscientious individual.

The Rev. Andre Spivey is, by any standard, a man of unique gifts with a tremendous work ethic, and a person with phenomenal and impeccable people skills.

During the time that I have known him, Rev. Spivey's life has been one of service. I say this because his record and output, diligence and dedication, forward thinking and progressive leadership while serving as a member of the city council in Detroit speaks volumes. In addition, for eighteen years he gave unparalleled leadership when serving as the pastor of historic St. Paul African Methodist Episcopal Church, in Detroit.

In describing and articulating just a few of Rev. Spivey's qualities, I would readily say:

- Rev. Spivey has been a visionary who has had an innovative impact.

- Rev. Spivey has been a servant leader with a sensitive spirit.

- Rev. Spivey has been a preacher whose voice is known and loved in the ecumenical community and various faith traditions; and

- Rev. Spivey is a good man, loving husband, great father, concerned citizen, and member of the church who loves the Lord.

Rev. Spivey is a graduate with high honors from two prestigious educational institutions: Morehouse College, in Atlanta, Georgia; and Colgate Rochester Theological Seminary, Rochester, New York. Presently, he is pursuing a jurisprudence degree at Wayne State University Law School, and is scheduled to graduate this year.

I know the Man, Rev. Andre Spivey. I know how remorseful, repentant, and bad he feels for the actions that brought him before you and the court. I know he regrets the lack of wisdom and judgement that has marred a stellar career. I know his heart and as he has shared with me how he has prayed that God, his family, friends, and the people he served as a council member will forgive him.

I write this letter in support of Rev. Andre Spivey's record of service and ask, as you contemplatively consider his case, that he be given a probation and be allowed to move forward to redeem himself and to be a transformative change agent for his community, city, country and the church.

Respectfully,

Gregory G.M. Ingram, 118th (Retired) Bishop
*of the African Methodist Episcopal Church*

4606 Forest Edge Lane ⬩ West Bloomfield, MI 48323



MARIO MORROW & ASSOCIATES

December 22, 2021

Hon. Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

    Re:    **USA v. Andre Spivey**
              **US District Court Case No. 2:21-cr-20490**

Dear Judge Roberts:

    This letter is submitted in support of Mr. Andre Spivey in connection with his upcoming sentencing in the above-referenced matter.  As I understand it, Andre was charged with a single felony count of conspiracy to defraud the United States – to which he pleaded guilty.  As I also understand it, the court has broad discretion regarding Andre's sentence, and based upon my review of his Plea Agreement, his minimum and maximum statutory penalties are five years imprisonment, a $250,000 fine and three years of supervised release.

    In further reviewing his Plea Agreement (which I read in its entirety and attempted to digest as best I could), I understand that Andre's guilty plea included his admission that as a Detroit City Councilman, he accepted almost $36,000 in bribes (over a three-year period) to influence his consideration of towing-related issues in the City.  Importantly, however, was relieved and heartened to learn that the Plea Agreement reflects that Andre did not change any votes or take any official acts after receiving his bribes.

    By way of background, I have known Andre for approximately a dozen years – having interfaced with him primarily through the local chapter of a national community service organization in which our wives were members, and during the time his son, Andre II, served as an intern in my eponymously named public relations, marketing and crisis management firm.  And as a lifelong (and taxpaying) Detroiter – I both understand the severe breach of the public trust Andre committed and took seriously my heady responsibility to share my thoughtful perspective on the proverbial "price he should pay."

    First, Andre's conduct in this action is wholly inconsistent with the man that I know him to be and the friend that he has become.  In contrast, the Andre I know has served in the ministry of the African Methodist Episcopal Church for almost 20 years – currently at Oak Grove AME Church in Detroit.  During that period, the Andre I know used his pulpit to spiritually enrich and

motivate thousands of Detroiters and extended himself to his parishioners by assisting hundreds of them overcome personal challenges as well.

Secondly, the Andre I know is a proud alumnus of Cass Technical High School and Morehouse College, holds a Masters of Divinity Degree, is a student at Wayne State University Law School and is a member of Omega Psi Phi fraternity – which has served as a vehicle for his public service and through which he has mentored dozens of his "frat."

Thirdly, the Andre I know served on the Detroit City Council for approximately a dozen years – whose leadership helped to usher the City through perhaps its bleakest hour (during its 2013-2014 Chapter 9 bankruptcy case).

While I fully realize that a public official's criminal activity is particularly distasteful – as it violates the public trust – I also I sincerely hope that you will consider all of the *good* that Andre has done for the City and his constituents.

Clearly, Andre was conflicted. However, after prayerfully considering the incongruence between Andre's background and the bribes he accepted, I have concluded that his failure to change any votes after being bribed demonstrates that at the end of the day, being the proud Morehouse alum, Omega, clergy member and law student that he is is precisely *why* he did not change any votes or engage in any official acts to confer benefit(s) upon those who bribed him. In his internal "tug of war," the Andre I know prevailed over the greedy, unethical Andre that he allowed himself to become.

And rather than force the public to endure what would have undoubtedly been the most recent in a long, sad string of sorted and embarrassing trials against corrupt Detroit public officials, Andre's religious grounding and pride gave him the strength and courage to plead guilty, accept his punishment and spare all of us from the toll that a trial against him would have taken against the community – despite the fact that it was well within his legal right to demand one.

I hope that you will allow Andre's failure to give any tangible benefit to his briber(s) to have a mitigating effect on the severity of his sentence. After giving much consideration to his crime, I am convinced that the Andre I know prevailed over the crook that Andre permitted himself to be.

Finally, as a mere mortal myself, I simply ask that during sentencing, you consider all of the good that the Andre I know has done for this community.

Very truly yours,

Mario L. Morrow Sr.

24901 Northwestern Highway Suite 418   Southfield, Michigan 48075 (313) 800-5973

12/8/2021

To: Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, Michigan 48226

Thank you for taking the time to read this letter. I've known Andre' Lamarr Spivey, Sr. for 45 years, I grew up with him, and at his core, Andre is:

A debater

A practical joker

A son of the church

A protector

Professional

Dependable

Generous

A leader

I've never known him to deal dishonestly with others. Even as kids and young adults, Andre' was always involved with positive activities, like sports, debate, and church, and stayed out of trouble. Him and his wife, Rasheemash, of over 20 years are the oldest of my generation of cousins, and Andre' has been a great example.

