# EXHIBIT D

DISPARAGING EMAILS AND MESSAGES

## EXHIBIT D

## Emails and texts

Emails sent to Andre Spivey

### Prison Baby!  ⟳  Inbox ✕

**G FIORE** <G.FIORE@protonmail.com>
to SPIVEYAN@GMAIL.COM  ▾

Wed, Sep 29, 12:44 PM (8 days ago)  ☆  ↰  ⋮

what up dre

i just wanted to drop you a line to let you know that i am so happy you goin to prison. are you gone wear that bowtie while bubba stick his finga up yo ass. while u in jail i will be enjoying every minute of my freedom...free to do whatever i want whenever i want. i may tap dat ass on sherna while u locked up. i am not kidding. she always be checkin me.
how it feel to be such a disgrace? what shame you kids must feel, especially kendall. did the bribe money pay her tuition at mercy?  who gone pay while u in jail you crooked piece of shit.
Again, im soooo happy you and the rest of the council are getting fucked right in the ass. hahahahahahahahahahaha
hmmmm......how kendalls booty look naked?

### c see u later  ⟳  Inbox ✕

**G FIORE** <G.FIORE@protonmail.com>
to SPIVEYAN@GMAIL.COM  ▾

Thu, Sep 30, 3:05 PM (7 days ago)  ☆  ↰  ⋮

u a pastor? do u do that in order to steal too? what a disgusting heap of black shit u are.
that is funny. a pastor!
for real, can i fuck your wife and daughter in the ass when u locked down my nigg? wat they like to drank?

### balls deep  ⟳  Inbox ✕

**G FIORE** <G.FIORE@protonmail.com>
to SPIVEYAN@GMAIL.COM  ▾

Sun, Oct 3, 10:09 PM (4 days ago)  ☆  ↰  ⋮

wat up punk. u gone be my lil bitch and wash my socks. know dat. imma make sure u gets yours mr spivey. i cant wait. fed prison aint no country club. u gone see.

### plEASE  ⟳  Inbox ✕

**G FIORE** <G.FIORE@protonmail.com>
to SPIVEYAN@GMAIL.COM  ▾

2:49 PM (47 minutes ago)  ☆  ↰  ⋮

Please kill yourself. You do not want the burden of this shame.This is the zodiac speaking. I will be watching.

Do it now. Satan is waiting.



Emails sent to Mr. Spivey's *daughter* Kendall Spivey

M Gmail
Kendall Spivey <kspivey2022@gmail.com>

**shame**
1 message

G FIORE <G.FIORE@protonmail.com>                                              Wed, Sep 29, 2021 at 12:57 PM
Reply-To: G FIORE <G.FIORE@protonmail.com>
To: "kspivey2022@gmail.com" <kspivey2022@gmail.com>

   how does it feel to have a scum fuck thief for a daddy? i hope he rots and gets aids in prison. who gone pay for your college next year? u betta gets a scholorship girl.

M Gmail
Kendall Spivey <kspivey2022@gmail.com>

**hey**
1 message

G FIORE <G.FIORE@protonmail.com>                                              Thu, Sep 30, 2021 at 3:07 PM
Reply-To: G FIORE <G.FIORE@protonmail.com>
To: "kspivey2022@gmail.com" <kspivey2022@gmail.com>

   u look purdy

M Gmail
Kendall Spivey <kspivey2022@gmail.com>

**i ready no**
2 messages

G FIORE <G.FIORE@protonmail.com>                                              Sun, Oct 3, 2021 at 10:10 PM
Reply-To: G FIORE <G.FIORE@protonmail.com>
To: "kspivey2022@gmail.com" <kspivey2022@gmail.com>

   what color panties u wearin?

12:50 ✈

 606 ⌄



**G FIORE**                    12:48 PM
To: 3133304872@... & 5 more ›

## Dre Day

yall be dumb azz niggahs

i will def see kendall at villanova! i gotz many cousins there and she will see me there often.

I miss Mango.

DRE: ANDRE LAMARR SPIVEY 4303 YORKSHIRE RD DOB: 09/19/1974
SKANK HOE WIFE: REESHEMASH OSENI SPIVEY (BENNETT) 4303 YORKSHIRE RD DOB: 05/27/1971
SON: ANDRE L SPIVEY II 4303 YORKSHIRE RD DOB: 06/12/2002 BASEBALL FAILURE

I will neva eva go away. thieving niggers.