Judge Robert, ma'am, respectfully, what Andre' is in need of is mercy, like we all get every morning the good Lord wakes us up, despite our imperfections. He admitted he made a wrong choice, he's gone through the public embarrassment of that, which is already a great reprimand for him, a preacher, law student, Morehouse alumni, Cass Technical Highschool alumni and community activist. Please consider a lighter resolution. Thank you for your consideration. God bless you and yours, and happy holidays.

Sincerely,

LaShonda Spivey



**AFRICAN METHODIST EPISCOPAL CHURCH**

**637 East 11th Street, Indianapolis, Indiana 46202**
**Office: 317.638.9963**
**Cell:248.722.9885**
**Email: cfmacon@aol.com**
Rev. Elaine Gordon, Presiding Elder
Bishop John Franklin White, Presiding Prelate
*Rev. Dr. Charlesfontaine Macon, Pastor*

December 22, 2021

Judge Victoria Roberts
United States District Court
231 West Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Roberts,

I have the distinct pleasure of knowing Rev. Andre Spivey since 2004. He exemplifies goodwill as a child of God, a family man, a community leader and developer that brings about change for the greater good.

Rev. Spivey has been at the forefront leading as a nonpartisan social activist and community leader since 2009. He has frequently engaged in issues such as: public safety, youth education, bringing neighborhoods, schools, businesses and faith-based organizations together. His contributions have positively impacted the city and our community with impressive results.

Furthermore, his commitment and value in family affairs are stellar. His actions mirror expectations based on his own livelihood: A God-centered family that includes his wife and children – who are strong Christians, notable scholars and rising stars in our community. Rev. Spivey's ongoing contributions regarding leadership and parenting needs to remain present in their lives and ours.

As pastor, Rev. Spivey rendered grace and mercy with love and compassion in deliberations regarding human and moral affairs. His guidance has resulted in positive and effective outcomes for me and others.

It is my prayer that you render grace and mercy upon the sentencing of such a great man of God's and to our community. I still believe Rev. Spivey stands for godly morals and righteousness in the mist of temptation. Furthermore, I believe the corrective actions already imposed on Rev. Spivey (such as losing his ministerial orders, along with being unable to maintain public office, his academic setback and the disgrace being placed on his heart, mind and soul) is punishment fitting for the issues at hand.

If I can be of further assistance to you regarding this matter, feel at liberty to contact me.

Sincerely,

Charlesfontaine Macon, D. Min.
Friend, Supporter and Colleague



MARIO MORROW & ASSOCIATES

December 22, 2021

Hon. Victoria A. Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

      Re:    **USA v. Andre Spivey**
               **US District Court Case No. 2:21-cr-20490**

Dear Judge Roberts:

This letter is submitted in support of Mr. Andre Spivey in connection with his upcoming sentencing in the above-referenced matter. As I understand it, Andre was charged with a single felony count of conspiracy to defraud the United States – to which he pleaded guilty. As I also understand it, the court has broad discretion regarding Andre's sentence, and based upon my review of his Plea Agreement, his minimum and maximum statutory penalties are five years imprisonment, a $250,000 fine and three years of supervised release.

In further reviewing his Plea Agreement (which I read in its entirety and attempted to digest as best I could), I understand that Andre's guilty plea included his admission that as a Detroit City Councilman, he accepted almost $36,000 in bribes (over a three-year period) to influence his consideration of towing-related issues in the City. Importantly, however, was relieved and heartened to learn that the Plea Agreement reflects that Andre did not change any votes or take any official acts after receiving his bribes.

By way of background, I have known Andre for approximately a dozen years – having interfaced with him primarily through the local chapter of a national community service organization in which our wives were members, and during the time his son, Andre II, served as an intern in my eponymously named public relations, marketing and crisis management firm. And as a lifelong (and taxpaying) Detroiter – I both understand the severe breach of the public trust Andre committed and took seriously my heady responsibility to share my thoughtful perspective on the proverbial "price he should pay."

First, Andre's conduct in this action is wholly inconsistent with the man that I know him to be and the friend that he has become. In contrast, the Andre I know has served in the ministry of the African Methodist Episcopal Church for almost 20 years – currently at Oak Grove AME Church in Detroit. During that period, the Andre I know used his pulpit to spiritually enrich and

24901 Northwestern Highway Suite 418   Southfield, Michigan 48075 (313) 800-5973

motivate thousands of Detroiters and extended himself to his parishioners by assisting hundreds of them overcome personal challenges as well.

Secondly, the Andre I know is a proud alumnus of Cass Technical High School and Morehouse College, holds a Masters of Divinity Degree, is a student at Wayne State University Law School and is a member of Omega Psi Phi fraternity – which has served as a vehicle for his public service and through which he has mentored dozens of his "frat."

Thirdly, the Andre I know served on the Detroit City Council for approximately a dozen years – whose leadership helped to usher the City through perhaps its bleakest hour (during its 2013-2014 Chapter 9 bankruptcy case).

While I fully realize that a public official's criminal activity is particularly distasteful – as it violates the public trust – I also I sincerely hope that you will consider all of the *good* that Andre has done for the City and his constituents.

Clearly, Andre was conflicted. However, after prayerfully considering the incongruence between Andre's background and the bribes he accepted, I have concluded that his failure to change any votes after being bribed demonstrates that at the end of the day, being the proud Morehouse alum, Omega, clergy member and law student that he is is precisely *why* he did not change any votes or engage in any official acts to confer benefit(s) upon those who bribed him. In his internal "tug of war," the Andre I know prevailed over the greedy, unethical Andre that he allowed himself to become.

And rather than force the public to endure what would have undoubtedly been the most recent in a long, sad string of sorted and embarrassing trials against corrupt Detroit public officials, Andre's religious grounding and pride gave him the strength and courage to plead guilty, accept his punishment and spare all of us from the toll that a trial against him would have taken against the community – despite the fact that it was well within his legal right to demand one.

I hope that you will allow Andre's failure to give any tangible benefit to his briber(s) to have a mitigating effect on the severity of his sentence. After giving much consideration to his crime, I am convinced that the Andre I know prevailed over the crook that Andre permitted himself to be.

Finally, as a mere mortal myself, I simply ask that during sentencing, you consider all of the good that the Andre I know has done for this community.

Very truly yours,

Mario L. Morrow Sr.

24901 Northwestern Highway Suite 418   Southfield, Michigan 48075 (313) 800-5973

December 23, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48225

To The Honorable Judge Victoria Roberts:

Reverend Andre Spivey was our pastor for 14 years.  During that time we knew him to be a conscientious, passionate minister.

During my wife's illnesses and subsequent hospitalizations, Reverend Spivey was always there praying for us and with us and offering support.  He is a dedicated husband, father and son. He comes from a close extended family.  His aunts and great aunt are always there supporting him. The family has a very religious background.

We hope the Court will look favorably on this young man as we believe he still has a bright future ahead of him.

Sincerely,

Leon and Barbara Thompson

December 23, 2021


Judge Victoria Roberts

United States District Court

231 W. Lafayette Blvd.

Detroit, MI 48226


Dear Judge Roberts:

I am writing this letter in support of Andre Spivey. I understand that Andre is scheduled to be sentenced on January 19, 2022 and has entered a guilty plea. I have known Andre for almost ten years and view him as an outstanding minister, public servant and friend to many.

He has also been an integral contributor to the raising of two bright and promising children. It is on their behalf that I respectfully ask for leniency in his sentencing. Notwithstanding his guilty plea in this situation, he has also made many more contributions to society in his various roles.

Thank you for your consideration.

Sincerely,

Walter C. Watkins, Jr.

171 Dourdan

Bloomfield Hills, MI 48304


t

December 24, 2021

The Honorable Judge Victoria Roberts

Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd
Detroit, Michigan 48226

Dear Judge Edmunds,

I write to share my perspective on Mr. Andre Spivey and to ask your honors leniency in his sentencing.

I was a constituent and I have known Andre Spivey more than 15 years. As my friend and fellow community activist, I have had the honor of working with him in helping provide children with toys at Christmas and feeding the hungry at Thanksgiving. I have looked up to him as a husband and father and as a man of Christ, in fact as a Pastor. We have worked together on so many projects to strengthen and improve our community, there are just too many to name. Andre has always been a willing serve and assist the citizens and especially the seniors of Detroit.

I ask that you weigh heavily his many years as a committed public servant, community volunteer, Pastor and most importantly his admission that he made a mistake. Andre has shown remorse and contrition for his actions and realizes the hurt and disappointment that it has caused. I know he is deeply saddened by this error and will be forever scarred.

I respectfully ask that you take these positive contributions into your gracious consideration and that you offer leniency in your sentencing for Andre.

Thank you for the opportunity to share my perspective on my dear friend Andre Spivey.

Prayerfully,

John Henry Davis

December 24, 2021


To the Honorable Judge Victoria Roberts


   Andre Spivey has spent the better part of his life serving our Detroit Eastside Community.  Aside from serving on the Council, he provides care for the Elderly, Underprivileged and Youth. I've had the pleasure to witness firsthand how his efforts have positively impacted the lives of many Eastside Detroit Residents, aided in the city's rebound and improve the quality life in our eastside neighborhoods.  For that reason, everyday that Andre is away from the community, the community suffers.

   Therefore, it is with the community in mind that I humbly ask that you consider forms of retribution that do not include incarcerating Mr. Spivey.  Andre has admitted guilt and expressed remorse.  Surely the humiliation and embarrassment that he must endure while reingratiating himself with individuals within our community is punishment befitting his lapses in judgement.  On behalf of our Eastside Community, humbly ask that you only sentence him to a lengthy probationary period and whatever fines that are required.


Sincerely,




Keith Hudson

Director of the C.O. Steward Boy's Mentoring Program

**From:**     rward04287@aol.com
**To:**       Zaida Hernandez
**Subject:**  Letter of Recommendation regarding Andre Spivey
**Date:**     Sunday, December 26, 2021 8:58:49 PM

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, MI. 48226

My name is Rochelle Ward, I have known Andre' Spivey for over 45 plus years. He has been a mentor to
my sons in their upbringing.
He is a person with a lot of integrity, a very hard working person with so much potential and a wonderful
friend.

Rochelle Ward
24581 Oneida Blvd
Oak Park, MI. 48237

---

**Total Control Panel**                                                      Login

To:                          Message Score: 10           High (60): Pass
zhernandez@morganrothlaw.com  My Spam Blocking Level: Medium   Medium (75): Pass
From: rward04287@aol.com                                 Low (90): Pass

Block this sender
Block aol.com

*This message was delivered because the content filter score did not exceed your filter level.*

Case 2:21-cr-20490-VAR-EAS   ECF No. 15-3, PageID.430   Filed 01/11/22   Page 309 of 337

Judge Victoria Roberts
United States District Court
211 W. Lafayette Blvd.
Detroit, Michigan 48226

Your Honor:
My name is Anthony Cuyler and proud to offer my
recommendation of Andre Spivey to whom I have personally
known for over fifteen years as my friend.
He has offered great spiritual support to me and my family when
needed. He is known to go out of his way to offer the same
support to those he didn't know, offering prayer and
encouragement.
Being a family man and a friend, please consider this character
letter reference letter before passing on a verdict.

Anthony Cuyler
8203 Bliss
Detroit, Michigan 48234

Judge Victoria Roberts
United States District Court
211 W. Lafayette Blvd.
Detroit, Michigan 48226

Your Honor:
I am writing to urge leniency in the sentencing of Andre Spivey.
I have known Mr. Spivey for over fifteen years. I served, as an
officer, under his leadership when he was the pastor St. Paul
A.M.E. church. His leadership and character was impeccable. I
know him to be a good son, husband, father and friend.
I am aware of the charges he is facing. I truly believe if given
the chance, he can once again be a great asset to his church and
to this great city of Detroit.
Please consider this reference letter before passing on a verdict.


Thank You,
Theresa Cuyler
7800 E. Jefferson apt.207
Detroit, Michigan 48214



**Hartford Memorial Baptist Church**
18900 James Couzens Highway
Detroit, Michigan 48235-2516
(313) 861-1285 Office
(313) 861-0265 Fax

*Rev. Charles C. Adams, Senior Pastor*
*Dr. Charles G. Adams, Pastor-Emeritus*

December 27, 2021

Greetings,

It is with a heavy heart that I write this letter concerning my friend and brother Rev. Andre L. Spivey. Having written these types of letters in the past, I know that it is improper to dispute the facts of the case of the decision of the court, *"Fiat Justitia Ruat Caelum."* With this said, it is my hope that one day as a society we will address the serious underlying flaw in our campaign finance system that leads to these kinds of situations that we continuously find ourselves in. I know that you may be weary of it all for as General Douglass MacArthur once said, "The soldier above all others prays for peace, for it is the soldier who must suffer and bear the deepest wounds and scars of war."

Rev. Andre L. Spivey, in my opinion, is not a greedy politician. He lives modestly and has dedicated himself to the integrity of the ministry and public service as long as I have known him. He was a young teenager with exceptional intelligence and ethics when we met. Also, he is a wonderful husband and father. He is a true and loyal friend. There has never been the slightest hint of impropriety or scandal privately or personally that I know of. Please take this into consideration. There is no one who will write to you, outside of his family, that knows him any better than I do.

Please know that this is not anything I take lightly. I place the full reputation of the institution I serve on the line when I write support letters on the behalf of anyone being sentenced by a judge. Also, when invited to serve or speak at our church, Rev. Andre L. Spivey has served our congregation with dignity and diligence for decades at my request (Before I became the senior pastor, I served under the last pastor Dr. Charles G. Adams since 2002). As senior pastor the burden of leadership has been shared with conscientious souls like Rev. Spivey and I am grateful. He has never let us down. We stand with him unequivocally. May all that is good and holy guide you in your sentencing of this servant and my friend. Blessings.

Sincerely,

Charles Christian Adams

Reverend Charles Christian Adams
Senior Pastor, Hartford Memorial Baptist Church

James Tate
18450 Scarsdale
Detroit, MI 48223

December 28, 2021

Judge Victoria Roberts
United States District Court
231W. Lafayette Blvd.
Detroit MI, 48226

Honorable Judge Roberts,

I am submitting this document on behalf of Andre Spivey who awaits sentencing in your court. I have known Andre for just over 12 years now and we met each other on the campaign trial in 2009 as we were both first-time candidates for Detroit City Council. There was a total of 168 candidates that year with many legacy names in the race. As a new candidate for public office, I didn't totally know what to expect and found myself gravitating towards Andre and very few other candidates. I appreciated the way Andre handled himself and how respectful he was of others, even when he disagreed with their policy positions. He was never the most boastful nor the most provocative in his communication. Andre chose to focus on the most pressing issues that Detroiters and the City of Detroit corporate faced... lack of equity and opportunity, dysfunctional governmental systems/processes, financial insolvency, public safety concerns, etc. He had plans to address these matters but acknowledged that he would be guided by the residents in his final decisions. I was impressed overall and felt that his vision of Detroit aligned with mine. Both Andre and I were elected to office that November and he kept his word on many of the promises. During the 12 years that followed, we became friends beyond mere colleagues.

I have personally witnessed the genuine love and care he has for his family and have celebrated birthdays as well as other significant events. Watching his young twins mature into amazing collegebound teens has been very satisfying and I know that their growth is directly attributed to the parenting that both Andre and his wife Shema have provided. I have no doubt that they will be contributing members of society, dutifully for years to come as a result. Over the past 12 years, I have also had several conversations with members of churches that Andre either pastored or staffed who spoke of the supportive spiritual, emotional, and practical guidance that Andre provided when they were searching for direction in their lives.

In serving more than a decade together in office, I have been keenly aware of the many hours that Andre put into research, community engagement, and advocacy. As mentioned, with Andre, there were many promises made and kept on the campaign trail. He was often advocating for thousands of jobs that would eventually land in the city council district that he represented. He created the framework for the precursor of the City's current "green light"

business video monitoring program in response to residents demands for increased public safety at gas stations. In deliberating over legislative matters, he was always mindful of the City's overall budget and helped ensure that the City did not fall back into bankruptcy nor have state oversight of spending re-engaged due to deficiencies. Andre also partnered with me in the early stages of the City Council's Task Force on Black Male Engagement which is designed to access individual and organizational resources committed to the exposure and development of Black males.

I am aware that on September 28, 2021, Andre pleaded guilty to bribery conspiracy and that his sentencing is scheduled for January 19, 2022. The actions that led to the guilty plea are critical deviations away from the expectations of public office holders and I was left to make sense of it all like various others when I became aware. But unlike so many who have only met Andre in passing or through media accounts, I have gotten to know Andre directly. Because of this first-hand knowledge of his personality, character and work ethic, I have no doubt that Andre can overcome this very serious lapse of judgment and again contribute in a way that benefits our community beyond his service as a Detroit City Council member.  Andre is no stranger to providing comfort, understanding and hope to others (even prior to being elected to public office) and with the court's leniency in sentencing, he will have the ability to return to the aid of others more swiftly. There are so many people hurting in this world in need of someone with Andre's competencies. I am asking the court to strongly consider the balance of Andre's total personal and professional life while deliberating sentencing as I am hopeful that he will have an opportunity to actively display his remorse by re-committing to his purposeful efforts on behalf of others.


Sincerely,

*James Tate*

James Tate
Detroit City Councilmember – District 1

Dec 29 2021 05:03PM Ups Store 3136590776                page 2

December 28, 2021

**Judge Victoria Roberts**
**United States District Court**
**231 W. Lafayette Blvd.**
**Detroit, MI 48226**

**Dear Judge Roberts:**

I write today to ask for leniency in your sentencing of Andre Spivey.

I came to know Andre Spivey when he came to visit and pray with me while I was in the hospital. (Up until that point I would only occasionally attend church.)

Because of his outreach and encouragement I am now an actively involved member in church. I credit Andre Spivey for not only helping me, but extending himself to others in the community.

I truly believe there are redemptive qualities in Andre Spivey. Therefore, I request you consider leniency when he comes before you for sentencing.

Sincerely,

*Bernard Fambreau*

**Bernard Fambreau**

**19405 Fielding St.**
**Detroit, MI 48219**

December 28, 2021

**Judge Victoria Roberts**

**United States District Court**

**231 W. Lafayette Blvd.**

**Detroit, MI 48226**

**Dear Judge Roberts:**

I am writing this letter in hopes that it will help you see what kind of person Andre Spivey is as it pertains to the transgression that leads him to this point.

I have known Andre Spivey since 2004 when he was assigned as pastor at my church. ( I was a church officer at that time. ) The person who comes before you is one who I have always found to be kind, dependable, committed to uplifting our congregation (across all ages – youth to seniors) and community outreach development. He is also devoted and strongly supportive of family (taking interest and pride in the accomplishments of his children and wife).

I respectfully request leniency in your sentencing of Andre Spivey.

Sincerely,

*Glorious Fambreau*

**Glorious Fambreau**

**19405 Fielding St.**

**Detroit, MI 48219**



PLEASANT VALLEY A.M.E. CHURCH

**December 29, 2021**
JUDGE VICTORIA ROBERT
UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD.
DETROIT, MICHIGAN 48226
Dear Judge Robert,

My name is Reverend Kevin D. Crosby. I am a pastor in the African Methodist Episcopal (AME) Church. I have known Andre' Spivey for more than twenty years as a colleague and friend.

I know Andre' to be compassionate, considerate, and efficient in his work for over twenty years as a pastor of the AME Church. He has served the AME Church faithfully during his tenure as pastor by being involved in community projects as well as serving quite capably in many different capacities for the Michigan Conference of the AME Church.

As a friend I have watched Andre' his wife Shema raise two very fine children - who no doubt will also serve whatever communities that they settle in with the caring and faithfulness learned from their parents.

Because of what I see as qualities that would benefit the public in the future, I strongly recommend that you Judge Robert, would be lenient in sentencing my friend and brother Andre Spivey.

SINCERELY,

Kevin Duane Crosby

REVEREND KEVIN D. CROSBY – PASTOR: PLEASANT VALLEY AME CHURCH
18600 WEXFORD ST. DETROIT, MI 48234

Address | City, St Zip Code



**EST. 1875**

**Sacred Heart Church**

1000 ELIOT - DETROIT, MICH. 48207-2088

FR. NORMAN P. THOMAS, Pastor

Phone: (313) 831-1356
Fax: (313) 831-8603

December 29, 2021

Judge Victoria Robert

United States District Court

231 W. Lafayette Blvd.

Detroit, MI  48226

Dear Judge Roberts,

In my 66 years as a Catholic Priest and Pastor, I have written many letters of recommendation. They are mostly character references in so far as my experience with the person.

This letter about Andrew Spivey is easy to write.  As a neighboring Pastor, he was a hard, working minister of service both to his church members and the community.  As a member of the City Council, he was always someone whom we could count on to represent the interests of poor people, ordinary working people who live in the neighborhoods. He is a humble man with a good spirit.

I am hoping that Rev. Spivey will be able in some way to continue to serve the people of Detroit.

Sincerely,

*Norman P. Thomas*

Norman P. Thomas, Pastor

**From:** Elliott Hall
**To:** Zaida Hernandez
**Subject:** Fw: Letter for Rev Andre
**Date:** Friday, December 31, 2021 1:18:25 PM

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Friday, December 31, 2021, 11:32 AM, ROBERT BLAKE <revblake@icloud.com> wrote:

**Rev Robert A. Blake**
## Pastor Greater Quinn African Methodist Episcopal church

December 30, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts,

My name is Reverend Robert Blake pastor of Greater Quinn African Methodist Episcopal church in Detroit, Michigan. I've known and been a colleague of Reverend Andre Spivey for over twenty years. Your Honor, Rev Spivey has always been an upstanding gentleman, family man and pastor. In all of his pastorates he has been productive and proficient with a heart for ministry and the People. That heart and desire led him to run for Detroit city counsel, because he really felt he could make a difference. In the district where he served, we were wholeheartedly in support of this decision.

Your Honor I trusted the character of this man and still do, he has plead guilty to bribery so I am saddened by it but not blind to this situation he's in. I know Rev Spivey as Dre, and for over twenty years Dre has rendered a lot of good and helped a lot of people. Again I know he pled guilty, but I've never known Rev Spivey to be about money. He's spent his life preaching about the love of God, truth and honesty.

Dear Judge Roberts I'm asking you to look at the full body of work of Councilman, Rev Spivey and grant leniency in your sentencing and decision, even a recommendation of probation for him.

Thank you for your time and consideration.

Sincerely yours,

Rev Robert A. Blake

Sent from my iPad

---

**Total Control Panel**                                                          Login

To:                                    Message Score: 50              High (60): Pass
zhernandez@morganrothlaw.com           My Spam Blocking Level: Medium  Medium (75): Pass
From: elliotthall19@yahoo.com                                          Low (90): Pass

                                       Block this sender
                                       Block yahoo.com

*This message was delivered because the content filter score did not exceed your filter level.*

From the Desk of
## *Rosetta Y. Archer*
P.O. BOX 7794
**BLOOMFIELD HILLS, MI 48302**
**rosetta.archer@gmail.com**

January 1, 2022

The Honorable Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:  Mr. Andre Spivey

Greetings Judge Robert.

I am writing this letter on behalf of Mr. Andre Spivey, who unfortunately, will be sentenced in your courtroom on charges of Bribery.  I must admit, this is one of the hardest letters I have ever had to write.

I have known Andre, literally, all his life.  We were raised in the same house of Worship. Myself being a bit older, he started as the little brother I never had.  As he grew into a young man, he became like a son to me.  It saddens me that we are here.

However, I would like to say that Andre is a fine young man.  He really is. He certainly made a huge mistake concerning this misconduct; this is totally out of character for him.  He was raised to be honorable, kind and help others.  All his life he has served people.  It is his joy and the reason he became a public servant.

Andre is remorseful and regrets his decision.  He never meant to cause harm to anyone. He has asked for forgiveness with God, his family and the community he vowed to serve. He truly repents of his actions.  His upstanding character has been marred, his family and friends disappointed; his constituents bewildered, his reputation tarnished and his heart is broken.

I am asking that you *grant him the most sentencing leniency within your power*. Truly, he is being punished daily by all the regrets of how he could have made such an error.  He has certainly suffered irreparable damage along with those he was entrusted to serve.  I ask for mercy.

Thank you for your time and consideration.

God Bless You,

Rosetta Archer



# Historic Shorter Chapel African Methodist Episcopal Church

"A Tie to the Past - A Link to the Future"

## Reverend Kenneth H. Hill, Ph.D.

Pastor

January 2, 2022

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Honorable Judge Roberts,

My name is Rev. Kenneth H. Hill Ph.D. I am proud to offer my recommendation of Andre
Spivey to whom I have personally known for 30 years as a youth leader in church, esteemed
colleague in ministry, exemplary public servant, and dear friend of my family.

I have experienced Andre as a devout Christian gentleman, husband, father, and servant of God.
Andre's transgression has severely affected his status as a preacher of the gospel and has been
devastating for his wife, family and friends.

I know that Andre is deeply remorseful for the betrayal of the public trust.
He has asked God, family and friends for forgiveness for the sin he committed.
I am confident that Andre will not engage in this type of behavior in the future.

I am aware of the charges against Andre for which he has pleaded guilty.
I am writing this letter on behalf of Andre to be merciful as you apply the letter and spirit of the
law in your sentencing decision.

Thank you

*Kenneth Hill*

Sincerely,

Rev. Kenneth Hill

255 Natchez Street
Franklin, Tennessee 37064
615-790-6611
www.shorterchapelame.com
shorterchapelamec@comcast.net

**MYRON J. LOYD, ESQ.**
**Attorney at Law**
**18632 Fox Hollow Court**
**Northville, MI 48168**
**Phone: 248-251-3002**

January 4, 2021

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Judge Victoria Roberts,

I write this letter of recommendation on behalf of Rev. Andre Spivey, who I have known for well over a decade as a friend, advocate and community leader.

Rev. Spivey and I served as board members of the non-profit organization, Detroit Omega Foundation Inc, an organization whose charter includes providing college scholarships and educational support for metro-Detroit area high school students. As an active board member, Rev. Spivey worked tirelessly, advocating for students and pushing to find additional means to support as many students as possible. He kept a laser-focused eye on ensuring that the students came first and that scholarship recipients received the support they needed for success. In large part because of his active support, our foundation was able to achieve and, in some cases, exceed our organizational goals. His presence on the board was felt and his well-thought, principle-based ideas were a true asset to the organization.

Rev. Spivey, his wife Shema and my wife Ronda and I have been friends for years. We've shared dinners, experienced holiday gatherings and other casual encounters throughout this time. Our friendship is genuine and authentic. Its not uncommon for us to share stories of our growing children, discuss career aspirations and ways in which we can improve our community. On each occasion, Rev. Spivey left us all with uplifting and positive thoughts.

1

During his tenure as a pastor of the St. Paul A.M.E church in Detroit, Michigan, he pastored and counseled countless parishioners through the challenges of life, overcoming adversity and the pursuit of a better self. Ronda and I had the opportunity to attend one of his anniversary celebrations, which was filled with genuine expressions of gratitude from parishioners and the community. He made a difference for so many.

It was his authentic leadership that laid the foundation for what would become a successful run at being elected a member of the Detroit City Council. Because of this and his community-focused beliefs, I volunteered as a campaign worker, passing out campaign flyers and canvassing the community for support. Through that experience I gained another level of respect for the impact he had made and the lives he had touched. Many community residents were "all-in" to support Rev. Spivey. They expressed their well wishes on a successful campaign and in the end, demonstrated their support by voting him in to the Detroit City Council.

In consideration of the foregoing, it is my sincere hope that the court will show Rev. Spivey meaningful leniency at the time of sentencing.

Sincerely,

Myron Lloyd

From the Desk of

# *Rosetta Y. Archer*

**P.O. BOX 7794**
**BLOOMFIELD HILLS, MI 48302**
**rosetta.archer@gmail.com**

January 1, 2022

The Honorable Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

RE:  Mr. Andre Spivey

Greetings Judge Robert.

I am writing this letter on behalf of Mr. Andre Spivey, who unfortunately, will be sentenced in your courtroom on charges of Bribery.  I must admit, this is one of the hardest letters I have ever had to write.

I have known Andre, literally, all his life.  We were raised in the same house of Worship. Myself being a bit older, he started as the little brother I never had.  As he grew into a young man, he became like a son to me.  It saddens me that we are here.

However, I would like to say that Andre is a fine young man.  He really is. He certainly made a huge mistake concerning this misconduct; this is totally out of character for him.  He was raised to be honorable, kind and help others.  All his life he has served people.  It is his joy and the reason he became a public servant.

Andre is remorseful and regrets his decision.  He never meant to cause harm to anyone. He has asked for forgiveness with God, his family and the community he vowed to serve. He truly repents of his actions.  His upstanding character has been marred, his family and friends disappointed; his constituents bewildered, his reputation tarnished and his heart is broken.

I am asking that you *grant him the most sentencing leniency within your power*. Truly, he is being punished daily by all the regrets of how he could have made such an error.  He has certainly suffered irreparable damage along with those he was entrusted to serve. I ask for mercy.

Thank you for your time and consideration.

God Bless You,

Rosetta Archer

Patricia L. Ford
20656 Woodside St.
Harper Woods, MI  48225
313-418-1560

January 5, 2022

**Honorable Victoria Roberts, Judge**
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

**RE: Andre Spivey**

**Dear Honorable Judge Roberts,**

I am submitting this letter in support of my friend, Andre Spivey.  Andre and I have known each other for 11 years.  We first met when I interviewed for a position on his city council staff.  We came to know that we had a lot of the same friends and associate circles, but never met prior.

As a former employee, it's difficult to wrap my head around Councilman Spivey's current situation regarding what it is said he has participated in.  We, the former staff, we were very mindful of what was expected of us as a member of the Spivey Team.  We, all, wanted to properly represent Councilman Spivey, the City of Detroit, and our families.  We weren't just co-workers, we were/are family.

Andre Spivey is an honorable, dependable, and trust-worthy person.  Andre believes in the glass half-full not half-empty; he believes in the best of people.  In believing in the best of people can be a positive and a negative, especially when he was in the position of leadership.  Andre would do whatever he could when a family member or friend or staff member was in need or needed assistance.

I am asking your Honor to consider Andre's history of a clean slate, his cooperation, and unfortunate realization of decisions that have been made.  Andre's family needs him.  He is a husband and a father of teenagers.

Thank you for taking the time to read my brief letter in support of my friend, Andre Spivey.

Sincerely and respectfully,

Patricia L. Ford

1



# Rev. P. David Saunders, Sr.

**3335 Foss Drive • Saginaw, MI 48603-1719 • Phone: 989/249-4876 • Cell: 989/798-3989**

January 4, 2022

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

Dear Judge Roberts:

I am writing you this letter on behalf of Andre Spivey who has been charged with a Federal Crime of Bribery. I understand he has entered a plea of guilty and is scheduled to be sentenced on January 19, 2022.

I submit to you that I have know Andre for better than 25 years. I've watched him grow and mature, and I've always known him to be a person of decency and respect. As a pastor, I've always guarded my pulpit and have been careful not to invite persons with private or public questionable backgrounds. On a number of occasions I've had Andre to preach from my pulpit and have had many opportunities to share with him outside of the preaching context. As a person, I've always had the deepest admiration and regard for him.

I've known his wife and family and on occasion, we've spent time dining together. I've always respected Andre's insight, talent, skill, and wisdom, and I've admired his commitment to his family, church, and community.

For the life of me, I've not been able to understand how a person with his capabilities could get caught up in the web of criminal activity. It is completely out of the moral and ethical character of the Andre Spivey I've know through the years.

I believe Andre to have a repentant heart and is truly sorry for the anguish, pain and heartache his actions have caused to the countless persons of family, church, and community who had faith in him. Underneath it all, I

**Judge Victoria Roberts**
**Re: Andre Spivey**

believe him to be a genuinely good person who made some bad mistakes. I believe this to be Andre's first offence, and It would be my  hope that his background might speak loud enough that the court might find leniency in its deliberations.

 Andre is still a young man with a relatively young family, and it is my hope and prayer that the sentencing  will not be so harsh that the mistakes he's made would preclude him from having an opportunity to restore his integrity, his life and his future.

Thank you Judge Roberts for taking the time to read this correspondence, and if I can be of any service to the court in this matter, I would be pleased to oblige.

Yours sincerely,

**Rev. P. David Saunders**
**/ps**

| | |
|---|---|
| **From:** | Elliott Hall |
| **To:** | Zaida Hernandez |
| **Subject:** | Fw: Letter - Andre Spivey |
| **Date:** | Thursday, January 6, 2022 8:28:36 PM |
| **Attachments:** | image.png |

<u>Sent from Yahoo Mail for iPhone</u>

Begin forwarded message:

On Thursday, January 6, 2022, 4:37 PM, rasolomon spicompany.net <rasolomon@spicompany.net> wrote:

**January 6, 2022**

The Honorable Victoria Roberts
Senior United States District Judge
United States District Court for the Eastern District of Michigan

Dear Judge Roberts,

I am writing this letter on behalf of former Detroit City Council member Andre Spivey. Rev. Spivey is a longtime personal friend; we are fellow Morehouse alumni as well as fraternity brothers, and I have known him and his wife for many years.

Rev. Spivey is a person who I have always admired. When he was elected to the Detroit City Council, I was pleased and felt that he would make a significant contribution to the city where I was born. I have had an opportunity to witness his past work in ministry and in politics, and was impressed with the significant contributions he has made on behalf of his parishioners as well as his constituents.

I was, frankly heartbroken to hear of my friend's legal troubles, especially after such a distinguished career. But as former Chairman of the Wayne County Commission, where I served for 12 years, I do understand how individuals in politics can be challenged and make errors in judgment.

As a prominent public figure, Rev. Spivey has already paid a steep personal price for his mistake...in public embarrassment and shame in addition to the loss of his livelihood. I believe that probation and community service is sufficient as a legal consequence; I do not believe that jail time would serve any larger purpose. I am thinking of Gabe Leland, who committed a similar offense and received probation as his sentence.

I sincerely hope that you will take these thoughts under consideration as you make your sentencing decision regarding Rev. Spivey. I have always appreciated your judgment and wisdom.

If you have any questions, feel free to contact me at 313.737.2688.

Sincerely,

Ricardo A. Solomon

**Total Control Panel**

Login

To:
zhernandez@morganrothlaw.com
From: elliotthall19@yahoo.com

Message Score: 28
My Spam Blocking Level: Medium

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block this sender
Block yahoo.com

*This message was delivered because the content filter score did not exceed your filter level.*

**Rev. Dr. Jessica Kendall Ingram**
**4606 Forest Edge Lane**
**West Bloomfield, Michigan 48323**

January 6, 2022

Honorable Victoria A. Roberts
United States District Court for the Eastern District of Michigan
231 W. Lafayette Street
Detroit, Michigan 48226

Dear Judge Roberts:

I am writing this letter in support of Rev. Andre Spivey.

As a minister in the African Methodist Episcopal Church (now retired), I am acutely aware of those persons in ministry who show an unusual ability to minister to God's people.  I count Rev. Andre Spivey in that number.

I have known Rev. Andre for well over 25 years.  From the time that I met him I have always been so very impressed.  Andre has a presence about him that draws persons to him.  As a young man he always knew his purpose and how to go about achieving his goals.  He excelled in his academic pursuits as well as his preparation for ministry in the African Methodist Episcopal Church.  I watched him as he grew into a very accomplished minister in our denomination. We considered him to be among our best and brightest.  The late Bishop Robert Thomas Jr. (former pastor of Ebenezer A.M. E. Church in Detroit) was his mentor.  Rev. Spivey was an excellent mentee who paid close attention to all that Bishop Thomas taught him. He also allowed himself to be taught by many other leaders in our Zion including my husband, Bishop Gregory G.M. Ingram.

In all the years that I have known Rev. Spivey, I never heard a negative statement about him. His image and integrity were always intact.  I was shocked and dismayed when I heard about his present legal challenge. I am sure this was simply a lack of judgment on his part which he deeply regrets.  I am asking you - as a Judge of the Courts - to consider his record which is outstanding.  He has served his church and the City of Detroit in an excellent manner.  Rev. Spivey is a family man who is devoted to his wife and his children.

I am sure that I am joined by hundreds of other persons who are asking you to please grant him probation. He is guilty but going to prison should not be his punishment.  I believe that he deeply regrets his actions and has suffered greatly because of it.

I thank you for your time and your prayerful decision concerning Rev. Andre Spivey.

Respectfully,


Rev. Dr. Jessica Kendall Ingram
Retired Supervisor
African Methodist Episcopal Church

January 6, 2022

To: Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan 48226

Happy New Year.

I hope this letter finds you and your family in good health.

My name is Brian Gary, and I'm a lifelong friend of Andre' Spivey. Our families go back to the mid 50's and have been close friends/Family ever since. I have been knowing Andre' since the day he was born and have watched him grow into the young man he is today.

We all grow up and was raised in Ebenezer AME Church in Detroit, where my late father was the Choir Director and Andre' late Grandmother was the Pianist.

Andre' has always been a go getter, and a very bright person growing up always striving for higher heights. He's a Family man, a God fearing man and very well respected in the community and in the Church Community.

Andre' has always been there for me and my family when ever needed. It's always good to know, you have that person who you can call upon when needed.

In Romans 3:23 it says 'for all have sinned, and come short of the Glory of God'. We all make mistakes, and have to live with them.

But, we should be giving a second chance to correct the mistake that was made. And that's the case we have here.

Yes, a mistake was made. We can honestly say it was. But, I'm Praying that this will not over shadow all of the good Andre' has done over the years.

I'm praying you will find it in your Heart to make the right recommendation and right choice when deciding his Fate.

May God continue to Bless you and your Family.


Yours truly,

Brian E. Gary

Judge Victoria Robert
United States District Court
231 W. Lafayette Blvd.
Detroit, Michigan 48226

To Whom It May Concern:

I have known Mr. Spivey for more than a decade since he moved to my neighborhood to run for Detroit City Council representing our community. We met at a neighborhood association meeting and struck up a relationship from there.

My interactions with Mr. Spivey have always been cordial and professional, and I found him to genuinely care for the City of Detroit. We've discussed many topics over the years, from matters of public policy and their impact on Detroit, to ways of attracting talent and investment to the City, and finally on family matters. In addition to interactions that were always professional and serious-minded in his official role, I have also known Andre as a family man: an engaged father and husband who cares dearly about his kids.

Like so many others, I share the sense of deep disappointment in the actions before the court, and aim only here to bring to the court's attention the redeeming facets which I was able to experience over many years.

Sincerely yours,

Steve Ogden

*Dorma J. McGruder*
P.O. Box 44615
Detroit, MI 48244
313-282-3382
dormajm@sbcglobal.net

January 6, 2022

The Honorable Judge Victoria A. Roberts
United States District Court
Theodore J. Levin Courthouse
231 W. Lafayette Blvd., Room 1023
Detroit, MI 48226

RE:    Rev. Andre Spivey

Dear Judge Roberts,

When the Detroit City Council bestowed upon me the Spirit of Detroit Award, it was an unexpected, unimaginable honor.  All members signed it but Rev. Andre Spivey, at the end of the ceremony was the only member who personally greeted me.  He gave me his card, shook my hand and said, "Your story needs to be told.  You will help women and men.  Let me know how I can help you get the word out.  God bless you, my sister."

I received the award for self-publishing, my book, "One Bad Decision", the true story of conquering my tortured mentally, sexually, and financially abusive relationship.

After that humbling, honoring and glorious day in 2011, life took me to places turned my insides into shattered glass.  Trying to walk through unbelievable pain and brokenness did not let me reach out to Rev. Spivey.  I was too broken, ashamed and tired of fighting to do anything else but pray for God to put out the fires around me.  When I saw him at church and community events, his answer was always the same.  "Here is my card.  Contact me so others can hear your story."

The fact that Rev. Andre Spivey, who is supportive and concerned about Detroit youth and seniors, cared enough to OFFER to help me tell my story to help others, was one of the pillars I leaned on and with God's help, found the courage to move forward.  I watched him after preaching MAKE time to talk to young and seasoned citizens that others ignored.  I listened to him encourage us to never give up and keep our trust in God and our gifts.  His heart is with us.  My life is better.

I pray this situation in the life of a true Detroit servant will not prevent you from allowing Rev. Andre Spivey to continue being a champion and blessing to us who need him most.

Respectfully,

Dorma Jean McGruder

Karl I. Bell
4580 Rolling Ridge Road
West Bloomfield, MI 48323
karl20bell@aol.com

January 6, 2022

The Honorable Judge Victoria A. Roberts
United States District Court
Theodore J. Levin Courthouse
231 W. Lafayette Blvd.
Room 1023
Detroit, MI 48226

RE:    Andrew Spivey

Your Honor,

I am writing this letter in support of Rev. Andre Spivey.

I have known Rev. Spivey over 20 years and despite the current circumstances, I know him to be an Honorable man.  When one has made the level, volume and kind of contributions to a community that Rev. Spivey has made, I would hope that one misstep would not undermine the complete body of his work.

I watched him engage in many charitable, philanthropic, education and religious organizations supporting underserved individuals and communities.   We are brother Morehouse Alumni and Rev. Spivey demonstrates the Morehouse spirit of commitment to our fellow man.  He found money for students who needed it most to matriculate at Morehouse College.

Rev. Spivey also worked diligently on fundraisers that served the Detroit Community.  I have been an advisor to him on matters of economic development in the City of Detroit. He was always a Detroit son and servant to the people of this City.

It is my hope that his total body of work will be reviewed as you make your decision.

Respectfully,

Karl I. Bell

GRIER, COPELAND & WILLIAMS
ATTORNEYS AND COUNSELLORS
A PROFESSIONAL CORPORATION
26211 CENTRAL PARK BLVD STE 510
SOUTHFIELD MI 48076

WILSON A. COPELAND II
RHONDA Y. WILLIAMS

BENNIE L. GRIER
1937-2005

(313) 961-2600
FAX (313) 961-8849

OUR FILE NO. _____

January 7, 2022

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd
Detroit, Michigan  48226

Re:    The United States vs. André Spivey

Dear Judge Roberts:

This letter is written on behalf and in support of, André Spivey, who is a
defendant in a matter over which you preside.

My initial contact with André came about when he was assigned to the pastorate
of Detroit's St. Paul AME Church almost 20 years ago; St. Paul is the church that
my grandfather pastored for 31 years, it is the church into which I was born and
have attended my entire life; where my parents were members and served, as I
do now, on the Board of Trustees.

In his 14 years as our Pastor, his leadership was unmatched; his deportment and
conduct above reproach and I readily admit that he came to St. Paul as my
Pastor and left as my friend.

Understanding that friendship can distort clarity of vision and perception, I believe
that my opinion of André Spivey is based on clear observation and judgment,
with that opinion being that the unfortunate acts that cause him to be before you,
reflect poor judgment or a lapse in good judgment, not Mens Rea.

I do not believe his office, his vote, his integrity were for sale, and it is my
understanding that there is nothing to support a claim that his duties and actions
as a member of Council were tainted or compromised by the regrettable activity
that necessitates the writing of a letter such as this.

Page Two
January 7, 2022
Judge Victoria Roberts


I respectfully request that you take all of the above into consideration, as well as the public stain and humiliation he has already endured, and return him to his family and his community.

Thank You,

WILSON A. COPELAND, II

WAC/pdm

Judge Victoria Roberts
United States District Court
231 W. Lafayette Blvd.
Detroit, MI  48226

January 10, 2022

Dear Judge Roberts,

I am writing on behalf of Mr. Andre Spivey.

I have known Andre all of his life. His family and I are members of the same church, Ebenezer African Methodist Episcopal Church. I have watched him grow up.  As Andre's mother and I were close neighbors,  I also drove Andre to Cass Technical High School during his early years, so that his mother could get to work on time.

Andre was very active in several if not all of the youth groups at our church.  For many years,  I served as Director of our church's youth missionary department (YPD).  Andre was elected, by his young peers, as President of this youth missionary auxiliary.  At an early age and throughout his life, he demonstrated strong leadership skills, leading with care and compassion.  I have always seen him demonstrate a caring spirit for the least fortunate in our society.  I have seen him to be a kind, respectful and just an overall good person, with a caring heart for others. Because of his caring spirit for others and the less fortunate in our society,  the missionaries of our Connectional church, chose Andre to travel to Africa to engage in mission work in that country.  I believe at the time; he was the youngest person to be selected to travel.  One of the reasons,  I believe he was selected was because of his excellent leadership skills; his compassionate spirit; and his outstanding character.

Judge Roberts, Andre is a good man with a great heart!   I pray that you be merciful and fair when rendering your decision.  Thank you for reading my letter.

Sincerely,

Carol A. Griffin

Carol Ann Griffin